IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.1:22-cr-15 |
| | Assign to: Judge Amit P. Mehta |
| v. | Date: 1/12/2022 |
| | Description: INDICTMENT (B) |
| ELMER STEWART RHODES III, | Case Related to 21-cr-28 (APM)) |
| KELLY MEGGS, | |
| KENNETH HARRELSON, | |
| JESSICA WATKINS, | |
| JOSHUA JAMES, | |
| ROBERTO MINUTA, | |
| JOSEPH HACKETT, | |
| DAVID MOERSCHEL, | |
| BRIAN ULRICH, | |
| THOMAS CALDWELL, and | |
| EDWARD VALLEJO, | |
| Defendants. | |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

1

the Indictment, the Arrest Warrants for Elmer Stewart Rhodes III and Edward Vallejo, the instant application to seal, and this Order are sealed.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the Indictment.

3. IT IS FURTHER ORDERED that the Indictment in this case be unsealed upon the government's written notification to the Court of the execution of the Arrest Warrant for Elmer Stewart Rhodes III and/or Edward Vallejo.

Date: January 12, 2022

G. Michael Harvey
2022.01.12
17:56:24 -05'00'

G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE