# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15-APM |
| v. | : |
| ELMER STEWART RHODES III, | : |
| KELLY MEGGS, | : |
| KENNETH HARRELSON, | : |
| JESSICA WATKINS, | : |
| JOSHUA JAMES, | : |
| ROBERTO MINUTA, | : |
| JOSEPH HACKETT, | : |
| DAVID MOERSCHEL, | : |
| BRIAN ULRICH, | : |
| THOMAS CALDWELL, and | : |
| EDWARD VALLEJO, | : |
| Defendants. | : |

## ORDER

On the motion of the government, the Court hereby ADOPTS the record in case 21-cr-28-APM through January 12, 2022, as the record in the instant case.

Date: January ___, 2022

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

1