NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  1:22cr15-APM

**BRIAN ULRICH**
_____(Defendant)_____


TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____A.J. Balbo_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

**A. J. Balbo; 142606 (GA)**
(Attorney & Bar ID Number)

Balbo & Gregg, Attorneys at Law, P.C.
(Firm Name)

**11258 Ford Ave., Ste. 11**
(Street Address)

**Richmond Hill     GA     31324**
(City)         (State)     (Zip)

**(912) 459-1776**
(Telephone Number)

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 24th day of <u>January, 2022</u>.

Respectfully submitted,

/s/ A. J. Balbo
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
aj@balbogregg.com
Georgia Bar No. 142606