UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| V. | ) | **CRIMINAL NO. 1:22cr15-APM** |
| | ) | |
| | ) | |
| **BRIAN ULRICH,** | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Based upon the motion of counsel for Defendant Brian Ulrich, and for good cause shown therein, counsel's motion for protection on behalf of A. J. Balbo, an attorney of record in this case, is **GRANTED** during the criminal trial of *United States of America v. Travis McMichael, Gregory McMichael and William "Roddie" Bryan*, Case No: 2:21-CR-22 for the following dates:

a) January 26, 2022 through and including February 25, 2022.

**SO ORDERED**, this _____ day of January, 2022.

_____
HONORABLE AMIT MEHTA
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA