AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cr-00015 |
| Joshua James | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua James.

Date: 1/24/22

*Attorney's signature*

Joan Robin (VSB 44502)
*Printed name and bar number*

114 North Alfred Street
Alexandria, VA 22314
*Address*

joni@jonirobinlaw.com
*E-mail address*

703-349-1111
*Telephone number*

571-279-6851
*FAX number*

Print  Save As...  Reset