# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO.: 1:22-CR-15 |
| ELMER STEWART RHODES, III | § | |

## AGREED ENTRY OF APPEARANCE OF COUNSEL

X    I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

☐    I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

    I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:   January 24, 2022

/s/ PHILLIP A. LINDER
*ATTORNEY FOR DEFENDANT*
*STATE BAR NO. 12363560*
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX

## CERTIFICATE OF CONFERENCE

    I conferred with Assistant United States Attorney, Kathryn Rakoczy, on January 24, 2022, and does she not oppose this Entry of Appearance of counsel.

    /s/ PHILLIP A. LINDER
    *ATTORNEY FOR DEFENDANT*