UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr. 1:22-cr-00015-APM |
| | ) | |
| DAVID MOERSCHEL | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that SCOTT WEINBERG, ESQ., hereby enters this Notice of Appearance on behalf of the Defendant, DAVID MOERSCHEL, in the above-styled cause as trial counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 24, 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone:  (941) 575-8000
Facsimile:  (941) 575-8888
E-mail: Scott@bsrlegal.com

By  /s/ Scott Weinberg
Soctt Weinberg
Fla. Bar No. 71109