NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.  Criminal Number  22-cr-15

Edward Vallejo
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA           [ ] RETAINED           [ ] FEDERAL PUBLIC DEFENDER

/s/ Matthew J. Peed
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Matthew Peed (Bar No. 503328)
*(Attorney & Bar ID Number)*

Clinton & Peed
*(Firm Name)*

1775 Eye St. NW, Suite 1150
*(Street Address)*

Washington,  DC 20006
*(City)   (State)   (Zip)*

(202) 919-9491
*(Telephone Number)*