UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Angela Halim, Esquire, on behalf of the defendant, Joseph Hackett, in the above-captioned matter.

Respectfully submitted,

Angela Halim

/s/ *Angela Halim*

Angela Halim, Esq., *application to district court pending*
3580 Indian Queen Lane
Philadelphia, PA 19129
(215) 300-3229
angiehalim@gmail.com