# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Complainant,<br> v.<br><br>KELLY MEGGS<br><br>*Styled as* <u>USA v. STEWART RHODES, et al.</u> *incorporating cases against multiple Defendants*<br>      Defendant | Criminal Case No.<br><br>1:22-cr-00015-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

## DEFENDANT KELLY MEGGS' NOTICE CONCERNING ABSENCE FROM SEGMENTS OF STATUS CONFERENCE

COMES NOW Defendant Kelly Meggs, by counsel, and hereby files this notice and the attached correspondence concerning counsel's presence in the January 25, 2022, status conference.

Apparently with all that is going on, it did not filter through to the presiding judge The Honorable Amit Mehta, that counsel had previously advised the Court that he is defending a trial in the Alexandria Circuit Court in Virginia for a scheduled four days from January 25, 2022, through January 28, 2022. The trial was scheduled for a jury trial with a requested four day block of time, however, the Defendant asked the day before trial to withdraw his request for a jury trial and ask for a bench trial instead. As a result, the trial is proceeding more quickly. But counsel was still not available on January 25, 2022.

Upon notifying the Court's staff of this scheduling conflict – and the fact that the criminal trial was scheduled last Summer with a retired judge brought in due to conflicts with the

subject matter concerning a bail bondsman Defendant and other judges regularly available, Court staff requested that for the arraignment of Kelly Meggs under the Seventh Superseding Indictment, Defendant's counsel Moseley could request that the Alexandria Circuit Court take a break or an early lunch to allow counsel to join the teleconference.

Therefore, following the request that Kelly Meggs be called for arraignment in about a 15 minute window starting at 11:45 AM, and counsel was able to call in at about 11:40 AM as best as he could tell, counsel stayed on the hearing teleconference until roughly 12:30 PM.

However, because of having to call in from outside the courthouse (Alexandria requires cell phones to be placed in lockers in the outside entrance), Mr. Moseley's phone line was muted from the Court's side and when he tried to participate, the Court could not hear his muted line.

Subsequently, after receiving text messages from colleagues, it occurred to Moseley that if he hung up and called back in again he might not be muted any longer.

With the trial set to resume at 1 PM, counsel participated from perhaps 12:50 PM roughly (watching the time was not his focus at the time) until about 1:10 PM, 10 minutes late for the trial court waiting to resume the trial. Counsel again had to lock his phone in the lockers at the entrance.

Counsel's paralegal remained on the line and took extensive notes which she promptly typed up today and emailed Defendant's counsel Moseley.

But apparently the Court was trying to interact with Moseley when he – as previously advised to the Court's staff – could not be available.

With the Defendant's last-minute withdrawal of a request for a jury, not at counsel's initiative, the projected 4 day criminal trial will probably take only 2 to 2 ½ days but counsel will still be in trial January 26, 2022. Nevertheless, he will attempt to reach Stewart Caldwell's new

criminal defense attorneys to consult with them Wednesday or Thursday.

Dated:  January 26, 2022                    RESPECTFULLY SUBMITTED
                                            KELLY MEGGS, *By Counsel*

                                            Jonathon A. Moseley, Esq.

                                            USDCDC Bar No. VA005
                                            Virginia State Bar No. 41058
                                            Mailing address only:
                                            5765-F Burke Centre Parkway, PMB #337
                                            Burke, Virginia 22015
                                                    Telephone:  (703) 656-1230
                                            Contact@JonMoseley.com
                                            Moseley391@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
kathryn.rakoczy@usdoj.gov

**Justin Todd Sher**

3

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.