## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on the individual listed below:

## ELECTRONIC SERVICE

Kathryn Rakoczy, Esquire
Assistant U.S. Attorney
555 Fourth Street, NW
Washington, DC 20530
kathryn.rakoczy@usdoj.gov


Date: 28 January 2022

/s/ Jonathan W. Crisp
Jonathan W. Crisp, Esquire
4031 North Front St.
Harrisburg, PA  17110
I.D. # 83505
(717) 412-4676
jcrisp@crisplegal.com
Attorney for Defendant