# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CAUSE NO.: 1:22-CR-15** |
| | § | |
| **ELMER STEWART RHODES, III** | § | |

## NOTICE OF WAIVER OF POTENTIAL CONFLICT

**COMES NOW,** PHILLIP LINDER, Counsel for Elmer Stewart Rhodes and files this Notice of No Potential Conflict as to Attorney John Moseley.

As the Court is aware, attorney John Moseley represents Elmer Stewart Rhodes and Oath Keepers in matters set before the Congressional Sub-Committee investigating the January 6th, 2021 incident at the United States Capitol. In addition, attorney John Moseley represents Kelly Meggs who is a co-defendant with Stewart Rhodes in the above listed criminal cause.

Per the Court's instructions at the Zoom conference on January 25, 2022, Counsel visited with Stewart Rhodes about any potential conflicts he may have with John Moseley representing him in a matter before Congress and another co-defendant in this criminal matter. Mr. Rhodes stated that he did not believe there was a conflict with attorney Moseley's representation in the other two matters. In addition, he indicated that he would be willing to sign a Waiver of Conflict for the Court.

RESPECTFULLY SUBMITTED,

/S/ PHILLIP A. LINDER
PHILLIP A. LINDER
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
TEXAS STATE BAR NO. 12363560

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Waiver was served on the Assistant United States Attorney Kathryn Rakoczy via ECF on January 28, 2022.

/S/ PHILLIP A. LINDER
*ATTORNEY FOR DEFENDANT*