**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | * |
| vs. | * Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and without opposition from the Government, and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. The Defendant is currently released on a curfew and is geographically restricted to Frederick County and Clarke County, Virginia. (ECF 30). As a special condition of his release, the Defendant's access to electronic devices was restricted as follows: "The Defendant is permitted to use an internet-connected device solely to communicate with counsel, to review discovery, or to conduct legal research." Id.

2. The Defendant requests permission to modify the aforementioned order to allow him to communicate virtually with Robert R. and family of Lexington, Kentucky, M. Rice of Myrtle Beach, S.C., Bob G. of Belmont, Ca., and Michael E. of Boerne, Tx. The full names of these individuals have been submitted to the Government, but are not set forth in the instant motion for privacy reasons. Such communication by the Defendant with these individuals will take place using FaceTime, Skype, Zoom, or similar virtual communication conduit, while in the presence of his wife, Sharon Caldwell.

3. Additionally, the Defendant requests permission to use internet-connected devices to communicate virtually with others, but only in the presence of his attorney, who will ensure compliance with the Court's conditions of release order.

4. The Defendant understands that he is under a "no contact" order with potential Government witnesses, Oath Keepers and their affiliates, and his co-defendants.

5. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

WHEREFORE, the Defendant respectfully requests that he be permitted to communicate virtually via FaceTime, Skype, Zoom or similar virtual communication conduit with Robert R. and family of Lexington, Ky., M.A. Rice of Myrtle Beach, S.C., Bob G. of Belmont, Ca., and Michael E. of Boerne, Tx. while in the presence of his wife, Sharon Caldwell.  The Defendant also requests permission to use internet-connected devices to communicate with others virtually, but only in the presence of his attorney and in full compliance with his conditions of release.

        /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2022, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:            Office of the United States Attorney
                                       555 4th Street, NW
                                       Washington, DC 20001


                              /s/
                 David W. Fischer, Esq.