## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-15-APM |
| THOMAS E. CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant's Unopposed Request to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant is permitted to communicate virtually with Robert R. and family of Lexington, Ky., M. Rice or Myrtle Beach, S.C., Bob G. of Belmont, Ca., and Michael E. of Boerne, Tx. via FaceTime, Skype, Zoom or similar virtual communication conduit, while in the presence of his wife, Sharon Caldwell. The Defendant is further permitted to use internet-connected devices to communicate virtually with others, but only in the presence of his attorney, who will ensure compliance with this Court's conditions of release set forth on January 27, 2022 at ECF No. 30.

_____    _____
Date                                              Honorable Amit P. Mehta
                                                       United States District Court