IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No.   1:22-cr-15-1 (APM) |
| ) | |
| ELMER STEWART RHODES III, ) | |
| ) | |
| Defendant.                ) | |

**JOINT PROPOSED BRIEFING SCHEDULE REGARDING DEFENDANT'S
MOTION FOR RECONSIDERATION OF DETENTION**

Per the Court's Minute Order of February 2, 2022, the parties have met and conferred and hereby propose the following briefing schedule regarding Defendant Elmer Stewart Rhodes III's motion for reconsideration of detention:

The government shall file its opposition by Thursday, February 3, 2022;

The defense shall file its reply by Friday, February 11, 2022; and

The parties respectfully propose the following times for a hearing on the defendant's motion, should they be convenient for the Court:

Friday, February 18, 2022, between 12 p.m. and 4 p.m. (Eastern), or

Wednesday, February 16, 2022, between 12 p.m. and 4 p.m. (Eastern).

WHEREFORE, the parties respectfully request that this Court set a briefing schedule and hearing in accordance with these recommendations.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   Kathryn L. Rakoczy
       Assistant United States Attorney
       D.C. Bar No. 994559

Ahmed M. Baset
Troy A. Edwards, Jr.
Jeffrey S. Nestler
Assistant United States Attorneys
Louis Manzo
Special Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

_____
Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue
NW Washington, D.C. 20004

Dated:       February 3, 2022