**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **Criminal No. 22-cr-15 (APM)** |
| ) | |
| **ELMER STEWART RHODES, III et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

The U.S. Marshals Service shall not transport Defendant Elmer Stewart Rhodes, III from

Texas to Washington, D.C., until the court has held a detention hearing and determined

Mr. Rhodes's detention status.

Dated:  February 3, 2022

Amit P. Mehta
United States District Court Judge