UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22-cr-15 (APM)-7 |
| | ) |
| JOSEPH HACKETT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

**AND NOW**, this _____ day of February, 2022, upon consideration of Defendant's Consent Motion to Modify Conditions of Pretrial Release, it is hereby **ORDERED** that the motion is **GRANTED**. It is **ORDERED** that Defendant Joseph Hackett's Conditions of Pretrial Release are modified to allow Defendant to move outside of his house and on his property between the hours of 9 a.m. and 9 p.m. daily. Defendant is to remain on GPS electronic monitoring and may not leave the property line of the land on which his house is situated.

All other conditions of pretrial release shall remain in effect.

_____
**The Honorable Amit P. Mehta**
**United States District Court Judge**