FD-302 (Rev. 5-8-10)

- 1 of 7 -

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry   05/07/2021

Person 10 DOB [redacted], SSAN [redacted], address [redacted], telephone number [redacted], was telephonically interviewed due to being out of town on work-related travel. Person 10 agreed to be interviewed via telephone, and after being advised of the identity of the interviewing Agents and the nature of the interview, Person 10 voluntarily provided the following information:

# PERSON 10

# PERSONAL BACKGROUND INFORMATION

Person 10 is not a member of the Oath Keepers (OKs) and initially thought the group to be somewhat racist due to an interaction Person 10 had with individuals he thought to be OK members at a local gun show. Person 10 did not consider associating with the OKs until he was introduced to [PERSON ONE] (PERSON ONE) through a mutual friend, [redacted] (sp). [redacted] advised Person 10 should speak to PERSON ONE regarding assistance Person 10 could provide to the OK group during disaster relief missions, utilizing Person 10 expertise in protective security. Person 10 spoke with PERSON ONE and first interacted with the OKs in Houston, TX during a disaster relief operation, whereby the

Investigation on 05/04/2021 at [redacted] (Phone)

File #  266T-IP-3413706, 266T-SU-3313790, 266T-CI-3371747, 266T-PH-3413541, 176-JK-3410025                                Date drafted  05/06/2021

by  **FBI Agents**         **FBI Agents**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of (U) Interview of Person 10 , On 05/04/2021 , Page 2 of 7

OKs provided protection to and facilitated the travel of local medics who were providing assistance to those negatively impacted by the hurricane.

Person 10 described the mission of the OKs as security, close protection, and disaster relief, with some small business security, with members also being involved in the Patriot Movement. Person 10 does not view the OKs as a "militia" organization, although initially Person 10 did; however, Person 10 advised proved otherwise, revealing the OKs were a disaster relief organization, citing the Texas example where the OKs provided security and/or support to mobile medics in the area.

Furthermore, Person 10 does not believe the OKs to be a violent "militia" organization, advising the majority of OKs support law enforcement, the U.S. government, as well as the U.S. Constitution, with the goal of wanting to help their community. Person 10 advised he felt some OK members held a "militia" mindset, however felt the group overall would help police when requested. Person 10 advised both he and PERSON ONE support law enforcement (LE).

As an example, Person 10 described in July 2020 while both Person 10 and PERSON ONE were in Louisville, KY, the OKs contacted the Louisville Metro Police Department (LMPD) to advise of the OKs being in the area and to coordinate with LMPD. Person 10 advised LMPD met with the OKs and took photos of them, as well as each of their IDs, in order to identify the OKs should it be necessary if an incident occurred. Additionally, Person 10 obtained contact numbers for the LMPD Shift Commander and Non-Emergency line should the OKs need to call for assistance.

However, while in Louisville, Person 10 described the issues the OKs had with militia groups attempting to partner with the OKs to provide assistance. Although the OKs attempted to maintain certain guidelines by which to follow, the OKs often lacked personnel resources which necessitated allowing militia groups to assist with OK operations. In particular, Person 10 described an instance where a member, or members, of another group showed up drunk, and Person 10 also felt the individual or individuals held somewhat of a racist mentality. Although the OKs needed the additional assistance, Person 10 spoke with PERSON ONE about this and they "kicked out" those group/s who did not align with the OK's mission or ideals. Person 10 advised the OKs experienced no issues while in Louisville, KY.

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of (U) Interview of **Person 10** , On 05/04/2021 , Page 3 of 7

**Person 10** met JESSICA WATKINS (WATKINS) in Louisville, KY in July 2020, and described WATKINS only as being a member of a militia group and having joined the OKs either before or after Louisville, KY. WATKINS brought two unknown males with her, however only WATKINS joined the OKs, and not the other two.

**PERSON ONE** conducts conference/planning calls prior to each event wherein **PERSON ONE** discusses event specifics such as; planning and security (ensuring the OKs contact local LE), dates of travel, local firearms laws, recommended clothing to wear (or not wear), etc. The Signal App was often utilized by ▮▮▮▮▮ whereby **PERSON ONE** would set up multiple Signal chats, so much so **Person 10** would not monitor these chats to the point **PERSON ONE** would need to call **Person 10** to have **Person 10** read the chats.

**PERSON ONE** would ensure local LE was contacted by the OKs prior to the group attending an event, or at least an attempted contact was made, to inquire if local LE could use the OK's assistance. Referring back to the Louisville, KY example, **Person 10** advised the OKs also contacted the Louisville Fire Department to coordinate and offer assistance. The OKs would routinely determine whether state laws allowed for open or concealed carry and relay this information during conference/planning calls. Regarding January 5 and 6, 2021, **Person 10** was unsure who from the OKs made contact with LE in Washington, D.C., however assumed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ made this contact as ▮▮▮▮ was initially in charge of the security detail.

**PERSON ONE** would accept donations to pay or compensate **Person 10** for his security services during planned operations. **Person 10** confirmed he was paid, or compensated for meals or lodging arrangements, by **PERSON ONE** during security details. On at least one occasion **PERSON ONE** paid **Person 10** through ▮▮▮▮▮ (a security contractor **Person 10** worked for) from which **Person 10** received a 1099 tax form. Regarding January 5 and 6, 2021, **PERSON ONE** compensated **Person 10** by paying for **Person 10**'S hotel, meals, and fuel expenses, and additionally paid **Person 10** for his security detail services.

Prior to **Person 10**'s participation with the OKs in Washington, D.C. on or about January 6, 2021, **Person 10** worked with **PERSON ONE** and/or the OKs during other events, such as voter protection, and other political rallies. Specifically, **Person 10** worked with the OKs during a Stop the Steal rally in Georgia in November 2020, and during the Trump Rally in Washington, D.C. in

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of  (U) Interview of _____ Person 10 _____ , On 05/04/2021 , Page 4 of 7

December 2020. During the Trump Rally Person 10 provided security for ▇▇▇▇ who Person 10 believes to be ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ When discussing the Trump Rally in December 2020 in Washington, D.C., Person 10 mentioned providing security for ▇▇▇▇ and other speakers during which they walked to the U.S. Capitol for a demonstration and then departed. Additionally, Person 10 advised during these security details in November and December 2020, Person 10 had no knowledge of the OKs planning to be in Washington, D.C. on January 6, 2021.

Person 10 responded negatively to the following questions:

- To your knowledge, was there was ever any discussion, by you or anyone you know (to include OKs), to take violent action on January 6, 2021, or after, if the Presidential election did not produce the desired result?
- Was there ever any pre-planning, or planning on January 6th, by the OKs to incite riots at the U.S. Capitol?
- Was there ever any pre-planning, or planning on January 6th, by the OKs to forcibly enter to U.S. Capitol?
- Was there ever an pre-planning, or planning on January 6th, by the OKs to disrupt the transition of the Presidency?
- Regarding these questions, did you take any of these actions on January 6th?
- To your knowledge, did any members of the OKs take any of these actions on January 6th?

When questioned regarding Person 10's actions on January 5 and 6, 2021, in Washington, D.C., Person 10 advised he was providing V.I.P. security at select stages, to include stage 7, where "protectees" would be giving speeches. The security detail encompassed stage security and the protection of those individuals as they returned to their vehicles. Person 10 cited the need for this protection after the Trump rally in December when individuals had been attacked by ANTIFA as they were leaving the rally. Person 10 mentioned he was in charge of protection details for the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Person 10 advised at no time did he enter the U.S. Capitol, but stood with PERSON ONE by a fence which had been knocked down on the Northeast side of the U.S. Capitol. Person 10 learned afterwards OKs had entered the U.S. Capitol, however advised no plan by the OKs included anyone going inside the U.S. Capitol. Person 10 likened the "stack", which has been referred to publicly, as how a protection detail might move through a crowd. Person 10 advised the

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of (U) Interview of Person 10 , On 05/04/2021 , Page 5 of 7

"stack" was not ideal, referring to the OKs who entered the U.S. Capitol, and he would not have done it in the manner it was conducted.

While in Washington, D.C., Person 10 never spoke to WATKINS and advised he was unaware WATKINS was there. Person 10 attributed this to individuals not checking in when they arrived in Washington, D.C., so therefore Person 10 was left to run the security details with less staff than he had planned. Person 10 ultimately learned of individuals affiliated with the OKs who entered the U.S. Capitol, and referred to them as the "Florida Team", or the "North Carolina Team", however did mention WATKINS by name. Person 10 advised their actions made the organization look bad, and felt he was lied to afterwards by those who went in the U.S. Capitol.

In this sense, Person 10 was never told by those OKs who went inside the U.S. Capitol until later, which Person 10 described as either finding out as he was driving home to Indiana that evening, or the next day. Person 10 initially found out when KELLY MEGGS (MEGGS) sent Person 10 a message on Signal chat, which Person 10 was unable to retrieve. MEGGS allegedly told Person 10 that MEGGS entered the U.S. Capitol to assist police, and those OKs who went inside assisted a police officer who was being surrounded by the crowd.

Person 10 believed WATKINS advised Person 10 the next day regarding WATKINS entering the U.S. Capitol. WATKINS advised she went in to render medical aid to those in need, however Person 10 felt WATKINS was not completely honest when Person 10 began seeing WATKINS provide interviews to reporters and hearing more of what allegedly happened when the OKs were inside.

Person 10 specifically told the Florida group not to wear military Battle Dress Uniforms (BDUs), but they showed up in "full kit". Person 10 additionally told individuals not to bring weapons, to dress appropriately (BDU reference), and warned against wearing tactical vests and/or plate carriers as these would be heavy and wearing them would quickly fatigue those who were not physically fit.

Person 10 did not assault any LE Officers on January 6, 2021, nor to Person 10 s knowledge did any OKs or anyone affiliated with the OKs who were assigned to or conducting security details. Person 10 was unaware of any OKs, including those who entered the U.S. Capitol, forcibly entering the U.S. Capitol. Person 10 heard the door was open and the group walked in.

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of (U) Interview of **Person 10** , On 05/04/2021 , Page 6 of 7

**Person 10** advised the overarching role of the OKs on January 6, 2021 was to provide protective security details and stage security for those individuals they were hired to protect, also ensuring the individuals would be safely escorted from the stage to their vehicles. **Person 10** carried no firearms with him in Washington, D.C., however did carry a taser, with no cartridge as to be inline with District guidelines/laws. **Person 10** was aware of two OKs working security who carried pepper spray, but was unsure of their names. **Person 10** advised ▮▮▮▮ was supposed to run the security detail on January 5 and 6, 2021, however could not because ▮▮▮▮ became ill. Both **Person 10** and **PERSON ONE** knew prior to the Janauary 6, 2021 announcement of ▮▮▮▮ illness, however the morning of January 6, 2021 was just when **PERSON ONE** made the notification to the group.

**Person 10** advised the group against the use of radio communications, as he felt radios would not be useful. **Person 10** primarily utilized text messaging, telephone calls, and some Signal chat in order to communicate with those on security details. **Person 10** had an additional plan to use a "runner" to go from stage to stage to physically check in with security teams, however this was not feasible due to the lack of manpower. A communications plan was necessary in order for **Person 10** to stay in contact with OK security personnel in case they needed water or had other concerns.

**Person 10** advised no Tactical Operations Center (TOC) was utilized by the OKs, and a TOC was not necessary as he cancelled the Quick Response Force (QRF) due to assessing a QRF would not be practical, or useful, due to blocked streets and the large crowd. However, when questioned, **Person 10** advised if utilized, the purpose of the QRF would have been to evacuate "protectees", the injured, and/or assist in the extraction of OKs if attacked by ANTIFA or others. When asked about utilizing weapons or boats as part of a QRF, **Person 10** advised it "wasn't us." When asked to clarify what he meant by "us", ▮▮▮▮ advised neither he nor **PERSON ONE** mentioned bringing weapons into Washington, D.C., or using boats in a QRF response. **Person 10** added he heard about the QRF boat reference when he read it online in one of the affidavits.

**Person 10** advised he drove his vehicle from the hotel to Washington, D.C. on January 6, 2021, parking near the Jefferson Memorial. Also in **Person 10**'s vehicle were **PERSON ONE** and ▮▮▮▮ Upon arrival to the event **PERSON ONE** and MEGS departed the area of where **Person 10** was providing security. **Person 10** did not see

FD-302a (Rev. 5-8-10)

266T-IP-3413706

Continuation of FD-302 of (U) Interview of __Person 10_____, On  05/04/2021 , Page  7 of 7

**PERSON ONE** again until they near the Capitol building. Following the events at the U.S. Capitol, **Person 10** drove **PERSON ONE** and ▮▮▮▮ back to the hotel, and with them was ▮▮▮▮ Last Name Unknown (LNU). **Person 10** went to dinner that evening at a restaurant near their hotel; present during this dinner were **PERSON ONE** ▮▮▮▮, ▮▮▮▮, ▮▮▮, and members of ▮▮▮▮▮▮▮▮▮, NFI. Referring back to **Person 10**'s previous statement of feeling deceived by those who went inside the U.S. Capitol, **Person 10** learned afterwards ▮▮▮ LNU also entered the U.S. Capitol, however did not advise anyone during dinner.

FD-302 (Rev. 5-8-10)

- 1 of 6 -

UNCLASSIFIED//FOUO



## FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/25/2021

On 05/25/2021, SA **FBI Agents** and SA **FBI Agents** interviewed **Person 10** temporary address phone number. After being advised of the identity of the interviewing agents and the nature of the interview **Person 10**, advised of the following:

**Person 10** did not initially recall the 11/9/2020 GoToMeeting Conference Call with and the Oath Keepers. SA **FBI Agents** played some audio from the call for **Person 10**. While listening to the audio, **Person 10** advised that some of those on the call believed that Trump was going to call the militias in for assistance. **Person 10** also recalled that **PERSON ONE** discussed fighting Antifa in the streets if need be, whether or not to be armed, a QRF, and a revolution. also said some stuff about how the fight was in our states and was talking about supporting what said, which she probably got from QAnon. **PERSON ONE** also discussed mass non-compliance but **Person 10** did not recall that **PERSON ONE** advocated for violence on the call. **Person 10** advised the armed QRF on the outside referred to the rally in DC in November. When **PERSON ONE** stated he wanted his street fighters ready to brawl, he was saying this in reference to Antifa.

**Person 10** was present for the November 2020 Million MAGA March in DC. **Person 10** noted this was the event where everybody stayed at the farm outside of DC in Virginia. **PERSON ONE** wanted to set up security assistance for people as they left events and went to their cars, as the day before the march, Trump supporters were being attacked by Antifa. There was a Quick Reaction Force set up for the day of the event, and **PERSON ONE** placed in charge of the security. However, was scared and did not want to go hands-on with Antifa without weapons, therefore did not assist with the security at that event. This angered **PERSON ONE** and caused a falling out between and **PERSON ONE** stated that he would start his own group, an idea

UNCLASSIFIED//FOUO

Investigation on  05/25/2021  at  _____ (In Person)

File # 266T-IP-3413706    Date drafted  05/26/2021

by  **FBI Agents**

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266T-IP-3413706

(U//FOUO) Interview of **Person 10** on

Continuation of FD-302 of 05/25/2021 , On 05/25/2021 , Page 2 of 6

which **PERSON ONE** mocked.

The day prior to the event, **Person 10** **PERSON ONE** and an UnkMale from New York walked around DC and assessed the area. The next day, which was the day of the event, they all went to the farm in Virginia to address the group.

In the week before January 5th, **PERSON ONE** called **Person 10** and asked if he would set up security and protection for some of the speakers and politicians at the Jan 6 DC Event. **Person 10** advised it was difficult to get people to help with the PSDs and stated that for a while on 1/5 he was the only one providing security at an event between the Capitol and the Supreme Court. At about 2-3pm that day, the Florida team, led by Kelly Meggs, showed up to help.

With respect to the events of 1/6, **Person 10** advised the communications between the group was supposed to be text message or phone calls, not Signal, but some group members still used Signal. The following message and times were discussed with **Person 10**

6:30 am: "Unfortunately, ▓▓▓ is sick and won't be able to make it." **Person 10** advised this was sent because ▓▓▓ was sick, however Rhodes and **Person 10** knew **Person 10** would be #1 for a week prior. **Person 10** advised "#1" meant he was coordinating security details with the Oath Keepers state teams.

7:42am: "Rp i behind the state capital teams from last night will start getting there at 930 or 10." **Person 10** stated that "RP" in the message which he sent at 7:42am is a rally point and that they were to get there around 9:30-10am, but nobody showed up.

8:20am: **Person 10** believed this was indeed the time **Person 10**, ▓▓▓, and **PERSON ONE** left the hotel together. **Person 10** advised ▓▓▓ and ▓▓▓ were always together and described ▓▓▓ as a W/M in his late 30s, slim build with a moustache, wearing overalls and a hat. **Person 10** was driving the vehicle to DC with ▓▓▓ and **PERSON ONE** There was discussion of politics in the car and **PERSON ONE** was also on the phone at times discussing logistics.

9:05am: "ALCON: The ""Freedom Rally"" with ▓▓▓▓▓▓▓▓▓▓▓ (that we are

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266T-IP-3413706

(U//FOUO) Interview of Person 10 on

Continuation of FD-302 of 05/25/2021, On 05/25/2021, Page 3 of 6

*securing) is at the intersection of First Street and M street. Right next to the Senate office buildings. In ""Lower Senate Park"" Anyone who is trying to link up with me* Person 10 *go there. We are working security for that event all day."* Based on this message and his recollection, Person 10 advised they would not have arrived at their destination by 9:05am. Person 10 advised Stage 7 was located at First and M. PERSON ONE, Person 10 and ▓▓▓▓ parked their vehicle near the Jefferson Memorial and walked to Stage 7, arriving at approximately 10am. Person 10 advised he called ▓▓▓▓▓▓, as did ▓▓▓▓ ▓▓▓▓ was with ▓▓▓▓▓▓ near the Ellipse. ▓▓▓▓ did not know when or if ▓▓▓▓ met up with the Florida team. Person 10 advised James and three others were the ▓▓▓▓▓▓ protective detail.

10:06am: Phone call with James, which Person 10 advised was a voice mail message. Person 10 advised that every time ▓▓▓▓ moved, James called Person 10

10:47am: Text with ▓▓▓▓. Person 10 did not recall the conversation but believed it was about what was going on at the Ellipse Person 10 advised there were prior phone calls where Oath Keepers stated not to wear camouflage and the US Secret Service would not let the Oath Keepers in the rally with their kits.

1049am - 11:41am: Phone calls with ▓▓▓▓ and James. Person 10 advised that most of these phone calls didn't go through, which is why there are so many of them, but recalled that James informed him that ▓▓▓▓ was angry because he was not getting VIP treatment. [NFI]

Person 10 advised he spent much of his time keeping the group together and looking for everyone.

2:00pm - 2:19pm: Calls with PERSON ONE. Person 10 advised he was still trying to get all the Oath Keepers to meet up and get together.

2:15pm: "The have taken ground at the capital." "We have to regroup any members who are not on mission". Person 10 advised he was saying that things were getting bad there and people were starting to fight with the police and that ▓▓▓▓ was trying to regroup the members to help with security for people who needed it and to regroup members to leave the area.

2:27pm: 2 calls with James. Person 10 and James spoke a couple of time and

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266T-IP-3413706

(U//FOUO) Interview of  Person 10  on

Continuation of FD-302 of 05/25/2021 _____, On 05/25/2021 , Page 4 of 6

discussed where each was and tried to meet up. James did not say anything to **Person 10** about an intention to go into the Capitol. **Person 10** advised James had two golf carts but was unsure where they came from but believed he did at one point use the cart to take ▇▇▇ back to her hotel. **Person 10** further advised he was aware of two ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. **Person 10** believed James took the former of the two ▇▇▇ to her hotel.

**Person 10** advised that he now knows that James called **Person 10** while James was inside the Capitol, but at the time, **Person 10** was not aware James had called.

2:33pm: 2 phone calls with ▇▇▇. **Person 10** advised these calls were also about coordination and meeting up.

3:12pm-3:16pm: Calls with ▇▇▇. **Person 10** advised he did not recall these phone calls from ▇▇▇.

3:27pm **Person 10** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are with me now.' **Person 10** noted that ▇▇▇ and ▇▇▇ were with him for most of the day. ▇▇▇ was also there at that time, then walked off and came back to ask what was going on.

4:00pm (approximate): Everyone, including the FL team, met up. **Person 10** advised the conversation was not about going into the Capitol, and that nobody from the Oath Keepers group informed **Person 10** they entered the Capitol. There was talk outside the Capitol that a girl had been shot and someone not associated with the Oath Keepers talked about "occupying" the Capitol.

5:34pm: "We aren't quitting!!' We are reloading!!" **Person 10** did not know what Meggs meant by this message.

5:41pm: "The founding generation Sons of Liberty stormed the mansion of the corrupt Royal Governor of Massachusetts, and trashed the place. They also jumped on board a ship carrying East India Tea, and dumped it in the harbor. We are actually in a far more deadly situation given the FACT that enemies foreign and domestic have subverted, infiltrated, and taken over near every single office and level of power in this nation. We hvae one FINAL chance to get Trump to do his job and his duty. Patriots entering their own Capitol to send a message to the traitors is NOTHING compared to what's coming if Trump doesn't take decisive action right now. It helped to send that message to

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

266T-IP-3413706

(U//FOUO) Interview of Person 10

Continuation of FD-302 of 05/25/2021 , On 05/25/2021 , Page 5 of 6

HIM. He was the most important audience today. I hope he got the message." **Person 10** advised he did not see this message from PERSON ONE

After leaving the Capitol grounds, the group went back to the hotel then to the Olive Garden for dinner. ▇▇▇ did not want to go to the Olive Garden but agreed to go with **Person 10** At that time, **Person 10** was still could not believe people went into the Capitol. At dinner, the group discussed a girl that was shot, what had happened that day and some vague discussion about veterans and Trump. At dinner, PERSON ONE spoke about how he wanted Trump to invoke the Insurrection Act, and how PERSON ONE wanted to be in for the long haul to assist Trump.

**Person 10** advised he and PERSON ONE talked about the QRF and stated the QRF was not like those in a military mission or operation but was just about security and protection for people. **Person 10** advised he had not seen the video from the QRF hotel with weapons but heard from ▇▇▇ and PERSON ONE about people having a stockpile of weapons there. **Person 10** was asked about and advised he was acquainted with ▇▇▇, PERSON ONE' friend, but had not spoken with him since the first Trump march.



**Person 10** was shown several pictures from a Word Document (attached) and provided the following information:

Picture 1: **Person 10** recognized this as himself from 1/6.

Picture 2: Did not recognize.

UNCLASSIFIED//FOUO

266T-IP-3413706

Continuation of FD-302 of (U//FOUO) Interview of Person 10 05/25/2021 , On 05/25/2021 , Page 6 of 6

Picture 3: PERSON ONE

Picture 4: Recognized the UnkMale from that day but did not know who he was.

Picture 5: Did not recognize.

Picture 6: Did not know the individual in the Michael Jackson World Tour jacket.

Person 10 was also shown the individuals picture in the New York Times online article, found at https://www.nytimes.com/interactive/2021/01/29/us/oath-keepers-capitol-riot.html. Person 10 was able to correctly identify Jessica Watkins, Kelly Meggs, Meggs' wife and Donovan Crowl. Person 10 recognized Kenneth Harrelson, but only by face as a Florida Oath Keeper who was present in Louisville. Person 10 advised the Florida Oath Keepers that he knew were all Oath Keepers who had attended the protection event in Louisville surrounding the Brianna Taylor decision.

Person 10 was shown a photo of Jessica Watkins, who he recognized as "Jessica".

Person 10 was shown a photo of Thomas Caldwell, who he advised owned the farm where they met in November. Person 10 did not see Caldwell on the 6th and advised that PERSON ONE and Caldwell did not agree with each other back in November.

