IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**KELLY MEGGS**<br><br>**ACCUSED**<br><br>*Styled as* <u>USA v. STEWART RHODES, et al.</u> *incorporating cases against multiple Defendants* | **Criminal Case No.**<br>1:22-cr-00015-APM<br><br>Assigned to the Honorable Amit Mehta, District Court Judge |

**[PROPOSED] ORDER
ON DEFENDANT KELLY MEGGS' MOTION FOR DISCLOSURE
OF MATTERS OCCURRING BEFORE THE GRAND JURY**

The Defendant Kelly Meggs came before the Court upon his Kelly Meggs's Motion for Disclosure of Matters Occurring Before the Grand Jury, considered by the Court on February _____, 2022, and upon the Court's consideration of the pleadings and representations of the parties, and oral argument, the Court orders as follows:

IT APPEARING TO THE COURT THAT the Defendant Kelly Meggs needs to be able to participate in his own defense including by reviewing and analyzing information that the Government is required to produce as potentially exculpatory information to which the Defendant is entitled to pursuant to *Brady v. Maryland, 373 U.S. 83 (1963),* and

IT APPEARING TO THE COURT THAT the Defendant Kelly Meggs has demonstrated good cause for the inspection of or copies from the proceedings before the Grand Jury to obtain exculpatory information, potential witnesses, and information for the impeachment of

1

Government witnesses.

NOW, THEREFORE, LET IT BE ORDERED AND ADJUDGED THAT THE GOVERNMENT SHALL PRODUCE TO THE DEFENDANT'S COUNSEL for inspection and/or copying, the following:

### A.   SPECIFIC REQUESTS FOR DOCUMENTS

The Accused respectfully demands the following notes, minutes, transcripts, recordings, and/or exhibits occurring before any session of the Grand Jury in connection with this case or the previous case *USA v. Thomas Caldwell*, Case 1:21-cr-00028.

1. Any and all opening remarks to the Grand Jury, including for each session upon which the Grand Jury was reconvened.
2. Any and all explanations about the case to the Grand Jury.
3. Any and all argument made to the Grand Jury.
4. Any and all instructions given to the Grand Jury.
5. Any and all opinions expressed to the Grand Jury other than by sworn witnesses, including any extraneous persons present in the room.
6. The transcripts, and if none were made, then the substance of the testimony of each witness who appeared before any session of the Grand Jury.
7. All minutes and notes of all proceedings before each session of the Grand Jury.
8. Any and all questions asked by any member of the Grand Jury.
9. A list and copy and description of all exhibits, tangible evidence, and physical objects presented to or to which reference was made by witness appearing before

said Grand Jury.

10. A copy of any and all exhibits presented to the Grand Jury.

11. A copy of any and all exhibits presented to which reference was made by witness appearing before the Grand Jury.

12. The names, addresses, including but not limited to, street address and building, apartment, room or like number of all persons present in the room or appearing before the Grand Jury in any capacity *other than as a witness*.

13. The identity of each Grand Juror who is, or was, connected with any state or federal law enforcement agency.

14. A verbatim copy of the charge given by the Court to the Grand Jurors upon their being initially convened, and at the time they were reconvened for this case each time, or at any time prior thereto.

15. Any explanation to the Grand Jury as to why an additional session related to this case or its prior incarnation was being convened and/or necessary.

16. A verbatim copy of the charge given by the Court to the Grand Jurors upon their being initially convened, and at the time they were reconvened for this case, or at any time prior thereto.

B.   **SPECIFIC REQUESTS FOR CIRCUMSTANCES**

The Accused respectfully demands the following notes, minutes, transcripts, recordings, and/or exhibits occurring before any session of the Grand Jury in connection with this case or the previous case *USA v. Thomas Caldwell*, Case 1:21-cr-00028.

1. The number of witnesses presented to the Grand Jury by the Government, in each session in which it met.

2. The number of witnesses requested by the Grand Jury or by any of its members.

3. The number of witnesses actually summoned upon request of the Grand Jury or any of its members.

4. The number of Grand Jurors requesting witnesses in addition to those originally presented by the Government.

5. The number of Grand Jurors concurring in each count of the Indictment, including for each superseding indictment, separately.

6. Whether any counts of the Indictment were not presented to, or were not voted upon, by the entire Grand Jury.

7. The length of time the Grand Jury spent hearing evidence in this case, in each session in which it met.

8. The identity of any agents appointed by or to the Grand Jury and by whom, at whose request and under what authority such appointment was made, as well as what disclosures were made to such persons and by what authority and procedure.

9. The length of time spent deliberating on the case.

10. The names and addresses as to where each *witness* could be served with a subpoena to testify at trial, including but not limited to, street address and building, apartment, room or like number, of each witness appearing before the Grand Jury.

11. Whether any Grand Juror was absent during any portion of the Grand Jury proceedings including voting upon any Count of the indictment.

13. The names, addresses, including but not limited to, street address and building, apartment, room or like number of all persons appearing before the Grand Jury in any capacity *other than as a witness* or prosecutor.

14. The identity of each Grand Juror who is, or was, connected with any state or federal law enforcement agency.


Dated:   February_____, 2022


                                                _____
                                                Amit Mehta, District Court Judge