# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15-APM |
| RHODES, III et al.<br>(THOMAS E. CALDWELL) | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Request to Extend by 30 Days the Deadline for Filing Rule 12(b) Motions, it is hereby ORDERED by the United States District Court for the District of Columbia, that the Motion is GRANTED and thus the deadline to file Rule 12(b) motions for all defendants in *United States vs. Rhodes* is hereby extended to March 23, 2022.

_____       _____
Date                                             Honorable Amit P. Mehta
                                                       United States District Court