```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
      vs.                        )    February 16, 2022
                                 )    3:00 p.m.
ELMER STEWART RHODES, III (1),   )
                                 )
          Defendant.             )
_____)


      TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Kathryn L. Rakoczy
                             U.S. ATTORNEY'S OFFICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-7277
                             Email:
                             kathryn.rakoczy@usdoj.gov
```

```
APPEARANCES CONTINUED:

For the Defendant:          James Lee Bright
                           3300 Oak Lawn Avenue
                           Suite 700
                           Dallas, TX 75219
                           (214) 720-7777
                           Email: jlbrightlaw@gmail.com

                           Phillip A. Linder
                           BARRETT BRIGHT LASSITER LINDER
                           3300 Oak Lawn Avenue
                           Suite 700
                           Dallas, TX 75219
                           (214) 252-9900
                           Email:
                           phillip@thelinderfirm.com

Pretrial Services Officer:  Andre Sidbury

Court Reporter:             William P. Zaremba
                           Registered Merit Reporter
                           Certified Realtime Reporter
                           Official Court Reporter
                           E. Barrett Prettyman CH
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                    P R O C E E D I N G S
2            COURTROOM DEPUTY:  Good afternoon, Your Honor.
3    This is Criminal Case No. 22-15-1, United States of America
4    versus Elmer Stewart Rhodes, III.
5            Kathryn Rakoczy for the government.
6            Phillip Linder for the defense.
7            Andre Sidbury on behalf of Pretrial Services.
8            The defendant is appearing via videoconference for
9    this hearing.
10           THE COURT:  Okay.  Good afternoon, everybody.
11           Mr. Rhodes, good afternoon.  Can you hear me okay,
12   sir?
13           THE DEFENDANT:  Yes, Your Honor, I can hear you
14   fine.
15           THE COURT:  Okay.  Terrific.
16           Before we get started, JC, is it possible to set
17   this up so that anybody that's off camera, I only have on my
18   screen those people whose videos are on?
19           COURTROOM DEPUTY:  And, Your Honor, did that do
20   the trick?
21           THE COURT:  Not yet, no.
22           There may be a setting.
23           COURTROOM DEPUTY:  If you click in the top
24   right-hand corner, if you click on view and then there
25   should be an option that says, show Non-Party or non-video
```

1    participants.

2           And would you like me to run back there to help

3    you set it up?

4           THE COURT:  No.  It's okay.  Hang on.

5           Sorry, everyone.  Just bear with me if you would

6    for a few seconds.

7           In any event.  It's okay, I'm not seeing that

8    option, it's not coming up, but that's fine.

9           All right.  Why don't we go ahead and proceed.

10   So we're here this afternoon on Mr. Rhodes' bond motion.

11   The Magistrate Judge in Texas had held that Mr. Rhodes be

12   detained pending trial.  He is asking me to conduct a

13   de novo review of his bond status, and that's the purpose of

14   today's hearing.

15          I have received from the parties their filings,

16   and everybody can rest assured that I have certainly read

17   them all, and that would include the full transcript before

18   Magistrate Judge Priest Johnson -- the hearing that took

19   place before Judge Priest Johnson, as well as her Memorandum

20   Opinion, and I've, of course, read the parties' full filings

21   as well.

22          So, Ms. Rakoczy, why don't we turn to you first

23   since it's the government's burden and ask how you wish to

24   proceed this afternoon.

25          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

1          The government is seeking to detain the defendant,

2     is asking the Court to detain the defendant, as it did

3     before Judge Priest Johnson in Texas, on the basis of three

4     prongs of Section 3142:

5          Under prongs (f)(1)(E) for a case that involves

6     the possession or use of a firearm;

7          Under prong (f)(2)(A) for a case that involves a

8     serious risk of flight;

9          And then the third prong, (f)(2)(B), for a case

10    that involves a case of serious obstruction.

11         And we do believe that the allegations within the

12    indictment of this case and within the materials submitted

13    by the government make out a sufficient basis under those

14    three prongs for this Court to proceed to a detention

15    hearing.

16         In this matter with respect to prong (f)(1)(E),

17    the indictment charges the defendant with leading a

18    conspiracy, to oppose by force the execution of the laws

19    governing the transfer of power in this country following

20    the 2020 United States Presidential election, and that

21    conspiracy is alleged --

22         THE COURT:  Can I interrupt you for a second,

23    Ms. Rakoczy?

24         Just -- and maybe we can speed through this

25    portion of it, but is there any dispute here, Mr. Linder,

1    that your client is, at a minimum, subject to a detention

2    hearing under Subsection (f)?

3           MR. LINDER:  Your Honor, I'm going to let

4    Mr. Bright, who's covering this hearing, I'll back up if he

5    needs, but Mr. Bright is going to cover this hearing.

6           THE COURT:  Okay.

7           MR. BRIGHT:  Your Honor, I don't believe there's a

8    dispute, based on the government's filing, that Mr. Stewart

9    Rhodes is subject to a detention hearing under 3142(f).

10          I mean, we certainly disagree with the findings of

11    Kimberly Priest Johnson, but I think there is the basis --

12          THE COURT:  Sure.

13          MR. BRIGHT:  -- on which he is subject to the

14    detention hearing as alleged under the three prongs they've

15    made.

16          THE COURT:  Okay.  That's fine.

17          And so to the extent Ms. Rakoczy was going to go

18    through those, I don't know that she needs to.  I mean, I've

19    looked at -- I agree that -- and, you know, I don't read the

20    government's burden at this stage to be by a preponderance

21    of the evidence in terms of getting the hearing.  It's

22    simply -- the offense simply needs to involve one of the

23    enumerated factors under (f)(1) and a case that involves a

24    serious risk.

25          In any event, I mean, whether serious risk has

1    been made out or not, I'm not sure I need to worry about

2    that so much, because I think clearly (f)(1)(E) has been

3    satisfied here based upon the indictment.  And then once

4    we're out of -- once we're in the land of a detention

5    hearing, I can consider all the factors, and the issue is

6    dangerousness or risk of flight.

7             So why don't we sort of turn to those -- that

8    inquiry, Ms. Rakoczy, and focus on that issue.

9             MS. RAKOCZY:  Yes, Your Honor.

10            And I will not belabor going through all the facts

11   of this case.  We know that the Court is well familiar with

12   these cases, and the Court has, of course, read the

13   indictment and our materials.

14            But the sort of -- the large-picture view in this

15   case is that the defendant is alleged with leading a plot to

16   oppose by force to transfer presidential power in this

17   country.  That plot and the execution of that plot

18   ultimately included an attack on the United States Capitol

19   while the Congress was convened to certify and to deal with

20   objections to the Presidential Election.

21            A significant portion of that plot included the

22   presence of an armed quick reaction force standing by, not

23   far away, with an arsenal of weapons, ready to ferry those

24   weapons into the hands of co-conspirators on the ground at a

25   moment's notice.

1        That aspect of this presents, in addition to the

2   risk to the democracy which this Court and another judge of

3   this court has recognized in the *Munchel* case as a danger to

4   the community, that risk to the democratic institutions of

5   our society, the physical security danger presented by the

6   standby nature of this armed, quick reaction force, ready to

7   bring the weapons in to do battle, presents a grave risk of

8   danger to the community.

9        And the fact that the defendant played a role in

10  organizing this aspect of the conspiracy and the conspiracy

11  at large in setting forth the notion that there should be

12  this armed aspect to this conspiracy, providing support for

13  that, and ultimately essentially taking the reins and being

14  in control of that quick reaction force, shows in this case

15  a grave danger presented by the defendant.

16        THE COURT:  Ms. Rakoczy, I mean, one of the

17  arguments that Mr. Rhodes makes about the quick reaction

18  force is that this was purely a defensive -- it's really

19  sort of a twofold argument; one is that the possession of

20  these weapons in and of itself was legal or at least hasn't

21  been alleged to be illegal; and, two, that this was a

22  defensive force that would have been called upon in the need

23  for defense.  And because that wasn't -- even under your

24  theory, that's not what was happening that day, and so

25  that's the reason Mr. Rhodes didn't call in that force to be

1    activated, so to speak.

2              MS. RAKOCZY:  Yes, Your Honor.

3              So there is no allegation that the weapons that

4    were brought were illegally possessed.  What the government

5    is alleging is unlawful about the presence of those weapons

6    is the intent for the use of those weapons.

7              THE COURT:  Right.

8              MS. RAKOCZY:  And those weapons, we submit the

9    evidence has shown, based on the allegations in the

10   indictment and the facts that we point to and the evidence

11   that we point to in our materials, is that these were not

12   solely for defensive purposes.

13             The defendant himself said numerous times that

14   they were prepared to do battle to stop the certification

15   and to stop the transfer of power, regardless of what the

16   President may have done or said, and that the presence of

17   those weapons existed to support those on the ground who

18   were carrying out that mission.

19             And let me point the Court specifically to some of

20   the messages that we're talking about here.

21             In the lead-up --

22             THE COURT:  Ms. Rakoczy, before you do that,

23   because I've actually re-read the indictment, but what's the

24   government's theory, to the extent that you're prepared to

25   say it at this juncture, as to why Mr. Rhodes didn't

1    activate the force?

2            There was a call, according to the indictment, by

3    Mr. Vallejo, or at least a message suggesting that he was at

4    the ready to come into the District, but there was no

5    response by Mr. Rhodes sort of giving him the green light.

6            MS. RAKOCZY:  First, Your Honor, it wasn't

7    necessary.

8            The defendants were able, along with other

9    rioters, to breach the Capitol, to delay the proceedings by

10   hours without needing armed forces.

11           The sheer physical numbers of the rioters at the

12   Capitol that day and the violence that was used without the

13   need for firearms achieved those results.

14           And some, approximately, at least 19, charged

15   defendants and alleged co-conspirators in this matter

16   affiliated with Mr. Rhodes breached the building that day

17   without the need for the quick reaction force.  And so with

18   respect to that day, it wasn't necessary.

19           It also -- we have seen clear indication in the

20   defendant's own words that this was one battle in a larger

21   war.  What the defendant said on the eve of January 6th in

22   the DC OP Jan 6 21 Signal chat was that -- he said words to

23   the effect of:

24           "Patriots entering their own Capitol to send a

25   message to the traitors is nothing compared to what's coming

1    if Trump doesn't take decisive action right now.

2            "It helped," what happened on the 6th, "helped to

3    send that message to him.  He was the most important

4    audience today.

5            "I hope he got the message."

6            And so the fact that the defendant had an eye on

7    the larger war is an important factor to consider in why the

8    quick reaction force was not employed that day.  It both

9    wasn't necessary, and, in keeping an eye on the larger goal

10   of stopping the transfer of power that particular day, they

11   were focused on something larger.

12           THE COURT:  And what you just read, is that in the

13   indictment or is that an email or some Signal chat or some

14   other communication that's not reflected in the indictment?

15   Because I don't recall that.

16           MS. RAKOCZY:  That comes -- a portion of that is

17   cited in the indictment, and the larger quote -- I'm reading

18   from the larger quote.  So I think some of that is in the

19   indictment at -- if I can have the Court's indulgence, I can

20   tell you the cite.  I apologize, Your Honor.  The Court's

21   indulgence.

22           THE COURT:  That's okay.

23           It's okay, Ms. Rakoczy.

24           MS. RAKOCZY:  Yeah, I'm sorry.

25           THE COURT:  I can look for it.  That's all right.

1          MS. RAKOCZY:  So, Your Honor, that's our theory

2    about why the quick reaction force wasn't activated on that

3    particular day.

4          I think it's actually paragraph 126, Your Honor.

5    I'm sorry, I found the cite now.

6          THE COURT:  Okay.

7          Here's the other sort of curiosity I have about

8    the government's theory and get your reaction to this.

9          The indictment seems to suggest that the

10   planning -- not just suggest, alleges that the planning for

11   the events of January 6th and the entry into the Capitol

12   building was pre-planned.  This was not essentially a crime

13   of opportunity, but, rather, one that had been planned prior

14   to January the 6th and had been thought out.

15         Is it the government's contention that had there

16   not been a mob of people at the Capitol that day, say, The

17   Ellipse rally had simply ended, there hadn't been a mob that

18   marched down to the Capitol, would this group of individuals

19   led by Mr. Rhodes still intend to try and enter the Capitol

20   building, even without a mob present?

21         MS. RAKOCZY:  Your Honor, the evidence is that

22   they talked about the need to go to the Capitol grounds.

23         In paragraph 34 of the indictment, we cite quotes

24   from a Signal chat called the OKFL Hangout in which

25   co-defendant Kelly Meggs says words to the effect of,

1    "We need to make those senators very uncomfortable with all

2    of us being a few hundred feet away."  And in that same

3    chat, the defendant says words to the effect of, "I think

4    Congress will screw him," meaning President Trump, "over.

5    The chance we/he has is if we scare the shit out of them and

6    convince them it will be torches and pitchforks time is

7    [sic] they don't do the right thing.  But I don't think they

8    will listen."

9            So there is certainly messages that we cite in the

10   indictment and in our pleadings that suggest that they were

11   prepared to go to the Capitol and use, at the very least,

12   intimidation to try to stop the proceeding that was going on

13   that day.

14           The defendant also made clear in that same

15   message, and this quote is not from the indictment, but I

16   would proffer it to the Court and it is in evidence that we

17   provided to the defense in discovery, the defendant went on

18   in that same chat to say "he," referring to President Trump,

19   "must know that if he fails to act, we will.  He has to

20   understand that we will have no choice."

21           The defendant makes similar statements in a Signal

22   chat called "Leadership intel sharing secured" on December

23   the 31st, so maybe about a week after the messages I just

24   read to you, where he says very similar things.  And these

25   are two quotes that are from that chat from December 31st

1    but are not cited in the indictment, I'm proffering them now

2    to the Court.  The defendant said to that chat, which, for

3    the Court's information, included at the time of

4    December 31st co-defendants Kelly Meggs, Joshua James, and

5    Jessica Watkins, among a number of others, the defendant

6    said, "Be prepared for a major let down on the 6-8th and get

7    ready to do it ourselves."

8         He also said a little bit later in that chat,

9    "On the 6th, they are going to put the final nail in the

10   coffin camp of this Republic, unless we fight our way out.

11   With Trump (preferably) or without him, we have no choice."

12        So there is clearly -- there were clearly messages

13   that we have directly from the phone evidence that show an

14   intent to be on the Capitol grounds, an intent to make those

15   in Congress uncomfortable, and an intent to fight to stop

16   that result with or without somebody like President Trump

17   calling them into action.  And so that evidence is clear.

18        And then compellingly, on the 6th when there has

19   been no call to arms by President Trump, when the Vice

20   President has indicated he's not going to interfere in the

21   congressional proceeding, and while the congressional

22   proceeding is underway and actually resolving objections,

23   the two houses had convened to their separate chambers to do

24   so, the building is breached and Mr. Rhodes says approving

25   things about that.  He says, as alleged in the indictment

1   around paragraphs 77 to 79, he makes several statements

2   saying, this is not Antifa, these are patriots, I am here.

3   And we allege in the indictment and we know from video

4   evidence that he is, in fact, on the grounds around that

5   time, and he ties it to what's going on.

6           I'm sorry, Your Honor.

7           THE COURT:  That's okay, Ms. Rakoczy.

8           Can I sort of advance you to a different fact that

9   you've proffered, and that is of the phone call between

10  Mr. Meggs and Mr. Rhodes and then whoever the Ops leader is,

11  he's not identified in the indictment, but there's a

12  three-way call you allege that occurs sort of three minutes

13  before Mr. Meggs and his group enter the building.

14          Does the government have any further

15  representations to make about what, if anything -- or what

16  communications -- what was spoken on that -- during that

17  conversation?

18          MS. RAKOCZY:  Your Honor, we know that about eight

19  minutes earlier, the defendant had texted Kelly Meggs,

20  directing him to come to the south side of the Capitol.

21          THE COURT:  Right.

22          MS. RAKOCZY:  We know from video evidence that at

23  the time, Kelly Meggs and many of the members of Stack One

24  were on the north side of the Capitol, they were on the

25  Capitol grounds but the north side of the Capitol and they

1   had paused for a moment.

2           And you see on the video shortly after the time of

3   that message, Mr. Meggs then leads his group, they continue

4   eastbound, and then they turn southbound and started walking

5   across the east plaza, heading southbound, so, it appears,

6   complying with Mr. Rhodes' directive.

7           Video evidence recovered from Sandra Parker's

8   phone, one of the co-defendants in Case No. 21-CR-28, shows

9   that around 2:33-ish p.m., 2:33, 2:34 p.m., she records a

10  video where she and other members of Stack One, to include

11  Mr. Kelly Meggs, are gathered on the east plaza just in

12  front of the staircase that leads up to the east Rotunda

13  doors.  That is around the time that Mr. Rhodes is on the

14  phone with Mr. Meggs and the operations leader.

15          Around the time that that phone call ends, you can

16  see on the video from Ms. Parker's phone that Mr. Meggs then

17  leads the group to start walking up the stairs.  And you can

18  see from other public-source video and some of the external

19  Capitol surveillance video footage, that it's around 2:34,

20  2:35 that Stack One starts moving up the steps, and it's a

21  few minutes later that they then breach the building.

22          So circumstantially, there's compelling evidence

23  that Mr. Meggs spoke to Mr. Rhodes and then led that group

24  ultimately to breach the building, and that certainly

25  presents evidence of an opportunity for Mr. Rhodes to weigh

1    in on that decision.

2         And given the hierarchal nature of this group and

3    the fact that so many former members of the military and law

4    enforcement are involved in this, it's very unlikely that

5    Mr. Meggs would have gone up and into that building without

6    an order or at least acceptance by the leader of this group.

7         THE COURT:  And can you --

8         MS. RAKOCZY:  I will tell the Court candidly, just

9    to be candid, we provided this information in discovery, but

10   Mr. Rhodes and Mr. Meggs have denied that there was an order

11   to go in the building, and the operations leader has also

12   denied that.

13        And so that is what they say.  There's obviously

14   significant incentive and bias on their parts to not

15   acknowledge that fact, but we believe that circumstantially

16   there's very strong evidence that what was about to happen

17   was discussed on that call.

18        THE COURT:  And the defendant, Mr. Rhodes, has

19   suggested that -- one of the things he's suggested is that

20   the reason one or both of those groups went into the

21   building was that they had heard Ashli Babbitt was shot and

22   they wanted to enter the building to provide medical

23   assistance.  Do you know precisely what the timing is of her

24   shooting?  I thought it occurred after 2:34; I thought

25   it happened a little bit later in the afternoon.

1          MS. RAKOCZY:  It did, Your Honor.  It happened at

2     2:45 p.m.

3          THE COURT:  Okay.  That's what I thought.

4     All right.

5          MS. RAKOCZY:  So, Your Honor, the conduct of

6     Mr. Rhodes on the 6th is when there is ultimately this

7     inaction, you know, Mr. Rhodes says ahead of time that we

8     must stop this fraudulent election, we must stop the

9     certification without or without President Trump, we need to

10    be prepared to fight to accomplish that goal.

11         And then when the Capitol is breached, he calls

12    his followers, his co-conspirators, to the Capitol.  There

13    is certainly circumstantial evidence that he directs them

14    in.  But even without that, even putting that aside, he is

15    stating things that, for anyone who was involved in those

16    prior chats, where he stated that we're going to have to

17    fight with or without the President.

18         He then says, "The President is not acting as I

19    predicted.  The patriots are taking matters into their own

20    hands.  This is understandable."  He says words to the

21    effect of, in the Leadership intel sharing secure chat, and

22    we cite this, I think, around paragraph 78 or 79 of the

23    indictment, he says words to the effect of, the founding

24    generation stormed the governor's mansion and tarred and

25    feathered the tax collectors.  They didn't fire, but they

```
1    street fought.  That is what patriots are doing now.  That
2    is what we are doing now.  Next comes our Lexington.  It's
3    coming.
4            And so he is -- even if the Court is not prepared
5    to find that the circumstantial evidence is enough to find
6    the directive to storm the Capitol, he is certainly
7    implicitly saying that this is something that is good and it
8    is consistent with our plan.
9            That note that he gives, that nod to the fact that
10   next is our Lexington, it's coming, is also -- in the
11   government's mind, it gives some context to why ultimately
12   he may not activate the QRF on the 6th, and he definitely
13   does see this as an initial skirmish or battle in a larger
14   war.
15           THE COURT:  And I'm sorry, the reference to
16   Lexington, is that in the indictment?  Can you cite that for
17   me again, please?
18           MS. RAKOCZY:  I don't know that the full quote is
19   in the indictment, Your Honor.
20           THE COURT:  Oh, I see it.
21           Nope, it's paragraph 78.  I see it.  Okay.
22           MS. RAKOCZY:  And, Your Honor, after the 6th, the
23   defendant and a number of the co-conspirators continue to
24   work towards the goal of the conspiracy, which is to oppose
25   by force the execution of the law surrounding the transfer
```

1    of power.

2          They do so -- the defendant does so by calling

3    several of his co-conspirators in leadership positions to

4    join him in Texas.

5          He calls co-defendant Joshua James to join him,

6    and we have evidence to suggest that Mr. James went.  He

7    calls Mr. Vallejo to join him, and we have evidence that we

8    cite in the indictment that Mr. Vallejo and another member

9    of that Arizona QRF contingent send messages suggesting they

10   are trying to meet up with Mr. Rhodes, although it doesn't

11   appear that ultimately they do.

12         And we cite messages that Defendant James says to

13   Kelly Meggs, asking whether the Florida contingent is

14   coming, and Mr. Meggs responds words to the effect of,

15   Florida stays home until shots fired.  But certainly there

16   is an indication there that the Florida group is continuing

17   their affiliation with this plan.

18         Mr. Rhodes makes numerous firearms purchases.

19   And, again, there's nothing wrong with firearms purchases

20   when they're for the lawful purpose of legally possessing

21   firearms.  But when you are amassing firearms and related

22   equipment for use in support of a conspiracy to stop the

23   lawful transfer of presidential power, we submit that there

24   is something unlawful about that.

25         He makes approximately $17,000 worth of firearms

1    purchases during that period.  And he makes statements that

2    suggest that the conspiracy is very much ongoing, and that

3    it is ongoing regardless of what President Trump is going to

4    do.

5            And I would proffer two statements from the Signal

6    messages made by Mr. Rhodes around that time that are not

7    cited in our pleadings or in the indictment but are directly

8    responsive to some of the allegations raised in the reply

9    brief by the defense, and they have been provided in

10   discovery to the defense.

11           I would cite one message that Mr. Rhodes sent on

12   January 12th to the Leadership intel sharing secured chat,

13   where he said:

14           "My prediction is that Trump will not invoke the

15   Insurrection Act, and his speech at Alamo Texas will be just

16   another campaign type speech.

17           "I hope I am wrong.  I pray I am wrong.  But

18   that's my prediction.

19           "If that's the case, and he doesn't use it to drop

20   the damn hammer, then we need to accept reality and stop

21   with the self-delusional nonsense and prepare to walk the

22   Founder's path."

23           He makes another statement, the defendant does, on

24   January 14th of 2021, in the Wyoming Signal group chat, and

25   he says:

1          "President Trump can and should use the

2    Insurrection Act, but it's unlikely.  Regardless, patriots

3    should," and then he lists several steps that they should

4    take like preparing to have supplies on hand, acquiring HAM

5    radios and things of the like.

6          And then he concludes by saying that patriots

7    should, "Prepare to walk the same path as the Founding

8    Fathers of condemnation of an illegitimate regime,

9    nullification/mass non-compliance, defiance, mutual defense,

10   and resistance."

11         And we think it's critical, Your Honor, that the

12   defendant is not only saying these words at this time and

13   that these words are not contingent upon anything the

14   President may do.  In fact, he's suggesting the President,

15   he thinks, is not going to call groups like the militia --

16   militia like the Oath Keepers groups or similar groups to

17   his side, but that he is doing this while gathering leaders

18   in this conspiracy with him, while amassing firearms.  And

19   then these are not just words, he's encouraging actions on

20   the part of his co-conspirators to prepare to engage in

21   violent resistance to the administration that's about to

22   take effect.

23         Those are some of our arguments with respect to

24   the danger that the defendant poses based on his conduct in

25   this conspiracy.

1          THE COURT:  I guess one more question about the

2     government's theory here.

3          And how is the government distinguishing -- well,

4     let me -- before I formulate the question, I'll state a

5     factual predicate, which is that, I have released a lot of

6     others who have been indicted in this case, who've been

7     indicted under 1512(k) for a conspiracy and sort of

8     separately for 1512(c)(2) for obstruction of an official

9     proceeding.  Mr. Rhodes and others are indicted for the same

10    offenses in this indictment.

11         One theory that -- some of these folks are -- have

12    been indicted under 1512(k) have been released.  What is the

13    distinction that the government is drawing between those

14    who've been indicted in this case for sedition and

15    presumably think have been engaging in more serious conduct

16    that is greater than simply a conspiracy to obstruct an

17    official proceeding?

18         MS. RAKOCZY:  One aspect, Your Honor, is, clearly

19    seditious conspiracy.  The way that it's been conceived of

20    in this case involved allegations of an intent to use force

21    to oppose the execution of the laws and, in this particular

22    case, the law surrounding the transfer of Presidential

23    power.

24         And so we have charged only those defendants for

25    whom there is evidence of such an intent here, and that

1    is -- that factors into the dangerousness that we allege

2    Mr. Rhodes and similarly situated co-defendants pose,

3    because of that willingness to use force, and in this case

4    not just physical force with hands or bodies, but physical

5    force involving the use of firearms, and the role of the

6    quick reaction force in this conspiracy plays a significant

7    role in the government's evidence and proof of an intent to

8    use force to oppose the laws.

9              Additionally, those charged --

10             THE COURT:  Real quick.

11             Does the government believe then that the

12    conspiracy doesn't end on January the 6th and it extends

13    beyond the January 6th?

14             MS. RAKOCZY:  Correct, Your Honor.

15             THE COURT:  Okay.

16             MS. RAKOCZY:  We both believe that, and that's the

17    way the indictment is pled with respect to the seditious

18    conspiracy charge.

19             THE COURT:  Understood.  Okay.

20             MS. RAKOCZY:  Additionally, Your Honor, those

21    charged are primarily those who played some form of a

22    leadership role, either in the conspiracy or in the quick

23    reaction force, or those who played a more active -- or a

24    more active, for lack of a better word, rank-and-file-type

25    role in the conspiracy, for whom also the evidence is there

1   of their intent.

2          But this Court has addressed in these detention

3   hearings, and asked the government to address, the role of

4   defendants within the conspiracy, and certainly it has been

5   noted by the Court where certain defendants played a

6   leadership role.

7          Obviously, some of the detained defendants were

8   viewed by the government or presented by the government,

9   through its allegations and evidence, as regional leaders of

10  this conspiracy, leading Ohio contingents and Florida

11  contingents and southeast contingents.

12         The defendant is, from the government's position

13  in this conspiracy, the leader of the conspiracy, above the

14  regional leaders, and, therefore, is not only the architect

15  of this conspiracy, but also is a person who's in a position

16  to be aware of the plans, to put forth the plans and then,

17  in that respect, is in a particularly dangerous role with

18  respect to some of the other individuals who've been charged

19  in this case.

20         THE COURT:  And so what's the government's

21  response to the defense argument that, look, the government

22  has known about Mr. Rhodes for some period of time -- I can

23  understand that it took some months to gather the evidence,

24  so I'm not too hung up on when the charges were brought

25  against him.

```
 1            But the argument is, look, it's been over a year

 2   or nearly a year since the events of January the 6th, and

 3   there's no allegation that Mr. Rhodes has engaged in any

 4   criminal conduct or taken any steps to act seditiously after

 5   the last date of the conspiracy here, which is sort of a

 6   week or two after January the 6th.  But in any event,

 7   certainly ends before January 20th -- on or before

 8   January 20th.

 9            So what's the government's response to that

10   argument, that he doesn't pose a danger prospectively, which

11   is really the only thing I'm considering here, because he

12   hasn't -- there's no allegation of any seditious conduct

13   between January 20th and the date these charges were filed.

14            MS. RAKOCZY:  We have a few responses, Your Honor.

15            First, the government did take care to make sure

16   that the charges that were ultimately brought against

17   Mr. Rhodes were supported by the evidence and that they were

18   the appropriate charges.

19            And I think it's sort of been made clear in some

20   of the pleadings, but I would just proffer to the Court that

21   significant evidence in this case was recovered from the

22   defendant's phone, which the government did not obtain until

23   May of 2021.

24            And the data on the phone was sizable, it was

25   nearly 84 gigabytes of data, and required an extensive
```

1    filter review, in addition to an extensive and substantive

2    review.

3            The Signal messages alone, I believe there were

4    over 165 Signal messages on the phone, and the government

5    felt it was important to review those messages to understand

6    both the inculpatory and potentially exculpatory evidence

7    that may be in those messages before making a decision to

8    charge.

9            The fact that the government took the time to make

10   sure that that evidence was reviewed and considered should

11   not affect -- or should not reflect upon the government's

12   view of the dangerousness of the defendant.  Frankly, that's

13   something that the government should do before deciding to

14   bring charges.

15           Also, Your Honor, the government has cited in its

16   pleadings evidence that the defendant continued to engage in

17   communications after January 6th, and after January 20th as

18   well, that showed his continued propagation of messages

19   suggesting that the incoming administration should be

20   opposed and that violence should be -- might be necessary.

21           The fact that nothing has happened doesn't

22   necessarily mean that there's no dangerousness there.

23   Certainly a significant disruption occurred when the

24   government did start arresting some of the co-defendants and

25   co-conspirators in this case, and I think that no doubt was

1    a factor in the fact that nothing more serious happened in

2    this case.

3            That doesn't mean, though, that the defendant

4    doesn't continue to have individuals in his network with

5    whom he could act, if given the opportunity, and the

6    government maintains significant concerns about that should

7    the defendant be released.

8            THE COURT:  And what's the government's

9    understanding about the firearms that he purchased leading

10   up to January 6th and then after January 6th, firearms and

11   firearms-related equipment?

12           I know there was a search done.  There was some --

13   there were firearms seized there.  There was a search done

14   of a storage facility; firearms and related equipment was

15   seized there.

16           Is there a concern -- or let me put it

17   differently:  Does the government have a position on whether

18   Mr. Rhodes would still have access to firearms that have not

19   been recovered were he to be released on very strict

20   conditions?

21           MS. RAKOCZY:  It is concerning, Your Honor, to the

22   government that, because Mr. Rhodes has been transient for

23   approximately a year, we are aware that he has had a

24   practice of having storage units, and we do not believe that

25   we are aware of -- aware of or have identified all of those

```
 1    storage units.  And so I don't think that we can say that we
 2    are confident that all the weapons that Mr. Rhodes had in
 3    his possession at the time of his arrest have been seized.
 4    So, yes, that is a concern.
 5              And the defendant also has a broad network of
 6    followers here whom the government is concerned he could
 7    rely upon or implore upon, if he were so inclined, and that
 8    those individuals may be able to assist him with access
 9    either to technology or to firearms.
10              THE COURT:  Ms. Rakoczy, I sort of asked you a
11    bunch of questions, and if there's more you want to add,
12    this would be a time to do it before I turn it over to
13    Mr. Bright.
14              MS. RAKOCZY:  If I could please have the Court's
15    indulgence.
16              I don't think we have any additional points to
17    make at this time.  Thank you, Your Honor.
18              THE COURT:  All right.  Thank you, Ms. Rakoczy.
19              Okay, Mr. Bright, I'll hear from you at this
20    point.
21              And I guess one of the questions, before you get
22    started, is, I understand there may be a third-party
23    custodian or a proposed third-party custodian that you
24    are -- have on standby as a potential witness; is that
25    correct?
```

1           MR. BRIGHT:  That is correct, Your Honor.

2           We have available, if necessary, outside of the

3    desire of the Court to proceed primarily through proffer,

4    which we're more than happy to do, but we do have an

5    individual available, if needed, to testify or to have

6    questions asked, that I believe the prosecutor -- the

7    government indicated was one of the primary individuals in

8    charge of the events of January 6th that day that's a

9    non-Oath Keeper, but he was present for most of the day and

10   overseeing some of the protective services that the Oath

11   Keepers were offering on that day.

12          We further have available, and Mr. Linder actually

13   is the individual that -- while I'm going to be doing the

14   primary lead today, Mr. Linder is the one that has the

15   primary information on the family member and her husband

16   that we would offer and have already met with Pretrial

17   Services regarding being a third-party custodian.  So if you

18   want to address the third-party custodian part first before

19   delving into responses to the government, we're happy to

20   handle it however you would like, Your Honor.

21          THE COURT:  Could I -- maybe I -- did

22   I understand, with respect to the first -- you referred to

23   an individual that was there on January 6th, who's an Oath

24   Keeper.

25          MR. BRIGHT:  That is not -- I'm sorry, Your Honor.

1    Is not an Oath Keeper.

2              THE COURT:  Not an Oath Keeper.  Okay.

3              MR. BRIGHT:  But he was a volunteer with the Oath

4    Keepers.  The government is aware of this gentleman, they

5    have interviewed him, he has testified in depositions before

6    the January 6th Select Committee, and he intimately has

7    knowledge of the dealings of January 6th, as well as events,

8    I would suggest, from the election of 2020 through

9    January 6th that we could proffer his testimony to the Court

10   for Your Honor.

11             THE COURT:  I see.  Okay.

12             So he's not -- he's -- you're not proposing to

13   call him as a witness today, you're simply listing --

14             MR. BRIGHT:  I am not, Your Honor.  We would

15   proffer him at this time.

16             THE COURT:  Okay.

17             MR. BRIGHT:  But, again, if the Court wanted to

18   take up the third-party custodian matter with Mr. Linder

19   first, I'll follow whatever the Court would prefer.

20             THE COURT:  No, let's go ahead and turn to the

21   merits of the motion, and then we can deal with the

22   third-party custodian.

23             MR. BRIGHT:  Absolutely, sir.

24             Did you have any questions before I kind of

25   respond to the things that the government has said?

1           THE COURT:  No.  Go ahead, Mr. Bright.

2    And I'm sure I'll have questions for you.

3           MR. BRIGHT:  Absolutely, sir.

4           It's going to be a little bit difficult to start

5    out and really wrap around everything the government has

6    said there.

7           Obviously it goes without saying that we disagree

8    with an enormous amount of what the government's putting

9    forward.  I've often referred to aspects of this as the

10   three men and the elephant.  You know, the government's

11   holding the front, thinking that they're holding on to a

12   snake, when, in reality, it's an elephant.

13          Some of this is the spectrum by which you look at

14   things, judge the words that are being used.  There was no

15   conspiracy to overthrow the government.  There certainly was

16   an enormous amount of bombastic language that was involved.

17          But to go back to one of the biggest issues,

18   without question, at hand, has to do with what the

19   government has suggested of these QRFs, these quick response

20   forces.

21          I know the government has read our motion and our

22   memorandum in support of reconsideration.  And so I know the

23   government also is aware that the Oath Keepers were

24   meticulous about following the law.  The Oath Keepers were

25   meticulous about not breaking the laws of any location that

1   they went to for years to provide security, protection for

2   people at variant political and other rallies.  This is

3   something that they always did.

4          As a matter of fact, the government, upon research

5   of the Oath Keepers, would know that one of the things that

6   they would regularly engage in was attempting to liaison

7   with local law enforcement.  That dates all the way back to

8   hurricane relief, which they've done 20 times; it has to do

9   with going to Ferguson.  They went and protected people

10  after the election at the Breonna Taylor riots in

11  Louisville.

12         The government would also be aware, from their

13  investigation, Your Honor, that on two different occasions

14  prior to January 6th, the D.C. rally on November 14th of

15  2020, which was a "Stop the Steal" rally, the Oath Keepers

16  were at that.  They provided security detail and protection

17  from what at the time was unfortunately very necessary, and

18  that was that people were being assaulted, people were being

19  attacked by, for lack of a better word, left-wing mobs,

20  Your Honor.  If you want to go into it, we can.

21         And the government is aware, through their

22  investigation, of the testimony of others, that even at

23  those other times, there were QRFs stationed outside of the

24  District.  Those QRFs existed because the Oath Keepers knew

25  that it was against the law per D.C. laws to carry weapons

```
 1    into the District.  They never did.  They were meticulous
 2    about that.
 3              THE COURT:  So can I ask a question?  Then why
 4    have a QRF at all?
 5              MR. BRIGHT:  Absolutely, sir.
 6              THE COURT:  The purpose, as I understand it,
 7    was -- a least according to your -- according to the
 8    defenses, is that this was a standby operation, that if it
 9    was needed for defensive reasons, could cross the river in a
10    short period of time to provide arms.  I'm not sure there's
11    an exception under D.C. law to do that.
12              MR. BRIGHT:  Again, Your Honor, I think this is
13    where we cross over into some variant belief systems, that,
14    while legal, they had -- other people may not understand or
15    agree with.
16              The evidence in this case, whether it be
17    grand jury testimony that we've been provided that are
18    165-plus-pages long, whether it be the interviews that they
19    voluntarily had with Mr. Rhodes on May 3rd, 2020, whether it
20    be the recorded GoToMeeting that the government has from
21    November 9th, 2020, in preparation for the November and the
22    December rallies, those all had to do with what's been very
23    open amongst the Oath Keepers, and that was a belief that
24    if -- and I'll use a term that they use, "kinetic," if
25    Antifa, BLM, other groups, "went kinetic," the President of
```

1    the United States at that time was Donald Trump.

2    Donald Trump, under the Insurrection Act, which overrode

3    Posse Comitatus, if invoked, would, in their belief, and,

4    I believe, we believe if invoked, would be accurate, would

5    give them, as a group, as a militia or a group like the Oath

6    Keepers, the legal fundamental ability to utilize weapons

7    that were stored outside of the District, but only, only, if

8    President Trump invoked the Insurrection Act.

9         The evidence in this case, without question, is

10   riddled with constant references to that.  As a matter of

11   fact, the government just did it themselves when they were

12   talking about the statements by Mr. Rhodes on January 12th,

13   2020.

14        THE COURT:  If I could interrupt you.

15        And I don't plan to pretend to be a scholar or

16   even have looked at the Insurrection Act with any great

17   care, but your view is that if the President had invoked the

18   Insurrection Act, private militias could have taken up arms

19   and used those arms for means of, sure, protecting the

20   President, let's just leave it at that, even if in violation

21   of local law.

22        MR. BRIGHT:  Your Honor, I would concede that I

23   neither am an expert on the Insurrection Act.  As a matter

24   of fact, prior to becoming involved in this case, it's not

25   something I knew a great deal about.

1           My understanding of the Insurrection Act of 1817,

2    as read, gives the President of the United States the legal

3    right, under certain circumstances, which would normally be

4    forbidden, for the military, National Guard or militias to

5    be brought in on U.S. soil.

6           If invoked, I believe there is a codicil that does

7    say that local governments have the opportunity to respond

8    first, and if they do not do so in accordance, then that --

9    then the President -- legal authority is that he could

10   invoke the Insurrection Act.

11          It is my understanding, Your Honor --

12          THE COURT:  And that would reach -- I'm looking at

13   this as we don't need to get to that.

14          MR. BRIGHT:  I can read it.

15          THE COURT:  No, no, I'm looking at it, too.

16   It's 10 U.S.C. Section 332, right, that the President

17   considers that unlawful obstructions, combinations, or

18   assemblages or rebellion against the authority of the

19   United States make it impracticable to enforce the laws of

20   the United States and any state by the ordinary course of

21   judicial proceedings.  He may call into federal service such

22   of the militia of any state and use such an Armed Forces as

23   he considers necessary to enforce those laws or to suppress

24   the rebellion.

25          So the Oath Keepers considered themselves a

1   militia of any state?

2          MR. BRIGHT:  Well, Your Honor, I believe, as the

3   government detailed, the network of these individuals were

4   represented specifically by given states.

5          You had the Ohio contingent.

6          THE COURT:  Yeah, but the fact that they labeled

7   themselves as the Ohio militia or the Florida militia

8   doesn't make them so, does it?

9          MR. BRIGHT:  This is not an area that I'm an

10  expert on, Your Honor.

11         THE COURT:  I'm just -- I mean, I'm just curious,

12  because it just seems to me that the theory here is that

13  they sort of self-designated themselves to be a potential

14  militia that the President could call upon, which is, you

15  know, sort of an interesting concept that essentially a

16  private militia could be called upon by the President of the

17  United States to enforce the laws, but that seems to be the

18  position that Mr. Rhodes has taken.

19         MR. BRIGHT:  As a matter of fact, Your Honor,

20  there are two separate times that the government is aware of

21  that Mr. Rhodes actually then calls to action, on the

22  website of the Oath Keepers, calling upon the President

23  specifically to invoke the Insurrection Act.  This is not

24  something that they hid.  It's not --

25         THE COURT:  I'm aware that this is not something

1    that is cut from whole cloth.  I've understood from the

2    beginning that this was -- at least according to the

3    defendants, this is part of the reason why there was this

4    QRF and the like.

5            MR. BRIGHT:  May I have the opportunity -- so,

6    Your Honor, if I may, again, I certainly can understand the

7    Court's concern with how they might define themselves,

8    whether or not it was or wasn't rational to look at that and

9    agree with their reading of that section of the federal

10   statute.

11           However, that being said, the evidence is

12   exhaustive, through their own statements, their own

13   literature, their calls to actions, as well as the

14   government's evidence that they've quoted you today from the

15   comments of Mr. Rhodes post January 6th, they constantly

16   reference that Trump isn't going to do the Insurrection Act.

17   What we know is per the Constitution, at noon on January 20,

18   there's a changeover from one President to another.  That

19   occurred here.

20           And in speaking of the future danger, Agent Palian

21   testified before Judge Johnson here in Dallas, as the

22   government also just conceded, there are no specific acts or

23   any other overt things that would lead to a future danger

24   argument.

25           The QRFs were not employed, they were not employed

1    because the Trump administration never invoked it.  So that

2    leads to what actually did or didn't happen on January 6th.

3    I mean, none them were armed, Mr. Stewart never went across

4    the barricades.  We would refute, and we could offer --

5            THE COURT:  Well, what about the fact -- I mean,

6    he didn't go into the building, but the allegation here is

7    one of conspiracy.  I don't think there's any -- I don't

8    even think you're disputing that there is a group of

9    individuals who conspired.  Whether they did so for an

10   unlawful purpose or not is really the issue; in other words,

11   they acted in concert, let's put it that way.

12           MR. BRIGHT:  Are you referring to entering the

13   building on that day or the reason that they were there?

14           THE COURT:  Well, right, that's what my question

15   was about to be, which is, you've suggested that Mr. Rhodes,

16   that this was done -- that, for example, Mr. Meggs' group

17   entered without any okay from him, and that they sort of, on

18   their own, took it upon themselves to enter the building.

19           The government's evidence is that sort of three

20   minutes before that group turns toward the building and

21   marches up the stairs, that there is a telephone

22   conversation among three people, including Mr. Rhodes.

23   We don't know what was in that conversation, although I

24   understand the three people involved in that conversation

25   denied that there was an order to enter the building.

1    But it's sort of unmistakable that within minutes of that

2    call happening, that that group enters the Capitol building.

3            And it seems a little far-fetched to me that

4    Mr. Rhodes, or at that Mr. Meggs would have, on his own,

5    after hanging up with Mr. Rhodes, just said, let's head into

6    the building, folks.

7            MR. BRIGHT:  I think it would help the Court to

8    understand why the Oath Keepers were in D.C. in the numbers

9    that they were on that day.

10           If we implicitly believe the government's

11   reasoning that all of it was based on the seditious

12   conspiracy that had been hatched up, then that would be

13   problematic.

14           Unfortunately, the reality is that not unlike

15   November 14th, 2020, not unlike December 12th, 2020, as well

16   as the day before, January 5th, 2021, the Oath Keepers were

17   there in the same manner in which they had been for decades

18   in terms of helping and working other things.

19           THE COURT:  Yeah, but that doesn't answer the

20   question I've asked, which is, the evidence seems to

21   strongly suggest that minutes before Mr. Meggs leads a group

22   of people into the Capitol building, that he has a

23   conversation with Mr. Rhodes.

24           Your answer to that is, Mr. Rhodes knew nothing

25   about it, that he didn't authorize it.

1          And my response to you is, well, it seems awfully

2     coincidental that there's a call to Mr. Rhodes and Mr. Meggs

3     minutes before that group entered the Capitol.

4          MR. BRIGHT:  Yeah.

5          And I can address that, Your Honor.

6          The individual that we were referring to that was

7     part of the hierarchy of the security details that the

8     government has interviewed and he has testified before, in

9     deposition before the January 6th Select Committee, was on

10    that very phone call, Your Honor.  That individual has told

11    the government that that communication never happened and

12    that there was a difficulty even of hearing that.  It was a

13    three-way call that was merged.

14         I can certainly understand the Court's questioning

15    as to the timing, the uniqueness of it, and all of that.

16    But the government has been given information by people as

17    part of that call that that is not something that was talked

18    about.  As a matter of fact, I have been told and would

19    proffer to the Court that because of the noise involved on

20    the east side of the Capitol of what was going on, there was

21    almost an inability to even hear what Kelly Meggs was saying

22    or talking about.

23         Mr. Stewart was actually in the process of trying

24    to gather up the two security teams to meet at the northeast

25    corner, which moved to the south corner; and when they came,

1    all of the parties left and went back to Virginia.

2            The information that we have been given by this

3    party, that the government has met with and has testified

4    before Congress, is that there were no instructions at all.

5            As a matter of fact, from what we can gather,

6    Your Honor, in the entire body of the evidence of this case,

7    there is not a single example the government can give us

8    whereby specific instructions, location, time, and

9    instruction to go up the steps, there's not a single example

10   of those exact instructions ever being given.

11           I can certainly understand the timing, but the

12   government's been given access to a witness that's refuted

13   that that phone call ever contained any instructions at all.

14           THE COURT:  Okay.

15           And so you would dispute the allegation then

16   that -- the allegation in the indictment that Mr. Meggs and

17   some of his group went in search of the Speaker of the House

18   that day?

19           MR. BRIGHT:  I didn't dispute that, Your Honor.

20   I don't have direct knowledge of that.  I have not spoken

21   with those defendants.  If that is something that they had

22   in mind, that they individually went up the east stairs

23   through the Columbia doors, I don't have knowledge of that.

24           I would proffer to the Court that when -- what's

25   been defined by the government is the stacks, when they came

1    back to the section where Mr. Rhodes was with the third

2    party that the government's been able to meet with to

3    confirm those instructions were never given, that is the

4    first time that Mr. Rhodes individually had direct knowledge

5    that those two groups had actually breached the Capitol,

6    Your Honor.

7         Part of the reasoning for that, Your Honor, is

8    that there is evidence that, to some extent, Mr. Rhodes had

9    actually taken himself out of the chain of command.  There

10    were two security teams that had been assigned to represent

11    the Virginia Women's Republicans, there was a group that had

12    been assigned for the Ali Alexander, and then also for the

13    Latinos for Trump rally that Mr. Stewart Rhodes actually

14    spoke at that day.

15         The evidence suggests that after he did that, they

16    completely left the Capitol grounds and went back to a hotel

17    until they were sent a video of what was going on, and

18    that's when he went back, in the government's argument, to

19    seek the fruits of this seditious conspiracy, whereas

20    Mr. Rhodes' contention, and that of what I've been told by

21    the third party that we've been talking about, is to gather

22    them up so as to leave, which is, in reality, what did

23    happen.

24         They packed up, they left.  They never called in

25    the QRF.  And then they went and they ate dinner at Olive

1    Garden and they went back to Texas or their various states.
2    That's the reality on the ground of what actually occurred
3    at roughly 3:36.
4            THE COURT:  Let me ask this:  It's a natural
5    question to ask, which is, if Mr. Rhodes did not give an
6    order or approve of the entry of these other groups and
7    individuals into the Capitol, and, as you've suggested, he
8    was not in the chain of command at that point, why is he
9    still with these people that evening, why is he still with
10   others, including the gentleman whose name I'm forgetting,
11   Mr. James in Texas, you know, one would think that
12   Mr. Rhodes, if he really disavowed with these groups, what
13   other groups have done, would say, look, I want nothing to
14   do with you all anymore, I'm out.
15           But that's not what happened.  In fact, just the
16   opposite happens.  And he continues to associate with them
17   and continues to use language suggesting the need for
18   potential political violence.
19           MR. BRIGHT:  As to the first of those issues,
20   I wasn't obviously present on the evening of the 6th when
21   they went back and packed and left for their various states.
22           I am aware, and I believe the Court, since it read
23   the transcript of the May 3rd voluntary interview that
24   Mr. Rhodes gave to the two agents --
25           THE COURT:  I have not read that.

1          MR. BRIGHT:  Okay.  The government has, and,

2    I believe, offered it as an exhibit, both at the original

3    hearing here in North Texas, Your Honor.  And I believe when

4    the court administrator reached out to them, they also

5    attached this as an exhibit.

6          It's Mr. Rhodes on May 3rd, 2020, in Lovett,

7    Texas, was approached by two FBI agents.  They had a warrant

8    for his phone.  Mr. Rhodes engaged in a voluntary two-hour

9    interview with both of these agents.  These were agents that

10   he had previous contacts with, previous discussions with,

11   all the way back after 2014 when the Bundy ranch issue had

12   come up in the western part of the United States.

13         In the process of speaking to them, Mr. Rhodes

14   confirmed exactly the issue that you're asking about now.

15   And in that transcript, he expresses deep concerns that he

16   never should have given a security detail to Kelly Meggs and

17   that that was a mistake in retrospect because of what he did

18   by going in those doors.

19         So while I absolutely understand the Court's

20   question regarding the pertinent meeting of January 6th,

21   I think that you do see a long-term separation of some

22   things that happened and others that were involved in that.

23   I think he says the same thing about Jessica Watkins as well

24   that was part of the first entry group that the government's

25   talked about, Your Honor.

1              THE COURT:  Okay.

2              THE DEFENDANT:  Your Honor --

3              MR. BRIGHT:  I'm so sorry, sir.

4              THE DEFENDANT:  Your Honor, I'm willing to testify

5    to clear this up.

6              Mr. Bright doesn't have full knowledge.  So if my

7    attorney wants to talk to me in a sidebar or if Your Honor

8    wants me to talk to the Court about why I should testify,

9    I'm willing to do that.

10             THE COURT:  Well, Mr. Rhodes, let me just -- I'm

11   not asking for your testimony, nor could I ask for it, to be

12   perfectly honest, as you know.  I know you have a law degree

13   and understand how all this works as a general proposition.

14             You certainly have the right to testify, but

15   I wouldn't urge you to do that absent sufficient discussion

16   with your counsel, because anything you say can be used

17   against you, and, importantly, the government would have the

18   opportunity to cross-examine you.  So that may not be the

19   wisest choice at this stage of the proceedings.

20             MR. BRIGHT:  Mr. Rhodes, I would, generally

21   speaking, concur with Your Honor.

22             THE DEFENDANT:  It's just frustrating to have

23   facts misconstrued.

24             THE COURT:  Understood.

25             Okay.  Mr. Bright, what else would you like to

1  bring up or argue?

2          MR. BRIGHT:  Well, Your Honor, specifically

3  regarding the two considerations here.

4          I mean, there's so much to be said and so many

5  things that we want to talk about.  But I do understand that

6  the primary purposes of this hearing regarding detention

7  have to do with the manner in which, under 3142, that the

8  government could assure the safety of the public, if

9  Mr. Rhodes, on any given conditions, were to be released,

10  and then also the risk of flight.

11          So if the Court would allow me, at this time, to

12  address those matters, unless the Court still wanted to go

13  into some of the collateral matters that surrounded

14  January 6th, the fact that no action was ever taken by the

15  QRFs and that they previously existed and were known to the

16  government in months prior, I could delve into those issues.

17          THE COURT:  No.  That's okay, that's okay.

18          Let me just ask one clarifying question:

19  Your view is that the government was aware of these QRFs

20  prior to January 6th; in other words, the government had

21  contemporaneous knowledge that there were QRFs established

22  at the November rally and the December rally?

23          MR. BRIGHT:  That is not what I'm indicating.

24          THE COURT:  Okay.

25          MR. BRIGHT:  I'm talking about that they -- based

1   on their investigations post January 6th.  The knowledge --

2           THE COURT:  Right, right, okay.

3           I just wanted to make sure I wasn't

4   misunderstanding.

5           MR. BRIGHT:  Your Honor, for us, it's a little bit

6   difficult to see how you can -- how the government can argue

7   that singularly on January 6th, the QRF represented some

8   kind of advanced-force danger, when, based on investigation,

9   witnesses, testimony, they're aware that they pre-existed at

10  other events and other dates and yet they were never a

11  danger then.

12          And then somehow January 6th comes along, it's the

13  first time in 209 years that the Rotunda has been breached,

14  and these individuals that have spent months working on some

15  kind of seditious conspiracy in a real-world sense, all of a

16  sudden have the opportunity for the fruition of all of their

17  plans, to call in the QRFs.  And then you have Edward

18  Vallejo, which we have evidence of, reaching out to them,

19  and there's no response.

20          The one opportunity for this supposed seditious

21  conspiracy to actually reach its fruition is miraculously

22  presented on this day and then they leave, they call

23  themselves off and they leave, they're all totally unarmed.

24  I think that speaks, in all honesty, Your Honor, to the

25  rationality of whether there ever was, outside of this

 1   purely bombastic language and the specter of the preparation

 2   of whether there was actually ever a true seditious

 3   conspiracy that existed.

 4            THE COURT:  All right.  Understood, Mr. Bright.

 5            No, look, I take your point, and it's not an

 6   insignificant one.  The QRF, notwithstanding the call and

 7   the availability of it, never was -- doesn't seem to have

 8   ever made any effort to come into the District of Columbia.

 9            Okay.  You wanted to talk about safety of the

10   public and risk of flight.

11            MR. BRIGHT:  If I may, briefly.

12            THE COURT:  Yes, of course.

13            MR. BRIGHT:  I know the Court is -- I won't be

14   repetitive, because I know the Court has all of what you've

15   detailed already in evidence.

16            But the reality of the dangerousness to the

17   public, in January here in North Texas, Agent Palian

18   testified, and he testified regarding flight risk, he

19   testified regarding danger.

20            Let's start with danger.  Mr. Rhodes has, per the

21   evidence, been in contact multiple times, since January 6th

22   to the date of his arrest, with FBI agents.  He's

23   voluntarily engaged them as of May 3rd, 2020; he had a

24   two-hour interview with them.  At the time he was armed and

25   he informed the officers he was armed, and Agent Palian

```
 1  specifically responded to him, I know that, we're not
 2  worried about you.
 3          He gave them the passcode to his phone and he
 4  engaged in a two-hour conversation with them.  And then two
 5  weeks later, re-engaged with another agent at the Dallas
 6  offices, who was returning his phone to him.
 7          There is no record of any sort that post
 8  January 20th, 2021, to the date of his arrest, July --
 9  excuse me, January 10th here in North Texas, that Mr. Rhodes
10  has engaged in any conduct, any conduct at all outside of
11  verbose, bombastic language at times, to suggest that he is
12  continuing to plot, if that ever even was a concern, or
13  engaged in any manner regarding any further conspiracy.
14          The government refers to language such as resist,
15  non-compliance, the path that they were following, my
16  prediction is that the President will not do something
17  before January 20th, and he didn't.  That's why there is no
18  evidence of future danger post January 20th.
19          Donald Trump did not invoke the Insurrection Act,
20  the QRFs were never necessary.  That fight, in the sense
21  that the government is trying to frame it, is over.  There
22  is nothing unpatriotic about him gathering weapons, bringing
23  weapons back.  There's no evidence that the weapons that he
24  brought to D.C. ever crossed into the District.  He brought
25  weapons back to Texas.
```

51

```
1              There was no evidence at the hearing here in Texas
2    by Agent Palian that there was any risk of future danger by
3    Mr. Rhodes.  I think, without question, the Court has the
4    ability to put conditions on Mr. Rhodes to avoid others, to
5    not possess firearms, to be monitored.  We have a safe
6    location for him to go with family.
7              In terms of flight risk, Mr. Rhodes has no
8    passport, and the government conceded at the original
9    hearing that they have no concern of him being an
10   international flight risk.
11             Mr. Rhodes' face has been plastered over tons of
12   media.  To his credit, he's a very recognizable facial
13   figure.  There is no way this man could hide.
14             He isn't even capable of flying and getting a
15   ticket without having to be interviewed by DHS in advance of
16   being given that ticket, and that was recognized by
17   Agent Palian, he was aware of that.
18             I don't think, Your Honor, that the government is
19   accurate that no conditions, for either one of these, can be
20   put in place.  I believe 3142(B) of the enumerated
21   11 sections, along with some of the others, would be more
22   than sufficient.
23             The pretrial release --
24             THE COURT:  Where are you proposing he would live
25   and with whom?
```

1          MR. BRIGHT:  Your Honor, we -- and this is where

2     Mr. Linder, I think, has more specific facts.

3          We provided family members to the Court and to

4     Pretrial Services here in Texas back in January.  They were

5     interviewed, they have a location to go to, we have a job

6     for him, we have a house that he can live in on their

7     property that has no Internet access of any sort.

8          Mr. Linder has --

9          THE COURT:  Is this the property that has a

10    detached cottage, if you will, on it, that's --

11         MR. BRIGHT:  I could hand that over.

12         MR. LINDER:  I can speak to this.  Yeah,

13    Mr. Bright.

14         Yes, Your Honor.  It's small acreage, but multiple

15    acreage, but small with a main house with a family that

16    lives in it, a back house, where the parents of one of the

17    family members live in the back house.  The back house does

18    not have access to WiFi.  So if the Court puts restrictions

19    to Internet and things like that, there's the ability to do

20    that.

21         There are the two main adults who live in the home

22    with their children, and then the two older adults that live

23    in the back house.  So there are four adults there.  So

24    there's always adult supervision 24/7.  And Probation in

25    Dallas did interview them, and there's no criminal history,

```
1   no drugs or alcohol, no weapons.  They went through all the
2   staples.
3           THE COURT:  I'm sorry, can you tell me where it is
4   and what the relationship is between --
5           MR. LINDER:  The female --
6           THE COURT:  Hold on -- the house owner and
7   Mr. Rhodes?
8           MR. LINDER:  Yeah, the female house owner is
9   Mr. Rhodes' cousin.
10          THE COURT:  Okay.
11          MR. LINDER:  And it's her husband, their children,
12  and then it's her parents.
13          And without -- we can go off the record and give a
14  location; I'd prefer not to do this on the record.
15          THE COURT:  You can just tell me generally;
16  I don't need an address.
17          MR. LINDER:  It's in the State of California.
18          THE COURT:  Okay.
19          And when's the last time he had contact with his
20  cousin prior to his arrest?
21          MR. LINDER:  I think they spoke and had contact a
22  couple of times a month.  I mean, birthday parties.
23  He would travel there, they talk by phone.
24          They came to Dallas for his hearing here.  I mean,
25  they're fairly close.
```

1        THE COURT:  Okay.

2        MR. LINDER:  And I believe their children consider

3   Mr. Rhodes to be like an uncle also.  I mean, he's close

4   with them.

5        THE COURT:  Has Pretrial Services interviewed the

6   cousin?

7        MR. LINDER:  Yes, sir.  Here in Dallas.

8        THE COURT:  No, no.  I'm talking about the D.C.

9   Pretrial Services.

10       MR. LINDER:  I have no idea.  We can make them

11  available.

12       THE COURT:  Okay.

13       All right.  Let me think about that for a moment.

14       Anything else you want to add, Mr. Linder?

15       MR. LINDER:  For me?  No, Your Honor.

16       THE COURT:  Okay.

17       MR. BRIGHT:  Phillip, if you want to feel free to

18  fill in in case I've missed anything.  I would encourage you

19  to do so, please.

20       MR. LINDER:  Yeah.

21       I mean, just to kind of second what Mr. Bright

22  said, I mean, Mr. Rhodes is very recognizable, can't travel,

23  can't get on a plane, has no passport, all this stuff's been

24  verified.

25       And really just in a simplistic statement,

1   Your Honor, Mr. Rhodes does not want to avoid the trial.

2   Whether you like his ideologies or not, he has built this

3   organization and is the face of this organization.

4           And if you were to let him out and he were to duck

5   and run and run from trial, it would thwart everything he's

6   tried to build for the last 14 years.  He wants a public

7   trial.  In fact, he probably will not waive his Speedy Trial

8   rights.

9           And as you've heard him today, he wants to

10  testify.  He is not trying to avoid or duck and run or go

11  anywhere.  He wants -- in fact, he told the agents in that

12  interview in May, it's in that transcript, that, hey, just

13  tell me if you're going to indict me and I'll drive to D.C.

14  and turn myself in.  He's not trying to run from everything.

15          THE COURT:  Okay.

16          All right.  Anything else on behalf of Mr. Rhodes?

17          THE DEFENDANT:  Mr. Linder, my cousin is here.

18  I'm not sure if the judge is aware of that.

19          MR. LINDER:  She is, and we made the Court aware.

20          THE DEFENDANT:  Okay.

21          MR. LINDER:  And then we removed him from the

22  screen for reasons we talked about earlier.

23          But, yes, they're available, Your Honor, to talk

24  to Pretrial or you if you'd so like to hear from them.  I'd

25  proffer to do that off the screen, but however the Court

56

1    wants to proceed.

2              MR. BRIGHT:  Your Honor, I think part of the

3    concern in terms of why we wanted them in a waiting room or

4    not with their names on here is, unfortunately, a good

5    number of people --

6              THE COURT:  Well, Mr. Bright, you don't need to

7    explain why the person is not here.

8              MR. BRIGHT:  Well, there's been some retaliation

9    against people who wanted to be witnesses.  Their credit

10   cards were --

11             THE COURT:  No, no, I'm not looking for anybody --

12   I don't want anybody to be put in that position.

13             In any event, let me just -- if I want -- I think,

14   I, at a minimum, will maybe want that person to talk to our

15   Pretrial Services --

16             MR. LINDER:  Yes, sir.

17             THE COURT:  -- but let's put a hold on that for a

18   moment.

19             Is there anything else on behalf of Mr. Rhodes?

20             MR. LINDER:  I don't have anything, Your Honor,

21   unless Mr. Bright --

22             MR. BRIGHT:  Your Honor, just one final thing for

23   clarification:

24             Pretrial Services here in North Texas, and I know

25   it has no absolute bearing on what happened there, did

1    recommend pretrial release with multiple conditions once we

2    got the issue regarding the third-party custodian or a safe

3    place to live done.  So that's actually already part of the

4    record, and I presume the Court has the original Pretrial

5    Services Report.

6              THE COURT:  I'll have to check our docket;

7    I'm not sure I have it.

8              MR. LINDER:  We can forward it to you, but they

9    did recommend release.

10             Okay.

11             THE DEFENDANT:  Mr. Bright, did you make the Court

12   aware that Mr. ████ is standing by, the operations leader?

13             MR. BRIGHT:  Mr. Rhodes, I was trying to avoid his

14   last name being used.

15             THE DEFENDANT:  The media already saw it on the

16   screen earlier, just so you know.

17             MR. BRIGHT:  If that's what you --

18             THE COURT:  Let's just -- you know, if you want to

19   proffer -- I think you essentially already have proffered

20   what he would have said.

21             MR. BRIGHT:  Your Honor, just to verify for

22   Mr. Rhodes, earlier when I was proffering regarding the lead

23   security organizer that was the umbrella over --

24             THE COURT:  Right.

25             MR. BRIGHT:  -- the units that were providing

1   security and such on the day of January 6th, that Mr. Rhodes

2   was with that can testify regarding Kelly Meggs, that is the

3   individual that is in the waiting room.

4           He's a decorated African-American gentleman that

5   has Top Secret security clearance.  He has done missions

6   with the Oath Keepers for years and intimately understands

7   them and is available to speak on Mr. Rhodes' behalf.  But

8   that is who I was proffering on behalf of earlier,

9   Your Honor.

10          THE COURT:  All right.

11          Unless there's anything for Mr. Rhodes, I'll turn

12   it back over to the government and Ms. Rakoczy if she'd like

13   a few minutes for rebuttal.

14          MS. RAKOCZY:  Thank you, Your Honor.

15          We do have concerns -- just beginning at the end

16   of what the defense was discussing, we do have some concerns

17   about the third-party custodians who have been proffered for

18   the defendant.  These are not individuals we know very much

19   about.

20          But we do know that at the hearing before Judge

21   Priest Johnson in Texas, the male homeowner, the husband of

22   the cousin, was asked, I think, by the judge, whether he had

23   any connections -- or anyone in the family had any

24   connections to the Oath Keepers, which that affiliation

25   would not necessarily, from the government's point of view,

1   be a disqualifier.  It would be concerning under the

2   circumstances of this case but would not necessarily be a

3   disqualifier, but the male householder who testified said

4   very definitively that no one in the household had any

5   connections to the Oath Keepers at all.

6           After the hearing, it came to the government's

7   attention that a female householder, the cousin, had posted

8   to Facebook back in May of 2020 that she was at a rally for

9   the Oath Keepers and was about to "go live," I assume that

10  means live-stream, from the event, and said words to the

11  effect of, it's going to be the biggest rally yet.

12          And that's not a concern that's necessarily --

13  that's not a post that's necessarily concerning or a

14  disqualifier in and of itself, although it raises some

15  concerns and questions.  But the fact that the male

16  householder so definitely stated at the hearing that there

17  were no connections at all does give the government some

18  pause about the validity of those individuals as custodians.

19          As we noted at the hearing, we also have concerns

20  about the ability of Pretrial Services to monitor someone

21  who has been very savvy in utilizing his public platform and

22  has been very savvy in using encrypted messaging

23  applications to communicate with his co-conspirators in this

24  case.

25          And Pretrial has made clear to the government,

1    when it's reached out to them, particularly in this case

2    because this Court has tried to fashion some limitations in

3    the past on use of the Internet, and it is very difficult

4    for Pretrial Services to do that.

5              Pretrial can install trackers on phones and

6    computers, but those are difficult to monitor and also only

7    so good as people actually using the devices that are being

8    monitored.  It's hard for Pretrial to constantly know who's

9    coming and going from a residence and whose cell phone the

10   defendant might be given access to.

11             And so in terms of the ability to restrict the

12   defendant in this case, the government does have some real

13   concerns about the Court's ability and Pretrial's ability to

14   oversee what is really its gravest concern here, which is

15   the defendant engaging in the type of conspiratorial conduct

16   that he engaged in in this case.

17             And to be clear, going back to the substance of

18   the case, the defendant did not, in late January of 2020,

19   say, we're going to do whatever our President says and stop

20   there.  He made clear from the beginning of this conspiracy

21   in November of 2020 through the end of January 2021, that

22   we're going to act regardless of what the President does.

23   It may be preferable to act with him because there would be

24   less loss of life.  But there is going to be a fight and

25   there is going to be a loss of life regardless, and we will

1    act regardless of what the President does.

2          And he is saying that -- as the prior Presidential

3    administration is preparing to transition, he says,

4    "It appears as though the President is not going to act, and

5    we need to therefore get ready to walk the same path" -- not

6    just the path, but "walk the same path as the Founding

7    Fathers."

8          And that is a path, Your Honor is aware, of

9    violence, resistance to the government.  The type of conduct

10   that is alleged in the indictment:  A seditious conspiracy.

11   And we submit that there are not conditions that can easily

12   monitor and prevent the defendant from engaging in conduct

13   such as that.

14         MR. BRIGHT:  Might I briefly respond, Your Honor?

15         Kate, I'm so sorry.  Did I interrupt you, ma'am?

16   I apologize.

17         MS. RAKOCZY:  That's fine.

18         MR. BRIGHT:  I'm sorry.

19         May I respond, Your Honor?

20         THE COURT:  Hang on, Counsel.

21         Let me just make sure Ms. Rakoczy -- if there's

22   anything else she wants to say.

23         MS. RAKOCZY:  I did want to respond to a few

24   factual points, Your Honor, just for the record and for the

25   Court's information.

1        With respect to the operations leader for

2   January 6th, the person whom the government has referred to

3   in some pleadings as Person Ten, the government does

4   question that person's credibility on the issue of whether

5   there was an order to go into the Capitol that day.

6        First of all, that person obviously has a concern

7   and incentive to assert that there was no such order.

8        Second of all, this phone call that we've talked

9   about with Kelly Meggs prior to Kelly Meggs leading that

10   group into the Capitol was about 90 seconds, according to

11   the call detail records, that Mr. Meggs was part of the

12   call.  So a little longer, the government would submit, than

13   you would expect people to stay on the phone if you couldn't

14   hear.

15        And the call between Person Ten or the operations

16   leader and Mr. Rhodes was, I think, nearly five minutes

17   long, it was at least three minutes long, several minutes

18   long.  And so the idea that people couldn't really hear each

19   other and couldn't communicate, the government submits is

20   incredible.

21        The government would also point out that that

22   individual, the operations leader, sent a message at about

23   3:05 p.m. on January 6th, where he said -- he said, w-e-r-e,

24   "Were storming the Capitol."  And the government would

25   submit that that's certainly not the type of statement that

1  someone makes who is opposed to or unaware of what

2  individuals in this conspiracy are doing.

3              That's at 3:05 p.m.

4              THE COURT:  I'm sorry, can you say that again?

5              MS. RAKOCZY:  "We're" or "were," there's no

6  apostrophe.  But it's "W-e-r-e storming the Capitol."

7  That's something that the operations leader said at about

8  3:05 p.m., which is about 25 minutes after the first group

9  led by Kelly Meggs breached the Capitol, and about ten

10 minutes before the group led by Joshua James breached the

11 Capitol.

12             That operations leader is also -- exchanges

13 numerous calls with Joshua James that day, including before

14 and after Joshua James' group arrives on the Capitol grounds

15 on the golf carts, while co-defendant Roberto Minuta is

16 live-streaming to Facebook that it's "War in the streets

17 right now and we are going to the Capitol."

18             So the government does question the credibility of

19 that person on this particular topic.

20             THE COURT:  I guess the question, Ms. Rakoczy, is

21 this:  I mean, it does seem to me that there is -- well,

22 without trying to characterize it, there's some -- not that

23 it necessarily all turns on, but the importance of whether

24 Mr. Rhodes -- what was said on that phone call is a really

25 critical fact, it seems to me.  And certainly there's an

64

1    inference to be drawn from what you've suggested in the

2    timeline, that, in fact, he did, if not give an order, that

3    he would have, at a minimum, sort of okayed what Mr. Meggs

4    ultimately did with his group.

5            But if the evidence were to turn out that,

6    in fact, he wasn't aware and that Kelly Meggs did this on

7    his own, don't you think that sort of puts this in a very

8    different light?

9            MS. RAKOCZY:  It certainly is a significant

10   factor, Your Honor, although I think the Court has to

11   remember the context of everything that occurred up and to

12   that point and after that point.

13           There are hundreds of thousands of messages in

14   these chats, probably at least hundreds, if not thousands,

15   of messages in the 30- to 60-day period alleged in the

16   indictment, where Mr. Rhodes is repeatedly stating that this

17   election result must be stopped, he uses the words that

18   "there will be a fight, there must be a fight, prepare

19   yourselves for a fight" numerous times.  He refers to the

20   "bloody Civil War that is going to need to be fought

21   multiple times."

22           And he makes very clear over and over again that

23   this is something that would be preferable to do if the

24   President were to call them up under the Insurrection Act.

25   And we do have some significant questions about whether that

1    would be legal under the terms of the Insurrection Act that
2    can be briefed at some later point.
3              But even putting that aside, the defendant makes
4    clear that they are prepared to act and need to act
5    regardless of what the President does.
6              And it is of note that even before and putting
7    aside this conversation with Kelly Meggs right before he
8    leads a group into the Capitol, it's at 1:30 p.m. -- between
9    1:30 and 2:30 p.m. that the defendant is repeatedly stating
10   to his co-conspirators, "This is exactly what I said would
11   happen.  The President has choked" or has cowarded out, "as
12   has the Vice President.  So, therefore, patriots are taking
13   matters into their own hands."  And then he calls his
14   co-conspirators to the Capitol grounds.
15             And so while the government admits and agrees that
16   that phone call is a significant opportunity and significant
17   circumstantial evidence of the defendant either directly
18   ordering or tacitly approving -- or approving of Kelly Meggs
19   leading the group in, everything he says in those chats
20   prior to that phone call definitely shows that he is
21   invoking his co-conspirators to follow through on all the
22   plans that they hatched prior to that point in time,
23   beginning on November 7th when Mr. Rhodes cites the plan
24   cited in paragraph 18 of the indictment where he quotes this
25   "Serbian plan of action," that it involves taking a number

1    of steps up to and including storming the seat of the

2    government.

3            So this is a notion that is sort of put out there

4    by the defendant as early as November.  He then makes a

5    bunch of statements about all of the ways that they will

6    need to fight and to do so whether or not the President

7    called them up into service up and to January 6th.

8            And then at the moment that the Capitol is being

9    breached and attacked, the defendant approves of that

10   conduct, states, "We are walking the same path of the

11   Founders," and calls his co-conspirators to the ground.

12           So the government submits that he -- even before

13   that call with Kelly Meggs, he certainly has stated that

14   that is something that is according to the plan that he has

15   put forth.

16           And he then, after the 6th, significantly -- and

17   that is why seditious conspiracy is charged here -- even

18   after the 6th, he continues to put forth additional plans or

19   further plans to seek to oppose by force the lawful transfer

20   of power and the laws executing the lawful transfer of power

21   and take steps, not just words but steps, of calling

22   co-conspirators together, encouraging people to take steps

23   such as purchasing supplies, communications radios, and

24   readying themselves with firearms as well -- and he

25   purchased more firearms himself -- to prepare for that

1    violent opposition to the government.  And that is the

2    conduct that is so concerning to the government here.

3            And candidly, Your Honor, the political situation

4    in this country has not changed terribly much since

5    January 6th, and the defendant possesses the network and the

6    tools to continue to execute on such plans.  And that is why

7    we believe there is such a grave danger in allowing him to

8    remain on release in this case, and it's a danger that we

9    don't think the normal conditions of release that Pretrial

10   Services has can protect against.

11           THE COURT:  Let me just ask, and I think you

12   touched on this, but to what extent is the government aware

13   of Mr. Rhodes engaging in communications of the kind that

14   you've learned about, not necessarily with Oath Keepers but

15   anyone else, that suggests ongoing planning for potential

16   violent political action?

17           MS. RAKOCZY:  Certainly, we've quoted to the Court

18   today and we quote in our indictment and our memo numerous

19   communications up to and including through January 20th.

20           THE COURT:  Right, but anything beyond that?

21           MS. RAKOCZY:  Post January 20th, we cited to, in

22   our filing and in the prior hearing before Judge Johnson,

23   a couple of statements made by the defendant in -- I don't

24   think in the Signal messages necessarily but in some public

25   forums, where he referred to a need to oppose an

68

1    illegitimate regime, or words to that effect, I don't have

2    the quote in front of me right now, I think there was one

3    from March of 2021 in which he made a statement like that.

4    And the defendant certainly does continue to have a public

5    platform and persona or did in his position as the leader of

6    the Oath Keepers.

7            THE COURT:  Anything that you can point to --

8    I mean, look, it's unfortunate that Mr. Rhodes would

9    characterize the current administration as illegitimate, but

10   he wouldn't be the only one who has that belief.  Certainly,

11   a person has a right to express that opinion.

12           Anything of the order, magnitude, and concern that

13   are of the kind of communications that are set forth in the

14   indictment?

15           MS. RAKOCZY:  I think most of the evidence of that

16   is in the January period, Your Honor.

17           The photographs that we found in Defendant Joshua

18   James' phone showing the guns that he had access to in the

19   residence it appeared that he was staying at with Defendant

20   Rhodes; the messages sent by Defendant James to Kelly Meggs

21   and another co-conspirator in this case suggesting that he

22   was going to Texas to be with Mr. Rhodes, that he had been

23   called there -- I think he referred to a call to action or

24   words to that effect and that he had been told to bring all

25   available firearms.

1          That type of conduct and evidence, I think, is

2   drawn mostly from the January time period, although, you

3   know, we should note that we only have Mr. Rhodes' phone

4   through May, the data that we've processed thus far through

5   May of 2021.

6          MR. LINDER:  Although they've got his current

7   phone also.  They got his phone a month ago.  They have his

8   current phone.

9          MS. RAKOCZY:  As Mr. Linder knows, Your Honor, we

10  are engaging in a filter review of the devices that were

11  seized previously.

12         MR. LINDER:  Sure.  Yeah.

13         MS. RAKOCZY:  So we have not -- the investigation

14  team has not reviewed that data from the post May 2021

15  period.

16         MR. LINDER:  Okay.

17         MR. BRIGHT:  Your Honor, may I address the issue

18  regarding January then moving forward briefly?

19         THE COURT:  Yeah, just briefly, because I do want

20  to wrap this up in a moment.

21         MR. BRIGHT:  I completely understand, and I'll be

22  as brief as I possibly can be, Your Honor.

23         I respect the Court and the fact that you've asked

24  some rather pointed questions regarding when the conduct

25  that the government could point out that would lead to

1    dangerous conspiracy.

2          And other than inferences regarding public

3    comments, other bombastic language, the illegitimacy of the

4    government, which the Court has made clear and confounding

5    that they would do that, there has been not a single detail

6    since the beginning of this hearing, nor at the hearing with

7    Judge Johnson, even Agent Palian's testimony, that anything

8    being alleged continued past January 20th, 2021.

9          THE COURT:  So if I can -- and I should have asked

10   you this question earlier.

11         I mean, look, one of the things -- you know, every

12   defendant needs to be evaluated on his or her own behavior

13   and conduct that's alleged.  But in a sense, the argument

14   that's been put forward about the fact that there's been no

15   conduct since January 6th or limited conduct since

16   January 6th could be just one of sort of benefit of timing.

17         In other words, there were folks that were

18   arrested in the immediate aftermath of January 6th, like

19   Kelly Meggs and Jessica Watkins, who didn't have the benefit

20   or the opportunity to lay down a yearlong track record of

21   not doing anything wrong, they were judged based upon the

22   conduct that happened on January 6th, because the evidence

23   became more readily available as to them more quickly than

24   it did against Mr. Rhodes.

25         And, you know, this isn't -- don't take this as a

1    perfect analogy, but, you know, in a homicide case, we don't

2    say, you know, the person -- that murder happened a year ago

3    and he hasn't killed anybody since, therefore, he's not a

4    danger.

5        So, you know, it's not entirely clear to me the

6    fact that he sort of laid low or arguably laid lower than he

7    did in the lead-up to January 6th, particularly when the

8    focus of the world and of the Federal Government was on the

9    conduct, all that led up to the 6th and certainly would have

10   been even greater scrutinized after the 6th, the fact that

11   he didn't do anything or hasn't been alleged to have done

12   anything, maybe it's not all that surprising.

13       MR. BRIGHT:  Would you like for me to --

14       THE COURT:  A lot of his comrades have been

15   arrested, and they're not allowed to talk to him on the

16   phone or by email or Snapchat or -- I mean, you know, Signal

17   or whatever these communications are.

18       MR. BRIGHT:  May I respond, Your Honor?

19       THE COURT:  Sure, of course.

20       MR. BRIGHT:  I completely understand what you're

21   saying.  And, you know, in the criminal defense world that

22   we practice, there's actually an argument to make that, you

23   know, we would agree with you on certain factors.

24       I just don't think that's the case with

25   Mr. Rhodes.  We know that he came on their radar as early as

1    January 9th, 2021.  He didn't hide, he didn't go into

2    hiding, he was still leading his organization in a very

3    public manner; he would go on radio shows, he would talk, he

4    would go to events.  This organization did not dissolve

5    after January 20th or between January 6th and January 20th

6    of 2021.  He continued to engage with the FBI, voluntarily

7    meet with them.

8            I understand implicitly the point that the Court

9    is making, and I can respect the possibility of that manner

10   of action for Mr. Rhodes.  But he was living a very open

11   life, he didn't quit traveling, he didn't quit doing

12   anything.  The reality is is that the reason the government

13   cannot give you evidence of anything ongoing further past

14   the 20th is because it does not exist.

15           Yes, he still talks about the fact that there's a

16   belief system -- which he testified to the Congress last

17   Wednesday, that he believes there's an aspect of these

18   elections that were absolutely illegitimate.  There are

19   plenty of public leaders that are still saying that on a

20   regular basis.

21           But, you know, the fact that 13 months later

22   there's not a singular articulable thing that can be offered

23   by the government indicating safety of public or future

24   danger based on the allegations that pre-date this period,

25   I would respectfully suggest does lend itself towards

1  allowing Mr. Rhodes to be out during the pendency of this

2  trial, Your Honor.  He can be very, very closely monitored.

3         But I understand the point the Court was making,

4  but I don't think that Mr. Rhodes was doing anything to

5  avoid public scrutiny during that period of time at all.

6         THE COURT:  Okay.

7         MS. RAKOCZY:  Your Honor, may I point out just one

8  more factor?  I apologize.

9         THE COURT:  Sure, Ms. Rakoczy.

10         MS. RAKOCZY:  With respect to the Court's question

11  about what evidence we have or have not found about ongoing

12  planning, I do think it's worth noting, and I think we

13  mentioned this in our filing, that in the late January

14  period, Mr. Rhodes shows an awareness of the fact that the

15  Signal messages the group was using may have been

16  compromised.

17         THE COURT:  Right.

18         MS. RAKOCZY:  He references the fact that

19  Jessica Watkins, Co-Defendant Watkins, had been arrested,

20  and suggests that he thinks there's -- I think he uses the

21  word "turncoat" or something to that effect, in the Signal

22  messages, because obviously the government has started

23  quoting the Signal messages in its arrest paperwork and

24  filings.

25         And so the government just would point out that

74

```
 1   there could well be reasons why additional planning is not
 2   necessarily, the evidence of that, available in the devices
 3   that we have found.
 4            THE COURT:  No, I mean, that's essentially what
 5   I've suggested.  It would be foolish for him to continue to
 6   engage in that kind of active planning knowing that the
 7   government was probably keeping a watchful eye on what he
 8   was and wasn't saying.
 9            Okay.  I guess this is what I'd like to do and
10   I'm not prepared to make a decision today, I want to think
11   about it a little bit.
12            I would like to have the third-party custodian
13   interviewed by our Pretrial Services.  I don't know,
14   Mr. Douyon, whether Pretrial Services is on this line to try
15   and take care of that this afternoon, but I'd like that to
16   happen and I'd like to get a report and recommendation from
17   Pretrial as to the adequacy of this third person --
18            MR. LINDER:  Your Honor --
19            THE COURT:  -- third party to serve as a
20   custodian.
21            Yes?
22            MR. LINDER:  If your coordinator will pass my
23   email and phone number, he's got my cell phone, to the
24   Probation, I will set up that -- I will make that interview
25   happen this afternoon if they're available.
```

1          THE COURT:  Hang on for a second.

2          Mr. Sidbury, who's our Pretrial Officer, is on.

3   So if you would just hang on at the end, Mr. Linder, you and

4   Mr. Sudbury can connect.

5          MR. LINDER:  Sure.  Thanks.

6          THE COURT:  I also would like Mr. Sidbury to speak

7   to the cousin's parents.  It sounds like the proposed

8   arrangement would have Mr. Rhodes under the roof not of the

9   cousin but under the roof of the cousin's parents.

10         MR. LINDER:  Yes, Your Honor.

11         THE COURT:  And so, you know, in a sense, it's

12  really those parents that would be acting as third-party

13  custodians.

14         And part of that obligation would be to report any

15  observed violations:  Mr. Rhodes with a cell phone or

16  accessing the Internet, although I guess that's not possible

17  at least not without WiFi unless he's got some kind of

18  hotspot device.  They would be on the hook for that.  And

19  I want to make sure that if I'm prepared to do this, that

20  they understand that obligation and would have to be put in

21  that position whether -- I don't know whether they want to

22  be in that position or not.

23         MR. LINDER:  Your Honor, the court in Dallas, the

24  cousin and the husband were questioned -- or the husband

25  specifically was questioned by the Court on the record under

1    oath if he understood all the things about being a

2    third-party custodian, and he admitted that he did, and they

3    went through it with him at length on what all was required,

4    and we can make sure that --

5            THE COURT:  Yeah, but it's not the husband I'm

6    worried about or even the cousin.  I mean, he's going to be

7    living, as it's been described to me, in a separate,

8    detached, freestanding home, small home, with two older --

9    an older couple --

10           MR. LINDER:  Yes, sir.

11           THE COURT:  -- who would be the immediate people

12   in his custody.

13           So, you know, if he, for example, violates the

14   Court's orders, the cousin is not going to know that,

15   because the cousin is not observing him for a good portion

16   of the day --

17           MR. LINDER:  We understand.

18           THE COURT:  -- or any portion of the day, unless

19   the cousin happens to walk over there and see what he's

20   doing.

21           So neither the cousin or the husband are going to

22   be in a position to observe what he is or isn't doing.  It's

23   the couple that's in that home.

24           MR. LINDER:  Your Honor, the -- and I understand

25   your question, your concern, and we can clear that up.

1      But the cousin's husband owns a company there that

2  Mr. Rhodes could work for.  So he would, during the day, be

3  directly supervised by --

4      THE COURT:  I've got to tell you, he's not going

5  to be working.  And if I were to release him, he's going to

6  be under the same strict conditions that I've been releasing

7  other people --

8      MR. LINDER:  Okay.

9      THE COURT:  -- which is 24-hour house arrest, no

10  access to the Internet, only communications with counsel and

11  the Court.

12      It would be about as strict as it gets without

13  being behind bars.

14      MR. LINDER:  We understand.

15      THE COURT:  So, you know, there wouldn't be going

16  to work, there wouldn't be going -- you know, out to have

17  dinner at night.  It would be nothing that would resemble

18  somebody who has his ordinary freedoms.

19      MR. BRIGHT:  We certainly understand that,

20  Your Honor.

21      And even that would be very helpful, in the next

22  six months, allowing Mr. Rhodes to have a hand in his

23  defense from, even though a good distance, the ability to

24  communicate like that.

25      THE COURT:  Okay.

 1              THE DEFENDANT:  I'm sorry, Your Honor.

 2              I'm not sure you're aware, but my cousin has a

 3    room in her house that I could stay in if the Court prefers.

 4    So I would be under direct supervision of my cousin and her

 5    husband, if the Court prefers that.

 6              THE COURT:  Well, that's a different arrangement,

 7    Mr. Rhodes.  And, you know, I want to leave it to you and

 8    your counsel to tell me which arrangement Pretrial -- well,

 9    let me put it this way:  It's the defense's obligation, it

10    seems to me, to propose the arrangement that you'd like for

11    me to consider.

12              So you all make your mind up as to what you want

13    to propose; Pretrial needs to vet it.  So if that means he's

14    living under the roof of the cousin and we only need to

15    interview the cousin and the husband, that's one thing.

16    On the other hand, if the arrangement is living in the

17    detached home with the parents, then we're going to need to

18    have those folks interviewed too.

19              MR. LINDER:  Okay.  We understand.

20              MR. BRIGHT:  We will provide that information

21    ex post haste to the Court, Your Honor.

22              THE COURT:  All right.

23              Let's talk about -- JC, what do we know about

24    being able to connect Mr. Rhodes, how easy or hard is that,

25    if we wanted to have another hearing for me to render my

1   decision?

2          COURTROOM DEPUTY:  I actually don't have a sense

3   of the facility's availability, unfortunately.  But I have a

4   good contact over there that I can coordinate with.

5          THE COURT:  All right.

6          Let's tentatively set 1:00 p.m. on February the

7   18th, on Friday, if everybody is available.  That's all

8   subject to our ability to set something up with the facility

9   that Mr. Rhodes -- where he's located.

10          MR. BRIGHT:  I presume that's Eastern Time,

11  Your Honor?

12          THE COURT:  Yes.

13          Ms. Rakoczy, does that work for the government?

14          MS. RAKOCZY:  Yes, Your Honor.  Thank you.

15          THE COURT:  Ms. Rakoczy, can you submit to me any

16  of the messages, communications, whatever you'd like for me

17  to consider that you referenced today --

18          MS. RAKOCZY:  Yes, Your Honor.

19          THE COURT:  -- that isn't either in the indictment

20  at all or is only partially quoted in the indictment so

21  I can review those?

22          MS. RAKOCZY:  Yes, Your Honor.

23          THE COURT:  Okay.

24          You can just submit those to Mr. Douyon; you don't

25  have to send them directly to me.

1          MS. RAKOCZY:  I'll do that, Your Honor.

2    Thank you.

3          THE COURT:  All right.  Thank you.

4          That'll be our plan.

5          And as I said, Mr. Linder, just, you know, if you

6    and Mr. Rhodes want a couple minutes to talk about what you

7    want to propose so that Pretrial knows who it ought to talk

8    to, Mr. Douyon can make that arrangement, and then we'll

9    take it from there.

10          Anyone have anything else to raise; otherwise,

11    we'll see everybody at 1:00 on Friday.  As I said, that's

12    assuming we can make the arrangement with the facility.  If

13    we can't do it at 1:00, we'll try and find another time that

14    day, because I do need to make this decision by Friday,

15    because I'll be out next week.

16          MR. BRIGHT:  Yes, sir.

17          Did the Court just suggest that if we needed to,

18    we could have a moment in a breakout room with Mr. Rhodes?

19          THE COURT:  Yes.

20          MR. LINDER:  And will the probation officer be in

21    that room also?

22          THE COURT:  Not necessarily, I mean, unless you

23    want him there.

24          MR. LINDER:  I mean, we would like him to join at

25    some point, because we would love to facilitate this

1    interview.

2              THE COURT:  Well, right.  No, then you can

3    certainly do that.

4              My point or my suggestion was counsel and

5    Mr. Rhodes --

6              MR. LINDER:  Sure.

7              THE COURT:  -- be put in a breakout room, make a

8    decision on what you want to propose in terms of a

9    third-party arrangement, and then bring Pretrial in so that

10   Pretrial knows who they need to talk to.

11             MR. LINDER:  Sure.

12             MR. BRIGHT:  That would be appreciated,

13   Your Honor.

14             MR. LINDER:  Okay, sir.

15             THE COURT:  Okay.

16             All right.  Thanks, everyone.  We'll see you

17   Friday at 1:00.  If we learn that we can't do it then, we'll

18   let you know as soon as we find out, okay?

19             MR. LINDER:  Thank you.

20             MR. BRIGHT:  Thank you, Your Honor.

21             MR. LINDER:  Thank you for your time, Your Honor.

22             MS. RAKOCZY:  Thank you.

23             (Proceedings concluded at 4:49 p.m.)

24

25

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.

Date:__February 19, 2022___          

                                     William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [4] 3/2 3/19
3/23 79/2
MR. BRIGHT: [54] 6/7
6/13 30/1 30/25 31/3
31/14 31/17 31/23 32/3
34/5 34/12 35/22 36/14
37/2 37/9 37/19 38/5
39/12 40/7 41/4 42/19
44/19 45/1 46/3 46/20
47/2 47/23 47/25 48/5
49/11 49/13 52/1 52/11
54/17 56/2 56/8 56/22
57/13 57/17 57/21
57/25 61/14 61/18
69/17 69/21 71/13
71/18 71/20 77/19
78/20 79/10 80/16
81/12 81/20
MR. LINDER: [38] 6/3
52/12 53/5 53/8 53/11
53/17 53/21 54/2 54/7
54/10 54/15 54/20
55/19 55/21 56/16
56/20 57/8 69/6 69/12
69/16 74/18 74/22 75/5
75/10 75/23 76/10
76/17 76/24 77/8 77/14
78/19 80/20 80/24 81/6
81/11 81/14 81/19
81/21
MS. RAKOCZY: [41]
4/25 7/9 9/2 9/8 10/6
11/16 11/24 12/1 12/21
15/18 15/22 17/8 18/1
18/5 19/18 19/22 23/18
24/14 24/16 24/20
26/14 28/21 29/14
58/14 61/17 61/23 63/5
64/9 67/17 67/21 68/15
69/9 69/13 73/7 73/10
73/18 79/14 79/18
79/22 80/1 81/22
THE COURT: [116]
THE DEFENDANT: [9]
3/13 46/2 46/4 46/22
55/17 55/20 57/11
57/15 78/1

$
$17,000 [1] 20/25

1
10 [1] 36/16
10th [1] 50/9
11 sections [1] 51/21
126 [1] 12/4
12th [3] 21/12 35/12
40/15
13 [1] 72/21
14 [1] 55/6
14th [3] 21/24 33/14
40/15
15 [1] 1/4
1512 [3] 23/7 23/8
23/12
16 [1] 1/5

165-plus-pages [1]
34/18
18 [1] 65/24
1817 [1] 36/1
18th [1] 79/7
19 [3] 10/14 82/6 82/10
1:00 [4] 79/6 80/11
80/13 81/17
1:30 [2] 65/8 65/9

2
20 [2] 33/8 38/17
20001 [1] 2/14
2014 [1] 45/11
202 [2] 1/14 2/14
2020 [13] 5/20 31/8
33/15 34/19 34/21
35/13 40/15 40/15 45/6
49/23 59/8 60/18 60/21
2021 [11] 21/24 26/23
40/16 50/8 60/21 68/3
69/5 69/14 70/8 72/1
72/6
2022 [2] 1/5 82/10
20530 [1] 1/13
209 [1] 48/13
20th [13] 26/7 26/8
26/13 27/17 50/8 50/17
50/18 67/19 67/21 70/8
72/5 72/5 72/14
21 [1] 10/22
21-CR-28 [1] 16/8
214 [2] 2/4 2/8
22-15 [1] 1/4
22-15-1 [1] 3/3
24-hour [1] 77/9
24/7 [1] 52/24
25 [1] 63/8
252-7277 [1] 1/14
252-9900 [1] 2/8
28 [1] 16/8
2:30 [1] 65/9
2:33 [1] 16/9
2:33-ish [1] 16/9
2:34 [3] 16/9 16/19
17/24
2:35 [1] 16/20
2:45 [1] 18/2

3
30 [1] 64/15
3142 [4] 5/4 6/9 47/7
51/20
31st [3] 13/23 13/25
14/4
3249 [1] 2/14
3300 [2] 2/2 2/6
332 [1] 36/16
333 [1] 2/13
34 [1] 12/23
354-3249 [1] 2/14
3:00 [1] 1/5
3:05 [2] 62/23 63/8
3:05 p.m [1] 63/3
3:36 [1] 44/3
3rd [4] 34/19 44/23
45/6 49/23

4
4:49 [1] 81/23

5
555 [1] 1/13
5th [1] 40/16

6
6-8th [1] 14/6
60-day [1] 64/15
6th [48] 10/21 11/2
12/11 12/14 14/9 14/18
18/6 19/12 19/22 24/12
24/13 26/2 26/6 27/17
28/10 28/10 30/8 30/23
31/6 31/7 31/9 33/14
38/15 39/2 41/9 44/20
45/20 47/14 47/20 48/1
48/7 48/12 49/21 58/1
62/2 62/23 66/7 66/16
66/18 67/5 70/15 70/16
70/18 70/22 71/7 71/9
71/10 72/5

7
700 [2] 2/3 2/7
720-7777 [1] 2/4
7277 [1] 1/14
75219 [2] 2/3 2/7
77 [1] 15/1
7777 [1] 2/4
78 [2] 18/22 19/21
79 [2] 15/1 18/22
7th [1] 65/23

8
84 [1] 26/25
8th [1] 14/6

9
90 [1] 62/10
9900 [1] 2/8
9th [2] 34/21 72/1

A
ability [9] 35/6 51/4
52/19 59/20 60/11
60/13 60/13 77/23 79/8
able [4] 10/8 29/8 43/2
78/24
about [67] 7/1 8/17 9/5
9/20 12/2 12/7 12/22
13/23 14/25 15/15
15/18 17/16 20/24
22/21 23/1 25/22 28/6
28/9 32/24 32/25 34/2
35/12 35/25 39/5 39/15
40/25 41/18 41/22
43/21 45/14 45/23
45/25 46/8 47/5 47/25
49/9 50/2 50/22 54/8
54/13 55/22 58/17
58/19 59/9 59/18 59/20
60/13 62/9 62/10 62/22
63/7 63/8 63/9 64/25
66/5 67/14 70/14 72/15
73/11 73/11 74/11 76/1
76/6 77/12 78/23 78/23

4:49 [1] 81/23

above [2] 25/13 82/4
above-titled [1] 82/4
absent [1] 46/15
absolute [1] 56/25
absolutely [5] 31/23
32/3 34/5 45/19 72/18
accept [1] 21/20
acceptance [1] 17/6
access [8] 28/18 29/8
42/12 52/7 52/18 60/10
68/18 77/10
accessing [1] 75/16
accomplish [1] 18/10
accordance [1] 36/8
according [6] 10/2
34/7 34/7 38/2 62/10
66/14
accurate [2] 35/4 51/19
achieved [1] 10/13
acknowledge [17] 17/15
acquiring [1] 22/4
acreage [2] 52/14
52/15
across [2] 16/5 39/3
act [23] 13/19 21/15
22/2 26/4 28/5 35/2
35/8 35/16 35/18 35/23
36/1 36/10 37/23 38/16
50/19 60/22 60/23 61/1
61/4 64/24 65/1 65/4
65/4
acted [1] 39/11
acting [2] 18/18 75/12
action [8] 11/1 14/17
37/21 47/14 65/25
67/16 68/23 72/10
actions [2] 22/19 38/13
activate [2] 10/1 19/12
activated [2] 9/1 12/2
active [4] 24/23 24/24
74/6
acts [1] 38/22
actually [17] 9/23 12/4
14/22 30/12 37/21 39/2
41/23 43/5 43/9 43/13
44/2 48/21 49/2 57/3
60/7 71/22 79/2
add [2] 29/11 54/14
addition [2] 8/1 27/1
additional [3] 29/16
66/18 74/1
Additionally [2] 24/9
24/20
address [6] 25/3 30/18
41/5 47/12 53/16 69/17
addressed [1] 25/2
adequacy [1] 74/17
administration [5]
22/21 27/19 39/1 61/3
68/9
administrator [1] 45/4
admits [1] 65/15
admitted [1] 75/2
adult [1] 52/24
adults [3] 52/21 52/22
52/23
advance [1] 15/8 51/15

advanced [1] 48/8
advanced-force [1]
48/8
affect [1] 27/11
affiliated [1] 10/16
affiliation [2] 20/17
58/24
African [1] 58/4
African-American [1]
58/4
after [21] 13/23 16/2
17/24 19/22 26/4 26/6
27/17 27/17 28/10
33/10 40/5 43/15 45/11
59/6 63/8 63/14 64/12
66/16 66/18 71/10 72/5
aftermath [1] 70/18
afternoon [3] 3/2 3/10
3/11 4/10 4/24 17/25
74/15 74/25
again [7] 19/17 20/19
31/17 34/12 38/6 63/4
64/22
against [8] 25/25 26/16
33/25 36/18 46/17 56/9
67/10 70/24
agent [7] 38/20 49/17
49/25 50/5 51/2 51/17
70/7
Agent Palian [1] 51/17
agents [6] 44/24 45/7
45/9 45/9 49/22 55/11
ago [2] 69/7 71/2
agree [2] 6/19 34/15
38/9 71/23
agrees [1] 65/15
ahead [4] 4/9 18/7
31/20 32/1
aided [1] 2/16
Alamo [1] 21/15
alcohol [1] 53/1
Alexander [1] 43/12
Ali [1] 43/12
all [53] 4/9 4/17 7/5
7/10 11/25 13/1 18/4
28/25 29/2 29/18 33/7
34/4 34/22 40/11 41/15
42/1 42/4 42/13 44/14
45/11 46/13 48/15
48/16 48/23 48/24 49/4
49/14 50/10 53/1 54/13
54/23 55/16 58/10 59/5
59/17 62/6 62/8 63/23
65/21 66/5 68/24 71/9
71/12 73/5 76/1 76/3
78/12 78/22 79/5 79/7
79/20 80/3 81/16
All right [1] 18/4
allegation [6] 9/3 26/3
26/12 39/6 42/15 42/16
allegations [6] 5/11
9/9 21/8 23/20 25/9
72/24
allege [3] 15/3 15/12
24/1
alleged [11] 5/21 6/14
7/15 8/21 10/15 14/25
61/10 64/15 70/8 70/13

**alleged...** [1] 71/11
**alleges** [1] 12/10
**alleging** [1] 9/5
**allow** [1] 47/11
**allowed** [1] 71/15
**allowing** [3] 67/7 73/1
77/22
**almost** [1] 41/21
**alone** [1] 27/3
**along** [3] 10/8 48/12
51/21
**already** [5] 30/16 49/15
57/3 57/15 57/19
**also** [23] 10/19 13/14
14/8 17/11 19/10 24/25
25/15 27/15 29/5 32/23
33/12 38/22 43/12 45/4
47/10 54/3 59/19 60/6
62/21 63/12 69/7 75/6
80/21
**although** [7] 20/10
39/23 59/14 64/10 69/2
69/6 75/16
**always** [3] 33/3 52/24
**am** [6] 15/2 21/17
21/17 31/14 35/23
44/22
**amassing** [2] 20/21
22/18
**AMERICA** [2] 1/2 3/3
**American** [1] 58/4
**AMIT** [1] 1/9
**among** [2] 14/5 39/22
**amongst** [1] 34/23
**amount** [2] 32/8 32/16
**analogy** [1] 71/1
**Andre** [2] 2/10 3/7
**another** [9] 8/2 20/8
21/16 21/23 38/18 50/5
68/21 78/25 80/13
**answer** [2] 40/19 40/24
**Antifa** [2] 15/2 34/25
**any** [35] 4/7 5/25 6/25
15/14 26/3 26/4 26/6
26/12 29/16 31/24
32/25 35/16 36/20
36/22 37/1 38/23 39/7
39/17 42/13 47/9 49/8
50/7 50/10 50/10 50/13
50/13 51/2 52/7 56/13
58/23 58/23 59/4 75/14
76/18 79/15
**anybody** [4] 3/17 56/11
56/12 71/3
**anymore** [1] 44/14
**anyone** [4] 18/15 58/23
67/15 80/10
**anything** [21] 15/15
22/13 46/16 54/14
54/18 55/16 56/19
56/20 58/11 61/22
67/20 68/7 68/12 70/7
70/21 71/11 71/12
72/12 72/13 73/4 80/10
**anywhere** [1] 55/11
**apologize** [3] 11/20
61/16 73/8

**apostrophe** [1] 65/6
**appear** [1] 20/11
**APPEARANCES** [2]
1/11 1/15
**appeared** [1] 68/19
**appearing** [1] 3/8
**appears** [2] 16/5 61/4
**applications** [1] 59/23
**appreciated** [1] 81/12
**approached** [1] 45/7
**appropriate** [1] 26/18
**approve** [1] 44/6
**approves** [1] 66/9
**approving** [1] 14/24
65/18 65/18
**approximately** [3]
10/14 20/25 28/23
**architect** [1] 25/14
**are** [50] 3/18 13/25
13/25 14/1 14/9 15/2
16/11 17/4 18/19 19/1
19/2 20/10 20/21 21/6
21/7 22/13 22/19 22/23
23/9 23/11 24/21 28/23
28/25 29/2 29/24 32/14
34/17 37/20 38/22
39/12 51/24 52/21
52/23 58/18 60/6 60/7
61/11 63/2 63/17 64/13
65/4 65/12 66/10 68/13
68/13 69/10 71/17
72/18 72/19 76/21
**area** [1] 37/9
**arguably** [1] 71/6
**argue** [2] 47/1 48/6
**argument** [8] 8/19
25/21 26/1 26/10 38/24
43/18 70/13 71/22
**arguments** [2] 8/17
22/23
**Arizona** [1] 20/9
**armed** [8] 7/22 8/6 8/12
10/10 36/22 39/3 49/24
49/25
**arms** [4] 14/19 34/10
35/18 35/19
**around** [9] 15/1 15/4
16/9 16/13 16/15 16/19
18/22 21/6 32/5
**arrangement** [8] 75/8
78/6 78/8 78/10 78/16
80/8 80/12 81/9
**arrest** [6] 29/3 49/22
50/8 53/20 73/23 77/9
**arrested** [3] 70/18
71/15 73/19
**arresting** [1] 27/24
**arrives** [1] 63/14
**arsenal** [1] 7/23
**articulable** [1] 72/22
**as** [83]
**Ashli** [1] 17/21
**aside** [3] 18/14 65/3
65/7
**ask** [7] 4/23 34/3 44/4
44/5 46/11 47/18 67/11
**asked** [7] 25/3 29/10
30/6 40/20 58/22 69/23

**asking** [5] 4/12 5/2
20/13 45/14 46/11
**aspect** [5] 8/1 8/10
8/12 23/18 72/17
**aspects** [1] 32/9
**assaulted** [1] 33/18
**assemblages** [2] 36/18
**assert** [1] 62/7
**assigned** [2] 43/10
43/12
**assist** [1] 29/8
**assistance** [1] 17/23
**associate** [1] 44/16
**assume** [1] 59/9
**assuming** [1] 80/12
**assure** [1] 47/8
**assured** [1] 4/16
**ate** [1] 43/25
**attached** [1] 45/5
**attack** [1] 7/18
**attacked** [2] 33/19 66/9
**attempting** [1] 33/6
**attention** [1] 59/7
**attorney** [1] 46/7
**ATTORNEY'S** [1] 1/12
**audience** [1] 11/4
**authority** [2] 36/9
36/18
**authorize** [1] 40/25
**availability** [2] 49/7
79/3
**available** [11] 30/2
30/5 30/12 54/11 55/23
58/7 68/25 70/23 74/2
74/25 79/7
**Avenue** [3] 2/2 2/6 2/13
**avoid** [5] 51/4 55/1
55/10 57/13 73/5
**aware** [27] 25/16 28/23
28/25 28/25 31/4 32/23
33/12 33/21 37/20
37/25 44/22 47/19 48/9
51/17 55/18 55/19
57/12 61/8 64/6 67/12
78/2
**awareness** [1] 73/14
**away** [2] 7/23 13/2
**awfully** [1] 41/1

**B**

**Babbitt** [1] 17/21
**back** [21] 4/2 6/4 32/17
33/7 42/1 43/1 43/16
43/18 44/1 44/21 45/11
50/23 50/25 52/4 52/16
52/17 52/17 52/23
58/12 59/8 60/17
**BARRETT** [2] 2/6 2/13
**barricades** [1] 39/4
**bars** [1] 77/13
**based** [9] 6/8 7/3 9/9
22/24 40/11 47/25 48/8
70/21 72/24
**basis** [4] 5/3 5/13 6/11
72/20
**battle** [4] 8/7 9/14
10/20 19/13

**bear** [1] 4/5
**bearing** [1] 56/25
**became** [1] 70/23
**because** [24] 7/2 8/23
9/23 11/15 24/3 26/11
28/22 33/24 37/12 39/1
41/19 45/17 46/16
49/14 60/2 60/23 69/19
70/22 72/14 73/22
76/15 80/14 80/15
80/25
**becoming** [1] 35/24
**been** [58] 7/1 7/2 8/21
8/22 12/13 12/14 12/16
12/17 14/19 21/9 23/6
23/6 23/12 23/12 23/14
23/15 23/19 25/4 25/18
26/1 26/19 28/19 28/22
29/3 34/17 34/22 40/12
40/17 41/16 41/18 42/2
42/12 42/25 43/2 43/10
43/12 43/20 43/21
48/13 49/21 51/11
54/23 56/8 58/17 59/21
59/22 68/22 68/24 70/5
70/14 70/14 71/10
71/11 71/14 73/15
73/19 76/7 77/6
**before** [33] 1/9 3/16
4/17 4/19 5/3 9/22
15/13 23/4 26/7 26/7
27/7 27/13 29/12 29/21
30/18 31/5 31/24 38/21
39/20 40/16 40/21 41/3
41/8 41/9 42/4 50/17
58/20 63/10 63/13 65/6
65/7 66/12 67/22
**beginning** [5] 38/2
58/15 60/20 65/23 70/6
**behalf** [5] 3/7 55/16
56/19 58/7 58/8
**behavior** [1] 70/12
**behind** [1] 77/13
**being** [17] 8/13 13/2
30/17 32/14 33/18
33/18 38/11 42/10 51/9
51/16 57/14 60/7 66/8
70/8 76/1 77/13 78/24
**belabor** [1] 7/10
**belief** [5] 34/13 34/23
35/3 68/10 72/16
**believe** [19] 5/11 6/7
17/15 24/11 24/16 27/3
28/24 30/6 35/4 35/4
36/6 37/2 40/10 44/22
45/2 45/3 51/20 54/2
67/7
**believes** [1] 72/17
**benefit** [2] 70/16 70/19
**better** [2] 24/24 33/19
**between** [7] 15/9 23/13
26/13 53/4 62/15 65/8
72/5
**beyond** [2] 24/13 67/20
**bias** [1] 17/14
**biggest** [2] 32/17 59/11
**birthday** [1] 53/22

**b** [2] 14/8 17/25 32/4
48/5 74/11
**BLM** [1] 34/25
**bloody** [1] 64/20
**bodies** [1] 24/4
**body** [1] 42/6
**bombastic** [2] 32/16
49/1 50/11 70/3
**bond** [3] 1/9 4/10 4/13
**both** [6] 11/8 17/20
24/16 27/6 45/2 45/5
**breach** [3] 10/9 16/21
16/24
**breached** [8] 10/16
14/24 18/11 43/5 48/13
63/9 63/10 66/9
**breaking** [1] 32/25
**breakout** [2] 80/18
81/7
**Breonna** [1] 33/10
**brief** [2] 21/9 69/22
**briefed** [1] 65/2
**briefly** [4] 49/11 61/14
69/18 69/19
**Bright** [15] 2/2 2/6 6/4
6/5 29/13 29/19 32/1
46/6 46/25 49/4 52/13
54/21 56/6 56/21 57/11
**bring** [5] 8/7 27/14
47/1 68/24 81/9
**bringing** [1] 50/22
**broad** [1] 29/5
**brought** [6] 9/4 25/24
26/16 36/5 50/24 50/24
**build** [1] 55/6
**building** [19] 10/16
12/12 12/20 14/24
15/13 16/21 16/24 17/5
17/11 17/21 17/22 39/6
39/13 39/18 39/20
39/25 40/2 40/6 40/22
**built** [1] 55/2
**bunch** [2] 29/11 66/5
**Bundy** [1] 45/11
**burden** [2] 4/23 6/20

**C**

**California** [1] 53/17
**call** [32] 8/25 10/2
14/19 15/9 15/12 16/15
17/17 22/15 31/13
36/21 37/14 40/2 41/2
41/10 41/13 41/17
42/13 48/17 48/22 49/6
62/8 62/11 62/12 62/15
63/24 64/24 65/16
65/20 66/13 68/23
**called** [7] 8/22 12/24
13/22 37/16 43/24 66/7
68/23
**calling** [4] 14/17 20/2
37/22 66/21
**calls** [8] 18/11 20/5
20/7 37/21 38/13 63/13
65/13 66/11
**came** [5] 41/25 42/25
53/24 59/6 71/25
**camera** [1] 3/17

**C**

camp [1] 14/10
campaign [1] 21/16
can [60] 3/11 3/13 4/16
5/22 5/24 7/5 11/9
11/19 11/25 15/8 16/15
16/17 17/7 19/16 22/1
25/22 29/1 31/21 33/20
34/3 36/14 38/6 41/5
41/14 42/5 42/7 42/11
46/16 48/6 48/6 51/19
52/6 52/12 53/3 53/13
53/15 54/10 57/8 58/2
60/5 61/11 63/4 65/2
67/10 68/7 69/22 70/9
72/9 72/22 73/2 75/4
76/4 76/25 79/4 79/15
79/21 79/24 80/8 80/12
81/2
can't [4] 54/22 54/23
80/13 81/17
candid [1] 17/9
candidly [2] 17/8 67/3
cannot [1] 72/13
capable [1] 51/14
Capitol [37] 7/18 10/9
10/12 10/24 12/11
12/16 12/18 12/19
12/22 13/11 14/14
15/20 15/24 15/25
15/25 16/19 18/11
18/12 19/6 40/2 40/22
41/3 41/20 43/5 43/16
44/7 62/5 62/10 62/24
63/6 63/9 63/11 63/14
63/17 65/8 65/14 66/8
cards [1] 56/10
cards were [1] 56/10
care [3] 26/15 35/17
74/15
carry [1] 33/25
carrying [1] 9/18
carts [1] 63/15
case [37] 3/3 5/5 5/7
5/9 5/10 5/12 6/23 7/11
7/15 8/3 8/14 16/8
21/19 23/6 23/14 23/20
23/22 24/3 25/19 26/21
27/25 28/2 34/16 35/9
35/24 42/6 54/18 59/2
59/24 60/1 60/12 60/16
60/18 67/8 68/21 71/1
71/24
cases [1] 7/12
cell [2] 60/9 74/23
75/15
certain [3] 25/5 36/3
71/23
certainly [25] 4/16 6/10
13/9 16/24 18/13 19/6
20/15 25/4 26/7 27/23
32/15 38/6 41/14 42/11
46/14 62/25 63/25 64/9
66/13 67/17 68/4 68/10
71/9 77/19 81/3
certification [2] 9/14
18/9
Certified [1] 2/12

CH [1] 2/13
chain [2] 43/9 44/8
chambers [1] 14/23
chance [1] 13/5
changed [1] 67/4
changeover [1] 38/18
characterize [2] 63/22
68/9
charge [3] 24/18 27/8
30/8
charged [6] 10/14
23/24 24/9 24/21 25/18
66/17
charges [6] 5/17 25/24
26/13 26/16 26/18
27/14
chat [12] 10/22 11/13
12/24 13/3 13/18 13/22
13/25 14/2 14/8 18/21
21/12 21/24
chats [3] 18/16 64/14
65/19
check [1] 57/6
children [3] 52/22
53/11 54/2
choice [3] 13/20 14/11
46/19
choked [1] 65/11
circumstances [2]
36/3 59/2
circumstantial [3]
18/13 19/5 65/17
circumstantially [2]
16/22 17/15
cite [9] 11/20 12/5
12/23 13/9 18/22 19/16
20/8 20/12 21/11
cited [6] 11/17 14/1
21/7 27/15 65/24 67/21
cites [1] 65/23
Civil [1] 64/20
Civil War [1] 64/20
clarification [1] 56/23
clarifying [1] 47/18
clear [13] 10/19 13/14
14/17 26/19 46/5 59/25
60/17 60/20 64/22 65/4
70/4 71/5 76/25
clearance [1] 58/5
clearly [4] 7/2 14/12
14/12 23/18
click [2] 3/23 3/24
client [1] 6/1
close [2] 53/25 54/3
closely [1] 73/2
cloth [1] 38/1
co [22] 7/24 10/15
12/25 14/4 16/8 18/12
19/23 20/3 20/5 22/20
24/2 27/24 27/25 59/23
63/15 65/10 65/14
65/21 66/11 66/22
68/21 73/19
co-conspirator [1]
68/21
co-conspirators [13]
7/24 10/15 18/12 19/23

20/5 27/24 27/25 59/23
65/10 65/14 65/21
66/11 66/22
co-defendant [4] 12/25
20/5 63/15 73/19
co-defendants [4] 14/4
16/8 24/2 27/24
codicil [1] 36/6
coffin [1] 14/10
coincidental [1] 41/2
collateral [1] 47/13
collectors [1] 18/25
COLUMBIA [3] 1/1
42/23 49/8
combinations [1]
36/17
come [4] 10/4 15/20
45/12 49/8
comes [3] 11/16 19/2
48/12
coming [6] 4/8 10/25
19/3 19/10 20/14 60/9
Comitatus [1] 35/3
command [2] 43/9
44/8
comments [2] 38/15
70/3
Committee [2] 31/6
41/9
communicate [3]
59/23 62/19 77/24
communication [2]
11/14 41/11
communications [9]
15/16 27/17 66/23
67/13 67/19 68/13
71/17 77/10 79/16
community [2] 8/4 8/8
company [1] 77/1
compared [1] 10/25
compelling [1] 16/22
compellingly [1] 14/18
completely [3] 43/16
69/21 71/20
compliance [2] 22/9
50/15
complying [1] 16/6
compromised [1]
73/16
computer [1] 2/16
computer-aided [1]
2/16
computers [1] 60/6
comrades [1] 71/14
concede [1] 35/22
conceded [2] 38/22
51/8
conceived [1] 23/19
concept [1] 37/15
concern [11] 28/16
29/4 38/7 50/12 51/9
56/3 59/12 60/14 62/6
68/12 76/25
concerned [1] 29/6
concerning [4] 28/21
59/1 59/13 67/2
concerns [7] 28/6
45/15 58/15 58/16

concert [1] 39/11
concluded [1] 81/23
concludes [1] 22/6
concur [1] 46/21
condemnation [1] 22/8
conditions [8] 28/20
47/9 51/4 51/19 57/1
61/11 67/9 77/6
conduct [20] 4/12 18/5
22/24 23/15 26/4 26/12
50/10 50/10 60/15 61/9
61/12 66/10 67/2 69/1
69/24 70/13 70/15
70/15 70/22 71/9
confident [1] 29/2
confirm [1] 43/3
confirmed [1] 45/14
confounding [1] 70/4
Congress [5] 7/19 13/4
14/15 42/4 72/16
congressional [2]
14/21 14/21
connect [2] 75/4 78/24
connections [4] 58/23
58/24 59/5 59/17
consider [5] 7/5 11/7
54/2 78/11 79/17
considerations [1]
47/3
considered [2] 27/10
36/25
considering [1] 26/11
considers [2] 36/17
36/23
consistent [1] 19/8
conspiracy [37] 5/18
5/21 8/10 8/10 8/12
19/24 20/22 21/2 22/18
22/25 23/7 23/16 23/19
24/6 24/12 24/18 24/22
24/25 25/4 25/10 25/13
25/13 25/15 26/5 32/15
39/7 40/12 43/19 48/15
48/21 49/3 50/13 60/20
61/10 63/2 66/17 70/1
conspirator [1] 68/21
conspiratorial [1]
60/15
conspirators [13] 7/24
10/15 18/12 19/23 20/3
22/20 27/25 59/23
65/10 65/14 65/21
66/11 66/22
conspired [1] 39/9
constant [1] 35/10
constantly [2] 38/15
60/8
Constitution [2] 2/13
38/17
contact [4] 49/21 53/19
53/21 79/4
contacts [1] 45/10
contained [1] 42/13
contemporaneous [1]
47/21
contention [2] 12/15
43/20

context [2] 19/11 64/11
contingent [4] 20/9
20/13 22/13 37/5
contingents [3] 25/10
25/11 25/11
continue [6] 16/3
19/23 28/4 67/6 68/4
74/5
continued [5] 2/1
27/16 27/18 70/8 72/6
continues [3] 44/16
44/17 66/18
continuing [2] 20/16
50/12
control [1] 8/14
convened [1] 7/19
14/23
conversation [7] 15/17
39/22 39/23 39/24
40/23 50/4 65/7
convince [1] 13/8
coordinate [1] 79/4
coordinator [1] 74/22
corner [4] 3/24 41/25
41/25
correct [4] 24/14 29/25
30/1 82/3
cottage [1] 52/10
could [23] 28/5 29/6
29/14 30/21 31/9 34/9
35/14 35/18 36/9 37/14
37/16 39/4 46/11 47/8
47/16 51/13 52/11
52/16 53/10 56/16 74/1 77/2
78/3 80/18
couldn't [3] 62/13
62/18 62/19
counsel [5] 46/16
61/20 77/10 78/8 81/4
country [3] 5/19 7/17
67/4
couple [5] 53/22 67/23
76/9 76/23 80/6
course [5] 4/20 7/12
36/20 49/12 71/19
court [53] 1/1 2/11
2/12 5/2 5/14 7/11 7/12
8/2 8/3 9/19 13/16 14/2
17/8 19/4 25/2 25/5
26/20 30/3 31/9 31/17
31/19 40/7 41/19 42/24
44/22 45/4 46/8 47/11
47/12 49/13 49/14 51/3
52/3 52/18 55/19 55/25
57/4 57/11 60/2 64/10
67/17 69/23 70/4 72/8
73/3 75/23 75/25 77/11
78/3 78/5 78/21 80/17
82/7
Court's [11] 11/19
11/20 14/3 29/14 38/7
41/14 45/19 60/13
61/25 73/10 76/14
cousin [17] 53/9 53/20
54/6 55/17 58/22 59/7
75/9 75/24 76/6 76/14
76/15 76/19 76/21 78/2
78/4 78/14 78/15

**C**

cousin's [3] 75/7 75/9 77/1
cover [1] 6/5
covering [1] 6/4
COVID [1] 82/6
COVID-19 [1] 82/6
cowarded [1] 65/11
CR [2] 1/4 16/8
credibility [2] 62/4 63/18
credit [2] 51/12 56/9
crime [1] 12/12
criminal [4] 3/3 26/4 52/25 71/21
critical [2] 22/11 63/25
cross [3] 34/9 34/13 46/18
cross-examine [1] 46/18
crossed [1] 50/24
CRR [2] 82/2 82/11
curiosity [1] 12/7
curious [1] 37/11
current [3] 68/9 69/6 69/8
custodian [10] 29/23 29/23 30/17 30/18 31/18 31/22 57/2 74/12 74/20 76/2
custodians [3] 58/17 59/18 75/13
custody [1] 76/12
cut [1] 38/1

**D**

D.C [10] 1/4 1/13 2/14 33/14 33/25 34/11 40/8 50/24 54/8 55/13
Dallas [8] 2/3 2/7 38/21 50/5 52/25 53/24 54/7 75/23
damn [1] 21/20
danger [18] 8/3 8/5 8/8 8/15 22/24 26/10 38/20 38/23 48/8 48/11 49/19 49/20 50/18 51/2 67/7 67/8 71/4 72/24
dangerous [2] 25/17 70/1
dangerousness [5] 7/6 24/1 27/12 27/22 49/16
data [4] 26/24 26/25 69/4 69/14
date [6] 26/5 26/13 49/22 50/8 72/24 82/10
dates [2] 33/7 48/10
day [26] 8/24 10/12 10/16 10/18 11/8 11/10 12/3 12/16 13/13 30/8 30/9 30/11 39/13 40/9 40/16 42/18 43/14 48/22 58/1 62/5 63/13 64/15 76/16 76/18 77/2 80/14
DC [1] 10/22
de [1] 4/13
de novo [1] 4/13

**C**

35/25
dealings [1] 31/7
decades [1] 40/17
December [6] 13/22 13/25 14/4 34/22 40/15 47/22
December 31st [1] 14/4
deciding [1] 27/13
decision [6] 17/1 27/7 74/10 79/1 80/14 81/8
decisive [1] 11/1
decorated [1] 58/4
deep [1] 45/15
defendant [54] 1/7 2/2 3/8 5/1 5/2 5/17 7/15 8/9 8/15 9/13 10/21 11/6 12/25 13/3 13/14 13/17 13/21 14/2 14/5 15/19 17/18 19/23 20/2 20/5 20/12 21/23 22/12 22/24 25/12 27/12 27/16 28/3 28/7 29/5 58/18 60/10 60/12 60/15 60/18 61/12 63/15 65/3 65/9 65/17 66/4 66/9 67/5 67/23 68/4 68/17 68/19 68/20 70/12 73/19
defendant's [2] 10/20 26/22
defendants [12] 10/8 10/15 14/4 16/8 23/24 24/2 25/4 25/5 25/7 27/24 38/3 42/21
defense [10] 3/6 8/23 13/17 21/9 21/10 22/9 25/21 58/16 71/21 77/23
defense's [1] 78/9
defenses [1] 34/8
defensive [4] 8/18 8/22 9/12 34/9
defiance [1] 22/9
define [1] 38/7
defined [1] 42/25
definitely [3] 19/12 59/16 65/20
definitively [1] 59/4
degree [1] 46/12
delay [1] 10/9
delusional [1] 21/21
delve [1] 47/16
delving [1] 30/19
democracy [1] 8/2
democratic [1] 8/4
denied [3] 17/10 17/12 39/25
deposition [1] 41/9
depositions [1] 31/5
described [1] 76/7
designated [1] 37/13
desire [1] 30/3
detached [3] 52/10 76/8 78/17
detail [4] 33/16 45/16 62/11 70/5

**C**

details [1] 41/7
detain [2] 5/1 5/2
detained [2] 4/12 25/7
detention [7] 5/14 6/1 6/9 6/14 7/4 25/2 47/6
device [1] 75/18
devices [3] 60/7 69/10 74/2
DHS [1] 51/15
did [34] 3/19 5/2 18/1 26/15 26/22 27/24 30/21 31/24 33/3 34/1 35/11 39/2 39/9 43/15 43/22 44/5 45/17 50/19 52/25 56/25 57/9 57/11 60/18 61/15 61/23 64/2 64/4 64/6 68/5 70/24 71/7 72/4 76/2 80/17
did you [1] 57/11
didn't [14] 8/25 9/25 18/25 39/2 39/6 40/25 42/19 50/17 70/19 71/11 72/1 72/1 72/11 72/11
different [4] 15/8 33/13 64/8 78/6
differently [1] 50/19
difficult [4] 32/4 48/6 60/3 60/6
difficulty [1] 41/12
dinner [2] 43/25 77/17
direct [3] 42/20 43/4 78/4
directing [1] 15/20
directive [2] 16/6 19/6
directly [5] 14/13 21/7 65/17 77/3 79/25
directs [1] 18/13
disagree [2] 6/10 32/7
disavowed [1] 44/12
discovery [3] 13/17 17/9 21/10
discussed [1] 17/17
discussing [1] 58/16
discussion [1] 46/15
discussions [1] 45/10
dispute [4] 5/25 6/8 42/15 42/19
disputing [1] 39/8
disqualifier [3] 59/1 59/3 59/14
disruption [1] 27/23
dissolve [1] 72/4
distance [1] 77/23
distinction [1] 23/13
distinguishing [1] 23/3
DISTRICT [9] 1/1 1/1 1/10 10/4 33/24 34/1 35/7 49/8 50/24
do [56] 3/19 5/11 8/7 9/14 9/22 13/7 14/7 14/23 17/23 20/2 20/11 21/4 22/14 27/13 28/24 29/12 30/4 30/4 32/18 33/8 34/11 34/22 36/8 36/8 38/16 44/14 45/21 46/9 46/15 47/5 47/7

**C**

54/19 55/25 58/15 58/16 58/20 60/4 60/19 64/23 64/25 66/6 66/9 70/5 71/11 73/12 74/9 75/19 78/23 80/1 80/13 80/14 81/3 81/17
Do you know [1] 17/23
docket [1] 57/6
does [22] 15/14 19/13 20/2 21/23 24/11 28/17 36/6 37/8 52/17 55/1 59/17 60/12 60/22 61/1 62/3 63/18 63/21 65/5 68/4 72/14 72/25 79/13
doesn't [12] 11/1 20/10 21/19 24/12 26/10 27/21 28/3 28/4 37/8 40/19 46/6 49/7
doing [10] 19/1 19/2 22/17 30/13 63/2 70/21 72/11 73/4 76/20 76/22
don't [36] 4/9 4/22 6/7 6/18 6/19 7/7 11/15 13/7 13/7 19/18 29/1 29/16 35/15 36/13 39/7 39/7 39/23 42/20 42/23 51/18 53/16 56/6 56/12 56/20 64/7 67/9 67/23 68/1 70/25 71/1 71/24 73/4 74/13 75/21 79/2 79/24
Donald [3] 35/1 35/2 50/19
Donald Trump [3] 35/1 35/2 50/19
done [9] 9/16 28/12 28/13 33/8 39/16 44/13 57/3 58/5 71/11
doors [3] 16/13 42/23 45/18
doubt [1] 27/25
Douyon [3] 74/14 79/24 80/8
down [2] 12/18 14/6 70/20
drawing [1] 23/13
drawn [2] 64/1 69/2
drive [1] 55/13
drop [1] 21/19
drugs [1] 53/1
duck [2] 55/4 55/10
during [6] 15/16 21/1 73/1 73/5 77/2 82/5

**E**

each [1] 62/18
earlier [6] 15/19 55/22 57/16 57/22 58/8 70/10
early [2] 66/4 71/25
easily [1] 61/11
east [5] 16/5 16/11 16/12 41/20 42/22
eastbound [1] 16/4
Eastern [1] 79/10
easy [1] 78/24
Edward [1] 48/17
effect [11] 10/23 12/25

**C**

18/21 18/23 20/14 22/22 59/11 68/1 68/24 73/21
effort [1] 49/8
eight [1] 15/18
either [5] 24/22 29/9 51/19 65/17 79/19
election [6] 5/20 7/20 18/8 31/8 33/10 64/17
elections [1] 72/12
elephant [2] 32/10 32/12
Ellipse [1] 12/17
ELMER [2] 1/6 3/4
else [7] 46/25 54/14 55/16 56/19 61/22 67/15 80/10
email [6] 1/14 2/4 2/8 11/13 71/16 74/23
employed [3] 11/8 38/25 38/25
encourage [1] 54/18
encouraging [2] 22/19 66/22
encrypted [1] 59/22
end [4] 24/12 58/15 60/21 75/3
ended [1] 21/12
ends [2] 16/15 26/7
enforce [3] 36/19 36/23 37/17
enforcement [2] 17/4 33/7
engage [5] 22/20 27/16 33/6 72/6 74/6
engaged [8] 26/3 45/8 49/23 50/4 50/5 50/10 50/13 60/16
engaging [5] 23/15 60/15 61/12 67/13 69/10
enormous [2] 32/8 32/16
enough [1] 19/5
enter [5] 12/19 15/13 17/22 39/18 39/25
entered [2] 39/17 41/3
entering [2] 10/24 39/12
enters [1] 40/2
entire [1] 42/6
entirely [1] 71/5
entry [3] 12/11 44/6 45/24
enumerated [2] 6/23 51/20
equipment [3] 20/22 28/11 28/14
essentially [5] 8/13 12/12 37/15 57/19 74/4
established [1] 47/21
evaluated [1] 70/12
eve [1] 10/21
even [22] 8/23 12/20 18/14 18/14 19/4 33/22 35/16 35/20 39/8 41/12 41/21 50/12 51/14 65/3 65/6 66/12 66/17 70/7

# E

even... [4] 71/10 76/6
77/21 77/23
evening [2] 44/9 44/20
event [5] 4/7 6/25 26/6
56/13 59/10
events [6] 12/11 26/2
30/8 31/7 48/10 72/4
ever [8] 42/10 42/13
47/14 48/25 49/2 49/8
50/12 50/24
every [1] 70/11
everybody [4] 3/10
4/16 79/7 80/11
everyone [2] 4/5 81/16
everything [5] 32/5
55/5 55/14 64/11 65/19
evidence [50] 6/21 9/9
9/10 12/21 13/16 14/13
14/17 15/4 15/22 16/7
16/22 16/25 17/16
18/13 19/5 20/6 20/7
23/25 24/7 24/25 25/9
25/23 26/17 26/21 27/6
27/10 27/16 34/16 35/9
38/11 38/14 39/19
40/20 42/6 43/8 43/15
48/18 49/15 49/21
50/18 50/23 51/1 64/5
65/17 68/15 69/1 70/22
72/13 73/11 74/2
ex [1] 78/21
ex post [1] 78/21
exact [1] 42/10
exactly [2] 45/14 65/10
examine [1] 46/18
example [4] 39/16 42/7
42/9 76/13
exception [1] 34/11
exchanges [1] 63/12
exculpatory [1] 27/6
excuse [1] 50/9
execute [1] 67/6
executing [1] 66/20
execution [2] 5/18 7/17
19/25 23/21
exhaustive [1] 38/12
exhibit [2] 45/2 45/5
exist [1] 72/14
existed [5] 9/17 33/24
47/15 48/9 49/3
expect [1] 62/13
expert [2] 35/23 37/10
explain [1] 56/7
express [1] 68/11
expresses [1] 45/15
extends [1] 24/12
extensive [2] 26/25
27/1
extent [4] 6/17 9/24
43/8 67/12
external [1] 16/18
eye [3] 11/6 11/9 74/7

# F

face [2] 51/11 55/3
Facebook [2] 59/8
63/16
facilitate [1] 80/25
facility [3] 28/14 79/8
80/12
facility's [1] 79/3
fact [35] 8/9 11/6 15/4
15/8 17/3 17/15 19/9
22/14 27/9 27/21 28/1
33/4 35/11 35/24 37/6
37/19 39/5 41/18 42/5
44/15 47/14 55/7 55/11
59/15 63/25 64/2 64/6
69/23 70/14 71/6 71/10
72/15 72/21 73/14
73/18
factor [4] 11/7 28/1
64/10 73/8
factors [4] 6/23 7/5
24/1 71/23
facts [4] 7/10 9/10
46/23 52/2
factual [2] 23/5 61/24
fails [1] 13/19
fairly [1] 53/25
familiar [1] 7/11
family [6] 30/15 51/6
52/3 52/15 52/17 58/23
far [3] 7/23 40/3 69/4
far-fetched [1] 40/3
fashion [1] 60/2
Fathers [2] 22/8 61/7
FBI [3] 45/7 49/22 72/6
feathered [1] 18/25
February [3] 1/5 79/6
82/10
federal [3] 36/21 38/9
71/8
feel [1] 54/17
feet [1] 13/2
felt [1] 27/5
female [3] 53/5 53/8
59/7
Ferguson [1] 33/9
ferry [1] 7/23
fetched [1] 40/3
few [6] 4/6 13/2 16/21
26/14 58/13 61/23
fight [10] 14/10 14/15
18/10 18/17 50/20
60/24 64/18 64/18
64/19 66/6
figure [1] 51/13
file [1] 24/24
filed [1] 26/13
filing [3] 6/8 67/22
73/13
filings [3] 4/15 4/20
73/24
fill [1] 54/18
filter [2] 27/1 69/10
final [2] 14/9 56/22
find [4] 19/5 19/5 80/13
81/18
findings [1] 61/10
fine [4] 3/14 4/8 6/16
61/17
fire [1] 18/25
firearm [1] 5/6

means [4] 13/19
20/18 20/19 20/21
20/21 20/25 22/18 24/8
28/9 28/10 28/11 28/13
28/14 28/18 29/9 51/5
66/24 66/25 68/25
firearms-related [1]
28/11
fired [1] 20/15
first [13] 4/22 10/6
26/15 30/18 30/22
31/19 36/8 43/4 44/19
45/24 48/13 62/6 63/8
five [1] 62/16
flight [7] 5/8 7/6 47/10
49/10 49/18 51/7 51/10
Florida [5] 20/13 20/15
20/16 25/10 37/7
flying [1] 51/14
focus [2] 7/8 71/8
focused [1] 11/11
folks [4] 23/11 40/6
70/17 78/18
follow [2] 31/19 65/21
followers [2] 18/12
29/6
following [3] 5/19
32/24 50/15
foolish [1] 74/5
footage [1] 16/19
forbidden [1] 36/4
force [22] 5/18 7/16
7/22 8/6 8/14 8/18 8/22
8/25 10/1 10/17 11/8
12/2 19/25 23/20 24/3
24/4 24/5 24/6 24/8
24/23 48/8 66/19
forces [3] 10/10 32/20
36/22
foregoing [1] 82/3
forgetting [1] 44/10
form [1] 24/21
former [1] 17/3
formulate [1] 2/4
forth [5] 8/11 25/16
66/15 66/18 68/13
forums [1] 67/25
forward [4] 32/9 57/8
69/18 70/14
fought [2] 19/1 64/20
found [4] 12/5 68/17
73/11 74/3
Founder's [1] 21/22
Founders [1] 66/11
founding [3] 18/23
22/7 61/6
four [1] 52/23
Fourth [1] 1/13
frame [1] 50/21
Frankly [1] 27/12
fraudulent [1] 18/8
free [1] 54/17
freedoms [1] 77/18
freestanding [1] 76/8
Friday [4] 79/7 80/11
80/14 81/17
front [3] 16/12 32/11
68/2

motion [2] 4/22 67/8
fruits [1] 43/19
frustrating [1] 46/22
full [4] 4/17 4/20 19/18
46/6
fundamental [1] 35/6
further [5] 15/14 30/12
50/13 66/19 72/13
future [5] 38/20 38/23
50/18 51/2 72/23

# G

Garden [1] 44/1
gather [4] 25/23 41/24
42/5 43/21
gathered [1] 16/11
gathering [2] 22/17
50/22
gave [2] 44/24 50/3
general [1] 46/13
generally [2] 46/20
53/15
generation [1] 18/24
gentleman [3] 31/4
44/10 58/4
get [8] 3/16 12/8 14/6
29/21 36/13 54/23 61/5
74/16
gets [1] 77/12
getting [2] 6/21 51/14
gigabytes [1] 26/25
give [7] 35/5 42/7 44/5
53/13 59/17 64/2 72/13
given [12] 17/2 28/5
37/4 41/16 42/2 42/10
42/12 43/3 45/16 47/9
51/16 60/10
gives [3] 19/9 19/11
36/2
giving [1] 10/5
gmail.com [1] 2/4
go [21] 4/9 6/17 12/22
13/11 17/11 31/20 32/1
32/17 33/20 39/6 42/9
47/12 51/6 52/5 53/13
55/10 59/9 62/5 72/1
72/3 72/4
go ahead [2] 31/20
32/1
goal [3] 11/9 18/10
19/24
goes [1] 32/7
going [38] 6/3 6/5 6/17
7/10 13/12 14/9 14/20
15/5 18/16 21/3 22/15
30/13 32/4 33/9 38/16
41/20 43/17 45/18
55/13 59/11 60/9 60/17
60/19 60/22 60/24
60/25 61/4 63/17 64/20
68/22 76/6 76/14 76/21
77/4 77/5 77/15 77/16
78/17
golf [1] 63/15
gone [1] 17/5
good [9] 3/2 3/10 3/11
19/7 56/4 60/7 76/15
77/23 79/4

motion [2] 67/7 ]
11/5 57/2 69/6
69/7 74/23 75/17 77/4
GoToMeeting [1]
34/20
governing [1] 5/19
government [85]
government's [25]
4/23 6/8 6/20 9/24 12/8
12/15 19/11 23/2 24/7
25/12 25/20 26/9 27/11
28/8 32/8 32/10 38/14
39/19 40/10 42/12 43/2
43/18 45/24 58/25 59/6
governments [1] 36/7
governor's [1] 18/24
grand [1] 34/17
grand jury [1] 34/17
grave [3] 8/7 8/15 67/7
gravest [1] 60/14
great [2] 35/16 35/25
greater [2] 23/16 71/10
green [1] 10/5
ground [4] 7/24 9/17
44/2 66/11
grounds [7] 12/22
14/14 15/14 15/25 43/16
63/14 65/14
group [28] 12/18 15/13
16/3 16/17 16/23 17/2
17/6 20/16 21/24 35/5
35/5 39/8 39/16 39/20
40/2 40/21 41/3 42/17
43/11 45/24 62/10 63/8
63/10 63/14 64/4 65/8
65/19 73/15
groups [9] 17/20 22/15
22/16 22/16 34/25 43/5
44/6 44/12 44/13
Guard [1] 36/4
guess [5] 23/1 29/21
63/20 74/9 75/16
guns [1] 68/18

# H

had [40] 4/11 11/6
12/13 12/14 12/15
12/17 14/23 15/19 16/1
17/21 28/23 29/2 34/14
34/19 34/22 35/17 37/5
40/12 40/17 42/21 43/4
43/5 43/8 43/10 43/11
45/7 45/10 45/11 47/20
49/23 53/19 53/21
58/22 58/23 59/4 59/7
68/18 68/22 68/24
73/19
hadn't [1] 12/17
HAM [1] 22/4
hammer [1] 21/20
hand [6] 3/24 22/4
32/18 52/11 77/22
78/16
handle [1] 30/20
hands [2] 7/24 18/20
24/4 65/13
hang [4] 4/4 61/20 75/1
75/3
hanging [1] 40/5

**Hangout [1]** 12/24
**happen [6]** 17/16 39/2 43/23 65/11 74/16 74/25
**happened [11]** 11/2 17/25 18/1 27/21 28/1 41/11 44/15 45/22 56/25 70/22 71/2
**happening [2]** 8/24 40/2
**happens [2]** 44/16 76/19
**happy [2]** 30/4 30/19
**hard [2]** 60/8 78/24
**has [79]** 6/25 7/2 7/12 8/3 9/9 13/5 13/19 14/18 14/20 17/11 17/18 25/2 25/4 25/22 26/3 27/15 27/21 28/22 28/23 29/5 30/14 31/5 31/6 31/25 32/5 32/18 32/19 32/21 33/8 34/20 37/18 40/22 41/8 41/8 41/10 41/16 42/3 42/3 45/1 48/13 49/14 49/20 50/10 51/3 51/7 51/11 52/2 52/7 52/8 52/9 54/5 54/23 55/2 56/25 57/4 58/5 58/5 59/21 59/22 59/25 60/2 62/2 62/6 64/10 65/11 65/11 65/12 66/13 66/14 67/4 67/10 68/10 68/11 69/14 70/4 70/5 73/22 77/18 78/2
**hasn't [4]** 8/20 26/12 71/3 71/11
**haste [1]** 78/21
**hatched [2]** 40/12 65/22
**have [113]**
**having [2]** 28/24 51/15
**he [163]**
**he didn't [4]** 50/17 71/11 72/1 72/11
**he said [2]** 10/22 62/23
**He would [1]** 53/23
**he's [22]** 14/20 15/11 17/19 22/14 22/19 31/12 31/12 49/22 51/12 54/3 55/5 55/14 58/4 71/3 74/23 75/17 76/6 76/19 77/4 77/5 78/13 79/9
**head [1]** 40/5
**heading [1]** 16/5
**hear [7]** 3/11 3/13 29/19 41/21 55/24 62/14 62/18
**heard [1]** 17/21 55/9
**hearing [27]** 1/9 3/9 4/14 4/18 5/15 6/2 6/4 6/5 6/9 6/14 6/21 7/5 41/12 45/3 47/6 51/1 51/9 53/24 58/20 59/6 59/16 59/19 67/22 70/6 70/6 78/25 82/5

**held [1]** 4/11
**help [2]** 4/2 40/7
**helped [1]** 11/2 11/2
**helpful [1]** 77/21
**helping [1]** 40/18
**her [8]** 4/19 17/23 30/15 53/11 53/12 70/12 78/3 78/4
**here [29]** 4/10 5/25 7/3 9/20 15/2 23/2 23/25 26/5 26/11 29/6 37/12 38/19 38/21 39/6 45/3 47/3 49/17 50/9 51/1 52/4 53/24 54/7 55/17 56/4 56/7 56/24 60/14 66/17 67/2
**Here's [1]** 12/7
**hey [1]** 55/12
**hid [1]** 37/24
**hide [2]** 51/13 72/1
**hiding [1]** 72/2
**hierarchal [1]** 17/2
**hierarchy [1]** 41/7
**him [33]** 10/5 11/3 13/4 14/11 15/20 20/4 20/5 20/7 22/18 25/25 29/8 31/5 31/13 31/15 39/17 50/1 50/6 50/22 51/6 51/9 52/6 55/4 55/9 55/21 60/23 67/7 71/15 74/5 76/3 76/15 77/5 80/23 80/24
**him at [1]** 31/15
**himself [3]** 9/13 43/9 66/25
**his [47]** 4/13 15/13 16/3 18/12 18/12 20/3 21/15 22/17 22/20 22/24 27/18 28/4 29/3 29/3 31/9 40/4 42/17 45/8 49/22 50/3 50/6 50/8 51/12 53/19 53/20 53/24 55/2 55/7 57/13 59/21 59/23 64/4 64/7 65/10 65/13 65/21 66/11 68/5 69/6 69/7 69/7 70/12 71/14 72/2 76/12 77/18 77/22
**history [1]** 52/25
**hold [2]** 53/6 56/17
**holding [2]** 32/11 32/11
**home [6]** 20/15 52/21 76/8 76/8 76/23 78/17
**homeowner [1]** 58/21
**homicide [1]** 71/1
**honest [1]** 46/12
**honesty [1]** 48/24
**Honor [96]**
**HONORABLE [1]** 1/9
**hook [1]** 75/18
**hope [2]** 11/5 21/17
**hotel [1]** 43/16
**hotspot [1]** 75/18
**hour [4]** 45/8 49/24 50/4 77/9
**hours [1]** 10/10

52/15 52/16 52/17 52/17 52/23 53/6 53/8 77/9 78/3
**household [1]** 59/4
**householder [3]** 59/3 59/7 59/16
**houses [1]** 14/23
**how [7]** 4/23 23/3 38/7 46/13 48/6 48/6 78/24
**however [3]** 30/20 38/11 55/25
**hundred [1]** 13/2
**hundreds [2]** 64/13 64/14
**hung [1]** 25/24
**hurricane [1]** 33/8
**husband [10]** 30/15 53/11 58/21 75/24 75/24 76/5 76/21 77/1 78/5 78/15

---

**I**

**I also [1]** 75/6
**I am [5]** 15/2 21/17 21/17 31/14 44/22
**I apologize [2]** 61/16 73/8
**I assume [1]** 59/9
**I believe [10]** 27/3 30/6 35/4 36/6 37/2 44/22 45/2 45/3 51/20 54/2
**I can [10]** 3/13 7/5 11/19 11/25 25/22 41/5 41/14 42/11 72/9 79/21
**I did [1]** 61/23
**I don't [13]** 6/7 6/19 13/7 29/1 29/16 35/15 39/7 39/7 42/20 51/18 53/16 67/23 73/4
**I don't have [3]** 42/23 56/20 68/1
**I don't recall [1]** 11/15
**I guess [3]** 29/21 74/9 75/16
**I have [10]** 4/15 4/16 12/7 23/5 41/18 42/20 44/25 54/10 57/7 79/3
**I hope [2]** 11/5 21/17
**I just [3]** 13/23 48/3 71/24
**I know [5]** 32/21 32/22 46/12 49/13 50/1
**I mean [15]** 6/10 8/16 37/11 39/3 39/5 47/4 53/22 53/24 54/22 63/21 68/8 71/16 76/6 80/22 80/24
**I should [2]** 46/8 70/9
**I think [24]** 7/2 12/4 13/3 26/19 27/25 34/12 40/7 45/21 45/23 48/24 51/3 52/2 53/21 56/2 56/13 57/19 62/16 67/11 68/2 68/15 68/23 69/1 73/12 73/20
**I thought [3]** 17/24 17/24 18/3

30/22 34/6 72/8 73/3 76/24
**I want [3]** 44/13 75/19 78/7
**I was [3]** 57/13 57/22 58/8
**I wasn't [2]** 44/20 48/3
**I will [4]** 7/10 17/8 74/24 74/24
**I would [2]** 35/22 72/25
**I wouldn't [1]** 46/15
**I'd [5]** 53/14 55/24 74/9 74/15 74/16
**I'll [12]** 6/4 23/4 29/19 31/19 32/2 34/24 55/13 57/6 58/11 69/21 80/1 80/15
**I'm [42]** 4/7 6/3 7/1 11/17 11/24 12/5 14/1 15/6 19/15 25/24 26/11 30/13 30/25 32/2 34/10 36/12 36/15 37/9 37/11 37/11 37/25 44/10 44/14 46/3 46/4 46/9 46/10 47/23 47/25 53/3 54/8 55/18 56/11 57/7 61/15 61/18 63/4 74/10 75/19 76/5 78/1 78/2
**I'm going [2]** 6/3 30/13
**I'm just [2]** 37/11 37/11
**I'm not [4]** 47/7 25/24 56/11 74/10
**I'm not sure [5]** 7/1 34/10 55/18 57/7 78/2
**I'm sorry [7]** 11/24 12/5 15/6 30/25 53/3 63/4 78/1
**I've [11]** 4/20 6/18 9/23 32/9 38/1 40/20 43/20 54/18 74/5 77/4 77/6
**idea [2]** 54/10 62/18
**identified [2]** 15/11 28/25
**ideologies [1]** 55/2
**III [2]** 1/6 3/4
**illegal [1]** 8/21
**illegally [1]** 9/4
**illegitimacy [1]** 70/3
**illegitimate [4]** 22/8 68/1 68/9 72/18
**immediate [2]** 70/18 76/11
**implicitly [3]** 19/7 40/10 72/8
**implore [1]** 29/7
**importance [1]** 63/23
**important [3]** 11/3 11/7 27/5
**importantly [1]** 46/17
**impracticable [1]** 36/19
**inability [1]** 41/21
**inaction [1]** 18/7
**incentive [2]** 17/14 62/7
**inclined [1]** 29/7
**include [2]** 4/17 16/10

**included [3]** 7/18 7/21 14/3
**including [5]** 39/22 44/10 63/13 66/1 67/19
**incoming [1]** 27/19
**incredible [1]** 62/20
**inculpatory [1]** 27/6
**indicated [2]** 14/20 30/7
**indicating [2]** 47/23 72/23
**indication [2]** 10/19 20/16
**indict [1]** 55/13
**indicted [5]** 23/6 23/7 23/9 23/12 23/14
**indictment [34]** 5/12 5/17 7/3 7/13 9/10 9/23 10/2 11/13 11/14 11/17 11/19 12/9 12/23 13/10 13/15 14/1 14/25 15/3 15/11 18/23 19/16 19/19 20/8 21/7 23/10 24/17 42/16 61/10 64/16 65/24 67/18 68/14 79/19 79/20
**individual [7]** 30/5 30/13 30/23 41/6 41/10 58/3 62/22
**individually [2]** 42/22 43/4
**individuals [12]** 12/18 25/18 28/4 29/8 30/7 37/3 39/9 44/7 48/14 58/18 59/18 63/2
**indulgence [3]** 11/19 11/21 29/15
**inference [1]** 64/1
**inferences [1]** 70/2
**information [7]** 14/3 17/9 30/15 41/16 42/2 61/25 78/20
**informed [1]** 49/25
**initial [1]** 19/13
**inquiry [1]** 7/8
**insignificant [1]** 49/6
**install [1]** 60/5
**institutions [1]** 8/4
**instruction [1]** 42/9
**instructions [5]** 42/4 42/8 42/10 42/13 43/3
**Insurrection [14]** 21/15 22/2 35/2 35/8 35/16 35/18 35/23 36/1 36/10 37/23 38/16 50/19 64/24 65/1
**intel [3]** 13/22 18/21 21/12
**intend [1]** 12/19
**intent [8]** 9/6 14/14 14/14 14/15 23/20 23/25 24/7 25/1
**interesting [1]** 37/15
**interfere [1]** 14/20
**international [1]** 51/10
**Internet [5]** 52/7 52/19 60/3 75/16 77/10
**interrupt [3]** 5/22 35/14

**I**

interrupt... [1] 61/15
interview [8] 44/23
45/9 49/24 52/25 55/12
74/24 78/15 81/1
interviewed [7] 31/5
41/8 51/15 52/5 54/5
74/13 78/18
interviews [1] 34/18
intimately [2] 31/6 58/6
intimidation [1] 13/12
investigation [4] 33/13
33/22 48/8 69/13
investigations [1] 48/1
invoke [4] 21/14 36/10
37/23 50/19
invoked [6] 35/3 35/4
35/8 35/17 36/6 39/1
invoking [1] 65/21
involve [1] 6/22
involved [8] 17/4 18/15
23/20 32/16 35/24
39/24 41/19 45/22
involves [5] 5/5 5/7
5/10 6/23 65/25
involving [1] 24/5
is [247]
is alleged [1] 5/21
is there [3] 5/25 28/16
56/19
ish [1] 16/9
isn't [5] 38/16 51/14
70/25 76/22 79/19
issue [8] 7/5 7/8 39/10
45/11 45/14 57/2 62/4
69/17
issues [3] 32/17 44/19
47/16
it [114]
It appears [1] 61/4
it happened [1] 17/25
It helped [1] 11/2
It would be [3] 74/5
77/12 77/17
it's [52] 4/4 4/7 4/8
4/23 6/21 8/18 11/23
12/4 16/19 16/20 17/4
19/2 19/10 19/21 22/2
22/11 23/19 26/1 26/19
32/4 32/12 35/24 36/16
37/24 40/1 44/4 45/6
46/22 48/5 48/12 49/5
52/14 53/11 53/12
53/17 55/12 59/11 60/1
60/8 63/6 63/16 65/8
67/8 68/8 71/5 71/12
73/12 75/11 76/5 76/7
76/22 78/9
It's 10 [1] 36/16
its [5] 25/9 27/15 48/21
60/14 73/23
itself [3] 8/20 59/14
72/25

**J**

James [9] 2/2 14/4
20/5 20/6 20/12 44/11
63/10 63/13 68/20
Jan [1] 10/22
January [64] 10/21
12/11 12/14 21/12
21/24 24/12 24/13 26/2
26/6 26/7 26/8 26/13
27/17 27/17 28/10
28/10 30/8 30/23 31/6
31/7 31/9 33/14 35/12
38/15 38/17 39/2 40/16
41/9 45/20 47/14 47/20
48/1 48/7 48/12 49/17
49/21 50/8 50/9 50/17
50/18 52/4 58/1 60/18
60/21 62/2 62/23 66/7
67/5 67/19 67/21 68/16
69/2 69/18 70/8 70/15
70/16 70/18 70/22 71/7
72/1 72/5 72/5 72/5
73/13
January 12th [1] 35/12
January 20th [3] 26/8
50/8 50/17
January 6th [9] 10/21
31/9 47/14 48/1 62/2
67/5 70/16 70/18 72/5
JC [2] 3/16 78/23
Jessica [4] 14/5 45/23
70/19 73/19
Jessica Watkins [3]
45/23 70/19 73/19
jlbrightlaw [1] 2/4
job [1] 52/5
Johnson [8] 4/18 4/19
5/3 6/11 38/21 58/21
67/22 70/7
join [4] 20/4 20/5 20/7
80/24
Joshua [6] 14/4 20/5
63/10 63/13 63/14
68/17
judge [13] 1/10 4/11
4/18 4/19 5/3 8/2 32/14
38/21 55/18 58/20
58/22 67/22 70/7
judged [1] 70/21
judicial [1] 36/21
July [1] 50/8
juncture [1] 9/25
jury [1] 34/17
just [47] 4/5 5/24 11/12
12/10 13/23 16/11 17/8
21/15 22/19 24/4 26/20
35/11 35/20 37/11
37/11 37/12 38/22 40/5
44/15 46/10 46/22
47/18 48/3 53/15 54/21
54/25 55/12 56/13
56/22 57/16 57/18
57/21 58/15 61/6 61/21
61/24 66/21 67/11
69/19 70/16 71/24 73/7
73/25 75/3 79/24 80/5
80/17

**K**

Kate [1] 61/15
Kathryn [2] 1/12 3/5

kathryn53.Rakoczy [1]
3/5
kathryn.rakoczy [1]
1/15
Keeper [4] 30/9 30/24
31/1 31/2
Keepers [20] 22/16
30/11 31/4 32/23 32/24
33/5 33/15 33/24 34/23
35/6 36/25 37/22 40/8
40/16 58/6 58/24 59/5
59/9 67/14 68/6
keeping [2] 11/9 74/7
Kelly [18] 12/25 14/4
15/19 15/23 16/11
20/13 41/21 45/16 58/2
62/9 62/9 63/9 64/6
65/7 65/18 66/13 68/20
70/19
killed [1] 71/3
Kimberly [1] 6/11
kind [8] 31/24 44/8
48/15 54/21 67/13
68/13 74/6 75/17
kinetic [3] 34/24 34/25
knew [3] 33/24 35/25
40/24
know [52] 6/18 6/19
7/11 13/19 15/3 15/18
15/22 17/23 18/7 19/18
28/12 32/10 32/21
32/22 33/5 37/15 38/17
39/23 44/11 46/12
46/12 49/13 49/14 50/1
56/24 57/16 57/18
58/18 58/20 60/8 69/3
70/11 70/25 71/1 71/2
71/5 71/16 71/21 71/23
71/25 72/21 74/13
75/11 75/21 76/13
76/14 77/15 77/16 78/7
78/23 80/5 81/18
knowing [1] 74/6
knowledge [7] 31/7
42/20 42/23 43/4 46/6
47/21 48/1
known [5] 25/22 47/15
knows [3] 69/9 80/7
81/10

**L**

labeled [1] 37/6
lack [2] 24/24 33/19
laid [2] 71/6 71/6
land [1] 7/4
language [6] 32/16
44/17 49/1 50/11 50/14
70/3
large [2] 7/14 8/11
large-picture [1] 7/14
larger [1] 10/20 11/7
11/9 11/11 11/17 11/18
19/13
LASSITER [1] 2/6
last [5] 26/5 53/19 55/6
57/14 72/16
late [2] 60/18 73/13
later [6] 14/8 16/21

Latinos [1] 43/13
law [17] 17/3 19/25
23/22 32/24 33/7 33/25
34/11 35/21 46/12
lawful [4] 20/20 20/23
66/19 66/20
Lawn [2] 2/2 2/6
laws [9] 5/18 23/21
24/8 32/25 33/25 36/19
36/23 37/17 66/20
lay [1] 70/20
lead [6] 9/21 30/14
38/23 57/22 69/25 71/7
lead-up [2] 9/21 71/7
leader [12] 15/10 16/14
17/6 17/11 25/13 57/12
62/1 62/16 62/22 63/7
63/12 68/5
leaders [4] 22/17 25/9
25/14 72/19
leadership [6] 13/22
18/21 20/3 21/12 24/22
25/6
leading [7] 5/17 7/15
25/10 28/9 62/9 65/19
72/2
leads [6] 16/3 16/12
16/17 39/2 40/21 65/8
learn [1] 81/17
learned [1] 67/14
least [10] 8/20 10/3
10/14 13/11 17/6 34/7
38/2 62/17 64/14 75/17
leave [5] 35/20 43/22
48/22 48/23 78/7
led [5] 12/19 16/23
63/9 63/10 71/9
Lee [1] 2/2
left [5] 33/19 42/1
43/16 43/24 44/21
left-wing [1] 33/19
legal [8] 8/20 34/14
35/6 36/2 36/9 65/1
legally [1] 20/20
lend [1] 72/25
length [1] 76/3
less [1] 60/24
let [15] 6/3 9/19 14/6
23/4 28/16 44/4 46/10
47/18 54/13 55/4 56/13
61/21 67/11 78/9 81/18
let's [9] 31/20 35/20
39/11 40/5 49/20 56/17
57/18 78/23 79/6
Lexington [3] 19/2
19/10 19/16
liaison [1] 33/6
life [3] 60/24 60/25
72/11
light [2] 10/5 64/8
like [28] 4/2 14/16 22/4
22/5 22/15 22/16 30/20
35/5 38/4 46/25 52/19
54/3 55/2 55/24 58/12
68/3 70/18 71/13 74/9
74/12 74/15 74/16 75/6
75/7 75/24 78/10 79/16

like for [1] 71/13
limitations [2] 60/2
82/7
limited [1] 70/15
Linder [14] 2/5 2/6 3/6
5/25 30/12 30/14 31/18
52/2 52/8 54/14 55/17
69/9 75/3 80/5
line [1] 74/14
listen [1] 13/8
listing [1] 31/13
lists [1] 22/3
literature [1] 38/13
little [7] 14/8 17/25
32/4 40/3 48/5 62/12
74/11
live [9] 51/24 52/6
52/17 52/21 52/22 57/3
59/9 59/10 63/16
live-stream [1] 59/10
live-streaming [1]
63/16
lives [1] 52/16
living [4] 72/10 76/7
73/14 78/16
local [3] 33/7 35/21
36/7
located [1] 79/9
location [5] 32/25 42/8
51/6 52/5 53/14
long [5] 34/18 45/21
62/17 62/17 62/18
long-term [1] 45/21
longer [1] 62/12
look [9] 11/25 25/21
26/1 32/13 38/8 44/13
49/5 68/8 70/11
looked [2] 6/19 35/16
looking [3] 36/12
36/15 56/11
loss [2] 60/24 60/25
lot [2] 23/5 71/14
Louisville [1] 33/11
love [1] 80/25
Lovett [1] 45/6
low [1] 71/6
lower [1] 71/6

**M**

ma'am [1] 61/15
made [12] 6/15 7/1
13/14 21/6 26/19 49/8
55/19 59/25 66/20
67/23 68/3 70/4
Magistrate [2] 4/11
4/18
Magistrate Judge [2]
4/11 4/18
magnitude [1] 68/12
main [2] 52/15 52/21
maintains [1] 28/6
major [1] 14/6
make [23] 5/13 13/11
14/14 15/15 26/15 27/9
29/17 36/19 37/8 48/3
54/10 57/11 61/21
71/22 74/10 74/24

# M

make... [7] 75/19 76/4 78/12 80/8 80/12 80/14 81/7
makes [11] 8/17 13/21 15/1 20/18 20/25 21/1 21/23 63/1 64/22 65/3 66/4
making [3] 27/7 72/9 73/3
male [3] 58/21 59/3 59/15
man [1] 51/13
manner [5] 40/17 47/7 50/13 72/3 72/9
mansion [1] 18/24
many [3] 15/23 17/3 47/4
March [1] 68/3
marched [1] 12/18
marches [1] 39/21
mass [1] 22/9
materials [3] 5/12 7/13 9/11
matter [10] 5/16 10/15 31/18 33/4 35/10 35/23 37/19 41/18 42/5 82/4
matters [4] 18/19 47/12 47/13 65/13
may [29] 3/22 9/16 19/12 22/14 26/23 27/7 29/8 29/22 34/14 34/19 36/21 38/5 38/6 44/23 45/6 46/18 49/11 49/23 55/12 59/8 60/23 61/19 69/4 69/5 69/14 69/17 71/18 73/7 73/15
maybe [5] 5/24 13/23 30/21 56/14 71/12
me [40] 3/11 4/2 4/5 4/12 9/19 19/17 23/4 28/16 37/12 40/3 44/4 46/7 46/8 46/10 47/11 47/18 50/9 53/3 53/15 54/13 54/15 55/13 55/13 56/13 61/21 63/21 63/25 67/11 68/2 71/5 71/13 76/7 78/8 78/9 78/10 78/11 78/25 79/15 79/16 79/25
mean [23] 6/10 6/18 6/25 8/16 27/22 28/3 37/11 39/3 39/5 47/4 53/22 53/24 54/3 54/21 54/22 63/21 68/8 70/11 71/16 74/4 76/6 80/22 80/24
meaning [1] 13/4
means [3] 35/19 59/10 78/13
mechanical [1] 2/15
media [2] 51/12 57/15
medical [1] 17/22
meet [4] 20/10 41/24 43/2 72/7
meeting [1] 45/20
Meggs [33] 12/25 14/4 15/10 15/13 15/19

16/16 16/23 17/5 17/10 20/13 20/14 40/4 40/21 41/2 41/21 42/16 45/16 58/2 62/9 62/9 62/11 63/9 64/3 64/6 65/7 65/18 66/13 68/20 70/19
Meggs' [1] 39/16
MEHTA [1] 1/9
member [2] 20/8 30/15
members [5] 15/23 16/10 17/3 52/3 52/17
memo [1] 67/18
memorandum [2] 4/19 32/22
men [1] 32/10
mentioned [1] 73/13
merged [1] 41/13
Merit [1] 2/11
merits [1] 31/21
message [8] 10/3 10/25 11/3 11/5 13/15 16/3 21/11 62/22
messages [20] 9/20 13/9 13/23 14/12 20/9 20/12 21/6 27/3 27/4 27/5 27/7 27/18 64/13 64/15 67/24 68/20 73/15 73/22 73/23 79/16
messaging [1] 59/22
met [2] 30/16 42/3
meticulous [3] 32/24 32/25 34/1
might [4] 27/20 38/7 60/10 61/14
military [2] 17/3 36/4
militia [9] 22/15 22/16 35/5 36/22 37/1 37/7 37/7 37/14 37/16
militias [2] 35/18 36/4
mind [3] 19/11 42/22 78/12
minimum [3] 6/1 56/14 64/3
Minuta [1] 63/15
minutes [14] 15/12 15/19 16/21 39/20 40/1 40/21 41/3 58/13 62/16 62/17 62/17 63/8 63/10 80/6
miraculously [1] 48/21
misconstrued [1] 46/23
missed [1] 54/18
mission [1] 9/18
missions [1] 58/5
mistake [1] 45/17
misunderstanding [1] 48/4
mob [3] 12/16 12/17 12/20
mobs [1] 33/19
moment [6] 16/1 54/13 56/18 66/8 69/20 80/18
moment's [1] 7/25
monitor [3] 59/20 60/6

monitored [3] 51/5 60/8 73/2
month [2] 53/22 69/7
months [5] 25/23 47/16 48/14 72/21 77/22
more [13] 23/1 23/15 24/23 24/24 28/1 29/11 30/4 51/21 52/2 66/25 70/23 70/23 73/8
most [5] 11/3 30/9 68/15
mostly [1] 69/2
motion [3] 4/10 31/21 32/21
moved [1] 41/25
moving [2] 16/20 69/18
Mr [2] 16/11 57/12
Mr. [153]
Mr. Bright [13] 6/4 6/5 29/13 29/19 32/1 46/6 46/25 49/4 52/13 54/21 56/6 56/21 57/11
Mr. Douyon [3] 74/14 79/24 80/8
Mr. James [2] 20/6 44/11
Mr. Linder [11] 5/25 30/12 30/14 31/18 52/2 52/8 54/14 55/17 69/9 75/3 80/5
Mr. Meggs [15] 15/10 15/13 16/3 16/14 16/16 16/23 17/5 17/10 20/14 40/4 40/21 41/2 42/16 62/11 64/3
Mr. Meggs' [1] 39/16
Mr. Rhodes [91]
Mr. Rhodes' [7] 4/10 16/6 43/20 51/11 53/9 58/7 69/3
Mr. Sidbury [2] 75/2 75/6
Mr. Stewart [4] 6/8 39/3 41/23 43/13
Mr. Sudbury [1] 75/4
Mr. Vallejo [3] 10/3 20/7 20/8
Ms. [17] 4/22 5/23 6/17 7/8 8/16 9/22 11/23 15/7 16/16 29/10 29/18 58/12 61/21 63/20 73/9 79/13 79/15
Ms. Parker's [1] 16/16
Ms. Rakoczy [16] 4/22 5/23 6/17 7/8 8/16 9/22 11/23 15/7 29/10 29/18 58/12 61/21 63/20 73/9 79/13 79/15
much [5] 7/2 21/2 47/4 58/18 67/4
multiple [4] 49/21 52/14 57/1 64/21
Munchel [1] 8/3
murder [1] 71/2
must [5] 13/19 18/8 18/8 64/17 64/18

monitored [3] 51/5 60/8 73/2

my [17] 3/17 21/14 21/18 36/11 36/11 39/14 41/1 46/6 50/15 55/17 74/22 74/23 78/2 78/4 78/25 81/4 81/4
myself [1] 55/14

# N

nail [1] 14/9
name [2] 44/10 57/14
names [1] 56/4
National [1] 36/4
natural [1] 44/4
nature [2] 8/6 17/2
nearly [3] 26/2 26/25 62/16
necessarily [10] 27/22 58/25 59/2 59/12 59/13 63/23 67/14 67/24 74/2 80/22
necessary [8] 10/7 10/18 11/9 27/20 30/2 33/17 36/23 50/20
need [21] 7/1 8/22 10/13 10/17 12/22 13/1 18/9 21/20 36/13 44/17 53/16 56/6 61/5 64/20 65/4 66/6 67/25 78/14 78/17 80/14 81/10
needed [3] 30/5 34/9 80/17
needing [1] 10/20
needs [5] 6/5 6/18 6/22 70/12 78/13
neither [2] 35/23 76/21
network [4] 28/4 29/5 37/3 67/5
never [10] 34/1 39/1 39/3 41/11 43/3 43/24 45/16 48/10 49/7 50/20
next [4] 19/2 19/10 77/21 80/15
night [1] 77/17
no [53] 1/4 3/3 3/21 4/4 9/3 10/14 13/20 14/11 14/19 16/8 26/3 26/12 27/22 27/25 31/20 32/1 32/14 36/15 36/15 38/22 42/4 47/14 47/17 48/19 49/5 50/7 50/17 50/23 51/1 51/7 51/9 51/13 51/19 52/7 52/25 53/1 53/1 54/8 54/8 54/10 54/15 54/23 56/11 56/11 56/25 59/4 59/17 62/7 63/5 70/14 74/4 77/9 81/2
nod [1] 19/9
noise [1] 41/19
non [5] 3/25 3/25 22/9 30/9 50/15
non-compliance [2] 22/9 50/15
non-Oath [1] 30/9
Non-Party [1] 3/25
non-video [1] 3/25
none [1] 39/3

nonsense [1] 21/21
noon [1] 38/17
Nope [1] 19/21
normal [1] 67/9
normally [1] 36/3
north [6] 15/24 15/25 45/3 49/17 50/9 56/24
northeast [1] 41/24
not [127]
note [4] 19/9 65/6 69/3 82/5
noted [2] 25/5 59/19
nothing [8] 10/25 20/19 27/21 28/1 40/24 44/13 50/22 77/17
notice [1] 7/25
noting [1] 73/12
notion [2] 81/1 66/3
notwithstanding [1] 49/6
November [8] 33/14 34/21 34/21 40/15 47/22 60/21 65/23 66/4
novo [1] 4/13
now [8] 11/1 12/5 14/1 19/1 19/2 45/14 63/17 68/2
nullification [1] 22/9
nullification/mass [1] 22/9
number [5] 14/5 19/23 56/5 65/25 74/23
numbers [2] 10/11 40/8
numerous [5] 9/13 20/18 63/13 64/19 67/18
NW [2] 1/13 2/13

# O

Oak [2] 2/2 2/6
oath [25] 22/16 30/9 30/10 30/23 31/1 31/2 31/3 32/23 32/24 33/5 33/15 33/24 34/23 35/5 36/25 37/22 40/8 40/16 58/6 58/24 59/5 59/9 67/14 68/6 76/1
objections [2] 7/20 14/22
obligation [3] 75/14 75/20 78/9
observe [1] 76/22
observed [1] 75/15
observing [1] 76/15
obstruct [1] 23/16
obstruction [2] 5/10 23/8
obstructions [1] 36/17
obtain [1] 26/22
obviously [6] 17/13 25/7 32/7 44/20 62/6 73/22
occasions [1] 33/13
occurred [6] 17/24 27/23 38/19 44/2 64/11 82/5
occurs [1] 15/12

**O**

of, [1] 35/19
of, sure [1] 35/19
off [4] 3/17 48/23 53/13 55/25
offense [1] 6/22
offenses [1] 23/10
offer [2] 30/16 39/4
offered [2] 45/2 72/22
offering [1] 30/11
OFFICE [1] 1/12
officer [2] 2/10 75/2 80/20
officers [1] 49/25
offices [1] 50/6
official [3] 2/12 23/8 23/17
often [1] 32/9
Oh [1] 19/20
Ohio [3] 25/10 37/5 37/7
okay [47] 3/10 3/11 3/15 4/4 4/7 6/6 6/16 11/22 11/23 12/6 15/7 18/3 19/21 24/15 24/19 29/19 31/2 31/11 31/16 39/17 42/14 45/1 46/1 46/25 47/17 47/17 47/24 48/2 49/9 53/10 53/18 54/1 54/12 54/16 55/15 55/20 57/10 69/16 73/6 74/9 77/8 77/25 78/19 79/23 81/14 81/15 81/18
okayed [1] 64/3
OKFL [1] 12/24
older [3] 52/22 76/8 76/9
Olive [1] 43/25
once [3] 7/3 7/4 57/1
one [36] 6/22 8/16 8/19 10/20 12/13 15/23 16/8 16/10 16/20 17/19 17/20 21/11 23/1 23/11 23/18 29/21 30/7 30/14 32/17 33/5 38/18 39/7 44/11 47/18 48/20 49/6 51/19 52/16 56/22 59/4 68/2 68/10 70/11 70/16 73/7 78/15
ongoing [5] 21/2 21/3 67/15 72/13 73/11
only [13] 3/17 22/12 23/24 25/14 26/11 35/7 35/7 60/6 68/10 69/3 77/10 78/14 79/20
OP [1] 10/22
open [3] 34/23 72/10
operation [1] 34/8
operations [8] 16/14 17/11 57/12 62/1 62/15 62/22 63/7 63/12
opinion [2] 4/20 68/11
opportunity [10] 12/13 16/25 28/5 36/7 38/5 46/18 48/16 48/20 65/16 70/20
oppose [7] 5/18 7/16

67/25
opposed [2] 27/20 63/1
opposite [1] 44/16
opposition [1] 67/1
Ops [1] 15/10
option [2] 3/25 4/8
order [8] 17/6 17/10 39/25 44/6 62/5 62/7 64/2 68/12
ordering [1] 65/18
orders [1] 76/14
ordinary [2] 36/20 77/18
organization [4] 55/3 55/3 72/2 72/4
organizer [1] 57/23
organizing [1] 8/10
original [3] 45/2 51/8 57/4
other [24] 10/8 11/14 12/7 16/10 16/18 25/18 33/2 33/23 34/14 34/25 38/23 39/10 40/18 44/6 44/13 47/20 48/10 48/10 62/19 70/2 70/3 70/17 77/7 78/16
others [8] 14/5 23/6 23/9 33/22 44/10 45/22 51/4 51/21
otherwise [1] 80/10
ought [1] 80/7
our [24] 7/13 8/5 9/11 12/1 13/10 14/10 19/2 19/8 19/10 21/7 22/23 32/21 32/21 56/14 57/6 60/19 67/18 67/18 67/22 73/13 74/13 75/2 79/8 80/4
ourselves [1] 14/7
out [25] 5/13 7/1 7/4 9/18 12/14 13/5 14/10 32/5 43/9 44/14 45/4 48/18 55/4 60/1 62/21 64/5 65/11 66/3 69/25 73/1 73/7 73/25 77/16 80/15 81/18
outside [5] 30/2 33/23 35/7 48/25 50/10
over [14] 13/4 26/1 27/4 29/12 34/13 50/21 51/11 52/11 57/23 58/12 64/22 64/22 76/19 79/4
overrode [1] 35/2
oversee [1] 60/14
overseeing [1] 30/10
overt [1] 38/23
overthrow [1] 32/15
own [10] 10/20 10/24 18/19 38/12 38/12 39/18 40/4 64/7 65/13 70/12
owner [2] 53/6 53/8
owns [1] 77/1

**P**

p.m [11] 1/5 16/9 16/9 18/2 62/23 63/3 63/8 65/8 65/9 79/6 81/23
packed [2] 43/24 44/21
pages [1] 34/18
Palian [5] 38/20 49/17 49/25 51/2 51/17
Palian's [1] 70/7
pandemic [1] 82/6
paperwork [1] 73/23
paragraph [5] 12/4 12/23 18/22 19/21 65/24
paragraphs [1] 15/1
parents [6] 52/16 53/12 75/7 75/9 75/12 78/17
Parker's [2] 16/7 16/16
part [12] 22/20 30/18 38/3 41/7 41/17 43/7 45/12 45/24 56/2 57/3 62/11 75/14
partially [1] 79/20
participants [1] 4/1
particular [4] 11/10 12/3 23/21 63/19
particularly [3] 25/17 60/1 71/7
parties [3] 4/15 42/1 53/22
parties' [1] 4/20
parts [1] 17/14
party [17] 3/25 29/22 29/23 30/17 30/18 31/18 31/22 42/3 43/2 43/21 57/2 58/17 74/12 74/19 75/12 76/2 81/9
pass [1] 74/22
passcode [1] 50/3
passport [2] 51/8 54/23
past [3] 60/3 70/8 72/13
path [8] 21/22 22/7 50/15 61/5 61/6 61/6 61/8 66/10
patriots [7] 10/24 15/2 18/19 19/1 22/2 22/6 65/12
pause [1] 59/18
paused [1] 16/1
pendency [1] 73/1
pending [1] 4/12
people [20] 3/18 12/16 33/2 33/9 33/18 33/18 34/14 39/22 39/24 40/22 41/16 44/9 56/5 56/9 60/7 62/13 62/18 66/22 76/11 77/7
per [3] 33/25 38/17 49/20
perfect [1] 71/1
perfectly [1] 46/12
period [10] 21/1 25/22 34/10 64/15 68/16 69/2 69/15 72/24 73/5 73/14
person [11] 25/15 56/7

62/15 63/19 68/11 71/2 74/17
person's [1] 62/4
persona [1] 68/5
pertinent [1] 45/20
phillip [4] 2/5 2/9 3/6 54/17
phone [30] 14/13 15/9 16/8 16/14 16/15 16/16 26/22 26/24 27/4 41/10 42/13 45/8 50/3 50/6 53/23 60/9 62/8 62/13 63/24 65/16 65/20 68/18 69/3 69/7 69/7 69/8 71/16 74/23 74/23 75/15
phones [1] 60/5
photographs [1] 68/17
physical [4] 8/5 10/11 24/4 24/4
picture [1] 7/14
pitchforks [1] 13/6
place [3] 4/19 51/20 57/3
Plaintiff [1] 1/3
plan [7] 19/8 20/17 35/15 65/23 65/25 66/14 80/4
plane [1] 54/23
planned [2] 12/12 12/13
planning [6] 12/10 12/10 67/15 73/12 74/1 74/6
plans [7] 25/16 25/16 48/17 65/22 66/18 66/19 67/6
plastered [1] 51/11
platform [2] 59/21 68/5
played [4] 8/9 24/21 24/23 25/5
plays [1] 24/6
plaza [2] 16/5 16/11
pleadings [1] 13/10
21/7 26/20 27/16 62/3
please [4] 19/17 29/14 54/19 82/5
pled [1] 24/17
plenty [1] 72/19
plot [5] 7/15 7/17 7/17 7/21 50/12
plus [1] 34/18
point [20] 9/10 9/11 9/19 29/20 44/8 49/5 58/25 62/21 64/12 64/12 65/2 65/22 68/7 69/25 72/8 73/3 73/7 73/25 80/25 81/4
pointed [1] 69/24
points [2] 29/16 61/24
political [4] 33/2 44/18 67/3 67/16
portion [5] 5/25 7/21 11/16 76/15 76/18
pose [2] 24/2 26/10
poses [1] 22/24
position [9] 25/12

15 28/17 37/18
56/12 68/5 75/21 75/22 76/22
positions [1] 20/3
Posse [1] 35/3
possess [1] 51/5
possessed [1] 9/4
possesses [1] 67/5
possessing [1] 20/20
possession [3] 5/6 8/19 29/3
possibility [1] 72/9
possible [2] 3/16 75/16
possibly [1] 69/22
post [8] 38/15 48/1 50/7 50/18 59/13 67/21 69/14 78/21
posted [1] 59/7
potential [4] 29/24 37/13 44/18 67/15
potentially [1] 27/6
power [9] 5/19 7/16 9/15 11/10 20/1 20/23 23/23 66/20 66/20
practice [2] 28/24 71/22
pray [1] 21/17
pre [3] 12/12 48/9 72/24
pre-date [1] 72/24
pre-existed [1] 48/9
pre-planned [1] 12/12
precisely [1] 17/23
predicate [1] 23/5
predicted [1] 18/19
prediction [3] 21/14 21/18 50/16
prefer [2] 31/19 53/14
preferable [2] 60/23 64/23
preferably [1] 14/11
prefers [2] 78/3 78/5
preparation [2] 34/21 49/1
prepare [5] 21/21 22/7 22/20 64/18 66/25
prepared [9] 9/14 9/24 13/11 14/6 18/10 19/4 65/4 74/10 75/19
preparing [2] 22/4 61/3
preponderance [1] 6/20
presence [3] 7/22 9/5 9/16
present [3] 12/20 30/9 44/20
presented [4] 8/5 8/15 25/8 48/22
presents [3] 8/1 8/7 16/25
President [34] 9/16 13/4 13/18 14/16 14/19 14/20 18/9 18/17 18/18 21/3 22/1 22/14 22/14 34/25 35/8 35/17 35/20 36/2 36/9 36/16 37/14 37/16 37/22 38/18 50/16 60/19 60/22 61/1

Case 1:22-cr-00015-APM Document 642 Filed 03/08/23 Page 92 of 96

**P**

**President...** [6] 61/4 64/24 65/5 65/11 65/12 66/6
**President Trump** [7] 13/18 14/16 14/19 18/9 21/3 22/1 35/8
**presidential** [6] 5/20 7/16 7/20 20/23 23/22 61/2
**presumably** [1] 23/15
**presume** [2] 57/4 79/10
**pretend** [1] 35/15
**pretrial** [27] 2/10 3/7 30/16 51/23 52/24 54/5 54/9 55/24 56/15 56/24 57/1 57/4 59/20 59/25 60/4 60/5 60/8 67/9 74/13 74/14 74/17 75/2 78/8 78/13 80/7 81/9 81/10
**Pretrial's** [1] 60/13
**Prettyman** [1] 2/13
**prevent** [1] 61/12
**previous** [2] 45/10 45/10
**previously** [2] 47/15 69/11
**Priest** [5] 4/18 4/19 5/3 6/11 58/21
**primarily** [2] 24/21 30/3
**primary** [4] 30/7 30/14 30/15 47/6
**prior** [12] 12/13 18/16 33/14 35/24 47/16 47/20 53/20 61/2 62/9 65/20 65/22 67/22
**private** [2] 35/18 37/16
**probably** [3] 55/7 64/14 74/7
**probation** [3] 52/24 74/24 80/20
**problematic** [1] 40/13
**proceed** [5] 4/9 4/24 5/14 30/3 56/1
**proceeding** [5] 13/12 14/21 14/22 23/9 23/17
**proceedings** [7] 1/9 2/15 10/9 36/21 46/19 81/23 82/4
**process** [2] 41/23 45/13
**processed** [1] 69/4
**produced** [1] 2/16
**proffer** [10] 13/16 21/5 26/20 30/3 31/9 31/15 41/19 42/24 55/25 57/19
**proffered** [3] 15/9 57/19 58/17
**proffering** [3] 14/1 57/22 58/8
**prong** [3] 5/7 5/9 5/16
**prongs** [4] 5/4 5/5 5/14 6/14
**proof** [1] 24/7

**propagation** [1] 22/6

**property** [2] 52/7 52/9
**propose** [4] 78/10 78/13 80/7 81/8
**proposed** [2] 29/23 75/7
**proposing** [1] 31/12 51/24
**proposition** [1] 46/13
**prosecutor** [1] 30/6
**prospectively** [1] 26/10
**protect** [1] 67/10
**protected** [1] 33/9
**protecting** [1] 35/19
**protection** [2] 33/1 33/16
**protective** [1] 30/10
**provide** [4] 17/22 33/1 34/10 78/20
**provided** [6] 13/17 17/9 21/9 33/16 34/17 52/3
**providing** [2] 8/12 57/25
**public** [13] 16/18 47/8 49/10 49/17 55/6 59/21 67/24 68/4 70/2 72/3 72/19 72/23 73/5
**public-source** [1] 16/18
**purchased** [2] 28/9 66/25
**purchases** [3] 20/18 20/19 21/1
**purchasing** [1] 66/23
**purely** [2] 8/18 49/1
**purpose** [4] 4/13 20/20 34/6 39/10
**purposes** [2] 9/12 47/6
**put** [15] 14/9 25/16 28/16 39/11 51/4 51/20 56/12 56/17 66/3 66/15 66/18 70/14 75/20 78/9 81/7
**puts** [2] 52/18 64/7
**putting** [3] 18/14 32/8 65/3 65/6

**Q**

**QRF** [7] 19/12 20/9 34/4 38/4 43/25 48/7 49/6
**QRFs** [9] 32/19 33/23 33/24 38/25 47/15 47/19 47/21 48/17 50/20
**question** [17] 23/1 23/4 32/18 34/3 35/9 39/14 40/20 44/5 45/20 47/18 51/3 62/4 63/18 63/20 70/10 73/10 76/25
**questioned** [2] 75/24 75/25
**questioning** [1] 41/14
**questions** [8] 29/11 29/21 30/6 31/24 32/2

**quick** [11] 7/22 8/6 8/14 8/17 10/17 11/18 12/2 24/6 24/10 24/22 32/19
**quickly** [1] 70/23
**quit** [2] 72/11 72/11
**quote** [6] 11/17 11/18 13/15 19/18 67/18 68/2
**quoted** [3] 38/14 67/17 79/20
**quotes** [1] 12/23 13/25 65/24
**quoting** [1] 73/23

**R**

**radar** [1] 71/25
**radio** [1] 72/3
**radios** [2] 22/5 66/23
**raise** [1] 80/10
**raised** [1] 21/8
**raises** [1] 59/14
**Rakoczy** [18] 1/12 3/5 4/22 5/23 6/17 7/8 8/16 9/22 11/23 15/7 29/10 29/18 58/12 61/21 63/20 73/9 79/13 79/15
**rallies** [2] 33/2 34/22
**rally** [8] 12/17 33/14 33/15 43/13 47/22 47/22 59/8 59/11
**ranch** [1] 45/11
**rank** [1] 24/24
**rank-and-file-type** [1] 24/24
**rather** [2] 12/13 69/24
**rational** [1] 38/8
**rationality** [1] 48/25
**re** [2] 9/23 50/5
**re-engaged** [1] 50/5
**re-read** [1] 9/23
**reach** [2] 36/12 48/21
**reached** [2] 45/4 60/1
**reaching** [1] 48/18
**reaction** [10] 7/22 8/6 8/14 8/17 10/17 11/18 12/2 12/8 24/6 24/23 44/22 44/25
**readily** [1] 70/23
**reading** [2] 11/17 38/9
**ready** [5] 7/23 8/6 10/4 14/7 61/5
**readying** [1] 66/24
**real** [3] 24/10 48/15 60/12
**real-world** [1] 48/15
**reality** [7] 21/20 32/12 40/14 43/22 44/2 49/16 72/12
**really** [10] 8/18 26/11 32/5 39/10 44/12 54/25 60/14 62/18 63/24 75/12
**Realtime** [1] 2/12
**reason** [5] 8/25 17/20

**reasoning** [2] 40/11 43/7
**reasons** [3] 34/9 55/22 74/1
**rebellion** [2] 36/18 36/24
**rebuttal** [1] 58/13
**recall** [1] 11/15
**received** [1] 4/15
**recognizable** [2] 51/12 54/22
**recognized** [2] 8/3 51/16
**recommend** [2] 57/1 57/9
**recommendation** [1] 74/16
**reconsideration** [1] 32/22
**record** [8] 50/7 53/13 53/14 57/4 61/24 70/20 75/25 82/3
**recorded** [2] 2/15 34/20
**records** [2] 16/9 62/11
**recovered** [3] 16/7 26/21 28/19
**reference** [2] 19/15 38/16
**referenced** [1] 79/17
**references** [2] 35/10 73/18
**referred** [5] 30/22 32/9 62/2 67/25 68/23
**referring** [3] 13/18 39/12 41/6
**refers** [2] 50/14 64/19
**reflect** [1] 27/11
**reflected** [1] 11/14
**refute** [1] 39/4
**refuted** [1] 42/12
**regarding** [13] 30/17 45/20 47/3 47/6 49/18 49/19 50/13 57/2 57/22 58/2 69/18 69/24 70/2
**regardless** [7] 9/15 21/3 22/2 60/22 60/25 61/1 65/5
**regime** [2] 22/8 68/1
**regional** [2] 25/9 25/14
**Registered** [1] 2/11
**regular** [1] 72/20
**regularly** [1] 33/6
**reins** [1] 8/13
**related** [3] 20/21 28/11 28/14
**relationship** [1] 53/4
**release** [6] 51/23 57/1 57/9 67/8 67/9 77/5
**released** [5] 23/5 23/12 28/7 28/19 47/9
**releasing** [1] 77/6
**relief** [1] 33/8
**rely** [1] 29/7
**remain** [1] 67/8
**remember** [1] 64/11
**remotely** [1] 82/7

**removed** [1] 55/21
**render** [1] 78/25
**repeatedly** [2] 64/16 65/9
**repetitive** [1] 49/14
**reply** [1] 21/8
**report** [3] 57/5 74/16 75/14
**Reporter** [4] 2/11 2/11 2/12 2/12
**reporting** [1] 82/7
**represent** [1] 43/10
**representations** [1] 15/15
**represented** [2] 37/4 48/7
**Republic** [1] 14/10
**Republicans** [1] 43/11
**required** [2] 26/25 76/3
**research** [1] 33/4
**resemble** [1] 77/17
**residence** [2] 60/9 68/19
**resist** [1] 50/14
**resistance** [3] 22/10 22/21 61/9
**resolving** [1] 14/22
**respect** [11] 5/16 10/18 22/23 24/17 25/17 25/18 30/22 62/1 69/23 72/9 73/10
**respectfully** [1] 72/25
**respond** [6] 31/25 36/7 61/14 61/19 61/23 71/18
**responded** [1] 50/1
**responds** [1] 20/14
**response** [6] 10/5 25/21 26/9 32/19 41/1 48/19
**responses** [2] 26/14 30/19
**responsive** [1] 21/8
**rest** [1] 4/16
**restrict** [1] 60/11
**restrictions** [1] 52/18
**result** [2] 14/16 64/17
**results** [1] 10/13
**retaliation** [1] 56/8
**retrospect** [1] 45/17
**returning** [1] 59/10
**review** [6] 4/13 27/1 27/2 27/5 69/10 79/21
**reviewed** [2] 27/10 69/14
**RHODES** [96]
**Rhodes'** [4] 4/10 16/6 43/20 51/11 53/9 58/7 69/3
**riddled** [1] 35/10
**right** [31] 3/24 4/9 9/7 11/1 11/25 13/7 15/21 18/4 29/18 36/3 36/16 39/14 46/14 48/2 48/2 49/4 54/13 55/16 57/24 58/10 63/17 65/7 67/20 68/2 68/11 73/17 78/22 79/5 80/3 81/2 81/16

**R**

right-hand [1] 3/24
rights [1] 55/8
rioters [2] 10/9 10/11
riots [1] 33/10
risk [13] 5/8 6/24 6/25
7/6 8/2 8/4 8/7 47/10
49/10 49/18 51/2 51/7
51/10
river [1] 34/9
RMR [2] 82/2 82/11
Roberto [1] 63/15
role [8] 8/9 24/5 24/7
24/22 24/25 25/3 25/6
25/17
roof [3] 75/8 75/9
78/14
room [6] 56/3 58/3
78/3 80/18 80/21 81/7
Rotunda [2] 16/12
48/13
roughly [1] 44/3
run [5] 4/2 55/5 55/5
55/10 55/14

**S**

safe [2] 51/5 57/2
safety [3] 47/8 49/9
72/23
said [24] 9/13 9/16
10/21 10/22 14/2 14/6
14/8 21/13 31/25 32/6
38/11 40/5 47/4 54/22
57/20 59/3 59/10 62/23
62/23 63/7 63/24 65/10
80/5 80/11
same [11] 13/2 13/14
13/18 22/7 23/9 40/17
45/23 61/5 61/6 66/10
77/6
Sandra [1] 16/7
satisfied [1] 7/3
savvy [2] 59/21 59/22
saw [1] 57/15
say [12] 9/25 12/16
13/18 17/13 29/1 36/7
44/13 46/16 60/19
61/22 63/4 71/2
saying [10] 15/2 19/7
22/6 22/12 32/7 41/21
61/2 71/21 72/19 74/8
says [16] 3/25 12/25
13/3 13/24 14/24 14/25
18/7 18/18 18/20 18/23
20/12 21/25 45/23
60/19 61/3 65/19
scare [1] 13/5
scholar [1] 35/15
screen [4] 3/18 55/22
55/25 57/16
screw [1] 13/4
scrutinized [1] 71/10
scrutiny [1] 73/5
search [3] 28/12 28/13
42/17
seat [1] 66/1
second [4] 5/22 54/21
62/8 75/1

Secretary [2] 4/6 6/20
Secret [1] 58/5
section [4] 5/4 36/16
38/9 43/1
sections [1] 51/21
secure [1] 18/21
secured [2] 13/22
21/12
security [10] 8/5 33/1
33/16 41/7 41/24 43/10
45/16 57/23 58/1 58/5
sedition [1] 23/14
seditious [10] 23/19
24/17 26/12 40/11
43/19 48/15 48/20 49/2
61/10 66/17
seditiously [1] 26/4
see [12] 16/2 16/16
16/18 19/13 19/20
19/21 31/11 45/21 48/6
76/19 80/11 81/16
seeing [1] 4/7
seek [2] 43/19 66/19
seeking [1] 5/1
seem [2] 49/7 63/21
seems [8] 12/9 37/12
37/17 40/3 40/20 41/1
63/25 78/10
seen [1] 10/19
seized [4] 28/13 28/15
29/3 69/11
Select [2] 31/6 41/9
self [2] 21/21 37/13
self-delusional [1]
21/21
self-designated [1]
37/13
senators [1] 13/1
send [4] 10/24 11/3
20/9 79/25
sense [5] 48/15 50/20
70/13 75/11 79/2
sent [4] 21/11 43/17
62/22 68/20
separate [3] 14/23
37/20 76/7
separately [1] 23/8
separation [1] 45/21
Serbian [1] 65/25
serious [6] 5/8 5/10
6/24 6/25 23/15 28/1
serve [1] 74/19
service [2] 36/21 66/7
services [15] 2/10 3/7
30/10 30/17 52/4 54/5
54/9 56/15 56/24 57/5
59/20 60/4 67/10 74/13
74/14
set [6] 3/16 4/3 68/13
74/24 79/6 79/8
setting [2] 3/22 8/11
several [4] 15/1 20/3
22/3 62/17
sharing [1] 13/22
18/21 21/12
she [6] 6/18 16/9 16/10
55/19 59/8 61/22
she'd [1] 58/12

shit [1] 13/5
shooting [1] 17/24
short [1] 34/10
shortly [1] 16/2
shot [1] 17/21
shots [1] 20/15
should [16] 3/25 8/11
22/1 22/3 22/3 22/7
27/10 27/11 27/13
27/19 27/20 28/6 45/16
46/8 69/3 70/9
show [2] 3/25 14/13
showed [1] 27/18
showing [1] 68/18
shown [1] 9/9
shows [5] 8/14 16/8
65/20 72/3 73/14
sic [1] 13/7
Sidbury [4] 2/10 3/7
75/2 75/6
side [5] 15/20 15/24
15/25 22/17 41/20
sidebar [1] 46/7
Signal [13] 10/22 11/13
12/24 13/21 21/5 21/24
27/3 27/4 67/24 71/16
73/15 73/21 73/23
significant [10] 7/21
17/14 24/6 26/21 27/23
28/6 64/9 64/25 65/16
65/16
significantly [1] 66/16
similar [3] 13/21 13/24
22/16
similarly [1] 24/2
simplistic [1] 54/25
simply [5] 6/22 6/22
12/17 23/16 31/5
since [9] 4/23 26/2
44/22 49/21 67/4 70/6
70/15 70/15 71/3
single [3] 42/7 42/9
70/5
singular [1] 72/22
singularly [1] 48/7
sir [10] 3/12 31/23 32/3
34/5 46/3 54/7 56/16
76/10 80/16 81/14
situated [1] 24/2
situation [1] 67/3
six [1] 77/22
sizable [1] 26/24
skirmish [1] 19/13
small [3] 52/14 52/15
76/8
snake [1] 32/12
Snapchat [1] 71/16
so [88]
So I think [1] 11/18
So we're [1] 4/10
society [1] 8/5
soil [1] 36/5
solely [1] 9/12
some [42] 9/19 10/14
11/13 11/13 11/18
16/18 19/11 21/8 22/23
23/11 24/21 25/7 25/18

shit [1] 13/5

somebody [2] 14/16
77/18
somehow [1] 48/12
someone [2] 59/20
63/1
something [16] 11/11
19/7 20/24 27/13 33/3
35/25 37/24 37/25
41/17 42/21 50/16 63/7
64/23 66/14 73/21 79/8
soon [1] 81/18
sorry [12] 4/5 11/24
12/5 15/6 19/15 30/25
46/3 53/3 61/15 61/18
63/4 78/1
sort [23] 7/7 7/14 8/19
10/5 12/7 15/8 15/12
23/7 26/5 26/19 29/10
37/13 37/15 39/17
39/19 40/1 50/7 52/7
64/3 64/7 66/3 70/16
71/6
sounds [1] 75/7
source [1] 16/18
south [2] 15/20 41/25
southbound [2] 16/4
16/5
southeast [1] 25/11
speak [4] 9/1 52/12
58/7 75/6
Speaker [1] 42/17
speaking [3] 38/20
45/13 46/21
speaks [1] 48/24
specific [3] 38/22 42/8
52/2
specifically [6] 9/19
37/4 37/23 47/2 50/1
75/25
specter [1] 49/1
spectrum [1] 32/13
speech [2] 21/15 21/16
speed [1] 5/24
Speedy [1] 55/7
spent [1] 48/14
spoke [3] 16/23 43/14
53/21
spoken [2] 15/16 42/20
Stack [3] 15/23 16/10
16/20
stacks [1] 42/25
stage [2] 6/20 46/19
staircase [1] 16/12
stairs [3] 16/17 39/21
42/22
standby [3] 8/6 29/24
34/8
standing [1] 7/22
57/12
staples [1] 53/2

start [4] 16/17 27/24
32/4 49/20
started [4] 3/16 16/4
29/22 73/22
starts [1] 16/20
state [5] 23/4 36/20
36/22 37/1 53/17
stated [3] 18/16 59/16
66/13
statement [4] 21/23
54/25 62/25 68/3
statements [8] 13/21
15/1 21/1 21/5 35/12
38/12 66/5 67/23
states [16] 1/1 1/2 1/10
3/3 5/20 7/18 35/1 36/2
36/19 36/20 37/4 37/17
44/1 44/21 45/12 66/10
stating [3] 18/15 64/16
65/9
stationed [1] 33/23
status [1] 4/13
statute [1] 38/10
stay [2] 62/13 78/3
staying [1] 68/19
stays [1] 20/15
Steal [3] 33/15
stenography [1] 2/15
steps [8] 16/20 22/3
26/4 42/9 66/1 66/21
66/21 66/22
STEWART [6] 1/6 3/4
6/8 39/3 41/23 43/13
still [8] 12/19 28/18
44/9 44/9 47/12 72/2
72/15 72/19
stop [10] 9/14 9/15
13/12 14/15 18/8 18/8
20/22 21/20 33/15
60/19
stopped [1] 64/17
stopping [1] 11/10
storage [3] 28/14
28/24 29/1
stored [1] 35/7
storm [1] 19/6
stormed [1] 18/24
storming [3] 62/24
63/6 66/1
stream [1] 59/10
streaming [1] 63/16
street [2] 1/13 19/1
streets [1] 63/16
strict [3] 28/19 77/6
77/12
strong [1] 17/16
strongly [1] 40/21
stuff's [1] 54/23
subject [5] 6/1 6/9 6/13
79/8 82/6
submit [7] 9/8 20/23
61/11 62/12 62/25
79/15 79/24
submits [2] 62/19
66/12
submitted [1] 5/12
Subsection [1] 6/2
substance [1] 60/17

**S**

**substantive** [1] 27/1
**such** [10] 23/25 36/21
36/22 50/14 58/1 61/13
62/7 66/23 67/6 67/7
Sudbury [1] 75/4
**sudden** [1] 48/16
**sufficient** [3] 5/13
46/15 51/22
**suggest** [10] 12/9
12/10 13/10 20/6 21/2
31/8 40/21 50/11 72/25
80/17
**suggested** [7] 17/19
17/19 32/19 39/15 44/7
64/1 74/5
**suggesting** [6] 10/3
20/9 22/14 27/19 44/17
68/21
**suggestion** [1] 81/4
**suggests** [3] 43/15
67/15 73/20
Suite [2] 2/3 2/7
**supervised** [1] 77/3
**supervision** [2] 52/24
78/4
**supplies** [2] 22/4 66/23
**support** [4] 8/12 9/17
20/22 32/22
**supported** [1] 26/17
**supposed** [1] 48/20
**suppress** [1] 36/23
**sure** [20] 6/12 7/1
26/15 27/10 32/2 34/10
35/19 48/3 55/18 57/7
61/21 69/12 71/19 73/9
75/5 75/19 76/4 78/2
81/6 81/11
**surprising** [1] 71/12
**surrounded** [1] 47/13
**surrounding** [2] 19/25
23/22
**surveillance** [1] 16/19
**system** [1] 72/16
**systems** [1] 34/13

**T**

**tacitly** [1] 65/18
**take** [11] 11/1 22/4
22/22 26/15 31/18 49/5
66/21 66/22 70/25
74/15 80/9
**taken** [5] 26/4 35/18
37/18 43/9 47/14
**taking** [4] 8/13 18/19
65/12 65/25
**talk** [13] 46/7 46/8 47/5
49/9 53/23 55/23 56/14
71/15 72/3 78/23 80/6
80/7 81/10
**talked** [5] 12/22 41/17
45/25 55/22 62/24
**talking** [6] 9/20 35/12
41/22 43/21 47/25 54/8
**talks** [1] 72/15
**tarred** [1] 18/24
**tax** [1] 18/25
Taylor [1] 33/10

**teams** [2] 41/24 43/10
**technological** [1] 82/7
**technology** [1] 29/9
**telephone** [1] 39/21
**tell** [7] 11/20 17/8 53/3
53/15 55/13 77/4 78/8
**ten** [3] 62/3 62/15 63/9
**tentatively** [1] 79/6
**term** [2] 34/24 45/21
**terms** [7] 6/21 40/18
51/7 56/3 60/11 65/1
81/8
**terribly** [1] 67/4
Terrific [1] 3/15
**testified** [9] 31/5 38/21
41/8 42/3 49/18 49/18
49/19 59/3 72/16
**testify** [6] 30/5 46/4
46/8 46/14 55/10 58/2
**testimony** [6] 31/9
33/22 34/17 46/11 48/9
70/7
Texas [16] 4/11 5/3
20/4 21/15 44/1 44/11
45/3 45/7 49/17 50/9
50/25 51/1 52/4 56/24
58/21 68/22
**texted** [1] 15/19
**than** [7] 23/16 30/4
51/22 62/12 70/2 70/23
71/6
Thank [11] 4/25 29/17
29/18 58/14 79/14 80/2
80/3 81/19 81/20 81/21
81/22
Thank you [7] 4/25
29/17 29/18 58/14
79/14 80/2 81/20
Thanks [2] 75/5 81/16
that [652]
That'll [1] 80/4
that's [48] 3/17 4/8
4/13 6/16 8/24 8/25
11/14 11/22 11/25 12/1
15/7 18/3 21/18 21/19
22/21 24/16 27/12 30/8
39/14 42/12 43/18 44/2
44/15 47/17 47/17
50/17 52/10 57/3 57/17
59/12 59/12 59/13
59/13 61/17 62/25 63/3
63/7 70/13 70/14 71/24
74/4 75/16 76/23 78/6
78/15 79/7 79/10 80/11
**their** [27] 4/15 10/24
14/23 17/14 18/19
20/17 25/1 33/12 33/21
35/3 38/9 38/12 38/12
38/13 39/18 44/1 44/21
48/1 48/16 52/6 52/22
52/11 54/2 56/4 56/9
65/13 71/25
thelinderfirm.com [1]
2/9
**them** [30] 4/17 13/5
13/6 14/1 14/17 18/13
35/5 37/8 39/3 43/22

49/23 49/24 50/3 50/4
52/25 54/4 54/10 55/24
56/3 58/7 60/1 64/24
66/7 70/23 72/7 79/25
66/7 73/12 79/21
themselves [8] 35/11
36/25 37/7 37/13 38/7
39/18 48/23 66/24
then [47] 3/24 5/9 7/3
14/18 15/10 16/3 16/4
16/16 16/21 16/23
18/11 18/16 21/20 22/3
22/6 22/19 24/11 25/16
28/10 31/21 34/3 36/8
36/9 37/21 40/12 42/15
48/22 50/4 52/22 53/12
55/21 65/13 66/4 66/8
66/16 69/18 78/17 80/8
81/2 81/9 81/17
theory [7] 8/24 9/24
12/1 12/8 23/2 23/11
37/12
there [96]
there's [33] 6/7 15/11
16/22 17/13 17/16
20/19 26/3 26/12 27/22
29/11 34/10 38/18 39/7
41/2 42/9 47/4 48/19
50/23 52/19 52/24
52/25 56/8 58/11 61/21
63/5 63/22 63/25 70/14
71/22 72/15 77/17
72/22 73/20
therefore [5] 25/14
61/5 65/12 71/3 82/6
these [26] 7/12 8/20
9/11 13/24 15/2 22/12
22/13 22/19 23/11 25/2
26/13 32/19 32/19 37/3
44/6 44/9 44/12 45/9
45/9 47/19 48/14 51/19
58/18 64/14 71/17
72/17
they [91]
they're [8] 20/20 32/11
48/9 48/23 53/25 55/23
71/15 74/25
they've [4] 6/14 33/8
38/14 69/6
thing [6] 13/7 26/11
45/23 56/22 72/22
78/15
things [15] 13/24 14/25
17/19 18/15 22/5 31/25
32/14 33/5 38/23 40/18
45/22 47/5 52/19 70/11
76/1
think [46] 6/11 7/2
11/18 12/4 13/3 13/7
18/22 22/11 23/15
26/19 27/25 29/1 29/16
34/12 39/7 39/8 40/7
44/11 45/21 45/23
48/24 51/3 51/18 52/2
52/11 54/2 56/4 56/9
57/19 58/22 62/16 64/7

68/2 68/15 68/23 69/1
71/24 73/4 73/12 73/12
73/20 74/10
thinking [1] 32/11
thinks [2] 22/15 73/20
third [17] 5/9 29/22
29/23 30/17 30/18
31/18 31/22 43/1 43/21
57/2 58/17 74/12 74/17
74/19 75/12 76/2 81/9
third-party [12] 29/22
29/23 30/17 30/18
31/18 31/22 57/2 58/17
74/12 75/12 76/2 81/9
this [149]
those [46] 3/18 5/13
6/18 7/7 7/23 9/5 9/6
9/8 9/17 9/17 10/13
13/1 14/14 17/20 18/15
22/23 23/13 23/24 24/9
24/20 24/21 24/23 27/5
27/7 28/25 29/8 33/23
33/24 34/22 35/19
36/23 42/10 42/21 43/3
43/5 44/19 45/18 47/12
47/16 59/18 60/6 65/19
75/12 78/18 79/21
79/24
though [3] 28/3 61/4
77/23
thought [4] 12/14
17/24 17/24 18/3
thousands [2] 64/13
64/14
three [11] 5/3 5/14 6/14
15/12 15/12 32/10
39/19 39/22 39/24
41/13 62/17
three-way [2] 15/12
41/13
through [16] 5/24 6/18
7/10 25/9 30/3 31/8
33/21 38/12 42/23 53/1
60/21 65/21 67/19 69/4
69/4 76/3
thus [1] 69/4
thwart [1] 55/5
ticket [2] 51/15 51/16
ties [1] 15/5
time [31] 13/6 14/3
15/5 15/23 16/2 16/13
16/15 18/7 21/6 22/12
25/22 27/9 29/3 29/12
29/17 31/15 33/17
34/10 35/1 42/8 43/4
47/11 48/13 49/24
53/19 65/22 69/2 73/5
79/10 80/13 81/21
timeline [1] 64/2
times [9] 9/13 33/8
33/23 37/20 49/21
50/11 53/22 64/19
64/21
timing [4] 17/23 41/15
42/11 70/16
titled [1] 82/4
today [8] 11/4 30/14

74/10 79/17
today's [1] 4/14
together [1] 66/22
told [5] 41/10 41/18
43/20 55/11 68/24
tons [1] 51/11
too [3] 25/24 36/15
78/18
took [4] 4/18 25/23
27/9 39/18
tools [1] 67/6
top [2] 3/23 58/5
topic [1] 63/19
torches [1] 13/6
totally [1] 48/23
touched [1] 67/12
toward [1] 39/20
towards [2] 19/24
72/25
track [1] 70/20
trackers [1] 60/5
traitors [1] 10/25
transcript [1] 1/9 2/15
4/17 44/23 45/15 55/12
82/3
transcription [2] 2/16
4/17
transfer [9] 5/19 7/16
9/15 11/10 19/25 20/23
23/22 66/19 66/20
transient [1] 28/22
transition [1] 61/3
travel [2] 53/23 54/22
traveling [1] 72/11
trial [6] 4/12 55/1 55/5
55/7 55/7 73/2
trick [1] 3/20
tried [2] 55/6 60/2
true [1] 49/2
Trump [17] 11/1 13/4
13/18 14/11 14/16
14/19 18/9 21/3 21/14
22/1 35/1 35/2 35/8
38/16 39/1 43/13 50/19
try [4] 12/19 13/12
74/14 80/13
trying [7] 20/10 41/23
50/21 55/10 55/14
57/13 63/22
turn [8] 4/22 7/7 16/4
29/12 31/20 55/14
58/11 64/5
turncoat [1] 73/21
turns [2] 39/20 63/23
two [20] 8/21 13/25
14/23 21/5 26/6 33/13
37/20 41/24 43/5 43/10
44/24 45/7 45/8 47/3
49/24 50/4 50/4 52/21
52/22 76/8
two-hour [3] 45/8
49/24 50/4
twofold [1] 8/19
TX [2] 2/3 2/7
type [6] 21/16 24/24
60/15 61/9 62/25 69/1

**U**

**U.S.C [1]** 36/16
**ultimately [8]** 7/18 8/13
16/24 18/6 19/11 20/11
26/16 64/4
**umbrella [1]** 57/23
**unarmed [1]** 48/23
**unaware [1]** 63/1
**uncle [1]** 54/3
**uncomfortable [2]**
13/1 14/15
**under [23]** 5/5 5/7 5/13
6/2 6/9 6/14 6/23 8/23
23/7 23/12 34/11 35/2
36/3 47/7 59/1 64/24
65/1 75/8 75/9 75/25
77/6 78/4 78/14
**understand [25]** 13/20
25/23 27/5 29/22 30/22
34/6 34/14 38/6 39/24
40/8 41/14 42/11 45/19
46/13 47/5 69/21 71/20
72/8 73/3 75/20 76/17
76/24 77/14 77/19
78/19
**understandable [1]**
18/20
**understanding [3]**
28/9 36/1 36/11
**understands [1]** 58/6
**understood [5]** 24/19
38/1 46/24 49/4 76/1
**underway [1]** 14/22
**unfortunate [1]** 68/8
**unfortunately [4]**
33/17 40/14 56/4 79/3
**uniqueness [1]** 41/15
**UNITED [12]** 1/1 1/2
1/10 3/3 5/20 7/18 35/1
36/2 36/19 36/20 37/17
45/12
**United States [6]** 5/20
7/18 35/1 36/19 37/17
45/12
**United States of [1]**
3/3
**units [3]** 28/24 29/1
57/25
**unlawful [4]** 9/5 20/24
36/17 39/10
**unless [7]** 14/10 47/12
56/21 58/11 75/17
76/18 80/22
**unlike [2]** 40/14 40/15
**unlikely [2]** 17/4 22/2
**unmistakable [1]** 40/1
**unpatriotic [1]** 50/22
**until [3]** 20/15 26/22
43/17
**up [38]** 3/17 4/3 4/8 6/4
9/21 16/12 16/17 16/20
17/5 20/10 25/24 28/10
31/18 35/18 39/21 40/5
40/12 41/24 42/9 42/22
43/22 43/24 45/12 46/5
47/1 64/11 64/24 66/1
66/7 66/7 67/19 69/20
71/7 71/9 74/24 76/25

**upon [12]** 7/3 8/22
22/13 27/11 29/7 29/7
33/4 37/14 37/16 37/22
39/18 70/21
**urge [1]** 46/15
**us [3]** 13/2 42/7 48/5
**usdoj.gov [1]** 1/15
**use [15]** 5/6 9/6 13/11
20/22 21/19 22/1 23/20
24/3 24/5 24/8 34/24
34/24 36/22 44/17 60/3
**used [5]** 10/12 32/14
35/19 46/16 57/14
**uses [2]** 64/17 73/20
**using [5]** 59/22 60/7
73/15
**utilize [1]** 35/6
**utilizing [1]** 59/21

**V**

**validity [1]** 59/18
**Vallejo [4]** 10/3 20/7
20/8 48/18
**variant [2]** 33/2 34/13
**various [2]** 44/1 44/21
**verbose [1]** 50/11
**verified [1]** 54/24
**verify [1]** 57/21
**versus [1]** 3/4
**very [24]** 13/1 13/11
13/24 17/4 17/16 21/2
28/19 33/17 34/22
41/10 51/12 54/22
58/18 59/4 59/21 59/22
60/3 64/7 64/22 72/2
72/10 73/2 73/2 77/21
**vet [1]** 78/13
**via [2]** 1/9 3/8
**Vice [2]** 14/19 65/12
**video [10]** 3/25 15/3
15/22 16/2 16/7 16/10
16/16 16/18 16/19
43/17
**videoconference [1]**
3/8
**videos [1]** 3/18
**view [6]** 3/24 7/14
27/12 35/17 47/19
58/25
**viewed [1]** 25/8
**violates [1]** 76/13
**violation [1]** 35/20
**violations [1]** 75/15
**violence [4]** 10/12
27/20 44/18 61/9
**violent [3]** 22/21 67/1
67/16
**Virginia [2]** 42/1 43/11
**voluntarily [3]** 34/19
49/23 72/6
**voluntary [2]** 44/23
45/8
**volunteer [1]** 31/3
**vs [1]** 1/5

**W**

**w-e-r-e [2]** 62/23 63/6

**waive [1]** 55/7
**walk [5]** 21/21 22/7
61/5 61/6 76/19
**walking [1]** 16/4 16/17
66/10
**want [23]** 29/11 30/18
33/20 44/13 47/5 54/14
54/17 55/1 56/12 56/13
56/14 57/18 61/23
69/19 74/10 75/19
75/21 78/7 78/12 80/6
80/7 80/23 81/8
**wanted [8]** 17/22 31/17
47/12 48/3 49/9 56/3
56/9 78/25
**wants [7]** 46/7 46/8
55/6 55/9 55/11 56/1
61/22
**war [5]** 10/21 11/7
19/14 63/16 64/20
**warrant [1]** 45/7
**was [119]**
**Washington [3]** 1/4
1/13 2/14
**wasn't [10]** 8/23 10/6
10/18 11/9 12/2 38/8
44/20 48/3 64/6 74/8
**watchful [1]** 74/7
**Watkins [5]** 14/5 45/23
70/19 73/19 73/19
**way [10]** 14/10 15/12
23/19 24/17 33/7 39/11
41/13 45/11 51/13 78/9
**ways [1]** 66/5
**we [133]**
**we believe [3]** 17/15
35/4 67/7
**We don't [1]** 39/23
**We need [1]** 13/1
**we will [4]** 13/19 13/20
60/25 78/20
**we would [2]** 39/4
80/24
**we'll [5]** 80/8 80/11
80/13 81/16 81/17
**we're [12]** 4/10 7/4 7/4
9/20 18/16 30/4 30/19
50/1 60/19 60/22 63/5
78/17
**we've [5]** 34/17 43/21
62/8 67/17 69/4
**we/he [1]** 13/5
**weapons [17]** 7/23
7/24 8/7 8/20 9/3 9/5
9/6 9/8 9/17 29/2 33/25
35/6 50/22 50/23 50/25
50/25 53/1
**website [1]** 37/22
**Wednesday [1]** 72/17
**week [3]** 13/23 26/6
80/15
**weeks [1]** 50/5
**weigh [1]** 16/25
**well [23]** 4/19 4/21
7/11 23/3 27/18 31/7
37/2 38/13 39/5 39/14
40/15 41/1 45/23 46/10

**wanting [2]** 56/6 58/20
66/24 74/1 78/6 78/8
81/2
**went [17]** 13/17 17/20
20/6 33/1 33/9 34/25
39/3 42/1 42/17 42/22
43/16 43/18 43/25 44/1
44/21 53/1 76/3
**were [69]** 9/4 9/4 9/11
9/14 9/18 10/8 11/11
13/10 14/12 15/24
15/24 25/7 25/24 26/13
26/16 26/17 26/17 27/3
28/13 28/19 29/7 30/11
32/23 32/24 33/16
33/18 33/18 33/23 34/1
35/7 35/11 37/3 38/25
38/25 39/3 39/13 40/8
40/9 40/16 41/6 42/4
43/3 43/10 43/17 45/9
45/22 47/9 47/15 47/21
48/10 50/15 50/20 52/4
55/4 55/4 56/10 57/25
59/17 62/24 63/5 64/5
64/24 69/10 70/17
70/17 70/21 72/18
75/24 77/5
**western [1]** 45/12
**what [66]** 8/24 9/4 9/15
10/21 11/2 11/12 15/15
15/15 15/16 17/13
17/16 17/23 18/3 19/1
19/2 21/3 23/12 32/8
32/18 33/17 38/17 39/2
39/5 39/14 39/23 41/20
41/21 42/5 43/17 43/20
43/22 44/2 44/12 44/15
45/17 46/25 47/23
49/14 53/4 54/21 56/25
57/17 57/20 58/16
60/14 60/22 61/1 63/1
63/24 64/1 64/3 65/5
65/10 67/12 71/20
73/11 74/4 74/7 74/4
76/3 76/19 76/22 78/12
78/23 80/6 81/8
**what's [8]** 9/23 10/25
15/5 25/20 26/9 28/8
34/22 42/24
**whatever [4]** 31/19
60/19 71/17 79/16
**when [23]** 14/18 14/19
18/6 18/11 20/20 20/21
25/24 27/23 32/12
35/11 41/25 42/24
42/25 43/18 44/20 45/3
45/11 48/8 57/22 60/1
65/23 69/24 71/7
**when's [1]** 53/19
**where [16]** 13/24 16/10
18/16 21/13 25/5 34/13
43/1 51/24 52/1 52/16
53/3 62/23 64/16 65/24
67/25 79/9
**whereas [1]** 43/19
**whereby [1]** 42/8
**whether [19]** 6/25
20/13 28/17 34/16

**which [32]** 6/13 8/2
12/24 14/2 19/24 23/5
26/5 26/10 26/22 30/4
32/13 33/8 33/15 35/2
36/3 37/14 39/15 40/17
40/20 41/25 43/22 44/5
47/7 48/18 58/24 60/14
63/8 68/3 70/4 72/16
77/9 78/8
**while [9]** 7/19 14/21
22/17 22/18 30/13
34/14 45/19 63/15
65/15
**who [20]** 9/17 18/15
23/6 24/21 24/23 39/9
50/6 52/21 56/9 58/8
58/17 59/3 59/21 63/1
68/10 70/19 76/11
77/18 80/7 81/10
**who's [5]** 6/4 25/15
30/23 60/8 75/2
**who've [3]** 23/6 23/14
25/18
**whoever [1]** 15/10
**whole [1]** 38/1
**whom [6]** 23/25 24/25
28/5 29/6 51/25 62/2
**whose [3]** 3/18 44/10
60/9
**why [19]** 4/9 4/22 7/7
9/25 11/7 12/2 19/11
34/3 38/3 40/8 44/8
44/9 46/8 50/17 56/3
56/7 66/17 67/6 74/1
**WiFi [2]** 52/18 75/17
**will [21]** 7/10 13/4 13/6
13/8 13/19 13/20 17/8
21/14 21/15 50/16
52/10 55/7 56/14 60/25
64/18 66/5 74/22 74/24
74/24 78/20 80/20
**William [3]** 2/11 82/2
82/11
**willing [2]** 46/4 46/9
**willingness [1]** 24/3
**wing [1]** 33/19
**wisest [1]** 46/19
**wish [1]** 4/23
**within [4]** 5/11 5/12
25/4 40/1
**without [21]** 10/10
10/12 10/17 12/20
14/11 14/16 17/5 18/9
18/9 18/14 18/17 32/7
32/18 35/9 39/17 51/3
51/15 53/13 63/22
75/17 77/12
**witness [3]** 29/24
31/13 42/12
**witnesses [2]** 48/9
56/9
**Women's [1]** 43/11
**won't [1]** 49/13
**word [3]** 24/24 33/19

**word... [1]** 73/21
**words [19]** 10/20 10/22
12/25 13/3 18/20 18/23
20/14 22/12 22/13
22/19 32/14 39/10
47/20 59/10 64/17
66/21 68/1 68/24 70/17
**work [4]** 19/24 77/2
77/16 79/13
**working [3]** 40/18
48/14 77/5
**works [1]** 46/13
**world [3]** 48/15 71/8
71/21
**worried [2]** 50/2 76/6
**worry [1]** 7/1
**worth [2]** 20/25 73/12
**would [88]**
**would reach [1]** 36/12
**wouldn't [4]** 46/15
68/10 77/15 77/16
**wrap [2]** 32/5 69/20
**wrong [4]** 20/19 21/17
21/17 70/21
**Wyoming [1]** 21/24

**Y**

**Yeah [10]** 11/24 37/6
40/19 41/4 52/12 53/8
54/20 69/12 69/19 76/5
**year [4]** 26/1 26/2
28/23 71/2
**yearlong [1]** 70/20
**years [4]** 33/1 48/13
55/6 58/6
**yes [20]** 3/13 4/25 7/9
9/2 29/4 49/12 52/14
54/7 55/23 56/16 72/15
74/21 75/10 76/10
79/12 79/14 79/18
79/22 80/16 80/19
**yet [3]** 3/21 48/10
59/11
**you [133]**
**you'd [3]** 55/24 78/10
79/16
**you're [8]** 9/24 31/12
31/13 39/8 45/14 55/13
71/20 78/2
**you've [8]** 15/9 39/15
44/7 49/14 55/9 64/1
67/14 69/23
**your [112]**
**Your Honor [91]**
**Your view [1]** 47/19
**yourselves [1]** 64/19

**Z**

**Zaremba [3]** 2/11 82/2
82/11
**ZOOM [1]** 1/9