```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 22-15
                                 )    Washington, D.C.
        vs.                      )    February 18, 2022
                                 )    3:00 p.m.
ELMER STEWART RHODES, III (1),   )
                                 )
          Defendant.             )
_____  )


      TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        Kathryn L. Rakoczy
                           U.S. ATTORNEY'S OFFICE
                           555 Fourth Street, NW
                           Washington, D.C. 20530
                           (202) 252-7277
                           Email:
                           kathryn.rakoczy@usdoj.gov
```

APPEARANCES CONTINUED:

For the Defendant:          James Lee Bright
                            3300 Oak Lawn Avenue
                            Suite 700
                            Dallas, TX 75219
                            (214) 720-7777
                            Email: jlbrightlaw@gmail.com

                            Phillip A. Linder
                            BARRETT BRIGHT LASSITER LINDER
                            3300 Oak Lawn Avenue
                            Suite 700
                            Dallas, TX 75219
                            (214) 252-9900
                            Email:
                            phillip@thelinderfirm.com

Pretrial Services Officer:  John Copes

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                     P R O C E E D I N G S

 2              COURTROOM DEPUTY:  Your Honor, this is Criminal

 3     Case No. 22-15-1, United States of America versus Elmer

 4     Stewart Rhodes, III.

 5              Kathryn Rakoczy for the government.

 6              James Bright and Phillip Linder for the defense.

 7              John Copes on behalf of Pretrial Services.

 8              The defendant is present via videoconference for

 9     this hearing.

10              THE COURT:  Okay.  Good afternoon again to

11     everyone.

12              Mr. Rhodes, good afternoon to you, sir.

13              THE DEFENDANT:  Good afternoon.

14              THE COURT:  So we're back for a continuation of

15     Mr. Rhodes' detention hearing.

16              Where we left off at the last one is that I had

17     asked Pretrial Services to reach out to the proposed

18     third-party custodians and interview them.  And so why don't

19     we start there and I'll ask Mr. Copes to put on the record

20     what he's learned.

21              PRETRIAL SERVICES OFFICER:  John Copes, Pretrial

22     Services.

23              Pretrial Services Agency for the

24     District of Columbia did a third-party custodian screening

25     of the defendant's cousins,  ████████  and  ████████
```

1  ███████.  And they were found to be suitable third-party

2  custodians, although there is a concern about a further

3  affiliation that Pretrial Services is concerned about.  But

4  they were screened and found able to be third-party

5  custodians.

6       THE COURT:  Okay.

7       Can you say on the record publicly what that is?

8  If not, we can go off the public record and do that.  But if

9  there is a concern, I'd like it hear what it is.

10      MR. LINDER:  Not knowing what he's going to say,

11 I'd love to go off the record or go into a separate room

12 from the media.  I don't know what he's about to address.

13      THE COURT:  I don't either.  But I trust that if

14 it's something that's confidential, he'll know whether we

15 need to go off the record or not.

16      MR. LINDER:  Okay.

17      THE COURT:  Mr. Copes?

18      PRETRIAL SERVICES OFFICER:  Yes, Your Honor, it

19 would probably be good to go off the record initially, make

20 sure that --

21      THE COURT:  All right.  That's fine.

22      Why don't we take a moment, we'll disconnect the

23 public line, I'll ask Mr. Douyon to do that, and ensure that

24 only counsel and Mr. Rhodes and court staff are on the

25 conference here, and then we'll hear from Mr. Copes.

1          And this portion of the transcript will be placed

2    under seal.

3          MR. LINDER:  Thank you, sir.

4          (Sealed)











8          (Open court)

9          THE DEFENDANT:  Mr. Linder, are their last names

10   going to be prevented being heard by the media?

11          MR. LINDER:  Great question, Stewart.

12          I would like their last names not to be used in

13   the media, even though Pretrial Services mentioned it

14   earlier.

15          Going forward into this hearing, I would like to

16   just use their first names.

17          And I would also like to leave their city out of

18   it, if we can, Your Honor, if that's permissible.

19          THE COURT:  What I will ask is that the transcript

20   redact the names of the two third-party custodians that have

21   been mentioned.

22          MR. BRIGHT:  Thank you, Your Honor.

23          There has been some blowback on witnesses and

24   stuff so far in this case.  I appreciate that, sir.

25          THE COURT:  I understand.

1          THE DEFENDANT:  Thank you, sir.

2          COURTROOM DEPUTY:  And this is Jean-Claude,

3     Judge Mehta's Courtroom Deputy.

4          I would like to welcome anyone that may be

5     listening in on the public-access line and remind you that

6     pursuant to Standing Order 2020, you may not record or

7     re-broadcast these proceedings.  Thank you.

8          THE COURT:  Okay.

9          All right.  So we're back on the public record at

10    this point.

11         Let me just ask if either side -- you know, I've

12    reviewed the evidence, I've heard your arguments, and so

13    does either side want to say anything new that hasn't been

14    already said either in writing or at the last hearing?

15         MR. LINDER:  No, sir.

16         MS. RAKOCZY:  No, Your Honor.  Thank you.

17         THE COURT:  All right.

18         Well, let me go ahead then and render my decision.

19         So all the parties here are in agreement that

20    Mr. Rhodes is subject to a pretrial detention hearing, at

21    least pursuant to 18 U.S.C. 3142(f)(1)(E), which mandates a

22    detention hearing in connection with any felony involving

23    the possession of a firearm.

24         The allegations in the indictment do support that

25    this is a felony that does involve a possession of a

1  firearm, and so Mr. Rhodes is subject to a pretrial

2  detention hearing.

3          The question then is whether there are any

4  conditions or combination of conditions that would assure

5  the safety of the community and the defendant's appearance

6  in court.

7          I should note that this is not a case, I believe,

8  Ms. Rakoczy, in which there's any presumption of

9  dangerousness.  Mr. Rhodes has not been charged like some of

10 the others with destruction of government property, which is

11 what has been used in other cases to give rise to a

12 presumption.  That's not applicable here.

13         A determination to detain based on dangerousness

14 must be established by clear and convincing evidence, and a

15 determination to detain based on a risk of flight need only

16 be made by a preponderance of the evidence.

17         In considering the hold request, I must consider

18 four factors; one, the nature and circumstances of the

19 offense charged; two, the weight of the evidence against the

20 defendant; three, the history and characteristics of the

21 defendant; and, four, the nature of the danger to any person

22 or the community that would be posed by the defendant's

23 release.

24         Let me just briefly touch on the last factor,

25 because as the D.C. Circuit has reminded us in *Munchel*, the

1    dangerous determination must be framed in terms of future

2    dangerousness.  And the question the Court is supposed to

3    ask is what dangerousness as to what possible future

4    conduct, at least for purposes of the bond review.  And

5    here, the government's contention is that Mr. Rhodes is a

6    danger essentially to continue to plot and prepare for

7    political violence that undermines the foundations of our

8    democracy.  So I'll be viewing the four factors through that

9    lens.

10          Let's begin with the nature and circumstances of

11   the offense.  The lead charge against Mr. Rhodes is

12   seditious conspiracy.  It is the most serious charge,

13   I believe, that has been brought in any January 6th case.

14   The charge is not merely one of obstructing an official

15   proceeding, but, rather, to delay by force the execution of

16   the laws governing the transfer of power on January the 6th.

17          At a high level, the allegation is that Mr. Rhodes

18   is the founder and leader of a militia group known as the

19   Oath Keepers to devise and carry out a plot to oppose by

20   force the lawful transfer of presidential power.

21          This alleged conspiracy included at least ten

22   others, and the conspiracy is alleged to have a structure:

23   Mr. Rhodes as its leader, but he also had deputies, if you

24   will, to include Mr. Meggs, Mr. James, and Ms. Watkins, each

25   of whom were state-based leaders of the Oath Keepers;

1    Mr. Meggs for Florida; Mr. James for Alabama, I believe; and

2    Ms. Watkins from Ohio.

3              As part of the conspiracy, Mr. Rhodes is alleged

4    to have done, among other things, devised the operations for

5    the group, organized its participants, financed the

6    operations, and purchased tens of thousands of dollars of

7    weapons and weapons equipment, both before and after

8    January 6th.

9              Planning and preparation alleged to have taken

10   place for January 6th is actually -- is quite extensive.

11   It's alleged to have involved months of preparation and

12   planning, including through the use of encrypted

13   communications and regular contact with other members of the

14   conspiracy, some of whom have been charged and some of whom

15   have not.

16             On January 6th, Mr. Rhodes is not alleged to have

17   actually entered the Capitol building, but he is alleged to

18   have authorized, if not outright ordered, two groups of Oath

19   Keepers to enter the Capitol building in a military-style

20   formation.  Many of those people were dressed in tactical

21   gear.

22             According to the indictment, a subgroup led by

23   Kelly Meggs entered the Capitol building and began to search

24   for the Speaker of the House.  Another subgroup led by

25   Jessica Watkins attempted to move towards the Senate

1    chambers and pushed against a line of officers who

2    eventually were able to repel them with pepper spray.

3         On standby, according to the indictment, through

4    the events of January 6th, was a quick reaction force,

5    what's been termed a quick reaction force.  This was

6    essentially a stash of weapons that had been collected and

7    placed across the river in Arlington, Virginia, at a hotel

8    that was essentially meant to be reinforcements at the call

9    if they were required in the District of Columbia.

10        Multiple different conspirators contributed

11   weapons to the QRF.  The QRF was never ordered into the

12   District of Columbia by Mr. Rhodes.  And this is true even

13   after Mr. Vallejo, who is a co-conspirator, indicated to

14   Mr. Rhodes via, I believe, a Signal chat, that he was

15   standing by and, I assume, ready to enter the

16   District of Columbia if Mr. Rhodes gave the order.

17        After the Oath Keepers left the Capitol that day,

18   they did gather outside the Capitol, they're accused of then

19   gathering for dinner that evening at a restaurant, and then

20   quickly disbursing to their homes upon learning that law

21   enforcement was looking for people who are involved in the

22   Capitol breach.

23        Mr. Rhodes returned to Texas, where he continued

24   his leadership role with the Oath Keepers, and was actually

25   joined by one of his co-conspirators, alleged

1  co-conspirators, Mr. James, in Texas.

2         Those are the general outlines of the conspiracy,

3  and I'll get into some more details about the evidence

4  momentarily.  But my observation at this point is to say,

5  look, the danger -- if the conduct alleged is true, the

6  danger that it poses cannot be understated.

7         Mr. Rhodes -- and I will note the Circuit

8  identified a number of these -- or at least two of these

9  characteristics in identifying a greater risk of danger;

10 that is, being part of an organization and acting in concert

11 with others, both of which have been alleged here, and,

12 additionally, a leadership role as part of a concerted

13 organization, and Mr. Rhodes is certainly the top of the

14 leadership chain in the Oath Keepers.

15        The organization in this case is not a small one,

16 it's not a small group of individuals, it's at least 20

17 people, if you include the defendants who are charged in

18 U.S. versus Crowl, although not with sedition, they have

19 been charged with obstruction of an official proceeding.

20 And, as I noted, this was a structured group with deputies

21 in charge, and Mr. Rhodes was the leader of that

22 organization.

23        There was sophisticated and conscious planning

24 with respect to the bringing of weapons to the outskirts of

25 the District of Columbia, even though they were not

1   ultimately used.  Whether those are characterized as lawful

2   weapons or not, nevertheless, you are bringing an arsenal on

3   the outskirts of the District of Columbia with the intention

4   to use that arsenal if the circumstances warrant it.  And so

5   that certainly enhances the danger that Mr. Rhodes presents,

6   given that he was in charge of that operation and

7   contributed to and directed people to bring arms to the

8   outskirts of the District of Columbia.

9          I'll note, of course, since Mr. Rhodes is charged

10  with a conspiracy, the actions of his co-defendants are

11  attributable to him.  So the seriousness of the offense here

12  is magnified by the allegation and the evidence that I'm

13  aware of from other hearings, including text messages

14  involving Mr. Meggs in which he admits to looking for the

15  Speaker of the House while he was inside the Capitol.  And

16  then we have the allegations here supported by evidence that

17  other members of the Oath Keepers attempted to make their

18  way to the Senate chamber that day.

19         So when I consider all of those factors and all

20  the outlines of the conspiracy, Mr. Rhodes' role in the

21  conspiracy and what he would be liable for by the actions of

22  his co-conspirators, this factor certainly weighs in favor

23  of detention.

24         Let's talk about the weight of the evidence, and

25  we're going into a little bit of detail here about what that

1   is.

2           Immediately following November the 5th, Mr. Rhodes

3   is accused of making a number of statements that can be

4   viewed as planning and preparation and intention to

5   potentially use force on January the 6th.  He's accused of

6   saying that they must refuse to accept President Biden as a

7   legitimate winner, saying that we aren't getting through

8   this without a Civil War, posting a video describing an

9   uprising in Serbia, in which millions gathered in our

10  Capitol and we stormed the Parliament.

11          Mr. Rhodes insinuates that the planning that was

12  done in the Serbian uprising would be planning that ought to

13  be followed here.  Among the planning and the steps that are

14  described in that video is storming on the Parliament

15  building and obviously bears some analogy to the storming of

16  the Capitol building that happened on January the 6th.

17          On Christmas Day, Mr. Rhodes is involved in a chat

18  in which he says the President needs to know that the

19  Oath Keepers support him in invoking the Insurrection Act,

20  and if he does, he'll be prepared to support him with boots

21  on the ground nationwide.  And he adds that he needs to know

22  that if he fails to act, then we will.  He needs to see that

23  we will have no choice.

24          On December 30th, he is interviewed, and he says

25  that if President Biden takes office, "We will have to do a

1   massively bloody revolution against them.  That's what's

2   going to happen."

3           In an open letter posted on December 31st, he said

4   that they will have mission-critical gear right outside the

5   District of Columbia, which I assume is a reference to the

6   quick reaction force, and that they may "have to take up

7   arms in defense of our God-given liberty."

8           And that in the Signal chats also on

9   December 31st, he says, "Be prepared for a major let down on

10  the 6-8th.  And get ready to do it ourselves."  And that's

11  stated in all caps.

12          He goes on on the 6th, "They are going to put the

13  final nail in the coffin of this Republic, unless we fight

14  our way out.  With Trump preferably or without him, we have

15  no choice."

16          In the lead-up to January 6th, Mr. Rhodes and his

17  conspirators -- Mr. Rhodes, I don't see you on the screen.

18  Have we lost him?

19          COURTROOM DEPUTY:  It looks like we lost him, yes.

20  I'll reach out to the facility.  Just one moment.

21          (Pause)

22          THE COURT:  I'm going to go off camera until we

23  have Mr. Rhodes back.  It may take a minute.

24          (Pause)

25          COURTROOM DEPUTY:  And, Counsel, could you please

1    turn on your cameras.

2              THE COURT:  All right, everyone.  Just waiting on

3    Mr. Bright to return.

4              MR. LINDER:  He's walking down the hall to his

5    office.  I'm here.

6              THE COURT:  Okay.

7              MR. LINDER:  I assume you got a call from the jail

8    also, Your Honor?

9              THE COURT:  Well, yes.

10             What we've learned, and maybe you have as well, is

11    that there's a power outage at the facility.

12             MR. LINDER:  Yes, sir.

13             THE COURT:  I don't know whether it's a short-term

14    power outage or a longer-term power outage.

15             MR. LINDER:  I would assume it would be short

16    term.  Being it's a large correctional facility, I assume

17    they have backup generators.  I was up there yesterday, not

18    at that exact facility, but they had severe high winds and

19    snow flurries all afternoon yesterday going into the night.

20    That may have something to do with it.

21             THE COURT:  Okay.

22             Well, let's hope it's short-term.

23             And I guess I do wonder whether, even if they do

24    have a backup generator, what that means for the broadband

25    connection --

1          MR. LINDER:  True.  Good point.

2          THE COURT:  -- or WiFi connection.  I don't know

3   what they're using.

4          So what I would propose is this.  Hopefully

5   everybody is still available.  I've got, unfortunately, a

6   Pretrial Conference at 3:30 -- or 3:15.  And so instead of

7   keeping everybody on the line now, can we resume at 5:00 and

8   see where we are?

9          MR. LINDER:  5:00 Eastern Time, 4:00 here?

10         THE COURT:  Yes.

11         MR. LINDER:  That would be great.  I can do that,

12   Your Honor.  I assume Mr. Bright can, but if not, I can

13   cover it.

14         (Counsel and the Court conferred off the record.)

15         THE COURT:  All right.

16         So we'll adjourn for the time being, and we'll

17   obviously reconnect at 5:00.  And the media and the press,

18   we'll reconnect the public line at 5:00 obviously and see

19   where we are at that point.  Hopefully, we'll be able to

20   reconnect at that hour.

21         MR. LINDER:  Thank you, sir.

22         THE COURT:  All right.  Thank you, everyone.

23         MS. RAKOCZY:  Thank you, Your Honor.

24         (Recess from 1:45 p.m. to 5:15 p.m.)

25         COURTROOM DEPUTY:  Good afternoon, Your Honor.

1   This is Criminal Case No. 22-15-1, United States of America

2   versus Elmer Stewart Rhodes, III.

3           Kathryn Rakoczy for the government.

4           Phillip Linder for the defense.

5           John Copes on behalf of Pretrial Services.

6           And the defendant is appearing via videoconference

7   for this hearing.

8           THE COURT:  Okay.  Good afternoon again, Counsel;

9   Mr. Rhodes, good afternoon to you.  I apologize for the

10  interruption, obviously beyond our control, and I wish that

11  had not happened.

12          Before I sort of resume where I was, let me just

13  put on the record that the two individuals who were named

14  earlier as third-party custodians or proposed third-party

15  custodians, I have asked that information to be redacted

16  from the public record in the interest of their safety and

17  privacy.  So I'll just make that clear on the record.

18          MR. LINDER:  Thank you, Your Honor.

19          THE COURT:  Okay.

20          I think where I was is I was describing the

21  statement that Mr. Rhodes made on December 31st in a Signal

22  chat, and it was to "be prepared for a major let down on the

23  6-8th.  And get ready to go to do it ourselves," all caps.

24          He continued, I think, in either the same chat or

25  a different one, "On the 6th, they are going to put the

1    final nail in the coffin of this Republic, unless we fight

2    our way out.  With Trump preferably or without him, we have

3    no choice."

4            The planning, as it's continued up through January

5    the 6th, and that included the use of encrypted messaging

6    apps to plan for the events of that day, as well as the

7    assembly of the quick reaction force.  On one of the chats,

8    I guess it's also on December 31st, Mr. Rhodes wrote,

9    "There's no standard political or legal way out of this."

10           Importantly, and I don't have the date on this, he

11   and Mr. Meggs exchanged messages about, "Making Senators

12   uncomfortable."  Mr. Rhodes responded to Mr. Meggs that,

13   "Have to scare the shit out of them and convince them it

14   will be torches and pitchforks time if they don't do the

15   right thing."  And he also added that if the President

16   doesn't act, "He needs to understand that we will have no

17   choice."

18           That statement is notable, perhaps for the obvious

19   reason that Mr. Meggs is accused of having led a group into

20   the Capitol building at the very time that members of

21   Congress had gathered for the intention of certifying the

22   Electoral College votes.

23           With respect to the QRF that we've talked about,

24   the allegations and the evidence that the government has

25   proffered shows that Mr. Meggs and others from Florida

 1    supplied three luggage carts of gun boxes, rifle cases, and

 2    suitcases with ammunition; members from Arizona supplied

 3    bins of weapons and ammunition; and there was a third group

 4    that also provided additional weapons.

 5             I'll also note that between January 1st and

 6    January 4th, while en route to the District of Columbia,

 7    Mr. Rhodes purchased $15,000 worth of firearms and other

 8    equipment.  It's not clear, and I don't know if the

 9    government has made the affirmative proffer, that whatever

10    Mr. Rhodes bought was made part of the QRF arsenal.  But in

11    any event, he did make those purchases en route to the

12    District of Columbia.

13             On January 6th itself, Mr. Rhodes is alleged to be

14    communicating with others who are part of the Oath Keepers,

15    who were there 20-plus strong that day, and communicating

16    with them through encrypted messages.

17             Shortly, I think -- I don't know the exact time,

18    but I think after 2:00, Mr. Rhodes does direct Mr. Meggs to

19    come to the south side of the Capitol building, Mr. Meggs

20    and his group had been at the northeast corner, if memory

21    serves, to link up with him and the operation lead.

22             There was then a telephone call between Mr. Rhodes

23    and Mr. Meggs and the operations leader three minutes before

24    Mr. Meggs' group moves up the stairs and eventually moves

25    into the Capitol.

1              As I mentioned earlier, Mr. Meggs and his group,

2  once they were inside the Capitol building, looked for the

3  Speaker of the House; Ms. Watkins and others in her group

4  pushed to the front of the line -- excuse me.  After they

5  entered the Capitol building, made their way through the

6  Rotunda and attempted to walk toward the Senate chamber,

7  where they were essentially repelled by police officers.

8  There was yet another group, a second stack, as the

9  government has called it, that entered later, of Oath

10  Keepers as well.

11              After the events of January -- that afternoon,

12  I should say, a few interesting things happened.  Mr. Rhodes

13  and the other Oath Keepers do gather for dinner that

14  evening, and then they disperse at some point thereafter

15  when they are told or learn that law enforcement is looking

16  to arrest people who participated in the acts on the Hill.

17              Mr. Vallejo, there's a text message or a

18  communication of some kind suggesting that he may have gone

19  out for reconnaissance or was prepared to go out for

20  reconnaissance on January the 7th; that is, the day after

21  these events.  Ms. Watkins, another co-conspirator, writes

22  in another post-January 6th email, that there's a bug-out

23  plan, which would have Oath Keepers converging to a rural

24  area.

25              As for Mr. Rhodes himself, he, after the 6th,

1  purchases another $16,000 in gun equipment, including

2  scopes, ammunition, a gun light and the scope mount.  And he

3  continues to have communications with people, including

4  planning for next steps, as he puts it in one communication,

5  and then sending messages as late as January 20th to

6  organize local militias and making a reference to a

7  Civil War 2.0.  That is the extent of the evidence that the

8  government has accumulated and at least is what's in the

9  indictment and in the record before the Court.

10      You know, the evidence, it seems to me, against

11  Mr. Rhodes is compelling, if not strong.  Mr. Rhodes

12  undoubtedly conspired, in the sense that he worked with

13  others.

14      In terms of planning and preparation for January

15  the 6th, he was involved in bringing firearms to the

16  outskirts of the District of Columbia for a potential

17  incursion of the District or to bring them into the District

18  if there was cause for it.

19      And there is quite a bit of communication

20  suggesting that Mr. Rhodes was prepared to -- was

21  encouraging others to prepare for violence, and,

22  specifically, violence on January the 6th.  The words he

23  used were not -- they were certainly, excuse me, in some

24  cases, quite provocative, about bloody mess and revolutions,

25  and the like.

1          You know, let me just address the number of --
2    Mr. Rhodes has essentially responded to these allegations
3    with a number of what I'll just call at this point defenses.
4    The first is that much of his language in these
5    communications, some of which I've quoted, I think the words
6    of counsel are that this was overheated rhetoric or words to
7    that effect.
8          I'm the first to recognize that there is expansive
9    protection under the First Amendment for speech.  I'm
10   well-aware that even advocating violence by itself is not
11   unlawful, it is actually protected speech unless it calls
12   for imminent action.
13         But Mr. Rhodes is not being accused of just
14   speaking, he is being accused of taking actions, gathering
15   people, and planning and preparing to disrupt the Electoral
16   College certification process, and there are a number of
17   overt acts described in the complaint -- excuse me, in the
18   indictment in furtherance of that conspiracy, not the least
19   of which is that there are two separate groups of Oath
20   Keepers who entered the Capitol building.  So if anybody
21   thinks that this is about speech, they are mistaken.  It is
22   about the speech and how that bears on Mr. Rhodes' state of
23   mind and the objectives that he and others who are accused
24   in this indictment had on January the 6th and after.
25         Mr. Rhodes has also suggested that the Oath

1  Keepers came to the District of Columbia to provide security

2  and to act if the President invoked the Insurrection Act.

3         I don't think there's any dispute that the Oath

4  Keepers did provide some security that day, and there was

5  nothing unlawful or untoward about that.

6         But the actions on January the 6th did not stop

7  there.  It would be a very different situation if the Oath

8  Keepers and Mr. Rhodes simply stayed at The Ellipse where

9  they were providing the security.  That's not what they did.

10  They actually went to the Capitol building, along with a

11  large group of other people, and used that opportunity and

12  used that set of circumstances to enter the Capitol

13  building.  I think the question can be asked if they were

14  simply there for security purposes, why did Mr. Rhodes

15  summon his people to the Capitol when the Capitol was being

16  entered unlawfully.

17         This issue about the Insurrection Act has been

18  talked about at great length.  I'm highly dubious about the

19  legal proposition that's been put forward; that somehow even

20  if the President had invoked the Insurrection Act, that

21  private -- self-designated, private militias could come to

22  the aid or come -- or respond to the call of the President

23  for that purpose.  It seems to me to be a highly dubious

24  legal proposition.  And in any event, certainly gathering

25  collectively in that way to prepare for such an

1  inevitability or possibility, I should say, in and of itself

2  demonstrates some degree, heightened degree, I would submit,

3  of dangerousness.

4          Then there is the QRF, and what's been put forward

5  is that this is a defensive force and one that had been

6  ready at prior rallies in the District of Columbia.  There's

7  an emphasis that's been made by Mr. Rhodes and his counsel,

8  and I think rightly so, that, in fact, the weapons were not

9  brought into the District of Columbia.  Perhaps that's to

10 Mr. Rhodes' credit.  I'm not sure we quite know the reason

11 for why those weapons never made their way into the District

12 of Columbia, but they did not, and I think that obviously is

13 an important factor and weighs in his favor.

14          That said, it still doesn't diminish the fact of

15 the dangerousness by even just simply putting this quick

16 reaction force together.  It demonstrates careful planning

17 and preparation or orchestration of a plan to bring weapons

18 in from various states and have those weapons at the ready

19 in case they are needed.  And in terms of what the

20 circumstances would be to bring those weapons in, it seems

21 to me that that would only be defined by Mr. Rhodes, and

22 that is a very concerning circumstance.

23          Importantly, what Mr. Rhodes has suggested is that

24 Mr. Meggs and others that actually went into the Capitol

25 that day had acted on their own; that Mr. Rhodes did not

1    order them in; he did not approve of their going in; and

2    that essentially a suggestion that he was aware that that

3    was going to happen or ordered it to happen is not accurate.

4           Ultimately, that question is going to have to be

5    resolved by a jury, it's not for me to resolve today.  What

6    I can resolve and do resolve today is that I think the

7    evidence is quite strong that it is unlikely that Mr. Rhodes

8    did not, at a minimum, know about, if not encourage, if not

9    order Mr. Meggs and others into the Capitol building that

10   day.

11          I say that for a number of reasons.  The first is

12   that the Oath Keepers, by all accounts, are a hierarchal

13   organization and an organization that is composed of a

14   number of former military and law enforcement.  These are

15   not people who do things without orders, and certainly don't

16   do things without -- of such significance, such as entering

17   the Capitol building, without the blessing of their superior

18   officer, their commanding officer.  That may ultimately turn

19   out to be the wrong inference to draw from all of this, but

20   I think it is certainly a reasonable one.

21          Then there is the three-minute phone call that

22   Mr. Meggs has with Mr. Rhodes and the operations leader on

23   the grounds of the Capitol that day.  It strikes me as quite

24   the coincidence that as soon as that phone call, which, as I

25   said, lasts three minutes, it's not a short call, that at

1   that point Mr. Meggs and his group immediately, or very

2   shortly after that call ends, turn toward the Capitol

3   building and begin to enter it in the stack formation that's

4   been described.

5           Again, it will be ultimately up to a jury to

6   decide what actually happened on that phone call and whether

7   Mr. Rhodes, who has claimed that he didn't give an order or

8   wasn't aware of it, is correct.  But at this point, the

9   evidence is certainly strong to believe, based upon the

10  circumstantial evidence that I've just talked about, at a

11  minimum, Mr. Rhodes would have known Mr. Meggs was helping

12  do this, if, in fact, he did not order it.

13          There are other reasons to believe that Mr. Rhodes

14  was aware of what Mr. Meggs and others were going to do that

15  day.

16          As I said and observed the other day, the

17  suggestion was made that Mr. Meggs and others entered the

18  Capitol in order to provide medical assistance to Ashli

19  Babbitt, who had been shot that day.  But as I understand

20  it, the timeline doesn't make any sense, because Ms. Babbit

21  was not shot until after Mr. Meggs and that first stack of

22  individuals moved toward and entered the Capitol building.

23          Mr. Rhodes notably, if I'm reading this correctly,

24  on January 6th itself in a Signal chat that looks like it

25  went out at 3:41 Eastern Time, if I'm reading this

1  correctly, doesn't distance himself from the Oath Keepers

2  who went in, doesn't distance himself from the activity that

3  is going on at the Capitol building; rather, he celebrates

4  it.

5          He talks about the "Founding generation Sons of

6  Liberty stormed the mansion of the corrupt Royal Governor of

7  Massachusetts, and trashed the place.

8          "They also jumped onboard a ship carrying East

9  India Tea and dumped it in the harbor.

10          "We are actually in a far more deadly situation

11  given the fact that enemies foreign and domestic subverted,

12  infiltrated, and taken over nearly every single office and

13  level of power is this nation.

14          "We have one final chance to get Trump to do his

15  job and his duty.

16          "Patriots entering their own Capitol to send a

17  message to the traitors is nothing compared to what's coming

18  if Trump doesn't take decisive action right now."

19          Certainly, it doesn't sound like the words of

20  somebody who was surprised to learn that his fellow Oath

21  Keepers had entered the Capitol building without his okay or

22  knowledge.

23          What's more, Mr. Rhodes made no effort, it seems,

24  to disassociate himself from the very people who he believes

25  went off script.  He dines with them that evening.  He calls

```
 1   them to Texas in the aftermath of January the 6th, and

 2   Mr. James actually comes to join him.

 3           There's also been the suggestion that Mr. Rhodes

 4   is no longer a danger, because now that Mr. --

 5   President Trump is out of office and he did not invoke the

 6   Insurrection Act, that all the activity that Mr. Rhodes

 7   engaged in, including the assembly of the QRF, that danger

 8   has passed.

 9           The problem with that, it seems to me, is much --

10   is that there are a number of statements Mr. Rhodes makes

11   about acting even if the President doesn't act.

12           For example, on December 31st, he says in an Intel

13   Leadership chat, "Be prepared for a major let down on the

14   6-8th.  And get ready to do it ourselves."

15           On December 5th, earlier, "He said he needs to

16   know," referring to the President, "that if he fails to act,

17   then we will.  He needs to understand that we have no

18   choice."

19           On December 31st, again on January 6th, "They

20   are going to put the final nail in the coffin of this

21   Republic, unless we fight our way out."

22           MS. RAKOCZY:  Your Honor, I apologize for

23   interrupting.  I saw the defendant disappear from our view.

24           THE COURT:  Thank you, Ms. Rakoczy.  I didn't see

25   that.
```

1          Mr. Douyon, can you find out what's happening?

2    Hopefully it's not another power outage.

3          COURTROOM DEPUTY:  Yeah, I'll give them a call.

4          THE COURT:  Okay.  Mr. Rhodes is back.

5          We lost you there for a second, Mr. Rhodes.

6          I'll ask everybody to please go back on mute.

7    I don't know when he went off, but I was reading some of the

8    messages.  I will just re-read the one from December 31st.

9    That is, "On the 6th, they are going to put the final nail

10   in the coffin of this Republic, unless we fight our way out.

11   With Trump preferably or without him, we have no choice."

12          And even after December -- excuse me, January the

13   6th, before the President leaves office, Mr. Rhodes writes:

14          "My prediction is that Trump will not invoke the

15   Insurrection Act."

16          He hopes he's wrong.  "I pray I'm wrong.

17   But that's my prediction."

18          He says, "If that's the case, and he doesn't use

19   it to drop the damn hammer, then we need to accept reality

20   and stop with the self-delusional nonsense and prepare to

21   walk the Founder's path," which I think reasonably can be

22   construed to mean a path resembling a revolution, which I

23   think in Mr. Rhodes' telling and understanding, would

24   involve potentially taking up of arms.

25          So there are a number of statements that

1    Mr. Rhodes makes both before and after January the 6th that

2    run counter to the notion that he was simply waiting on the

3    President to call for the Insurrection Act to happen, and

4    that once it happened, the intentions that Mr. Rhodes had

5    simply dissipated and, therefore, he's no longer a threat.

6           So for all of those reasons, as I've just

7    described in great detail, I do think that the strength of

8    the evidence favors detention.

9           History and characteristics of the defendant:

10          Mr. Rhodes has no prior criminal history.  He has

11   a law degree but no longer is a practicing lawyer.  He's

12   founded and has led the Oath Keepers.  It's not clear to me

13   that he has employment other than that.  He's lived a little

14   bit of an itinerant life, although the last couple of years

15   his residence has been in Texas and people have known him to

16   be there, he hasn't been moving place to place and no one's

17   suggesting that Mr. Rhodes was attempting to conceal his

18   location.

19          Two points that have been discussed concerning the

20   history and characteristics.  One concern, Mr. Rhodes' gun

21   purchases that were made both before and after January the

22   6th and gun equipment purchases that the government has

23   alleged and that number in the tens of thousands of dollars.

24          Mr. Rhodes' counsel has said, there's no

25   suggestion that these purchases were unlawful and that

1  Mr. Rhodes sought to conceal them.  All of that is true.

2  There's no suggestion that the guns were purchased

3  unlawfully or that Mr. Rhodes attempted to conceal his

4  identity when he bought that equipment.

5       But that's not the concern.  The concern to me is

6  not that the fact that Mr. Rhodes has a Second Amendment

7  right or that anyone has a Second Amendment right.  What is

8  of concern to me is the quantity and the timing that

9  Mr. Rhodes took when Mr. Rhodes made these purchases; one,

10  large quantity of weapons and equipment on his way to the

11  District of Columbia, and then afterwards making substantial

12  purchases.

13       These are not purchases that I dare say that are

14  consistent with individual self-defense.  This is not a

15  purchase of a single weapon or even two or three weapons.

16  It's multiple weapons and multiple equipment, including

17  equipment that is used, I would say, for precise shooting.

18       Mr. Rhodes' counsel has emphasized two other

19  points that they believe demonstrates that he is not a

20  threat.

21       First is that he's cooperated with law enforcement

22  and, in fact, even cooperated with Congress, has, in fact,

23  testified before Congress, has given two interviews to the

24  FBI, he voluntarily handed his phone over when the FBI came

25  with a search warrant for that telephone.  That's one.

1          And, two, he's not alleged to have done anything

2    unlawful since, I think, probably around -- the government

3    contends that the conspiracy -- at least the facts of the

4    conspiracy end around January the 20th.  But, more

5    importantly, there's been no testimony that Mr. Rhodes has

6    actually taken any overt steps to engage in violent behavior

7    or organize such behavior in many months, in nearly the last

8    year.  All of that weighs in his favor, I think, and I've

9    considered it, I've given it great consideration.

10          The second of those factors, which is that he's

11   not done anything in the last year, or at least we are not

12   aware of anything that he's done in the last year, nothing's

13   been presented to me that's happened in the last year, is

14   somewhat mitigated, in my view, by a couple of factors:

15          One is the one I mentioned the other day.  One is

16   that all eyes were certainly on Mr. Rhodes shortly after

17   January the 6th, and so it would be smart for him not to

18   engage in overt acts if he wished to avoid further law

19   enforcement scrutiny.

20          But he says as much, and said as much on January

21   the 14th.  And there's a Signal chat that was provided to me

22   by the government, Ms. Rakoczy read it for a different

23   proposition, but the rest of it is really eye-opening.  This

24   is on January the 14th of 2021.  It's titled Executive

25   Summary:

1    "President Trump still can and should use the

2    Insurrection Act, but it's unlikely.  Regardless, patriots

3    should prepare or a comms down/blackout environment.  Obtain

4    CB and HAM radios, fuel, food, et cetera.  Muster now in

5    their county seat.  Meet face to face and sort out grid down

6    comms and who will be 'Home Guard' and part of a 'Family

7    Safe' program to stay back and protect families, while also

8    determining who can project out to protect and assist

9    others.  Do it now before comms go down."

10    He goes on:  "Established protocols in case of

11    lights out/comms down."

12    He goes on:  "Beware of false flags and traps that

13    are now being set.  Be careful who you listen to and what

14    events you attend.  Expect attempts to lure you on to enemy

15    control ground where they have time to set up false flags."

16    Then he goes on to say:  "Prepare to walk the same

17    path as the Founding Fathers of condemnation of an

18    illegitimate regime."

19    It's not that that concerns me, it's everything

20    that came before.  Mr. Rhodes shows a keen awareness of what

21    needs to be done to avoid scrutiny.  In fact, he's telling

22    other people how to do just that:  How to avoid

23    communications, how to ensure a black-out environment,

24    establish protocols in case of a lights-out/comms down

25    environment, cognizant of potential false flags and traps

1   being set out there.

2          This is the language and description of someone

3   who is sophisticated and knows how to avoid detection in the

4   kind things he is attempting to do.  And that goes also

5   simply by the fact that he uses encrypted communications, it

6   seems, as a regular means of communicating with others,

7   particularly other Oath Keepers.

8          So when I consider the history and characteristics

9   of Mr. Rhodes, I think in the end, it seems to me to be a

10  neutral factor.  There are factors certainly that do favor

11  him, but there are also other factors that either neutralize

12  those favorable characteristics -- that neutralize those

13  favorable characteristics, I'll just leave it at that.

14         Finally, the nature of the dangerousness, I think

15  that is a collective factor that is based upon all of what

16  I've said over the last hour or so.

17         I think based upon all the evidence that has been

18  presented to me, the strength of that evidence, the nature

19  of that evidence, Mr. Rhodes' leadership role, the fact that

20  he led an organization that was highly structured,

21  hierarchal organized, and acted in concert on January the

22  6th to have not one but two groups enter the Capitol

23  building, with one group actively seeking out the Speaker of

24  the House and the other trying to enter the Senate, all of

25  that makes Mr. Rhodes still dangerous and presents a clear

1    and convincing danger, in my view.

2            That is not neutralized, in my view, by his

3    cooperating with law enforcement or testifying before

4    Congress or not having had -- alleged to have not done or

5    taken overt acts since late January and last year.

6            As I read in the January 14th Signal chat,

7    Mr. Rhodes is certainly more than capable and sophisticated

8    enough to know that once the events of January the 6th

9    happened, how to avoid detection of what to do, and avoid

10   further scrutiny of his actions.

11           The question still remains whether there are any

12   combination of conditions that would ensure the safety of

13   the community, and I have considered the proposal that has

14   been made by Mr. Rhodes and his counsel to allow him to

15   remain with a third-party custodian, who would be his cousin

16   and his cousin's husband.

17           And even -- that third-party custodian should be

18   even considered, as I indicated the other day, under the

19   strictest of conditions, which would mean house arrest,

20   among other things, and lack of access to the Internet,

21   still leaves me unsatisfied that there are no conditions of

22   release that would ensure the safety of the community.

23           I say that for two reasons:  Everything that has

24   been said today and has been put before me demonstrates that

25   Mr. Rhodes is an extremely sophisticated individual.  His

41

 1   ability to communicate, organize are his greatest weapons,

 2   it seems to me, and there is simply no way court supervision

 3   through a third-party custodian or through monitoring can

 4   fully ensure that Mr. Rhodes will not continue to engage in

 5   that conduct.

 6          There is a risk that Mr. Rhodes could have access

 7   to encrypted messaging without the knowledge of those who he

 8   is in custody of.  And given what has been represented to me

 9   as a network of individuals that Mr. Rhodes has access to,

10   I am convinced that there really are no combination of

11   conditions that would ensure the safety of the community,

12   including the very strict conditions that have been proposed

13   by defense counsel.

14          I'll just conclude by saying that I don't find

15   that the government has made out its case with respect to

16   risk of flight.  To the extent a full record needs to be

17   made here, I don't think the government has shown that

18   Mr. Rhodes, within the last year, has made any efforts to

19   conceal his whereabouts.  He's cooperated, as we've

20   discussed, with law enforcement, testified before Congress,

21   he is a recognizable individual, and it seems to me that the

22   government has not made out its burden with respect to risk

23   of flight.  It has, however, in my view, made out its burden

24   with respect to dangerousness.

25          So that will be the decision of the Court.

42

```
 1   Mr. Rhodes will remain detained pending trial in this
 2   matter.
 3            And what else do we need to discuss this
 4   afternoon?
 5            MR. LINDER:  Your Honor, if I may, since he's
 6   going to remain detained, you had graciously granted my
 7   earlier motion to leave him close to where we are.  Even
 8   though they moved him to Oklahoma, it's still a decent
 9   facility that I can get to in a few hours.  Can I refile
10   another motion or can you continue that order that he stay
11   here so we can prepare for trial?
12            THE COURT:  Let me do the following.  I will look
13   into it.
14            I actually think this is something I need to be
15   careful about, because -- for two reasons:  One is, I don't
16   know what the government's thinking is about having
17   Mr. Rhodes housed in a facility with other co-conspirators.
18   I mean, that seems to me to be something that they ought to
19   be thinking about.
20            Secondly, I also don't want there to be any
21   perception, real or otherwise, that Mr. Rhodes is getting
22   favorable treatment.  There are others who I've held
23   detained, they are removed from their counsel, they have all
24   been brought to the District of Columbia.  So I don't
25   want -- I want those two considerations to be at the
```

43

1   forefront of my thinking about that request.

2           MR. LINDER:  Your Honor, and I -- Oh.

3           THE COURT:  Mr. Linder, just let me just finish.

4           So if you want to talk to Ms. Rakoczy, see what

5   her thoughts are.  If that's something the government would

6   consent to, I think that's an easier situation.

7           But if it's then objected to by the government and

8   left to me, I'll have to make that decision.

9           MR. LINDER:  Thank you.

10          And, Your Honor, just to address the favorable

11  treatment, I believe there's -- other than Mr. Vallejo, who

12  hasn't had his motion for reconsideration hearing yet, the

13  other three that are in custody in D.C., I think they all

14  have lawyers that are in D.C. or very near D.C., closer to

15  their clients there than I am to even Mr. Rhodes in

16  Oklahoma.

17          And I told Ms. Rakoczy, and I don't -- I'll let

18  her weigh in, I don't want to put words in her mouth, and

19  I'll tell this Court that if he's left here, somewhere where

20  I can have access to him, we can be ready for trial in July.

21  If he gets moved to D.C., where we have to fly up every time

22  we want to talk to him and do things differently,

23  it would be a lot more difficult to get ready.

24          And I know the Court -- we don't want to delay

25  this case.  The Court wants to try in July, we'd like to be

44

1    ready, and that would make it easier for us to do that.

2         THE COURT:  Yeah, look, Mr. Linder, I'm very

3    sympathetic to that quandary, I really am.

4         You know, just on the point about the others,

5    I think you are generally right, that all of them now have

6    more localized counsel, but that wasn't always the case.

7         MR. LINDER:  Yes, sir.

8         THE COURT:  Mr. Meggs, for example, for a very

9    long time, had counsel in Florida; I think Ms. Watkins now

10   has counsel out in Pennsylvania.

11        So, you know, those are the situations of other

12   defendants.  And like I said, I just do not want there to be

13   left an impression that Mr. Rhodes is being treated

14   differently than anyone else.

15        MR. LINDER:  I understand.

16        THE COURT:  So, you know, I'll leave it to you all

17   to have a discussion in the first instance about what makes

18   sense.  And if there's consent, then it's okay by me.

19   If there's not, I'll --

20        MR. LINDER:  Ms. Rakoczy, do you feel like you

21   could weigh in on it at this point?

22        MS. RAKOCZY:  I think I can, Your Honor, if the

23   Court would indulge us.

24        THE COURT:  Sure.

25        MS. RAKOCZY:  We did speak about this issue.

45

1          And the government generally defers to the

2    Marshals Service and the Court as to issues of where the

3    defendants will be housed, barring concerns like that that

4    the Court raised about potential concerns about housing

5    certain co-defendants or co-conspirators together.

6          We do have concerns that, even separate and apart

7    from the government's position, that the Marshals Service

8    could have concerns about housing Mr. Rhodes with the

9    co-defendants in this case at the D.C. jail.

10          And if that were to be the case and he were to be

11    housed at another facility somewhere in the District of

12    Columbia region, that he would not have access to the same

13    discovery materials that the government is attempting to

14    make access to at the D.C. jail.

15          And if that were to be the case, Mr. Rhodes would

16    both be far from his counsel and lack the access to the

17    discovery materials that the inmates at the D.C. jail have

18    had access to.

19          And so in light of all that, the government does

20    not object to a request to house the defendant in a facility

21    where he is currently, not for any special-treatment reasons

22    but just because of the practical reality that he would have

23    even less access to discovery than any other defendants if

24    he were to be moved potentially.

25          MR. LINDER:  Thank you.

1           THE COURT:  Well, let me do this.

2           In light of that, let me touch base quickly with

3  our Marshal.

4           MR. LINDER:  Yes, sir.

5           THE COURT:  I don't want to be perceived as

6  ordering something that he is not okay with.

7           So let me email him as soon as we're done to get

8  his reaction to this, and I will let you all know what he

9  says.

10          Until then, we'll make sure Mr. Rhodes remains

11  where he is, but I should be able to get an answer to you

12  all very quickly.

13          MR. LINDER:  Thank you, sir.  I appreciate you

14  considering it.

15          THE COURT:  Of course.

16          Okay.  Is there anything else we ought to take up?

17          THE DEFENDANT:  Mr. Linder, could you let the

18  judge know we'll be filing an amended brief on that.

19          I only got a chance to read that brief today, and

20  there's some significant factual errors that need to be

21  corrected in the brief that we submitted.

22          MR. LINDER:  They don't address things you had

23  addressed in your order, but I am going to file an amended

24  brief to fix a few errors that Stewart and I talked about on

25  the break.

1          THE DEFENDANT:  There is one that is directly

2    related to his order, unfortunately, Mr. Linder.

3          MR. LINDER:  We'll get that filed by Monday.

4          THE DEFENDANT:  Okay.

5          THE COURT:  Okay.

6          Well, if you're going to amend the brief and if

7    there's something -- I guess what I'd like you to do is

8    provide to me what the corrections are, and if those

9    corrections end up being material, I'll weigh those.

10          You know, if this is simply a matter of making a

11    record for the Court of Appeals, if you're intending to

12    appeal, then that's a different thing.

13          But as I said, if there is something material that

14    changes, please let me know that so I can take that into

15    account and decide whether that affects my decision in any

16    way.

17          MR. LINDER:  I will, Your Honor.

18          THE COURT:  Okay.

19          All right.  Anything else, Counsel?

20          MR. LINDER:  No, sir, not from the defense.

21          MS. RAKOCZY:  Not from the government, Your Honor.

22    Thank you.

23          THE COURT:  All right.  Thank you all very much,

24    be well, and we will see you at the latest, I think, a week

25    from not this Friday but the following Friday.  We have a

1   hearing on March the 3rd, I think, is that right,

2   Ms. Rakoczy?

3           MS. RAKOCZY:  The 4th, Your Honor.

4           THE COURT:  The 4th, Friday the 4th.  Okay.

5           All right.  Thank you all very much; we'll see you

6   all soon enough.

7           MR. LINDER:  Thank you, sir.

8           MS. RAKOCZY:  Thank you, Your Honor.

9           MR. LINDER:  Have a good weekend.

10          (Proceedings concluded at 5:52 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that
the foregoing is a correct transcript from the record of
proceedings in the above-titled matter.

        Please note:  This hearing occurred during
the COVID-19 pandemic and is therefore subject to the
technological limitations of court reporting remotely.


Date:__March 1, 2022_____     _____

                              William P. Zaremba, RMR, CRR

50

**COURTROOM DEPUTY: [7]** 3/2 5/7 11/2 19/19 19/25 21/25 34/3

**MR. BRIGHT: [3]** 9/9 9/13 10/22

**MR. LINDER: [36]** 4/10 4/16 5/3 5/10 5/19 6/6 7/5 7/7 8/19 10/3 10/11 11/15 20/4 20/7 20/12 20/15 21/1 21/9 21/11 21/21 22/18 42/5 43/2 43/9 44/7 44/15 44/20 45/25 46/4 46/13 46/22 47/3 47/17 47/20 48/7 48/9

**MS. RAKOCZY: [11]** 6/10 7/8 9/23 11/16 21/23 33/22 44/22 44/25 47/21 48/3 48/8

**PRETRIAL SERVICES OFFICER: [5]** 3/21 4/18 5/13 5/23 6/3

**THE COURT: [47]** 3/10 3/14 4/6 4/13 4/17 4/21 5/5 5/9 5/11 5/20 5/25 6/5 6/7 9/11 10/2 10/5 10/19 10/25 11/8 11/17 19/22 20/2 20/6 20/9 20/13 20/21 21/2 21/10 21/15 21/22 22/8 22/19 33/24 34/4 42/12 43/3 44/2 44/8 44/16 44/24 46/1 46/5 46/15 47/5 47/18 47/23 48/4

**THE DEFENDANT: [6]** 3/13 10/9 11/1 46/17 47/1 47/4

**UNIDENTIFIED SPEAKER: [2]** 7/4 7/6

**$**

**$15,000 [1]** 24/7
**$16,000 [1]** 26/1

**'**

**'Family [1]** 38/6
**'Home [1]** 38/6

**1**

**14th [3]** 37/21 37/24 40/6
**15 [1]** 1/4
**18 [1]** 1/5
**18 U.S.C [1]** 11/21
**19 [1]** 49/6
**1:45 [1]** 21/24
**1st [1]** 24/5

**2**

**2.0 [1]** 26/7
**20 [1]** 16/16
**20-plus [1]** 24/15
**20001 [1]** 2/14
**202 [2]** 1/14 2/14
**2020 [1]** 11/6
**2021 [1]** 37/24

**20530 [1]** 1/13
**20th [2]** 26/5 37/4
**214 [2]** 2/4 2/8
**22-15 [1]** 1/4
**22-15-1 [2]** 3/3 22/1
**252-7277 [1]** 1/14
**252-9900 [1]** 2/8
**2:00 [1]** 24/18

**3**

**30th [1]** 18/24
**3142 [1]** 11/21
**31st [7]** 19/3 19/9 22/21 23/8 33/12 33/19 34/8
**3249 [1]** 2/14
**3300 [2]** 2/2 2/6
**333 [1]** 2/13
**354-3249 [1]** 2/14
**3:00 [1]** 1/5
**3:15 [1]** 21/6
**3:30 [1]** 21/6
**3:41 [1]** 31/25
**3rd [1]** 48/1

**4**

**4:00 [1]** 21/9
**4th [4]** 24/6 48/3 48/4 48/4

**5**

**555 [1]** 1/13
**5:00 [4]** 21/7 21/9 21/17 21/18
**5:15 [1]** 21/24
**5:52 [1]** 48/10
**5th [2]** 18/2 33/15

**6**

**6-8th [3]** 19/10 22/23 33/14
**6th [29]** 13/13 13/16 14/8 14/10 14/16 15/4 18/5 18/16 19/12 19/16 22/25 23/5 24/13 25/22 25/25 26/15 26/22 27/24 28/6 31/24 33/1 33/19 34/9 34/13 35/1 35/22 37/17 39/22 40/8

**7**

**700 [2]** 2/3 2/7
**720-7777 [1]** 2/4
**7277 [1]** 1/14
**75219 [2]** 2/3 2/7
**7777 [1]** 2/4
**7th [1]** 25/20

**8**

**8th [3]** 19/10 22/23 33/14

**9**

**9900 [1]** 2/8

**A**

**ability [1]** 41/1
**able [4]** 4/4 15/2 21/19

**about [30]** 4/2 4/3 4/12 16/3 17/24 17/25 23/11 23/23 26/24 27/21 27/22 28/5 28/17 28/18 28/18 30/8 31/10 32/5 33/11 42/15 42/16 42/19 43/1 44/4 44/17 44/25 45/4 45/4 45/8 46/24
**above [1]** 49/4
**above-titled [1]** 49/4
**accept [2]** 18/6 34/19
**access [10]** 11/5 40/20 41/6 41/9 43/20 45/12 45/14 45/16 45/18 45/23
**according [2]** 14/22 15/3
**account [1]** 47/15
**accounts [1]** 30/12
**accumulated [1]** 26/8
**accurate [1]** 30/4
**accused [7]** 15/18 18/3 18/5 23/19 27/13 27/14 27/23
**across [1]** 15/7
**act [13]** 18/19 18/22 23/16 28/2 28/2 28/17 28/20 33/6 33/11 33/16 34/15 35/3 38/2
**acted [2]** 29/25 39/21
**acting [2]** 16/10 33/11
**action [2]** 27/12 32/18
**actions [5]** 17/10 17/21 27/14 28/6 40/10
**actively [1]** 39/23
**activity [2]** 32/2 33/6
**acts [4]** 25/16 27/17 37/18 40/5
**actually [11]** 14/10 14/17 15/24 27/11 28/10 29/24 31/6 32/10 33/2 37/6 42/14
**added [1]** 23/15
**additional [1]** 24/4
**additionally [1]** 16/12
**address [4]** 4/12 27/1 43/10 46/22
**addressed [1]** 46/23
**adds [1]** 18/21
**adjourn [1]** 21/16
**admits [1]** 17/14
**advocating [1]** 27/10
**affects [1]** 47/15
**affiliation [1]** 4/3
**affirmative [1]** 24/9
**after [15]** 14/7 15/13 15/17 24/18 25/4 25/11 25/20 25/25 27/24 31/2 31/21 34/12 35/1 35/21 37/16
**aftermath [1]** 33/1
**afternoon [9]** 3/10 3/12 3/13 20/19 21/25 22/8 22/9 25/11 42/4
**afterwards [1]** 36/11
**again [4]** 3/10 22/8

**against [5]** 12/19 13/11 15/1 19/1 26/10
**Agency [1]** 3/23
**agreement [1]** 11/19
**ahead [1]** 11/18
**aid [1]** 28/22
**aided [1]** 2/16
**Alabama [1]** 14/1
**all [35]** 4/21 11/9 11/17 11/19 17/19 17/19 19/11 20/2 20/19 21/15 21/22 22/23 30/12 30/19 33/6 35/6 36/1 37/8 37/16 39/15 39/17 39/24 42/23 43/13 44/5 44/16 45/19 46/8 46/12 47/19 47/23 47/23 48/5 48/5 48/6
**allegation [2]** 13/17 17/12
**allegations [4]** 11/24 17/16 23/24 27/2
**alleged [14]** 13/21 13/22 14/3 14/9 14/11 14/16 14/17 15/25 16/5 16/11 24/13 35/23 37/1 40/4
**allow [1]** 40/14
**along [1]** 28/10
**already [1]** 11/14
**also [15]** 10/17 13/23 19/8 20/8 23/8 23/15 24/4 24/5 27/25 32/8 33/3 38/7 39/4 39/11 42/20
**although [3]** 4/2 16/18 35/14
**always [1]** 44/6
**am [4]** 41/10 43/15 44/3 46/23
**amend [1]** 47/6
**amended [2]** 46/18 46/23
**Amendment [3]** 27/9 36/6 36/7
**AMERICA [3]** 1/2 3/3 22/1
**AMIT [1]** 1/9
**ammunition [3]** 24/2 24/3 26/2
**among [3]** 14/4 18/13 40/20
**analogy [1]** 18/15
**another [8]** 14/24 25/8 25/21 25/22 26/1 34/2 42/10 45/11
**answer [1]** 46/11
**any [16]** 11/22 12/3 12/8 12/21 13/13 24/11 28/3 28/24 31/20 37/6 40/11 41/18 42/20 45/21 45/23 47/15
**anybody [1]** 27/20
**anyone [1]** 11/4 36/7 44/14
**anything [6]** 11/13 37/1 37/11 37/12 46/16

**apart [1]** 45/6
**apologize [2]** 22/9 33/22
**appeal [1]** 47/12
**Appeals [1]** 47/11
**appearance [1]** 12/5
**APPEARANCES [2]** 1/11 1/15
**appearing [1]** 22/6
**applicable [1]** 12/12
**appreciate [2]** 10/24 46/13
**approve [1]** 30/1
**apps [1]** 23/6
**are [59]**
**are going [1]** 33/20
**area [1]** 25/24
**aren't [1]** 18/7
**arguments [1]** 11/12
**Arizona [1]** 24/2
**Arlington [1]** 15/7
**arms [3]** 17/7 19/7 34/24
**around [2]** 37/2 37/4
**arrest [2]** 25/16 40/19
**arsenal [3]** 17/2 17/4 24/10
**as [43]** 12/25 13/3 13/18 13/23 14/3 16/12 16/20 17/1 18/4 18/6 20/10 22/14 23/4 23/6 23/6 25/1 25/8 25/10 25/25 26/4 26/5 26/5 30/16 30/23 30/24 30/24 30/24 31/16 31/19 35/6 37/20 37/20 38/17 39/6 40/6 40/18 41/9 41/19 45/2 46/5 46/7 46/7 47/13
**Ashli [1]** 31/18
**ask [6]** 3/19 4/23 10/19 11/11 13/3 34/6
**asked [3]** 3/17 22/15 28/13
**assembly [2]** 23/7 33/7
**assist [1]** 38/8
**assistance [1]** 31/18
**assume [6]** 15/15 19/5 20/7 20/15 20/16 21/12
**assure [1]** 12/4
**attempted [4]** 14/25 17/17 25/6 36/3
**attempting [3]** 35/17 39/4 45/13
**attempts [1]** 38/14
**attend [1]** 38/14
**ATTORNEY'S [1]** 1/12
**attributable [1]** 17/11
**authorized [1]** 14/18
**available [1]** 21/5
**Avenue [3]** 2/2 2/6 2/13
**avoid [6]** 37/18 38/21 38/22 39/3 40/9 40/9
**aware [6]** 17/13 27/10 30/2 31/8 31/14 37/12
**awareness [1]** 38/20

**B**

**Babbitt** [1] 31/19
**back** [6] 3/14 11/9
19/23 34/4 34/6 38/7
**backup** [2] 20/17 20/24
**BARRETT** [2] 2/6 2/13
**barring** [1] 45/3
**base** [1] 46/2
**based** [6] 12/13 12/15
13/25 31/9 39/15 39/17
**be** [67]
**bears** [2] 18/15 27/22
**because** [5] 12/25
31/20 33/4 42/15 45/22
**been** [32] 10/21 10/23
11/13 12/9 12/11 13/13
14/14 15/5 15/6 16/11
16/19 24/20 28/17
28/19 29/4 29/5 29/7
31/4 31/19 33/3 35/15
35/16 35/19 37/5 37/13
39/17 40/14 40/24
40/24 41/8 41/12 42/24
**before** [14] 1/9 14/7
22/12 24/23 26/9 34/13
35/1 35/21 36/23 38/9
38/20 40/3 40/24 41/20
**began** [1] 14/23
**begin** [2] 13/10 31/3
**behalf** [3] 3/7 22/5
**behavior** [2] 37/6 37/7
**being** [11] 10/10 16/10
20/16 21/16 27/13
27/14 28/15 38/13 39/1
44/13 47/9
**believe** [8] 12/7 13/13
14/1 15/14 31/9 31/13
36/19 43/11
**believes** [1] 32/24
**between** [2] 24/5 24/22
**Beware** [1] 38/12
**beyond** [1] 22/1
**Biden** [2] 18/6 18/25
**bins** [1] 24/3
**bit** [3] 17/25 26/19
35/14
**black** [1] 38/23
**black-out** [1] 38/23
**blackout** [1] 38/3
**blessing** [1] 30/17
**bloody** [2] 19/1 26/24
**blowback** [1] 10/23
**bond** [2] 1/9 13/4
**boots** [1] 18/20
**both** [5] 14/7 16/11
35/1 35/21 45/16
**bought** [2] 24/10 36/4
**boxes** [1] 24/1
**breach** [1] 15/22
**break** [1] 46/25
**brief** [5] 46/18 46/19
46/21 46/24 47/6
**briefly** [1] 12/24
**Bright** [5] 2/2 2/6 3/6
20/3 21/12
**bring** [4] 17/7 26/17
29/17 29/20
**bringing** [3] 16/24 17/2

**broadband** [1] 20/24
**broadcast** [1] 11/7
**brought** [3] 13/13 29/9
42/24
**bug** [1] 25/22
**bug-out** [1] 25/22
**building** [19] 14/17
14/19 14/23 18/15
18/16 23/20 24/19 25/2
25/5 27/20 28/10 28/13
30/9 30/17 31/3 31/22
32/3 32/21 39/23
**burden** [2] 41/22 41/23

**C**

**call** [12] 15/8 20/7
24/22 27/3 28/22 30/21
30/24 30/25 31/2 31/6
34/3 35/3
**called** [1] 25/9
**calls** [2] 27/11 32/25
**came** [3] 28/1 36/24
38/20
**camera** [1] 19/22
**cameras** [1] 20/1
**can** [23] 4/7 4/8 10/18
18/3 21/7 21/11 21/12
21/12 28/13 30/6 34/1
34/21 38/1 38/8 41/3
42/9 42/9 42/10 42/11
43/20 43/20 44/22
47/14
**cannot** [1] 16/6
**capable** [1] 40/7
**Capitol** [30] 14/17
14/19 14/23 15/17
15/18 15/22 17/15
18/10 18/16 23/20
24/19 24/25 25/2 25/5
27/20 28/10 28/12
28/15 28/15 29/24 30/9
30/17 30/23 31/2 31/18
31/22 32/3 32/16 32/21
39/22
**caps** [2] 19/11 22/23
**careful** [2] 29/16 38/13
42/15
**carry** [1] 13/19
**carrying** [1] 32/8
**carts** [1] 24/1
**case** [16] 3/3 10/24
12/7 13/13 16/15 22/1
29/19 34/18 38/10
38/24 41/15 43/25 44/6
45/9 45/10 45/15
**cases** [2] 12/11 24/1
26/24
**cause** [1] 26/18
**CB** [1] 38/4
**celebrates** [1] 32/3
**certain** [1] 45/5
**certainly** [12] 16/13
17/5 17/22 26/23 28/24
30/15 30/20 31/9 32/19
37/16 39/10 40/7
**certification** [1] 27/16
**Certified** [1] 2/12

**beauty** [1] 49/7
**certifying** [1] 23/21
**cetera** [1] 38/4
**CH** [1] 2/13
**chain** [1] 16/14
**chamber** [2] 17/18
25/6
**chambers** [1] 15/1
**chance** [2] 32/14 46/19
**changes** [1] 47/14
**characteristics** [1]
12/20 16/9 35/9 35/20
39/8 39/12 39/13
**characterized** [1] 17/1
**charge** [5] 13/11 13/12
13/14 16/21 17/6
**charged** [6] 12/9 12/19
14/14 16/17 16/19 17/9
**chat** [8] 15/14 18/17
22/22 22/24 31/24
33/13 37/21 40/6
**chats** [2] 19/8 23/7
**choice** [6] 18/23 19/15
23/3 23/17 33/18 34/11
**Christmas** [1] 18/17
**Circuit** [2] 12/25 16/7
**circumstance** [1]
29/22
**circumstances** [5]
12/18 13/10 17/4 28/12
29/20
**circumstantial** [1]
31/10
**city** [1] 10/17
**Civil** [2] 18/8 26/7
**Civil War** [2] 18/8 26/7
**claimed** [1] 31/7
**Claude** [1] 11/2
**clear** [5] 12/14 22/17
24/8 35/12 39/25
**clients** [1] 43/15
**close** [1] 42/7
**closer** [1] 43/14
**co** [10] 15/13 15/25
16/1 17/10 17/22 25/21
42/17 45/5 45/5 45/9
**co-conspirator** [2]
15/13 25/21
**co-conspirators** [5]
15/25 16/1 17/22 42/17
45/5
**co-defendants** [3]
17/10 45/5 45/9
**coffin** [6] 19/13 23/1
33/20 34/10
**cognizant** [1] 38/25
**coincidence** [1] 30/24
**collected** [1] 15/6
**collective** [1] 39/15
**collectively** [1] 28/25
**College** [2] 23/22
27/16
**COLUMBIA** [19] 1/1
3/24 15/9 15/12 15/16
16/25 17/3 17/8 19/5
24/6 24/12 26/16 28/1
29/6 29/9 29/12 36/11
42/24 45/12

**combination** [1] 17/20
40/12 41/10
**come** [3] 24/19 28/21
28/22
**comes** [1] 33/2
**coming** [1] 32/17
**commanding** [1] 30/18
**comms** [5] 38/3 38/6
38/9 38/11 38/24
**communicate** [1] 41/1
**communicating** [3]
24/14 24/15 39/6
**communication** [3]
25/18 26/4 26/19
**communications** [5]
14/13 26/3 27/5 38/23
39/5
**community** [5] 12/5
12/22 40/13 40/22
41/11
**compared** [1] 32/17
**compelling** [1] 26/11
**complaint** [1] 27/17
**composed** [1] 30/13
**computer** [1] 2/16
**computer-aided** [1]
2/16
**conceal** [4] 35/17 36/1
36/3 41/19
**concern** [6] 4/2 4/9
35/20 36/5 36/5 36/8
**concerned** [1] 4/3
**concerning** [2] 29/22
35/19
**concerns** [5] 38/19
45/3 45/4 45/6 45/8
**concert** [2] 16/10
39/21
**concerted** [1] 16/12
**conclude** [1] 41/14
**concluded** [1] 48/10
**condemnation** [1]
38/17
**conditions** [7] 12/4
12/4 40/12 40/19 40/21
41/11 41/12
**conduct** [2] 13/4 16/5
41/5
**conference** [2] 4/25
21/6
**conferred** [1] 21/14
**confidential** [1] 4/14
**Congress** [5] 23/21
36/22 36/23 40/4 41/20
**connection** [1] 11/22
20/25 21/2
**conscious** [1] 16/23
**consent** [2] 43/6 44/18
**consider** [2] 12/17
17/19 39/8
**consideration** [1] 37/9
**considerations** [1]
42/25
**considered** [2] 37/9
40/13 40/18
**considering** [2] 12/17
46/14
**consistent** [1] 36/14

**conspiracy** [12] 13/12
13/21 13/22 14/3 14/14
16/2 17/10 17/20 17/21
27/18 37/3 37/4
**conspirator** [2] 15/13
25/21
**conspirators** [7] 15/10
15/25 16/1 17/22 19/17
42/17 45/5
**conspired** [1] 26/12
**Constitution** [1] 2/13
**construed** [1] 34/22
**contact** [1] 14/13
**contends** [1] 37/3
**contention** [1] 13/5
**continuation** [1] 3/14
**continue** [3] 13/6 41/4
42/10
**continued** [4] 2/1
15/23 22/24 23/4
**continues** [1] 20/2
**contributed** [2] 15/10
17/7
**control** [2] 22/10 38/15
**converging** [1] 25/23
**convince** [1] 23/13
**convinced** [1] 41/10
**convincing** [2] 12/14
40/1
**cooperated** [3] 36/21
36/22 41/19
**cooperating** [1] 40/3
**Copes** [7] 2/10 3/7
3/19 3/21 4/17 4/25
22/5
**corner** [1] 24/20
**correct** [2] 31/8 49/3
**corrected** [1] 46/21
**correctional** [1] 20/16
**corrections** [2] 47/8
47/9
**correctly** [2] 31/23
32/1
**corrupt** [1] 32/6
**could** [6] 19/25 28/21
41/6 44/21 45/8 46/17
**counsel** [16] 4/24
19/25 21/14 22/8 27/6
29/7 35/24 36/18 40/14
41/13 42/23 44/6 44/9
44/10 45/16 47/19
**counter** [1] 35/2
**county** [1] 38/5
**couple** [2] 15/4 37/14
**course** [2] 17/9 46/15
**court** [19] 1/1 2/11
2/12 4/24 10/8 12/6
13/2 21/14 26/9 41/2
41/25 43/19 43/24
43/25 44/23 45/2 45/4
47/11 49/7
**Courtroom** [1] 11/3
**cousin** [1] 40/15
**cousin's** [1] 40/16
**cousins** [1] 3/25
**cover** [1] 21/13
**COVID** [1] 49/6
**COVID-19** [1] 49/6

**C**

CR [1]  1/4
credit [1]  29/10
criminal [3]  3/2 22/1
35/10
critical [1]  19/4
Crowl [1]  16/18
CRR [2]  49/2 49/11
currently [1]  45/21
custodian [4]  3/24
40/15 40/17 41/3
custodians [6]  3/18
4/2 4/5 10/20 22/14
22/15
custody [2]  41/8 43/13

**D**

D.C [10]  1/4 1/13 2/14
43/13 43/14 43/14
43/21 45/9 45/14 45/17
D.C. [1]  12/25
D.C. Circuit [1]  12/25
Dallas [2]  2/3 2/7
damn [1]  34/19
danger [9]  12/21 13/6
16/5 16/6 16/9 17/5
33/4 33/7 40/1
dangerous [2]  13/1
39/25
dangerousness [8]
12/9 12/13 13/2 13/3
29/3 29/15 39/14 41/24
dare [1]  36/13
date [2]  23/10 49/10
day [15]  15/17 17/18
18/17 23/6 24/15 25/20
28/4 29/25 30/10 30/23
31/15 31/16 31/19
37/15 40/18
deadly [1]  32/10
December [10]  18/24
19/3 19/9 22/21 23/8
33/12 33/15 33/19 34/8
34/12
December 31st [1]
19/9
decent [1]  42/8
decide [2]  31/6 47/15
decision [4]  11/18
41/25 43/8 47/15
decisive [1]  32/18
defendant [9]  1/7 2/2
3/8 12/20 12/21 22/6
33/23 35/9 45/20
defendant's [3]  3/25
12/5 12/22
defendants [7]  16/17
17/10 44/12 45/3 45/5
45/9 45/23
defense [6]  3/6 19/7
22/4 36/14 41/13 47/20
defenses [1]  27/3
defensive [1]  29/5
defers [1]  45/1
defined [1]  29/21
degree [3]  29/2 29/2
35/11
delay [2]  13/15 43/24

delusional [1]  34/20
democracy [1]  13/8
demonstrates [4]  29/2
29/16 36/19 40/24
deputies [2]  13/23
16/20
Deputy [1]  11/3
described [4]  18/14
27/17 31/4 35/7
describing [1]  18/8
22/20
description [1]  39/2
designated [1]  28/21
destruction [1]  12/10
detail [2]  17/25 35/7
details [1]  16/3
detain [2]  12/13 12/15
detained [3]  42/1 42/6
42/23
detection [2]  39/3 40/9
detention [6]  3/15
11/20 11/22 12/2 17/23
35/8
determination [3]
12/13 12/15 13/1
determining [1]  38/8
devise [1]  13/19
devised [1]  14/4
did [14]  3/24 15/18
24/11 28/4 28/6 28/9
28/14 29/12 29/25 30/1
30/8 31/12 33/5 44/25
didn't [2]  31/7 33/24
different [5]  15/10
22/25 28/7 37/22 47/12
differently [2]  43/22
44/14
difficult [1]  43/23
diminish [1]  29/14
dines [1]  32/25
dinner [2]  15/19 25/13
direct [1]  24/18
directed [1]  17/7
directly [1]  47/1
disappear [1]  33/23
disassociate [1]  32/24
disbursing [1]  15/20
disconnect [1]  4/22
discovery [3]  45/13
45/17 45/23
discuss [1]  42/3
discussed [2]  35/19
41/20
discussion [1]  44/17
disperse [1]  25/14
dispute [1]  28/3
disrupt [1]  27/15
dissipated [1]  35/5
distance [2]  32/1 32/2
DISTRICT [23]  1/1 1/1
1/10 3/24 15/9 15/12
15/16 16/25 17/3 17/8
19/5 24/6 24/12 26/16
26/17 26/17 28/1 29/6
29/9 29/11 36/11 42/24
45/11
do [34]  4/8 4/23 11/24
18/25 19/10 20/20

decisional [1]  34/20
22/23 23/14 25/13 30/6
30/15 30/16 31/12
31/14 32/14 33/14 35/7
38/9 38/22 39/4 39/10
40/9 42/3 42/12 43/22
44/1 44/12 44/20 45/6
46/1 47/7
does [5]  11/13 11/25
18/20 24/18 45/19
doesn't [9]  23/16 29/14
31/20 32/1 32/2 32/18
32/19 33/11 34/18
dollars [1]  14/6 35/23
domestic [1]  32/11
don't [24]  3/18 4/12
4/13 4/22 19/17 20/13
21/2 23/10 23/14 24/8
24/17 28/3 30/15 34/7
41/14 41/17 42/15
42/20 42/24 43/17
43/18 43/24 46/5 46/22
done [8]  14/4 18/12
37/1 37/11 37/12 38/21
40/4 46/7
Douyon [2]  4/23 34/1
down [9]  19/9 20/4
22/22 33/13 38/13 38/5
38/9 38/11 38/24
down/blackout [1]
38/3
draw [1]  30/19
dressed [1]  14/20
drop [1]  34/19
dubious [2]  28/18
28/23
dumped [1]  32/9
during [1]  49/5
duty [1]  32/15

**E**

each [1]  13/24
earlier [5]  10/14 22/14
25/1 33/15 42/7
easier [2]  43/6 44/1
East [1]  32/8
Eastern [2]  21/9 31/25
effect [1]  27/7
effort [1]  32/23
efforts [1]  41/18
either [6]  4/13 11/11
11/13 11/14 22/24
39/11
Electoral [2]  23/22
27/15
Ellipse [1]  28/8
ELMER [3]  1/6 3/3 22/2
else [4]  42/3 44/14
46/16 47/19
email [1]  1/14 2/4 2/8
25/22 46/7
emphasis [1]  29/7
emphasized [1]  36/18
employment [1]  35/13
en [2]  24/6 24/11
en route [1]  24/11
encourage [1]  30/8
encouraging [1]  26/21

encrypted [1]  25/22
23/5 24/16 39/5 41/7
end [3]  37/4 39/9 47/9
ends [1]  31/2
enemies [1]  32/11
enemy [1]  38/14
enforcement [7]  15/21
25/15 30/14 36/21
37/19 40/3 41/20
engage [3]  37/6 37/18
41/4
engaged [1]  33/7
enhances [1]  17/5
enough [2]  40/8 48/6
ensure [6]  4/23 38/23
40/12 40/22 41/4 41/11
enter [6]  14/19 15/15
28/12 31/3 39/22 39/24
entered [7]  14/17
14/23 25/5 25/9 27/20
28/16 31/17 31/22
32/21
entering [1]  30/16
32/16
environment [3]  38/3
38/23 38/25
equipment [8]  14/7
24/8 26/1 35/22 36/4
36/10 36/16 36/17
errors [2]  46/20 46/24
essentially [6]  13/6
15/6 15/8 25/7 27/2
30/2
establish [1]  38/24
established [2]  12/14
38/10
et [1]  38/4
et cetera [1]  38/4
even [7]  10/13 15/12
16/25 20/23 27/10
28/19 29/15 33/11
34/12 36/15 36/22
40/17 40/18 42/7 43/15
45/6 45/23
evening [3]  15/19
25/14 32/25
event [2]  24/11 28/24
events [6]  15/4 23/6
15/21 25/21 38/14 40/8
eventually [2]  15/2
24/24
every [2]  32/12 43/21
everybody [3]  21/5
21/7 34/6
everyone [3]  3/11 20/2
21/22
everything [2]  38/19
40/23
evidence [18]  11/12
12/14 12/16 12/19 16/3
17/12 17/16 17/24
23/24 26/7 26/10 30/7
31/9 31/10 35/8 39/17
39/18 39/19
exact [2]  20/18 24/17
example [2]  33/12 44/8
exchanged [1]  23/11
excuse [4]  25/4 26/23

17/17 34/12
execution [1]  13/15
Executive [1]  37/24
expansive [1]  27/8
Expect [1]  38/14
extensive [1]  14/12
extent [2]  26/7 41/16
extremely [1]  40/25
eye [1]  37/23
eye-opening [1]  37/23
eyes [1]  37/16

**F**

face [2]  38/5 38/5
facility [8]  19/20 20/11
20/16 20/18 42/9 42/17
45/11 45/20
fact [10]  29/8 29/14
31/12 32/11 36/6 36/22
36/22 38/21 39/5 39/19
factor [5]  12/24 17/22
29/13 39/10 39/15
factors [7]  12/18 13/8
17/19 37/10 37/14
39/10 39/11
facts [1]  37/3
factual [1]  46/20
fails [2]  18/22 33/16
false [3]  38/12 38/15
38/25
families [1]  38/7
far [3]  10/24 32/10
45/16
Fathers [1]  38/17
favor [4]  17/22 29/13
37/8 39/10
favorable [4]  39/12
39/13 42/22 43/10
favors [1]  35/8
FBI [2]  36/24 36/24
February [1]  1/5
feel [1]  44/20
fellow [1]  32/20
felony [2]  11/22 11/25
few [3]  25/12 42/9
46/24
fight [4]  19/13 23/1
33/21 34/10
file [1]  46/23
filed [1]  47/3
filing [1]  46/18
final [5]  19/13 23/1
32/14 33/20 34/9
Finally [1]  39/14
financed [1]  14/5
find [2]  34/1 41/14
fine [1]  4/21
finish [1]  43/3
firearm [2]  11/23 12/1
firearms [2]  24/7 26/15
first [8]  10/16 27/4 27/8
27/9 30/11 31/21 36/21
44/17
First Amendment [1]
27/9
fix [1]  46/24
flags [3]  38/12 38/15
38/25

**F**

flight [3]  12/15 41/16 41/23
Florida [3]  14/1 23/25 44/9
flurries [1]  20/19
fly [1]  43/21
followed [1]  18/13
following [3]  18/2 42/12 47/25
food [1]  38/4
force [3]  13/15 13/20 15/4 15/5 18/5 19/6 23/7 29/5 29/16
forefront [1]  43/1
foregoing [1]  49/3
foreign [1]  32/11
formation [2]  14/20 31/3
former [1]  30/14
forward [3]  10/15 28/19 29/4
found [2]  4/1 4/4
foundations [1]  13/7
founded [1]  35/12
founder [1]  13/18
Founder's [1]  34/21
Founding [2]  32/5 38/17
four [3]  12/18 12/21 13/8
Fourth [1]  1/13
framed [1]  13/1
Friday [3]  47/25 47/25 48/4
front [1]  25/4
fuel [1]  38/4
full [1]  41/16
fully [1]  41/4
further [3]  4/2 37/18 40/10
furtherance [1]  27/18
future [2]  13/1 13/3

**G**

gather [2]  15/18 25/13
gathered [2]  18/9 23/21
gathering [3]  15/19 27/14 28/24
gave [1]  15/16
gear [2]  14/21 19/4
general [1]  16/2
generally [2]  44/5 45/1
generation [1]  32/5
generator [1]  20/24
generators [1]  20/17
get [10]  16/3 19/10 22/23 32/14 33/14 42/9 43/23 46/7 46/11 47/3
gets [1]  43/21
getting [2]  18/7 42/21
give [3]  12/11 31/7 34/3
given [6]  17/6 19/7 32/11 36/23 37/9 41/8
gmail.com [1]  2/4
go [11]  4/8 4/11 4/11

22/23 25/19 34/6 38/9
God [1]  19/7
God-given [1]  19/7
goes [5]  19/12 38/10 38/12 38/16 39/4
going [19]  4/10 10/10 10/15 17/25 19/2 19/12 19/22 20/19 22/25 30/1 30/3 30/4 31/14 32/3 33/20 34/9 42/6 46/23 47/6
gone [1]  25/18
good [9]  3/10 3/12 3/13 4/19 21/1 21/25 22/8 22/9 48/9
got [3]  20/7 21/5 46/19
governing [1]  13/16
government [20]  1/12 3/5 12/10 22/3 23/24 24/9 25/9 26/8 35/22 37/2 37/22 41/15 41/17 41/22 43/5 43/7 45/1 45/13 45/19 47/21
government's [3]  13/5 42/16 45/7
Governor [1]  32/6
graciously [1]  42/6
granted [1]  42/6
great [5]  10/11 21/11 28/18 35/7 37/9
greater [1]  16/9
greatest [1]  41/1
grid [1]  38/5
ground [2]  18/21 38/15
grounds [1]  30/23
group [14]  13/18 14/5 16/16 16/20 23/19 24/3 24/20 24/24 25/1 25/3 25/8 28/11 31/1 39/23
groups [3]  14/18 27/19 39/22
Guard' [1]  38/6
guess [3]  20/23 23/8 47/7
gun [5]  24/1 26/1 26/2 35/20 35/22
guns [1]  36/2

**H**

had [20]  3/16 13/23 15/6 20/18 22/11 23/21 24/20 27/24 28/20 29/5 29/25 31/19 32/21 35/4 40/4 42/6 43/12 44/9 45/18 46/22
hall [1]  20/4
HAM [1]  38/4
hammer [1]  34/19
handed [1]  36/24
happen [4]  19/2 30/3 30/3 35/3
happened [7]  18/16 22/11 25/12 31/6 35/4 37/13 40/9
happening [1]  34/1
harbor [1]  32/9
has [41]  10/23 12/9

23/24 24/9 25/9 26/8 27/2 27/25 28/17 29/23 30/22 31/7 33/8 35/10 35/10 35/12 35/13 35/15 35/22 35/24 36/6 36/7 36/18 36/22 36/23 37/5 39/17 40/13 40/23 40/24 41/8 41/9 41/15 41/17 41/18 41/22 41/23 44/10
hasn't [3]  11/13 35/16 43/12
have [60]
having [3]  23/19 40/4 42/16
he [79]
he is [3]  39/4 41/21 45/21
He said [1]  33/15
he'll [2]  4/14 18/20
he's [17]  3/20 4/10 4/12 18/5 20/4 34/16 35/5 35/11 35/13 36/21 37/1 37/10 37/12 38/21 41/19 42/5 43/19
hear [2]  4/9 4/25
heard [2]  10/10 11/12
hearing [12]  1/9 3/9 3/15 10/15 11/14 11/20 11/22 12/2 22/7 43/12 48/1 49/5
hearings [1]  17/13
heightened [1]  29/2
held [1]  42/22
helping [1]  31/13
her [4]  25/3 43/5 43/18 43/18
here [14]  4/25 11/19 12/12 13/5 16/11 17/11 17/16 17/25 18/13 20/5 21/9 41/17 42/11 43/19
hierarchal [2]  30/12 39/21
high [2]  13/17 20/18
highly [3]  28/18 28/23 39/20
Hill [1]  25/16
him [19]  17/11 18/19 18/20 19/14 19/18 19/19 23/2 24/21 33/2 34/11 35/15 37/17 39/11 40/14 42/7 42/8 43/20 43/22 46/7
himself [4]  25/25 32/1 32/2 32/24
his [35]  15/24 15/25 17/10 17/22 19/16 20/4 24/20 25/1 27/4 28/15 29/7 29/13 31/1 32/14 32/15 32/20 32/21 35/15 35/17 36/3 36/10 36/24 37/8 40/2 40/10 40/14 40/15 40/16 40/25 41/1 41/19 43/12 45/16 46/8 47/2
history [5]  12/20 35/9 35/10 35/20 39/8

homes [1]  15/20
Honor [19]  3/2 4/18 10/18 10/20 12/16 20/8 21/12 21/23 21/25 22/18 33/22 42/5 43/2 43/10 44/22 47/7 47/21 48/3 48/8
HONORABLE [1]  1/9
hope [1]  20/22
Hopefully [3]  21/4 21/19 34/2
hopes [1]  34/16
hotel [1]  15/7
hour [2]  21/20 39/16
hours [1]  42/9
house [6]  14/24 17/15 25/3 39/24 40/19 45/20
housed [3]  42/17 45/3 45/11
housing [2]  45/4 45/8
how [6]  27/22 38/22 38/22 38/23 39/3 40/9
however [1]  41/23
husband [1]  40/16

**I**

I also [1]  42/20
I am [3]  41/10 43/15 46/23
I apologize [1]  22/9
I assume [4]  15/15 19/5 20/7 20/16
I believe [5]  12/7 13/13 14/1 15/14 43/11
I can [6]  21/11 21/12 30/6 42/9 43/20 47/14
I didn't see [1]  33/24
I don't [5]  4/13 28/3 34/7 41/17 43/17
I don't have [1]  37/16
I guess [3]  20/23 23/8 47/7
I have [2]  22/15 40/13
I just [1]  44/12
I know [1]  43/24
I say [2]  30/11 40/23
I should [3]  12/7 25/12 29/1
I think [22]  22/20 22/24 24/17 24/18 27/5 29/8 29/12 30/6 30/20 34/21 37/2 37/8 39/9 39/14 39/17 43/6 43/13 44/5 44/9 44/22 47/24 48/1
I told [1]  43/17
I understand [3]  10/25 31/19 44/15
I was [3]  22/20 22/20 34/7
I will [6]  10/19 16/7 34/8 42/12 46/8 47/17
I'd [3]  4/9 4/11 47/7
I'll [19]  3/19 4/23 13/8 16/3 17/9 19/20 22/17 24/5 27/3 34/3 34/6 39/13 41/14 43/8 43/17 43/19 44/16 44/19 47/9

**[11]**  17/12 19/22 20/5 27/8 27/9 28/18 29/10 31/23 31/25 34/16 44/2
I'm not sure [1]  29/10
I've [10]  11/11 11/12 21/5 27/5 31/10 35/6 37/8 37/9 39/16 42/22
identified [1]  16/8
identifying [1]  16/9
identity [1]  36/1
III [3]  1/6 3/4 22/2
illegitimate [1]  38/18
immediately [2]  18/2 31/1
imminent [1]  27/12
important [1]  29/13
importantly [3]  23/10 29/23 37/5
impression [1]  44/13
include [2]  13/24 16/17
included [2]  13/21 23/5
including [7]  14/12 17/13 26/1 26/3 33/7 36/16 41/12
incursion [1]  26/17
India [1]  32/9
indicated [2]  15/13 40/18
indictment [6]  11/24 14/22 15/3 26/9 27/18 27/24
individual [3]  36/14 40/25 41/21
individuals [4]  16/16 22/13 31/22 41/9
indulge [1]  44/23
inevitability [1]  29/1
inference [1]  30/19
infiltrated [1]  32/12
information [1]  22/15
initially [1]  4/19
inmates [1]  45/17
inside [2]  17/15 25/2
insinuates [1]  18/11
instance [1]  44/17
instead [1]  21/6
Insurrection [8]  18/19 28/2 28/17 28/20 33/6 34/15 35/3 38/2
Intel [1]  33/12
intending [1]  47/11
intention [3]  17/3 18/4 23/21
intentions [1]  35/4
interest [1]  22/16
interesting [1]  25/12
Internet [1]  40/20
interrupting [1]  33/23
interruption [1]  22/10
interview [1]  3/18
interviewed [1]  18/24
interviews [1]  36/22
invoke [2]  33/5 34/14
invoked [2]  28/2 28/20
invoking [1]  18/19
involve [1]  11/25 34/24

**I**

involved [4]  14/11
15/21 18/17 26/15
involving [2]  11/22
17/14
is [142]
Is there [1]  46/16
issue [2]  28/17 44/25
issues [1]  45/2
it [65]
it happened [1]  35/4
it would be [3]  20/15
37/17 43/23
it's [22]  4/14 14/11
16/16 16/16 20/13
20/16 20/22 23/4 23/8
24/8 30/5 30/25 34/2
35/12 36/16 37/24 38/2
38/19 38/19 42/8 43/7
44/18
itinerant [1]  35/14
its [5]  13/23 14/5 41/15
41/22 41/23
itself [4]  24/13 27/10
29/1 31/24

**J**

jail [4]  20/7 45/9 45/14
45/17
James [6]  2/2 3/6
13/24 14/1 16/1 33/2
January [35]  13/13
13/16 14/8 14/10 14/16
15/4 18/5 18/16 19/16
23/4 24/5 24/6 24/13
25/11 25/20 25/22 26/5
26/14 26/22 27/24 28/6
31/24 33/1 33/19 34/12
35/1 35/21 37/4 37/17
37/20 37/24 39/21 40/5
40/6 40/8
January 6th [2]  14/8
31/24
Jean [1]  11/2
Jean-Claude [1]  11/2
Jessica [1]  14/25
Jessica Watkins [1]
14/25
jlbrightlaw [1]  2/4
job [1]  32/15
John [4]  2/10 3/7 3/21
22/5
John Copes [2]  3/7
22/5
join [1]  33/2
joined [1]  15/25
judge [3]  1/10 11/3
46/18
Judge Mehta's [1]
11/3
July [2]  43/20 43/25
jumped [1]  32/8
jury [2]  30/5 31/5
just [23]  10/16 11/11
12/24 19/20 20/2 22/12
22/17 27/1 27/3 27/13
29/15 31/10 34/8 35/6
38/22 39/13 41/14 43/3

**K**

Kathryn [3]  1/12 3/5
22/3
Kathryn Rakoczy [2]
3/5 22/3
kathryn.rakoczy [1]
1/15
keen [1]  38/20
Keepers [21]  13/19
13/25 14/19 15/17
15/24 16/14 17/17
18/19 24/14 25/10
25/13 25/23 27/20 28/1
28/4 28/8 30/12 32/1
32/21 35/12 39/7
keeping [1]  21/7
Kelly [1]  14/23
kind [2]  25/18 39/4
know [25]  4/12 4/14
11/11 18/18 18/21
20/13 21/2 24/8 24/17
26/10 27/1 29/10 30/8
33/16 34/7 40/8 42/16
43/24 44/4 44/11 44/16
46/8 46/18 47/10 47/14
knowing [1]  4/10
knowledge [2]  32/22
41/7
known [3]  13/18 31/11
35/15
knows [1]  39/3

**L**

lack [2]  40/20 45/16
language [2]  27/4 39/2
large [3]  20/16 28/11
36/10
LASSITER [1]  2/6
last [13]  3/16 10/9
10/12 11/14 12/24
35/14 37/7 37/11 37/12
37/13 39/16 40/5 41/18
lasts [1]  30/25
late [2]  26/5 40/5
later [1]  25/9
latest [1]  47/24
law [8]  15/20 25/15
30/14 35/11 36/21
37/18 40/3 41/20
lawful [2]  13/20 17/1
Lawn [2]  2/2 2/6
laws [1]  13/16
lawyer [1]  35/11
lawyers [1]  43/14
lead [3]  13/11 19/16
24/21
lead-up [1]  19/16
leader [5]  13/18 13/23
16/21 24/23 30/22
leaders [1]  13/25
leadership [5]  15/24
16/12 16/14 33/13
39/19
learn [2]  25/15 32/20
learned [2]  3/20 20/10

least [9]  11/21 13/4
13/21 16/8 16/16 26/8
27/18 37/3 37/11
leave [4]  10/17 39/13
42/7 44/16
leaves [1]  34/13 40/21
led [5]  14/22 14/24
23/19 35/12 39/20
Lee [1]  2/2
left [5]  3/16 15/17 43/8
43/19 44/13
legal [2]  23/9 28/19
28/24
legitimate [1]  18/7
length [1]  28/18
lens [1]  13/9
less [1]  45/23
let [17]  11/11 11/18
12/24 19/9 22/12 22/22
27/1 33/13 42/12 43/3
43/17 46/1 46/2 46/7
46/8 46/17 47/14
let's [3]  13/10 17/24
20/22
letter [1]  19/3
level [2]  13/17 32/13
liable [1]  17/21
liberty [2]  19/7 32/6
life [1]  35/14
light [3]  26/2 45/19
46/2
lights [2]  38/11 38/24
lights-out/comms [1]
38/24
like [15]  4/9 10/12
10/15 10/17 11/4 12/9
19/19 26/25 31/24
32/19 43/25 44/12
44/20 45/3 47/7
limitations [1]  27/17
Linder [9]  2/5 2/6 3/6
10/9 22/4 43/3 44/2
46/17 47/2
line [6]  4/23 11/5 15/1
21/7 21/18 25/4
link [1]  24/21
listen [1]  38/13
listening [1]  11/5
little [2]  17/25 35/13
lived [1]  35/13
local [1]  26/6
localized [1]  44/6
location [1]  35/18
long [1]  44/9
longer [2]  20/14 33/4
35/5 35/11
longer-term [1]  20/14
look [6]  16/5 42/12
44/2
looked [1]  25/2
looking [3]  15/21
17/14 25/15
looks [2]  19/19 31/24
lost [3]  19/18 19/19
34/5
lot [1]  43/23
love [1]  4/11

least [9]  11/21 13/4
lure [1]  38/14

**M**

made [17]  12/16 22/21
24/9 24/10 25/5 29/7
29/11 31/17 32/23
35/21 36/9 40/14 41/15
41/17 41/18 41/22
41/23
magnified [1]  17/12
major [3]  19/9 22/22
33/13
make [9]  4/19 17/17
22/17 24/11 31/20 43/8
44/1 45/14 46/10
makes [4]  33/10 35/1
39/25 44/17
making [5]  18/3 23/11
26/6 36/11 47/10
mandates [1]  11/21
mansion [1]  32/6
many [2]  14/20 37/7
March [2]  48/1 49/10
Marshal [1]  46/3
Marshals [2]  45/2 45/7
Massachusetts [1]
32/7
massively [1]  19/1
material [2]  47/9 47/13
materials [2]  45/13
45/17
matter [3]  42/2 47/10
49/4
may [8]  11/4 11/6 19/6
19/23 20/20 25/18
30/18 42/5
maybe [1]  20/10
me [38]  11/11 11/18
12/24 22/12 25/4 26/10
26/23 27/1 27/17 28/23
29/21 30/5 30/23 33/9
34/12 35/12 36/5 36/8
37/13 37/21 38/19 39/9
39/18 40/21 40/24 41/2
41/8 41/21 42/12 42/18
43/3 43/8 44/18 46/1
46/2 46/7 47/8 47/14
mean [3]  34/22 40/19
42/18
means [2]  20/24 39/6
meant [1]  15/8
mechanical [1]  2/15
media [4]  4/12 10/10
10/13 21/17
medical [1]  31/18
Meet [1]  38/5
Meggs [21]  13/24 14/1
14/23 17/14 23/11
23/12 23/19 23/25
24/18 24/19 24/23 25/1
29/24 30/9 30/22 31/1
31/11 31/14 31/17
31/21 44/8
Meggs' [1]  24/24
MEHTA [1]  1/9
Mehta's [1]  11/3
members [1]  14/13

memory [1]  24/20
mentioned [4]  10/13
10/21 25/1 37/15
merely [1]  13/14
Merit [1]  2/11
mess [1]  26/24
message [2]  25/17
32/17
messages [5]  17/13
23/11 24/16 26/5 34/8
messaging [2]  23/5
41/7
military [2]  14/19 30/14
military-style [1]  14/19
militia [1]  13/18
militias [2]  26/6 28/21
millions [1]  18/9
mind [1]  27/23
minimum [2]  30/8
31/11
minute [2]  19/23 30/21
minutes [2]  24/23
30/25
mission [1]  19/4
mission-critical [1]
19/4
mistaken [1]  27/21
mitigated [1]  37/14
moment [2]  4/22 19/20
momentarily [1]  16/4
Monday [1]  47/3
monitoring [1]  41/3
months [2]  14/11 37/7
more [7]  16/3 32/10
32/23 37/4 40/7 43/23
44/6
most [1]  13/12
motion [3]  42/7 42/10
43/12
mount [1]  26/2
mouth [1]  43/18
move [1]  14/25
moved [4]  31/22 42/8
43/21 45/24
moves [2]  24/24 24/24
moving [1]  35/16
Mr [2]  19/23 33/4
Mr. [139]
Mr. Bright [2]  20/3
21/12
Mr. Copes [3]  3/7
4/17 4/25
Mr. Douyon [2]  4/23
34/1
Mr. James [4]  13/24
14/1 16/1 33/2
Mr. Linder [5]  10/9
43/3 44/2 46/17 47/2
Mr. Meggs [20]  13/24
14/1 17/14 23/11 23/12
23/19 23/25 24/18
24/19 24/23 25/1 29/24
30/9 30/22 31/1 31/11
31/14 31/17 31/21 44/8
Mr. Meggs' [1]  24/24
Mr. Rhodes [90]
Mr. Rhodes' [9]  3/15

# M

**Mr. Rhodes'...** [8] 17/20 27/22 29/10 34/23 35/20 35/24 36/18 39/19
**Mr. Vallejo** [3] 15/13 25/17 43/11
**Ms.** [13] 12/8 13/24 14/2 25/3 25/21 31/20 33/24 37/22 43/4 43/17 44/9 44/20 48/2
**Ms. Babbit** [1] 31/20
**Ms. Rakoczy** [7] 12/8 33/24 37/22 43/4 43/17 44/20 48/2
**Ms. Watkins** [5] 13/24 14/2 25/3 25/21 44/9
**much** [6] 27/4 33/9 37/20 37/20 47/23 48/5
**multiple** [3] 15/10 36/16 36/16
**Munchel** [1] 12/25
**must** [6] 12/14 12/17 13/1 18/6
**Muster** [1] 38/4
**mute** [1] 34/6
**my** [11] 11/18 16/4 34/14 34/17 37/14 40/1 40/2 41/23 42/6 43/1 47/15

# N

**nail** [4] 19/13 23/1 33/20 34/9
**named** [1] 22/13
**names** [4] 10/9 10/12 10/16 10/20
**nation** [1] 32/13
**nationwide** [1] 18/21
**nature** [5] 12/18 12/21 13/10 39/14 39/18
**near** [1] 43/14
**nearly** [2] 32/12 37/7
**need** [6] 4/15 12/15 34/19 42/3 42/14 46/20
**needed** [1] 29/19
**needs** [8] 18/18 18/21 18/22 23/16 33/15 33/17 38/21 41/16
**network** [1] 41/9
**neutral** [1] 39/10
**neutralize** [2] 39/11 39/12
**neutralized** [1] 40/2
**never** [2] 15/11 29/11
**nevertheless** [1] 17/2
**new** [1] 11/13
**next** [1] 26/4
**night** [1] 20/19
**no** [25] 1/4 3/3 11/15 11/16 18/23 19/15 22/1 22/3 23/9 23/16 32/23 33/4 33/17 34/11 35/5 35/10 35/11 35/16 35/24 36/2 37/5 40/21 41/2 41/10 47/20
**nonsense** [1] 34/20
**northeast** [1] 24/20

**notable** [1] 23/18
**notably** [1] 31/23
**note** [5] 12/7 16/7 17/9 24/5 49/5
**noted** [1] 16/20
**nothing** [2] 28/5 32/17
**nothing's** [1] 37/12
**notion** [1] 35/2
**November** [1] 18/2
**now** [8] 21/7 32/18 33/4 38/4 38/9 38/13 44/5 44/9
**number** [10] 16/8 18/3 27/1 27/3 27/16 30/11 30/14 33/10 34/25 35/23
**NW** [2] 1/13 2/13

# O

**Oak** [2] 2/2 2/6
**Oath** [21] 13/19 13/25 14/18 15/17 15/24 16/14 17/17 18/19 24/14 25/9 25/13 25/23 27/19 27/25 28/3 28/7 30/12 32/1 32/20 35/12 39/7
**Oath Keepers** [1] 18/19
**object** [1] 45/20
**objected** [1] 43/7
**objectives** [1] 27/23
**observation** [1] 16/4
**observed** [1] 31/16
**obstructing** [1] 13/14
**obstruction** [1] 16/19
**Obtain** [1] 38/3
**obvious** [1] 23/18
**obviously** [5] 18/15 21/17 21/18 22/10 29/12
**occurred** [1] 49/5
**off** [9] 3/16 4/8 4/11 4/15 4/19 19/22 21/14 32/25 34/7
**offense** [2] 12/19 13/11 17/11
**office** [6] 1/12 18/25 20/5 32/12 33/5 34/13
**officer** [3] 2/10 30/18 30/18
**officers** [2] 15/1 25/7
**official** [3] 2/12 13/14 16/19
**Oh** [1] 43/2
**Ohio** [1] 14/2
**okay** [17] 3/10 4/6 4/16 11/8 20/6 20/21 22/8 22/19 32/21 34/4 44/18 46/6 46/16 47/4 47/5 47/18 48/4
**Oklahoma** [2] 42/8 43/16
**onboard** [1] 32/8
**once** [3] 25/2 35/4 40/8
**one** [23] 3/16 12/18 13/14 15/25 16/15

**out/comms** [1] 38/11
**outage** [4] 20/11 20/14 20/14 34/2
**outlines** [1] 16/2 17/20
**outright** [1] 14/18
**outside** [2] 15/18 19/4

29/5 30/20 32/14 34/8 35/20 36/9 36/25 37/15 37/15 37/15 39/22 39/23 42/15 47/1
**one's** [1] 35/16
**only** [4] 4/24 12/15 29/21 46/19
**open** [2] 10/8 19/3
**opening** [1] 37/23
**operation** [2] 17/6 24/21
**operations** [4] 14/4 14/6 24/23 30/22
**opportunity** [1] 28/11
**oppose** [1] 13/19
**orchestration** [1] 29/17
**order** [10] 11/6 15/16 30/1 30/9 31/7 31/12 31/18 42/10 46/23 47/2
**ordered** [3] 14/18 15/11 30/3
**ordering** [1] 46/6
**orders** [1] 30/15
**organization** [7] 16/10 16/13 16/15 16/22 30/13 30/13 39/20
**organize** [3] 26/6 37/7 41/1
**organized** [2] 14/5 39/21
**other** [24] 12/11 11/4 14/13 17/13 17/17 24/7 25/13 28/11 31/13 31/16 35/13 36/18 37/15 38/22 39/7 39/11 39/24 40/18 40/20 42/17 43/11 43/13 44/11 45/23
**others** [17] 12/10 13/22 16/11 23/25 24/14 25/3 26/13 26/21 27/23 29/24 30/9 31/14 31/17 38/9 39/6 42/22 44/4
**otherwise** [1] 42/21
**ought** [3] 18/12 42/18 46/16
**our** [10] 13/7 18/9 19/7 19/14 22/10 23/2 33/21 33/23 34/10 46/3
**ourselves** [3] 19/10 22/23 33/14
**out** [28] 3/17 10/17 13/19 19/14 19/20 23/2 23/9 23/13 25/19 25/19 25/22 30/19 31/25 33/5 33/21 34/1 34/10 38/5 38/8 38/11 38/23 38/24 39/1 39/23 41/15 41/22 41/23 44/10

**outskirts** [1] 17/3 17/8 26/16
**over** [3] 32/12 36/24 39/16
**overheated** [1] 27/6
**overt** [4] 27/17 37/6 37/18 40/5
**own** [2] 29/25 32/16

# P

**p.m** [4] 1/5 21/24 21/24 48/10
**pandemic** [1] 49/6
**Parliament** [2] 18/10 18/14
**part** [6] 14/3 16/10 16/12 24/10 24/14 38/6
**participants** [1] 14/5
**participated** [2] 25/16 25/18
**particularly** [1] 39/7
**parties** [1] 11/19
**party** [10] 3/18 3/24 4/1 4/4 10/20 22/14 22/14 40/15 40/17 41/3
**passed** [1] 33/8
**path** [3] 34/21 34/22 38/17
**patriots** [2] 32/16 38/2
**Pause** [1] 19/21 19/24
**pending** [1] 42/1
**Pennsylvania** [1] 44/10
**people** [13] 14/20 15/21 16/17 17/7 25/16 26/3 27/15 28/11 28/15 30/15 32/24 35/15 38/22
**pepper** [1] 15/2
**perceived** [1] 46/5
**perception** [1] 42/21
**perhaps** [2] 23/18 29/9
**permissible** [1] 10/18
**person** [1] 12/21
**phillip** [4] 2/5 2/9 3/6 22/4
**phone** [4] 30/21 30/24 31/6 36/24
**pitchforks** [1] 23/14
**place** [4] 14/10 32/7 35/16 35/16
**placed** [2] 5/1 15/7
**Plaintiff** [1] 1/3
**plan** [3] 23/6 25/23 29/17
**planning** [12] 14/9 14/12 16/23 18/4 18/11 18/12 18/13 23/4 26/4 26/14 27/15 29/16
**please** [4] 19/25 34/6 47/14 49/5
**plot** [2] 13/6 13/19
**plus** [1] 24/15
**point** [10] 11/10 16/4 21/1 21/19 25/14 27/3 31/1 31/8 44/4 44/21
**points** [2] 35/19 36/19
**police** [1] 25/7
**political** [2] 13/7 23/9

**position** [1] 5/1
**posed** [1] 12/22
**poses** [1] 16/6
**position** [1] 45/7
**possession** [2] 11/23 11/25
**possibility** [1] 29/1
**possible** [1] 13/3
**post** [1] 25/22
**post-January** [1] 25/22
**posted** [1] 19/3
**posting** [1] 18/8
**potential** [3] 26/16 38/25 45/4
**potentially** [3] 18/5 34/24 45/24
**power** [7] 13/16 13/20 20/11 20/14 20/14 32/13 34/2
**practical** [1] 45/22
**practicing** [1] 35/11
**pray** [1] 34/16
**precise** [1] 36/17
**prediction** [2] 34/14 34/17
**preferably** [1] 19/14 23/2 34/11
**preparation** [5] 14/9 14/11 18/4 26/14 29/17
**prepare** [7] 13/6 26/21 28/25 34/20 38/3 38/16 42/11
**prepared** [6] 18/20 19/9 22/22 25/19 26/20 33/13
**preparing** [1] 27/15
**preponderance** [1] 12/16
**present** [1] 3/8
**presented** [2] 37/13 39/18
**presents** [2] 17/5 39/25
**President** [13] 18/6 18/18 18/25 23/15 28/2 28/20 28/22 33/5 33/11 33/16 34/13 35/3 38/1
**President Trump** [2] 33/5 38/1
**presidential** [1] 13/20
**press** [1] 21/17
**presumption** [2] 12/8 12/12
**pretrial** [11] 2/10 3/7 3/17 3/21 3/23 4/3 10/13 11/20 12/1 21/6 22/5
**Prettyman** [1] 2/13
**prevented** [1] 12/10
**prior** [2] 29/6 35/10
**privacy** [1] 22/17
**private** [2] 28/21 28/21
**probably** [2] 4/19 37/2
**problem** [1] 33/9
**proceeding** [2] 13/15 16/19
**proceedings** [5] 1/9 2/15 11/7 48/10 49/4

**P**

process [1] 27/16
produced [1] 2/16
proffer [1] 24/9
proffered [1] 23/25
program [1] 38/7
project [1] 38/8
property [1] 12/10
proposal [1] 40/13
propose [1] 21/4
proposed [3] 3/17
22/14 41/12
proposition [3] 28/19
28/24 37/23
protect [2] 38/7 38/8
protected [1] 27/11
protection [1] 27/9
protocols [2] 38/10
38/24
provide [4] 28/1 28/4
31/18 47/8
provided [2] 24/4
37/21
providing [1] 28/9
provocative [1] 26/24
public [6] 4/8 4/23 11/5
11/9 21/18 22/16
public-access [1] 11/5
publicly [1] 4/7
purchase [1] 36/15
purchased [3] 14/6
24/7 36/2
purchases [8] 24/11
26/1 35/21 35/22 35/25
36/9 36/12 36/13
purpose [1] 28/23
purposes [2] 13/4
28/14
pursuant [2] 11/6
11/21
pushed [2] 15/1 25/4
put [10] 3/19 19/12
22/13 22/25 28/19 29/4
33/20 34/9 40/24 43/18
puts [1] 26/4
putting [1] 29/15

**Q**

QRF [6] 15/11 15/11
23/23 24/10 29/4 33/7
quandary [1] 44/3
quantity [2] 36/8 36/10
question [6] 10/11
12/3 13/2 28/13 30/4
40/11
quick [5] 15/4 15/5
19/6 23/7 29/15
quickly [3] 15/20 46/2
46/12
quite [6] 14/10 26/19
26/24 29/10 30/7 30/23
quoted [1] 27/5

**R**

radios [1] 38/4
raised [1] 45/4
Rakoczy [10] 1/12 3/5
12/8 22/3 33/24 37/22

rallies [1] 29/6
rather [2] 13/15 32/3
re [2] 11/7 34/8
re-broadcast [1] 11/7
re-read [1] 34/8
reach [2] 3/17 19/20
reaction [6] 15/4 15/5
19/6 23/7 29/16 46/8
read [4] 34/8 37/22
40/6 46/19
reading [3] 31/23
31/25 34/7
ready [9] 15/15 19/10
22/23 29/6 29/18 33/14
43/20 43/23 44/1
real [1] 42/21
reality [2] 34/19 45/22
really [3] 37/23 41/10
44/3
Realtime [1] 2/12
reason [2] 23/19 29/10
reasonable [1] 30/20
reasonably [1] 34/21
reasons [6] 30/11
31/13 35/6 40/23 42/15
45/21
Recess [1] 21/24
recognizable [1] 41/21
recognize [1] 27/8
reconnaissance [2]
25/19 25/20
reconnect [3] 21/17
21/18 21/20
reconsideration [1]
43/12
record [16] 3/19 4/7
4/8 4/11 4/15 4/19 11/6
11/9 21/14 22/12 22/16
22/17 26/9 41/16 47/11
49/3
recorded [1] 2/15
redact [1] 10/20
redacted [1] 22/15
reference [2] 19/5 26/6
referring [1] 33/16
refile [1] 42/9
refuse [1] 18/6
Regardless [1] 38/2
regime [1] 38/18
region [1] 45/12
Registered [1] 2/11
regular [2] 14/13 39/6
reinforcements [1]
15/8
related [1] 47/2
release [2] 12/23 40/22
remain [3] 40/15 42/1
42/6
remains [2] 40/11
46/10
remind [1] 11/5
reminded [1] 12/25
remotely [1] 49/7
removed [1] 42/23
render [1] 11/18
repel [1] 15/2
repelled [1] 25/7

reporter [4] 2/10 2/11
2/12 2/12
reporting [1] 49/7
represented [1] 41/8
Republic [4] 19/13
23/1 33/21 34/10
request [3] 12/17 43/1
45/20
required [1] 15/9
resembling [1] 34/22
residence [1] 35/15
resolve [3] 30/5 30/6
30/6
resolved [1] 30/5
respect [5] 16/24 23/23
41/15 41/22 41/24
respond [1] 28/22
responded [2] 23/12
27/2
rest [1] 37/23
restaurant [1] 15/19
resume [1] 21/7 22/12
return [1] 20/3
returned [1] 15/23
review [1] 13/4
reviewed [1] 11/12
revolution [2] 19/1
34/22
revolutions [1] 26/24
rhetoric [1] 27/6
RHODES [94]
Rhodes' [3] 3/15 17/20
27/22 29/10 34/23
35/20 35/24 36/18
39/19
rifle [1] 24/1
right [16] 4/21 11/9
11/17 19/4 20/2 21/15
21/22 23/15 32/18 36/7
36/7 44/5 47/19 47/23
48/1 48/5
rightly [1] 29/8
rise [1] 12/11
risk [5] 12/15 16/9 41/6
41/16 41/22
river [1] 15/7
RMR [2] 49/2 49/11
role [4] 15/24 16/12
17/20 39/19
room [1] 4/11
Rotunda [1] 25/6
route [2] 24/6 24/11
Royal [1] 32/6
run [1] 35/2
rural [1] 25/23

**S**

Safe' [1] 38/7
safety [5] 12/5 22/16
40/12 40/22 41/11
said [12] 11/14 19/3
29/14 30/25 31/16
33/15 35/24 37/20
39/16 40/24 44/12
47/13
same [3] 22/24 38/16
45/12
saw [1] 33/23

say [42] 3/6 3/8 5/12
16/4 25/12 29/1 30/11
36/13 36/17 38/16
40/23
saying [3] 18/6 18/7
41/14
says [7] 18/18 18/24
19/9 33/12 34/18 37/20
46/9
scare [1] 23/13
scope [1] 26/2
scopes [1] 26/2
screen [1] 19/17
screened [1] 4/4
screening [1] 3/24
script [1] 32/25
scrutiny [3] 37/19
38/21 40/10
seal [1] 5/2
Sealed [1] 5/4
search [2] 14/23 36/25
seat [1] 38/5
second [5] 25/8 34/5
36/6 36/7 37/10
Secondly [1] 42/20
security [4] 28/1 28/4
28/9 28/14
sedition [1] 16/18
seditious [1] 13/12
see [8] 18/22 19/17
21/8 21/18 33/24 43/4
47/24 48/5
seeking [1] 39/23
seems [6] 26/10
28/23 29/20 32/23 33/9
39/6 39/9 41/2 41/21
42/18
self [28] 28/21 34/20
36/14
self-defense [1] 36/14
self-delusional [1]
34/20
self-designated [1]
28/21
Senate [4] 14/25 17/18
25/6 39/24
Senators [1] 23/11
send [1] 32/16
sending [1] 26/5
sense [3] 26/12 31/20
44/18
separate [3] 4/11 27/19
45/6
Serbia [1] 18/9
Serbian [1] 18/12
serious [1] 13/12
seriousness [1] 17/11
serves [1] 24/21
Service [2] 45/2 45/7
Services [8] 2/10 3/7
3/17 3/22 3/23 4/3
10/13 22/5
set [4] 28/12 38/13
38/15 39/1
severe [1] 20/18
ship [1] 32/8
shit [1] 23/13
shooting [1] 36/17

short [8] 20/13 20/15
20/22 30/25
short-term [2] 20/13
20/22
shortly [3] 24/17 31/2
37/16
shot [2] 31/19 31/21
should [7] 12/7 25/12
29/1 38/1 38/3 40/17
46/11
shown [1] 41/17
shows [2] 23/25 38/20
side [3] 11/11 11/13
24/19
Signal [6] 15/14 19/8
22/21 31/24 37/21 40/6
significance [1] 30/16
significant [1] 46/20
simply [8] 28/8 28/14
29/15 35/2 35/5 39/5
41/2 47/10
since [4] 17/9 37/2
40/5 42/5
single [2] 32/12 36/15
sir [12] 3/12 5/3 10/24
11/1 11/15 20/12 21/21
44/7 46/4 46/13 47/20
48/7
situation [3] 28/7
32/10 43/6
situations [1] 44/11
small [2] 16/15 16/16
smart [1] 37/17
snow [1] 20/19
so [31] 3/14 3/18 10/24
11/9 11/12 11/19 12/1
13/8 17/4 17/17 17/19
21/4 21/6 21/16 22/17
27/20 29/8 34/25 35/6
37/17 39/8 39/16 41/25
42/11 42/24 43/4 44/11
44/16 45/19 46/7 47/14
some [14] 10/23 12/9
14/14 14/14 16/3 18/15
25/14 25/16 26/23 27/5
28/4 29/22 34/7 46/20
somebody [1] 32/20
somehow [1] 28/19
someone [1] 39/2
something [8] 4/14
20/20 42/14 42/18 43/5
46/6 47/7 47/13
somewhat [1] 37/14
somewhere [2] 43/19
45/11
Sons [1] 32/5
soon [3] 30/24 46/7
48/6
sophisticated [4]
16/23 39/3 40/7 40/25
sort [2] 22/12 38/5
sought [1] 36/1
sound [1] 32/19
south [1] 24/19
speak [1] 44/25
Speaker [4] 14/24
17/15 25/3 39/23
speaking [1] 27/14

**S**

special [1] 45/21
special-treatment [1] 45/21
specifically [1] 26/22
speech [4] 27/9 27/11 27/21 27/22
spray [1] 15/2
stack [3] 25/8 31/3 31/21
staff [1] 4/24
stairs [1] 24/24
standard [1] 23/9
standby [1] 15/3
standing [2] 11/6 15/15
start [1] 3/19
stash [1] 15/6
state [2] 13/25 27/22
state-based [1] 13/25
stated [1] 19/11
statement [2] 22/21 23/18
statements [3] 18/3 33/10 34/25
states [6] 1/1 1/2 1/10 3/3 22/1 29/18
stay [2] 38/7 42/10
stayed [1] 28/8
stenography [1] 2/15
steps [3] 18/13 26/4 37/6
STEWART [5] 1/6 3/4 10/11 22/2 46/24
still [7] 21/5 29/14 38/1 39/25 40/11 40/21 42/8
stop [2] 28/6 34/20
stormed [2] 18/10 32/6
storming [2] 18/14 18/15
Street [1] 1/13
strength [2] 35/7 39/18
strict [1] 41/12
strictest [1] 40/19
strikes [1] 30/23
strong [4] 24/15 26/11 30/7 31/9
structure [1] 13/22
structured [2] 16/20 39/20
stuff [1] 10/24
style [1] 14/19
subgroup [2] 14/22 14/24
subject [3] 11/20 12/1 49/6
submit [1] 29/2
submitted [1] 46/21
substantial [1] 36/11
subverted [1] 32/11
such [4] 28/25 30/16 30/16 37/7
suggested [2] 27/25 29/23
suggesting [3] 25/18 26/20 35/17
suggestion [5] 30/2 31/17 33/3 35/25 36/2

suitcases [1] 24/2
Suite [2] 2/3 2/7
Summary [1] 37/25
summon [1] 28/15
superior [1] 30/17
supervision [1] 41/2
supplied [2] 24/1 24/2
support [3] 11/24 18/19 18/20
supported [1] 17/16
supposed [1] 13/2
sure [4] 4/20 29/10 44/24 46/10
surprised [1] 32/20
sympathetic [1] 44/3

**T**

tactical [1] 14/20
take [6] 4/22 19/6 19/23 32/18 46/16 47/14
taken [4] 14/9 32/12 37/6 40/5
takes [1] 18/25
taking [2] 27/14 34/24
talk [3] 17/24 43/4 43/22
talked [4] 23/23 28/18 31/10 46/24
talks [1] 32/5
Tea [1] 32/9
technological [1] 49/7
telephone [2] 24/22 36/25
tell [1] 43/19
telling [4] 34/23 38/21
ten [1] 13/21
tens [2] 14/6 35/23
term [4] 20/13 20/14 20/16 20/22
termed [1] 15/5
terms [3] 13/1 26/14 29/19
testified [2] 36/23 41/20
testifying [1] 40/3
testimony [1] 37/5
Texas [4] 15/23 16/1 33/1 35/15
text [2] 17/13 25/17
than [6] 35/13 40/7 43/11 43/15 44/14 45/23
Thank [18] 5/3 10/22 11/1 11/7 11/16 21/21 21/22 21/23 22/18 33/24 43/9 45/25 46/13 47/22 47/23 48/5 48/7 48/8
Thank you [8] 10/22 11/7 22/18 33/24 43/9 45/25 47/22 48/8
that [297]
that's [19] 4/14 4/21 10/18 12/12 19/1 19/10 28/9 28/19 29/7 29/9 31/3 34/17 34/18 36/5

their [17] 10/9 10/12 10/16 10/17 15/20 17/17 22/16 25/5 29/11 29/25 30/1 30/17 30/18 32/16 38/5 42/23 43/15
thelinderfirm.com [1] 2/9
them [13] 3/18 15/2 19/1 23/13 23/13 24/16 26/17 30/1 32/25 33/1 34/3 36/1 44/5
then [20] 4/25 11/18 12/3 15/18 15/19 17/16 18/22 24/22 25/14 26/9 29/4 30/21 33/17 34/19 36/11 38/16 43/7 44/18 46/10 47/12
there [41] 3/19 4/2 4/9 10/23 12/3 16/23 20/17 24/3 24/15 24/22 25/8 26/18 26/19 27/8 27/16 27/19 28/4 28/7 28/14 29/4 30/21 31/13 33/10 34/5 34/25 36/16 39/1 39/10 39/11 40/11 40/21 41/2 41/6 41/10 42/20 42/22 43/15 44/12 46/16 47/1 47/13
there's [17] 12/8 20/11 23/9 25/17 25/22 28/3 37/5 37/21 43/11 44/18 44/19 46/20 47/7
thereafter [1] 25/14
therefore [2] 35/5 49/6
these [10] 11/7 16/8 16/8 25/21 27/2 27/4 30/14 35/25 36/9 36/13
they [39] 4/1 4/5 15/9 15/18 16/18 16/25 18/6 19/4 19/6 19/12 20/17 20/18 20/23 22/25 23/14 25/2 25/4 25/7 25/14 25/15 26/23 27/21 28/9 28/9 28/10 28/13 29/12 29/19 32/8 33/19 34/9 36/19 38/15 42/8 42/18 42/23 42/23 43/13 46/22
they're [5] 15/18 21/3
thing [2] 23/15 47/12
things [8] 14/4 25/12 30/15 30/16 39/4 40/20 43/22 46/22
think [28] 22/20 22/24 24/17 24/18 27/5 28/3 28/13 29/8 29/12 30/6 30/20 34/21 34/23 35/7 37/2 37/8 39/9 39/14 39/17 41/17 42/14 43/6 43/13 44/5 44/9 44/22 47/24 48/1
thinking [3] 42/16 42/19 43/1
thinks [1] 27/21
third [11] 3/18 3/24 4/1

24/3 40/15 40/17 41/3
third-party [10] 3/18 3/24 4/1 4/4 10/20 22/14 22/14 40/15 40/17 41/3
this [55]
those [17] 14/20 16/2 17/1 17/19 24/11 29/11 29/18 29/20 35/6 37/10 39/12 39/12 41/7 42/25 44/11 47/8 47/9
though [3] 10/13 16/25 42/8
thoughts [1] 43/5
thousands [2] 14/6 35/23
threat [2] 35/5 36/20
three [7] 12/20 24/1 24/23 30/1 30/25 36/15 43/13
three-minute [1] 30/21
through [9] 13/8 14/12 15/3 18/7 23/4 24/16 25/5 41/3 41/3
time [9] 21/9 21/16 23/14 23/20 24/17 31/25 38/15 43/21 44/9
timeline [1] 31/20
timing [1] 36/8
titled [2] 37/24 38/12
today [4] 30/5 30/6 40/24 46/19
together [2] 29/16 45/5
told [2] 25/15 43/17
took [1] 36/9
top [1] 16/13
torches [1] 23/14
touch [2] 22/4 46/2
toward [3] 25/6 31/2 31/22
towards [1] 14/25
traitors [1] 32/17
transcript [1] 1/9 2/15 5/1 10/19 49/3
transcription [1] 2/16
transfer [2] 13/16 13/20
traps [2] 38/12 38/25
trashed [1] 32/7
treated [1] 44/13
treatment [3] 42/22 43/11 45/21
trial [3] 42/1 42/11 43/20
true [4] 15/12 16/5 21/1 36/1
Trump [8] 19/14 23/2 32/14 32/18 33/5 34/11 34/14 38/1
trust [1] 4/13
try [1] 43/25
trying [1] 39/24
turn [3] 20/1 30/18 31/2
two [15] 10/20 12/19 14/18 16/8 22/13 27/19 35/19 36/15 36/18

37/1 39/22 40/23 42/15 42/25
TX [2] 2/3 2/7

**U**

U.S [2] 1/12 16/18
U.S.C [1] 11/21
ultimately [4] 17/1 30/4 30/18 31/5
uncomfortable [1] 23/12
under [3] 5/2 27/9 40/18
undermines [1] 13/7
understand [5] 10/25 23/16 31/19 33/17 44/15
understanding [1] 34/23
understated [1] 16/6
undoubtedly [1] 26/12
unfortunately [2] 21/5 47/2
UNITED [5] 1/1 1/2 1/10 3/3 22/1
United States of [2] 3/3 22/1
unlawful [4] 27/11 28/5 35/25 37/2
unlawfully [2] 28/16 36/3
unless [5] 19/13 23/1 27/11 33/21 34/10
unlikely [2] 30/7 38/2
unsatisfied [1] 40/21
until [3] 19/22 31/21 46/10
untoward [1] 28/5
up [12] 19/6 19/16 20/17 23/4 24/21 24/24 31/5 34/24 38/15 43/21 46/16 47/9
upon [4] 15/20 31/9 39/15 39/17
uprising [2] 18/9 18/12
us [3] 12/25 44/1 44/23
usdoj.gov [1] 1/15
use [7] 10/16 14/12 17/4 18/5 23/5 34/18 38/1
used [7] 10/12 12/11 17/1 26/23 28/11 28/12 36/17
uses [1] 39/5
using [1] 21/3

**V**

Vallejo [3] 15/13 25/17 43/11
various [1] 29/18
versus [3] 3/3 16/18 22/2
very [12] 23/20 28/7 29/22 31/1 32/24 41/12 43/14 44/2 44/8 46/12 47/23 48/5
via [4] 1/9 3/8 15/14 22/6

58

**V**

video [2]  18/8 18/14
videoconference [2]
3/8 22/6
view [5]  33/23 37/14
40/1 40/2 41/23
viewed [1]  18/4
viewing [1]  13/8
violence [4]  13/7 26/21
26/22 27/10
violent [1]  37/6
Virginia [1]  15/7
voluntarily [1]  36/24
votes [1]  23/22
vs [1]  1/5

**W**

waiting [2]  20/2 35/2
walk [3]  25/6 34/21
38/16
walking [1]  20/4
want [10]  11/13 42/20
42/25 42/25 43/4 43/18
43/22 43/24 44/12 46/5
wants [1]  43/25
War [2]  18/8 26/7
warrant [2]  17/4 36/25
was [42]  15/4 15/5
15/8 15/11 15/14 15/21
15/24 16/20 16/21
16/23 17/6 17/15 18/11
20/17 22/12 22/20
22/20 22/22 24/3 24/10
24/22 25/8 25/19 26/15
26/18 26/20 26/20 27/6
28/4 28/15 30/2 30/3
31/11 31/14 31/17
31/21 32/20 34/7 35/2
35/17 37/21 39/20
Washington [3]  1/4
1/13 2/14
wasn't [2]  31/8 44/6
Watkins [6]  13/24 14/2
14/25 25/3 25/21 44/9
way [12]  17/18 19/14
23/2 23/9 25/5 28/25
29/11 33/21 34/10
36/10 41/2 47/16
we [47]  3/16 3/19 4/8
4/14 4/22 10/18 17/16
18/7 18/10 18/22 18/23
18/25 19/13 19/14
19/18 19/19 19/22 21/7
21/8 21/19 23/1 23/2
23/16 29/10 32/10
32/14 33/17 33/17
33/21 34/5 34/10 34/11
34/19 37/11 42/3 42/7
42/11 43/20 43/21
43/22 43/24 44/25 45/6
46/16 46/21 47/24
47/25
we will [6]  18/22 18/23
18/25 23/16 33/17
47/24
we'd [1]  43/25
we'll [10]  4/22 4/25
21/16 21/16 21/18

48/5
we're [4]  3/14 11/9
17/25 46/7
we've [3]  20/10 23/23
41/19
weapon [1]  36/15
weapons [17]  14/7
14/7 15/6 15/11 16/24
17/2 24/3 24/4 29/8
29/11 29/17 29/18
29/20 36/10 36/15
36/16 41/1
week [1]  47/24
weekend [1]  48/9
weigh [3]  43/18 44/21
47/9
weighs [3]  17/22 29/13
37/8
weight [2]  12/19 17/24
welcome [1]  11/4
well [10]  11/18 20/9
20/10 20/22 23/6 25/10
27/10 46/1 47/6 47/24
well-aware [1]  27/10
went [6]  28/10 29/24
31/25 32/2 32/25 34/7
were [25]  4/1 4/4 13/25
14/20 15/2 15/9 16/25
22/13 24/15 25/2 25/7
26/23 26/23 28/9 28/13
29/8 31/14 35/21 35/25
36/2 37/16 45/10 45/10
45/15 45/24
what [35]  3/20 4/7 4/9
4/10 4/12 10/19 12/11
13/3 13/3 17/21 17/25
20/10 20/24 21/3 21/4
27/3 28/9 29/19 29/23
30/5 31/6 31/14 36/7
38/13 38/20 39/15 40/9
41/8 42/3 42/16 43/4
44/17 46/8 47/7 47/8
what's [7]  15/5 19/1
26/8 29/4 32/17 32/23
34/1
whatever [1]  24/9
when [8]  17/19 25/15
28/15 34/7 36/4 36/9
36/24 39/8
where [15]  3/16 15/23
21/8 21/19 22/12 22/20
25/7 28/8 38/15 42/7
43/19 43/21 45/2 45/21
46/11
whereabouts [1]  41/19
whether [8]  4/14 12/3
17/1 20/13 20/23 31/6
40/11 47/15
which [16]  11/21 12/8
12/10 16/11 17/14 18/9
18/18 19/5 25/23 27/5
27/19 30/24 34/21
34/22 37/10 40/19
while [3]  17/15 24/6
38/7
who [24]  15/1 15/13
15/21 16/17 22/13

27/20 27/23 30/15 31/7
31/19 32/2 32/20 32/24
38/6 38/8 38/13 39/3
40/15 41/7 42/22 43/11
whom [3]  13/25 14/14
14/14
why [4]  3/18 4/22
28/14 29/11
WiFi [1]  21/2
will [23]  5/1 10/19
13/24 16/7 18/22 18/23
18/25 19/4 23/14 23/16
31/5 33/17 34/8 34/14
38/6 41/4 41/25 42/1
42/12 45/3 46/8 47/17
47/24
William [3]  2/11 49/2
49/11
winds [1]  20/18
winner [1]  18/7
wish [1]  22/10
wished [1]  37/18
within [1]  41/18
without [9]  18/8 19/14
23/2 30/15 30/16 30/17
32/21 34/11 41/7
witnesses [1]  10/23
wonder [1]  20/23
words [5]  26/22 27/5
27/6 32/19 43/18
worked [1]  26/12
worth [1]  24/7
would [34]  4/19 10/12
10/15 10/17 11/4 12/4
12/22 17/21 18/12
20/15 20/15 21/4 21/11
25/23 28/7 29/2 29/20
29/21 31/11 34/23
36/17 37/17 40/12
40/15 40/19 40/22
41/11 43/5 43/23 44/1
44/23 45/12 45/15
45/22
writes [2]  25/21 34/13
writing [1]  11/14
wrong [3]  30/19 34/16
34/16
wrote [1]  23/8

**Y**

Yeah [2]  34/3 44/2
year [6]  37/8 37/11
37/12 37/13 40/5 41/18
years [1]  35/14
yes [7]  4/18 19/19 20/9
20/12 21/10 44/7 46/4
yesterday [2]  20/17
20/19
yet [2]  25/8 43/12
you [57]
you're [2]  47/6 47/11
your [22]  3/2 4/18
10/18 10/22 11/12
11/16 20/1 20/8 21/12
21/23 21/25 22/18
33/22 42/5 43/2 43/10
44/22 46/23 47/17

Your Honor [18]  3/2
4/18 10/18 10/22 11/16
20/8 21/12 21/23 21/25
22/18 42/5 43/2 43/10
44/22 47/17 47/21 48/3
48/8

**Z**

Zaremba [3]  2/11 49/2
49/11
ZOOM [1]  1/9