# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 22-cr-15 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA JAMES, | ) | |
| | ) | |
| Defendant. | | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent  _____
_____
Assistant United States Attorney

Approved

_____   Date _____
Amit P. Mehta
United States District Judge