UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE UNITED STATES OF AMERICA** §
§
**vs.** § **CAUSE NO.: 1:22-CR-15**
§
**ELMER STEWART RHODES, III** §

**ORDER: ON DEFENSE REQUEST TO EXTEND BY 30 DAYS THE DEADLINE FOR FILING RULE 12 (b) MOTIONS**

On the _____ day of _____, 2022 came for consideration Defense Request to Extend by 30 Days the Deadlines for Filing Rule 12(b) Motions in the above entitled and numbered cause. The Court, after considering this motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]     GRANTED.

[ ]     DENIED.

[ ]     SET FOR HEARING on the _____ day of _____, 2022.