UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 22-cr-15-APM |
| v. | : |
| ELMER STEWART RHODES III, | : |
| KELLY MEGGS, | : |
| KENNETH HARRELSON, | : |
| JESSICA WATKINS, | : |
| ROBERTO MINUTA, | : |
| JOSEPH HACKETT, | : |
| DAVID MOERSCHEL, | : |
| BRIAN ULRICH, | : |
| THOMAS CALDWELL, and | : |
| EDWARD VALLEJO, | : |
| Defendants. | : |

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTION TO CONTINUE TRIAL**

On March 19, 2022, Defendant Roberto Minuta moved to continue the July 11 trial date to the back-up or second trial date already scheduled for September 26, 2022. All defendants have reportedly joined in the motion to continue. The government does not oppose the motion.

As defense counsel recognizes, the government has been diligent in producing discovery materials, which to date amount to numerous terabytes of videos and documents. *See* ECF 66 at ¶ 5. The government believes that, should the Court grant the defendants' motion to continue trial, an ends-of-justice continuance under the Speedy Trial Act would be warranted under 18 U.S.C. §

3161(h)(7)(A), based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv). Therefore, while the government asks the Court to inquire of all defendants, through their counsel, their position on excluding time between now and the September trial date, the government submits that the ends of justice that would be served by a continuance substantially outweigh the interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                DC Bar No. 481052

By: _____
                Kathryn L. Rakoczy
                Assistant United States Attorney
                D.C. Bar No. 994559
                Ahmed M. Baset
                Troy A. Edwards, Jr.
                Jeffrey S. Nestler
                Assistant United States Attorneys
                Louis Manzo
                Special Assistant United States Attorney
                U.S. Attorney's Office
                  for the District of Columbia
                555 4th Street, N.W.
                Washington, D.C. 20530

_____
Justin Sher
Alexandra Hughes
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20004