AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-00015-APM |
| RHODES, III ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERTO A. MINUTA.

Date: 04/04/2022

/s/ William L Shipley
*Attorney's signature*

William L. Shipley
*Printed name and bar number*

LAW OFFICE OF WILLIAM L. SHIPLEY
P.O. Box 745
Kailua, HI 96734
*Address*

808shipleylaw@gmail.com
*E-mail address*

(808) 228-1341
*Telephone number*

*FAX number*