## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Case No.** |
| v. | 1:22-cr-00015-APM |
| **KELLY MEGGS** | |
| **ACCUSED** | Assigned to the Honorable Amit Mehta, District Court Judge |
| *Styled as* <u>USA v. STEWART RHODES, et al.</u> *incorporating cases against multiple Defendants* | |

### KELLY MEGGS' <u>MOTION FOR RELEASE FROM PRE-TRIAL DETENTION and OPPOSITION TO EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT</u>

Pursuant to the Eighth Amendment to the U.S. Constitution, the Sixth Amendment to the U.S. Constitution, the Speedy Trial Act codified in 18 U.S.C. §§ 3161-3174 , Section 3145(i) and Section 3145(b) of Title 18 of the United States Code, Kelly Meggs, by and through the undersigned counsel, respectfully moves this Court for an Order revoking or amending the pretrial detention of Kelly Meggs and/or his release for preparation for trial.

For his grounds, Defendant Meggs files his companion Memorandum of Law

EMERGENCY (EMERGENT) TREATMENT REQUESTED: Under the circumstances in which the Defendant faces looming deadlines while opposing any waiver of the Speedy Trial Act, Kelly Meggs, by counsel, asks for this case to be treated on an emergency or emergent basis.

CONSULTATION: The Government has previously and repeatedly opposed Kelly Meggs' release from detention. Attempts to confer with the U.S. Attorney's Office were

1

unsuccessful.

        ORAL ARGUMENT REQUESTED

Dated: April 7, 2022        RESPECTFULLY SUBMITTED
                                KELLY MEGGS, *By Counsel*

                                Jonathon A. Moseley, Esq.

                                USDCDC Bar No. VA005
                                Virginia State Bar No. 41058
                                Mailing address only:
                                5765-F Burke Centre Parkway, PMB #337
                                Burke, Virginia 22015
                                Telephone: (703) 656-1230
                                **Contact@JonMoseley.com**
                                **Moseley391@gmail.com**

                                Jonathon Moseley, Esq.

## CERTIFICATE OF SERVICE

       I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants. From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

        **Jeffrey S. Nestler**
        U.S. ATTORNEY'S OFFICE
        555 Fourth Street NW
        Washington, DC 20530
        202-252-7277
        **jeffrey.nestler@usdoj.gov**

        **Kathryn Leigh Rakoczy**

U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**

_____
Jonathon Moseley, Esq.