# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend the Oakrum Baptist Church on Sunday, April 24, 2022 from 9:00 a.m. to 3:00 p.m.

_____     _____
Date                                            Honorable Amit P. Mehta
                                                     United States District Court