UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-CR-00015-APM-01 |
| ELMER STEWART RHODES III, ) | |
| ) | |
| Defendant. ) | |
| ) | |

***PRO HAC VICE* DECLARATION OF DAVID R. OLIVAS**

I, David R. Olivas, make the following declaration in support of the Motion for *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is David Ray Olivas.

2. My office address is 3300 Oak Lawn Ave. #700, Dallas, Texas 75219, with a telephone number of 214-845-7570.

3. I have been admitted to the following State & Federal Bars: Texas, Northern District of Texas, SCOTUS.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date:     April 7, 2022

Respectfully submitted,

DAVID R. OLIVAS
3300 Oak Lawn Ave #700
Dallas, Texas 75219
(214) 960-5702
LAWYER@DAVEOLIVAS.COM