**Juli Haller <hallerjulia@outlook.com>**                                                                    2/9/2022 7:00 AM

# RE: U.S. v. Caldwell - Additional Scoped Digital Evidence

To Rakoczy, Kathryn (USADC) <kathryn.rakoczy@usdoj.gov> • Carmen D. Hernandez <chernan7@aol.com> •
Charles Greene <cmg@cmgpa.com> • Gene Rossi <grossi@carltonfields.com> • J Talbot <jtalbot@cmgpa.com> •
Jessica Ettinger <jessica_ettinger@fd.org> • John Machado <johnlmachado@gmail.com> •
Joshua Uller <joshua_uller@fd.org> • Natalie Napierala <nnapierala@carltonfields.com> •
Peter Cooper <pcooper@petercooperlaw.com> • Stanley Woodward <stanley@brandwoodwardlaw.com> •
Steve Brennwald <sfbrennwald@cs.com> • Edward MacMahon <ebmjr@macmahon-law.com> •
Tommy Spina <tommy@tommyspina.com> • A.J. Balbo <aj@balbogregg.com> •
Alfred Guillame III <ag3law@gmail.com> • angiehalim@gmail.com <angiehalim@gmail.com> •
Brad Geyer <bradford.geyer@formerfedsgroup.com> • Chris Leibig <chris@chrisleibiglaw.com> •
David Fischer <fischerandputzi@hotmail.com> • Jonathan Crisp <jcrisp@crisplegal.com> •
Jonathan Moseley <contact@jonmoseley.com> • Joni Robin <joni@jonirobinlaw.com> •
Lee Bright <jlbright@gmail.com> • Matthew J. Peed <matt@clintonpeed.com> •
Phillip Linder 1 <phillip@thelinderfirm.com> • Phillip Linder 2 <attorneylinder@gmail.com> •
Scott Weinberg <scott@bsrlegal.com>   Copy Nestler, Jeffrey (USADC) <jeffrey.nestler@usdoj.gov> •
Edwards, Troy (USADC) <troy.edwards@usdoj.gov> • Baset, Ahmed (USADC) <ahmed.baset@usdoj.gov> •
Manzo, Louis (CRM) <louis.manzo@usdoj.gov> • Hughes, Alexandra (NSD) <alexandra.hughes@usdoj.gov> •
Sher, Justin (NSD) <justin.sher@usdoj.gov>

Hi Kate and defense counsel,

Has anyone tried to download this production? - nearly all of the Stewart Rhodes labelled information, I simple can't open within USA-fx or download. I successfully downloaded the excel summary spreadsheet, but nothing that is saved as Rhodes, except one pdf. Is this something I can forward to a computer IT assistant, who can sign the P.O.? If so, what is the process?

Thank you for your assistance!

Best,

Juli

**From:** Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
**Sent:** Tuesday, February 8, 2022 4:53 PM
**To:** Carmen D. Hernandez <chernan7@aol.com>; Charles Greene <cmg@cmgpa.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; Jessica Ettinger <Jessica_Ettinger@fd.org>; John Machado <johnlmachado@gmail.com>; Joshua Uller <joshua_uller@fd.org>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; Edward MacMahon <ebmjr@macmahon-law.com>; Tommy Spina <tommy@tommyspina.com>; A.J. Balbo <aj@balbogregg.com>; Alfred Guillame III <ag3law@gmail.com>; angiehalim@gmail.com; Brad Geyer <bradford.geyer@formerfedsgroup.com>; Chris Leibig <chris@chrisleibiglaw.com>; David Fischer <fischerandputzi@hotmail.com>; Jonathan Crisp <jcrisp@crisplegal.com>; Jonathan Moseley <contact@jonmoseley.com>; Joni Robin <joni@jonirobinlaw.com>; Lee Bright <jlbright@gmail.com>; Matthew J. Peed <matt@clintonpeed.com>; Phillip Linder 1 <phillip@thelinderfirm.com>; Phillip Linder 2 <attorneylinder@gmail.com>; Scott Weinberg <Scott@bsrlegal.com>
**Cc:** Nestler, Jeffrey (USADC) <Jeffrey.Nestler@usdoj.gov>; Edwards, Troy (USADC) <Troy.Edwards@usdoj.gov>; Baset, Ahmed (USADC) <Ahmed.Baset@usdoj.gov>; Manzo, Louis (CRM) <Louis.Manzo@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Sher, Justin (NSD) <Justin.Sher@usdoj.gov>
**Subject:** RE: U.S. v. Caldwell - Additional Scoped Digital Evidence

Dear Counsel:

We write with some updates regarding the scoping of the data retrieved from your clients' digital devices and accounts:

- Mr. Walden – The government completed its review of Items 1B2, 1B3, and 1B4, and nothing was seized (I do not believe they were able to access the data on 1B4);
- Mr. Ulrich – The government has completed its review of Items 1B3 and 1B5;
- Mr. Rhodes – The government has completed its review of a Google account, 1B7;
- Mr. Beeks – The government has completed its review of Items 1B6, 1B9, 1B11, and 1B13. I believe there remains one Apple iPhone, one Silver Apple Laptop Model A2251, one Lacie Hard Drive, and one iCloud account for which we still need to provide you scoped data.

We have uploaded the new scoped data sets for Mr. Ulrich's, Mr. Beeks', and Mr. Rhodes' devices/accounts to USAfx, in the Highly Sensitive Discovery Folder 5, here:
https://usafx.box.com/s/q12f5cz4natumqqyjqlyft80ozt2uagd. We will also include these materials on the

thumb drives of all defendants' scoped devices/accounts, which we will send out as soon as we complete the review of these devices, so that you have all of the charged defendants' scoped devices/accounts in one place.

Attached is a spreadsheet listing all the scoped devices/accounts for which you should have data at this time. Let us know if you have any questions or concerns.

Thank you,
Kate Rakoczy

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov

---

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Monday, January 10, 2022 2:35 PM
**To:** A.J. Balbo <aj@balbogregg.com>; Alfred Guillame III <ag3law@gmail.com>; angiehalim@gmail.com; Brad Geyer <bradford.geyer@formerfedsgroup.com>; Carmen D. Hernandez <chernan7@aol.com>; Charles Greene <cmg@cmgpa.com>; Chris Leibig <chris@chrisleibiglaw.com>; David Fischer <fischerandputzi@hotmail.com>; Edward MacMahon <ebmjr@macmahon-law.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Jonathan Moseley <contact@jonmoseley.com>; Joni Robin <joni@jonirobinlaw.com>; Joshua Uller <joshua_uller@fd.org>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Scott Weinberg <Scott@bsrlegal.com>; Shelli Peterson <Shelli_Peterson@fd.org>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; Tommy Spina <tommy@tommyspina.com>
**Cc:** Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Baset, Ahmed (USADC) <ABASET2@usa.doj.gov>; Manzo, Louis (CRM) <Louis.Manzo@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Sher, Justin (NSD) <Justin.Sher@usdoj.gov>
**Subject:** RE: U.S. v. Caldwell - Additional Scoped Digital Evidence

Dear Counsel,

I am writing to clarify an error in my description of the "Additional Scoped Digital Evidence" provided to you on December 21, 2021. I erroneously listed Item 11 on the list, or FBI Evidence Item 1B9 from the Stewart Rhodes case file, as "(U) Apple iPhone 12 PRO MAX GRPHT 256GB VER-USA, IMEI 350777732502546, S/N G0NDVGPV0D43 associated with phone number 406-291-6558 with a black case." Item 1B9 actually contains the scoped data provided by Apple in response to a search warrant seeking data from the accounts of Mr. Rhodes, Mr. Parker, and Ms. Parker (we applied for all three accounts in one warrant, as documented in the attached copy of the warrant, and for some reason Apple provided the data for all three accounts in one data dump).

FBI Item 1B8 is the scoped data for Mr. Rhodes' phone, the Apple iPhone 12 PRO MAX GRPHT 256GB VER-USA, IMEI 350777732502546, S/N G0NDVGPV0D43 associated with phone number 406-291-6558 with a black case. That scoped return is ready to be provided to you all in discovery, but it is about 43GB large, so I will place it on

a thumb drive, along with all of the other *scoped* returns, so you have them all in one place. I'll work on getting these drives sent out this week.

At this point, the only outstanding search warrant returns for the currently charged defendants are:

| Defendant Name | Item Number | Case UCFN | Description |
|---|---|---|---|
| James Beeks | | | All devices seized from Mr. Beeks are still pending review. |
| Walden | 1B4 | 266O-BH-3430673 | (U) Item 4 - One X-Box 360 with s/n 033722494407, 120 gb hard disk drive with plug |
| Walden | 1B3 | 266O-BH-3430673 | (U) Item 3 - One Seagate FreeAgent Desk Top external hard drive with s/n 9QE1H6FK and plug |
| Walden | 1B2 | 266O-BH-3430673 | (U) Item 2 - One Apple MacBook model A1369, s/n C02DX1GCDDR3 with charger |
| Brian Ulrich | 1B5 | 176-AT-3405626 | (U) HP Elite Book 820 |
| Brian Ulrich | 1B3 | 176-AT-3405626 | (U) HP laptop Probook 640G5, serial number: 5CG938C3V3 and power cord |

(I am also attaching here an updated spreadsheet of evidence, for your records.)

Thank you,
Kate Rakoczy

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov

---

**From:** Rakoczy, Kathryn (USADC)
**Sent:** Tuesday, December 21, 2021 2:14 PM
**To:** A.J. Balbo <aj@balbogregg.com>; Alfred Guillame III <ag3law@gmail.com>; angiehalim@gmail.com; Brad Geyer <bradford.geyer@formerfedsgroup.com>; Carmen D. Hernandez <chernan7@aol.com>; Charles Greene <cmg@cmgpa.com>; Chris Leibig <chris@chrisleibiglaw.com>; David Fischer <fischerandputzi@hotmail.com>; Edward MacMahon <ebmjr@macmahon-law.com>; Gene Rossi <GRossi@carltonfields.com>; J Talbot <Jtalbot@cmgpa.com>; John Machado <johnlmachado@gmail.com>; Jonathan Moseley <contact@jonmoseley.com>; Joni Robin <joni@jonirobinlaw.com>; Joshua Uller <joshua_uller@fd.org>; Juli Haller <hallerjulia@outlook.com>; Natalie Napierala <nnapierala@carltonfields.com>; Peter Cooper <pcooper@petercooperlaw.com>; Scott Weinberg <Scott@bsrlegal.com>; Shelli Peterson <Shelli_Peterson@fd.org>; Stanley Woodward <stanley@brandwoodwardlaw.com>; Steve Brennwald <sfbrennwald@cs.com>; Tommy Spina <tommy@tommyspina.com>

**Cc:** Nestler, Jeffrey (USADC) <JNestler1@usa.doj.gov>; Edwards, Troy (USADC) <TEdwards1@usa.doj.gov>; Baset, Ahmed (USADC) <ABASET2@usa.doj.gov>; Manzo, Louis (CRM) <Louis.Manzo@usdoj.gov>; Hughes, Alexandra (NSD) <Alexandra.Hughes@usdoj.gov>; Sher, Justin (NSD) <Justin.Sher@usdoj.gov>
**Subject:** U.S. v. Caldwell - Additional Scoped Digital Evidence

Dear Counsel:

As documented in the attached letter, we are providing you with some additional scoped digital evidence search warrant returns. They are under Highly Sensitive Discovery Folder 6 – Additional Scoped SW Returns (Digital Evidence): https://usafx.box.com/s/ga2erpngvthtvonmqkvwai67enue0wj9. Despite the name of the folder, since these returns all contain scoped/seized data, we are not placing any sensitivity classification on the data EXCEPT that where personal identifying information ("PII") is provided or uncharged subjects are named, we ask that you treat that information as "sensitive" and not place this information in any public filings. If this is a problem please feel free to contact us and we can discuss further.

As explained in greater detail in the letter, we are now *almost* done with the scoping of all of your clients' devices.

As always, let us know if you have any questions or concerns about this discovery.

We wish you a very happy holiday season, and safe travels to those visiting family and friends!

Take care,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov