UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr.   22-CR-00015-APM |
| | ) | |
| DAVID MOERSCHEL | ) | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

NOW comes Defendant, DAVID MOERSCHEL, by and through his counsel of record, Scott Weinberg Esq., respectfully requests that the Court allow him to adopt and join co-defendant Thomas Caldwell's Motion to Dismiss. The relevant law and arguments in Mr. Caldwell's filing having the same applicability to this defendant's matter, this motion is designed to simplify procedures and eliminate delay in accordance with Fed. R. Crim. P. 2

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone:   (941) 575-8000
Facsimile:   (941) 575-8888
E-mail: Scott@bsrlegal.com


By  /s/ Scott Weinberg
      Scott Weinberg
      Fla. Bar No. 71109


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 14, 2022, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice

of the electronic filing to all interested parties, including the Office of the United States Attorney.

                    Respectfully submitted,

                    Brown, Suarez, Rios & Weinberg, P.A.
                    Attorney for Defendant
                    265 E Marion Ave., Ste 114
                    Punta Gorda, FL 33950
                    Telephone:   (941) 575-8000
                    Facsimile:    (941) 575-8888
                    E-mail: Scott@bsrlegal.com

                    By__/s/ Scott Weinberg_____
                         Soctt Weinberg
                         Fla. Bar No. 71109