UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Edward Vallejo's motion to dismiss Count One, it is hereby ordered that Count One is dismissed.

It is SO ORDERED.

_____          _____
Date                                                                 Hon. Amit P. Mehta
                                                                          United States District Judge

1