**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 22-cr-15 (APM)-7** |
| | ) | |
| **JOSEPH HACKETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE TO JOIN MOTIONS OF CO-DEFENDANTS

Defendant, Joseph Hackett, by and through his undersigned counsel, hereby gives notice

that he adopts and joins the following motions:

1)    Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment
       Thomas Edward Caldwell, 4/12/22, Doc. 84

2)    Motion to Change Venue
       Thomas Edward Caldwell, 4/15/22, Doc. 93

3)    Motion to Dismiss Count One and Strike Surplusage
       Edward Vallejo, 4/16/22, Doc. 94 and Doc. 95


                                                        Respectfully submitted,


                                                        _____/s/ Angela Halim_____
                                                        Angela Halim, Esq.,
                                                        3580 Indian Queen Lane
                                                        Suite 10A
                                                        Philadelphia, PA  19129
                                                        (215) 300-3229
                                                        angiehalim@gmail.com

                                                        Counsel for Joseph Hackett

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, a copy of the foregoing Notice to Join Co-Defendants' Motions was electronically filed with the Clerk of the U.S. District Court for the District of Columbia via CM/ECF.  The same is available for viewing and downloading upon the following:


AUSA Jeffrey Nestler
AUSA Kathryn L. Rakoczy
Office of the United States Attorney
555 4th Street, NW
Washington D.C. 20001



_____/s/ Angela Halim_____
Angela Halim, Esq.


Dated:  April 16, 2022