UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| ) | |
| v.                        ) | Case No. 22-cr-00015-APM |
| ) | |
| ROBERTO MINUTA,           ) | |
| ) | |
| ) | |
| **Defendant**             ) | |
| ) | |

**DEFENDANT ROBERTO MINUTA'S NOTICE OF JOINDER
REGARDING MOTIONS FILED BY CO-DEFENDANTS**

    William L. Shipley
    PO Box 745
    Kailua, Hawaii 96734
    Tel: (808) 228-1341
    Email: 808Shipleylaw@gmail.com
    *Attorney for Defendant*

1

NOW comes Defendant, Roberto Minuta, by and through his counsel of record, William L. Shipley, Esq., and respectfully requests provides Notice to this Court of his intention to adopt and join the following motions filed by Co-Defendants in this matter:

(1) Defendant Vallejo's Motion to Dismiss Count One and to Strike Surplusage at ECF No. 94,

(2) Defendant Caldwell's Motion to Change Venue at ECF No. 93,

(3) Defendant Hackett's Motion To Sever Count 14, as it relates to Count 13 against Defendant Munita at ECF No. 91, and

(4) Defendant Hackett's Motion to Dismiss Count 14, as it relates to Count 13 against Defendant Minuta at ECF No 90.

The cited case law and arguments set forth by Co-Defendants Vallejo, Caldwell, and Hackett in the above-specified motions apply to Defendant Minuta and the Counts alleged against him in the Indictment. Allowing Mr. Minuta to join the motions made by Co-Defendants simplifies this proceeding and eliminates delay.

Date: April 18, 2022                    Respectfully Submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley
                                        PO Box 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com

                                        *Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 18, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley
