FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry        06/14/2021

[REDACTED]

    Person Thirteen drove by himself in his white Ford F150 truck from Arizona to a hotel in Virginia to be a witness to the events on January 6, 2021. Person Thirteen did not fly because of COVID concerns. Person Thirteen could not recall the name of the hotel he stayed at, but when prompted, remembered it was in Arlington, Virginia. Agents asked if it was the Comfort Inn and he thought that might have been it. Person Thirteen stayed in a room with two other individuals but did not recall their names. One of the individuals offered for Person Thirteen to share a room with him. On January 5, 2021, Person Thirteen met up with other individuals and attended events near Liberty or Freedom Plaza. One of the individuals he hung out with that night forgot where he parked his truck and they had to get a ride back to the hotel. Person Thirteen did not know the name of the individual whose truck it was. It was described as a "Japanese" model truck. When asked if it was a Nissan, Person Thirteen believed it was, black in color. The next morning, Person Thirteen and the individual went out to look for the truck and found it.

    Person Thirteen was not a member of the Oath Keepers and did not meet with any Oath Keepers while he was there. Person Thirteen later admitted knowing the individual he stayed with and whose truck was lost as ED VALLEJO. Person Thirteen knew VALLEJO for a long time from attending the same parties and protests. Around Christmas 2020, Person Thirteen spoke with VALLEJO and VALLEJO discussed going out to DC to attend the rally on January 6, 2021. Person Thirteen did not travel with VALLEJO to DC and was only going to be a witness to events, even though he did not attend any events on the day of

Investigation on  06/08/2021   at  Mesa, Arizona, United States (In Person)

File #   176-PX-3430926                                   Date drafted   06/08/2021

by   Andrew M. Tews, SYLVIA HILGEMAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

176-PX-3430926

Continuation of FD-302 of  (U) Interview of [Person Thirteen]  , On  06/08/2021  , Page  2 of 2

January 6, 2021. [Person Thirteen] was asked if he provided any security details for individuals and/or events while in DC and [Person Thirteen] stated he did not.

[Person Thirteen] hung out at the hotel with VALLEJO on Janaury 6th, but did not know who VALLEJO was communicating with that day or what he was doing. At times, VALLEJO would walk away and told [Person Thirteen] he had some things to do. [Person Thirteen] did not know what those things were.

[Person Thirteen] helped VALLEJO bring bags and totes into the hotel room where they were staying. [Person Thirteen] did not know what was inside the bags or totes. [Person Thirteen] never saw any weapons (guns) at the hotel. [Person Thirteen] was shown still images from CCTV footage at the Comfort Inn in Arlington bringing in bags and black totes, but he could not identify himself in the pictures. He also could not identify VALLEJO in the pictures.

[Person Thirteen] did not know what QRF (Quick Reaction Force) meant. [Person Thirteen] gave interviews on the Ernest Hancock podcast with VALLEJO but did not recall everything he said. The point behind what he said was that he was there to witness the events and that the world was watching the process (referring to the vote certification).

On the night of January 6, 2021, [Person Thirteen] had dinner with numerous people, many that he did not know. [Person Thirteen] did not recall where they had dinner, but it was a bit of a drive to get there. VALLEJO was present at the dinner as well as STEWART RHODES. [Person Thirteen] knew RHODES was the founder of the Oath Keepers.

**Agent Note:** Agents explained Title 18, USC 1001, False statements, to [Person Thirteen] and potential penalties associated with it. [Person Thirteen] acknowledged understanding.