# Exhibit 1
# (File Name: 505.m4a)