# Exhibit 2
# (File Name: 602.m4a)