# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 21-15-APM |
| THOMAS EDWARD CALDWELL | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Amend Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be GRANTED and that the Defendant, with approval by Pretrial Services, be permitted to remove his location monitor prior to surgery on May 17, 2022.   The Defendant is further ordered to have the location monitor reattached upon his discharge from the hospital as coordinated with his Pretrial Services officer.   It is further ordered that the Defendant is excused from appearing at the 12(b) motions hearing scheduled for May 17, 2022, as he has, through counsel, waived his appearance.

_____                    _____
Date                                                              Honorable Amit P. Mehta
                                                                       United States District Court