UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>     *Defendant*. | No. 22-cr-15 (APM) |

## NOTICE OF JOINDER

Defendant Edward Vallejo hereby gives notice that he adopts and joins the following motions:

Motions in 22-cr-15 (APM)

1. Motion to Dismiss Count 1, 2, 3, and 4 of the Indictment,
   Thomas Edward Caldwell, 4/12/22, Doc. 84

2. Motion to Change Venue,
   Thomas Edward Caldwell, 4/15/22, Doc. 93

3. Motion to Dismiss Count 1 of the Indictment,
   Kelly Meggs, 4/10/22, Doc. 82-1

4. Motion to Dismiss Counts 1, 2, 3, and 4 of the Indictment,
   Joseph Hackett, 4/15/22, Doc. 89

Motions in 21-cr-28 (APM)

1. Motion for Dismissal of Indictment
   Thomas E. Caldwell, 6/15/21, Doc. 240

2. Motion to Transfer Venue
   Thomas E. Caldwell, 7/1/21, Doc. 273

3. Motion to Dismiss Counts 1, 2, 3, 4 & 12 of the Fourth Superseding Indictment
   Kenneth Harrelson, 7/1/21, Doc. 278

1

4.     Motion to Dismiss Counts 1 & 2 for Failure to State and Offense and for Vagueness
Donovan Crowl, 7/5/21, Doc. 288

5.     Second Motion to Dismiss Counts 1 & 2 and for Disclosure of Grand Jury Minutes
Donovan Crowl, 9/2/21, Doc. 382

6.     Motion to Dismiss Fifth Superseding Indictment
Connie Meggs, 9/2/21, Doc. 386

7.     Motion for Reconsideration of the Court's Ruling on Motions to Dismiss Counts 1 & 2
Thomas E. Caldwell, 12/2421, Doc. 566

8.     Joint Motion to Transfer Venue
Thomas E. Caldwell and Connie Meggs, 4/15/22, Doc. 654

May 4, 2022
                              Respectfully submitted,

                              /s/ Matthew J. Peed   .
                              Matthew J. Peed (D.C. Bar No. 503328)
                              CLINTON & PEED
                              1775 I St. NW, Suite 1150
                              Washington, D.C. 20006
                              (202) 919-9491 (tel)
                              (202) 587-5610 (fax)

                              *Counsel for Defendant Edward Vallejo*