CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>vs. )<br>  )<br>BRIAN ULRICH )<br>  )<br>  )<br>  ) | Criminal Case No.: 22-cr-15 (APM) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved: 2022.05.04 11:05:11 -04'00'    Date: _____

Amit P. Mehta
United States District Judge