UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO. 1:22-CR-15-APM** |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| **BRIAN ULRICH,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF PREVIOUSLY JOINED MOTIONS

COMES NOW DEFENDANT BRIAN ULRICH, by and through his counsel of record, who respectfully provides notice to this Honorable Court that, in recognition of and in accordance with the Plea Agreement submitted on April 29, 2022 (Doc. 116), he is withdrawing from the motions of co-defendants, to which he previously joined. Those motions are listed hereinbelow:

| **Defendant** | **Doc.** | **Motion** |
|---|---|---|
| Thomas E. Caldwell | 84 | Motion to Dismiss Counts 1, 2, 3 and 4 |
| Thomas E. Caldwell | 93 | Motion to Transfer Venue |
| Joseph Hackett | 89 | Motion to Dismiss Counts 1, 2, 3, and 4 |
| Joseph Hackett | 90 | Motion to Dismiss Count 14 (Count 16 as applied to Defendant Brian Ulrich) |
| Edward Vallejo | 94 & 95 | Motion to Dismiss Count 1 and to Strike Surplusage |

This withdrawal applies as well to motions joined with and submitted in the case of United States v. Caldwell, Case No. 21-CR-28-APM. Accordingly, Mr. Ulrich states that he has no pending motions before the Court.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
aj@balbogregg.com
Georgia Bar No. 142606

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2022, a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record.

Respectfully submitted,

*/s A. J. Balbo*
A. J. Balbo, Esq.
Balbo & Gregg, Attorneys at Law, P.C.
11258 Ford Avenue, Ste. 11
Richmond Hill, Georgia 31324
912-459-1776 – Telephone
912-459-1777 – Facsimile
Georgia Bar No. 142606