# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Criminal No. 1:22-cr-00015-APM )  ) |
| v. | ) ) |
| **THOMAS CALDWELL,** | ) ) ) |
| And | ) ) |
| | ) Criminal No. 1:21-cr-00028-APM |
| **UNITED STATES OF AMERICA,** | ) ) |
| v. | ) ) ) |
| **CONNIE MEGGS,** | ) ) |
| **Defendants** | |

## ORDER

The Court grants Connie Meggs' joint motion, with David Fischer for an extension of the deadline for Defendants' Joint Reply on the Motions to Change Venue, *U.S. v. Rhodes*, ECF 93 and *U.S. v. Meggs*, ECF 654 to May 12, 2022.

_____
The Hon. District Judge Amit P. Mehta
United States District Court Judge

*Copies to all Counsel via ECF*