## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **Criminal No. 1:22-cr-00015-APM** )  ) |
| v. | ) ) |
| **THOMAS CALDWELL,** | ) ) |
| And | ) ) |
| **UNITED STATES OF AMERICA,** | ) **Criminal No. 1:21-cr-00028-APM** ) ) |
| v. | ) ) |
| **CONNIE MEGGS,** | ) ) |
| **Defendant** | |

### ERRATA, DEFENDANTS' NOTICE OF CORRECTION

COMES NOW Defendants Connie Meggs and Thomas Caldwell, jointly by undersigned counsel, hereby set forth that in its Reply it inadvertently made clerical errors, which it hereby corrects:

See pp. 1, 2, 5, 20 and inadvertently omitted attached Exhibit A for the Reply.

*See* attached copy of Reply, with Ex. A, as Exhibit One Hereto.

Respectfully submitted,

By Counsel:

      */s/* David W. Fischer
David W. Fischer, Esq.
Fischer & Putzi, P.A.
7310 Ritchie Hwy., #300
Glen Burnie, MD 21061
(410) 787-0826
Fischerandputzi@hotmail.com

And

                                          */s/* Juli Z. Haller
Juli Z. Haller, DC 466921
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W.
S. Building, Suite 900
Washington, DC 20004
Telephone: (202) 729-2201
HallerJulia@outlook.com

Counsel for Connie Meggs

**Certificate of Electronic Service**

I hereby certify that on May 13, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

                                          */s/* David W. Fischer

And

                                          */s/* Juli Z. Haller
Juli Z. Haller, DC 466921