# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES                              *

vs.                                        *    Case No.: 22-15-APM

THOMAS E. CALDWELL
(U.S. v. Elmer S. Rhodes)                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## Notice

The Defendant, Thomas E. Caldwell, by and through counsel, David W. Fischer, Esq., hereby notifies the Court that he joins the following pretrial motions filed by his co-defendants:

1) ECF No. 82:  Motion to Dismiss (Kelly Meggs) (previously noted).

2) ECF No. 89: Motion to Dismiss (Joseph Hackett).

3) ECF No 90: Motion to Dismiss (Joseph Hackett) (as it applies to Count 17).

4) ECF No. 91: Motion to Sever County (Joseph Hackett) (as it applies to Count 17).

5) ECF No. 95 Motion to Dismiss (Edward Vallejo).

                                                /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of May, 2022, a copy of this Notice was filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:   Kathryn Rakoczy, Asst. U.S. Atty.
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20001

_____/s/_____
David W. Fischer, Esq.