**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| **DISTRICT OF COLUMBIA** | : | | : |
| **v.** | : | **Crim. No. 122-cr-00015-APM** | |
| **JOSHUA JAMES** | : | | |

_____

## <u>ORDER</u>

     On Motion of the defendant, for good cause shown, and with the government not objecting, the Court hereby ORDERS that the defendant's conditions of release are modified such that he is no longer required be on home confinement, but shall instead by subject to a curfew such that he may leave his residence for any reason between 8:30 a.m. and 5:30 p.m. Monday through Friday, and between 8:30 a.m. and 8:30 p.m. Saturday and Sunday. The defendant shall further be permitted to be outside his home between 5:30 p.m. and 8:30 pm two weekdays per week for the purposes of therapeutic meetings.

     The remaining terms of the defendant's release shall remain in full force and effect.

     It is ORDERED this _____ day of May 2022

_____
UNITED STATES DISTRICT COURT JUDGE