## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Case No.** |
| **v.** | 1:22-cr-00015-APM |
| **KELLY MEGGS** | *Previously included within* |
| **ACCUSED** | 1:21-cr-00028-APM |
| *Styled as <u>USA v. STEWART RHODES, et al.</u> incorporating cases against multiple Defendants* | Assigned to the Honorable Amit Mehta, District Court Judge |

### NOTICE OF WITHDRAWAL OF COUNSEL

Comes now the attorney Jonathon A. Moseley as co-counsel for the Defendant Kelly Meggs and hereby files this notice of withdrawal as counsel from the case pursuant to Local Rule 83.6(b). Local Rule 83.6(b) can apply through simple notice without the need for a motion, to the extent that Defendant Kelly Meggs will also be represented by attorneys

> Stanley E. Woodward, Jr.
> (D.C. Bar No. 997320)
> BRAND WOODWARD, LP
> 1808 Park Road, Northwest
> Washington, DC 20010
> 202-996-7447 (telephone)
> 202-996-0113 (facsimile)
> **Stanley@BrandWoodwardLaw.com**
>
> Juli Z. Haller,
> (DC 466921)
> The Law Offices of Julia Haller
> 601 Pennsylvania Avenue, Northwest, Suite 900
> Washington, DC 20004
> Telephone: (202) 729-2201
> HallerJulia@outlook.com

Dated:  May 17, 2022              RESPECTFULLY  SUBMITTED
                                  JONATHON A. MOSELEY,
                                  withdrawing as counsel for KELLY MEGGS

Jonathon A. Moseley, Esq.

Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703)  656-1230
**Contact@JonMoseley.com**
**Moseley391@gmail.com**


## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
**jeffrey.nestler@usdoj.gov**

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
(202) 305-8537 (fax)
**kathryn.rakoczy@usdoj.gov**

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
**justin.sher@usdoj.gov**

**Troy A. Edwards, Jr**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
202-252-7081
**troy.edwards@usdoj.gov**

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
**Alexandra.Hughes@usdoj.gov**

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
**louis.manzo@usdoj.gov**

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W., Room 4209
Washington, DC 20530
202-252-7097
**ahmed.baset@usdoj.gov**