UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 1:22-cr-00015-APM** |
| **JOSHUA JAMES** : | |

## ORDER AMENDING CURFEW HOURS

On Motion of the defendant, for good cause shown, and with the government not objecting, the Court hereby ORDERS that the defendant's conditions of release are modified to reflect that he shall be subject to a curfew such that he may leave his residence for any reason, subject to a 60 mile radius, between 7:00 a.m. and 7:00 p.m, Monday through Friday, and between 7:00 a.m. and 8:30 p.m. Saturday and Sunday. The defendant shall further be permitted to be outside his home between 7:00 p.m. and 8:30 p.m. two weekdays per week for the purposes of therapeutic meetings.

It is further ORDERED that the remaining terms of the defendant's release shall remain in full force and effect.

It is ORDERED this _____ day of May 2022

_____
UNITED STATES DISTRICT COURT JUDGE