# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-15 APM |
| THOMAS E. CALDWELL | * |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED REQUEST TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Thomas E. Caldwell, by and through his attorney, David W. Fischer, Esq., and respectfully requests that the Court modify the conditions of release in this matter, and in support of said motion states as follows:

1. Assistant U.S. Attorney Kathryn Rakoczy does not oppose the instant request.

2. The wife of a close friend of the Defendant's recently passed away from cancer. The Defendant requests permission to attend a viewing service for the deceased at the Oakrum Baptist Church located at 16419 Thoroughfare Road, Broad Run, VA 20137, and a reception immediately following the viewing with the family and friends of the deceased, on June 3, 2022 from 5:00 p.m. to 12:00 midnight.

WHEREFORE, the Defendant respectfully requests that the Court modify the Defendant's conditions of release to allow him to attend a viewing and reception on June 3, 2022 from 5:00 p.m. to 12:00 midnight.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

**CERTFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 26th day of May, 2022, a copy of the foregoing Unopposed Motion to Modify Conditions of Release was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:    Office of the United States Attorney
                 555 4th Street, NW
                 Washington, DC 20001

                   /s/
                David W. Fischer, Esq.