# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES                         *

vs.                                   *   Case No.: 21-15-APM

THOMAS EDWARD CALDWELL                *

  * * * * * * * * * * *

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Modify Conditions of Release, it is hereby ordered by the United States District Court for the District of Columbia that the Motion be granted and that the Defendant be permitted to attend a viewing service, and a reception following the service, located at the Oakrum Baptist Church on June 3, 2022 from 5:00 p.m. to 12:00 midnight.

_____   _____
Date            Honorable Amit P. Mehta
               United States District Court