UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| V. | ) | **CRIMINAL NO. 1:22cr15-APM** |
| | ) | |
| | ) | |
| **BRIAN ULRICH,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence submitted by defense counsel A. J. Balbo, requesting leave for the following dates:

**May 27 – June 6, 2022**

**November 21-25, 2022**

After careful consideration, said Motion is GRANTED.

SO ORDERED, this _____ day of _____, 2022.

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA