**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | *   Case No. 22-015-APM |
| **ROBERTO MINUTA, et. al.** | * |

\*   \*   \*   \*   \*

**MOTION TO WITHDRAW APPEARANCE**

Alfred Guillaume III moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Undersigned counsel represents Mr. Minuta pursuant to a Criminal Justice Act appointment.

2. Attorney William Shipley has entered his appearance on behalf of Mr. Gonzales-Valencia as privately retained counsel.

**WHEREFORE**, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter if the court deems his request appropriate.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
1350 Connecticut Ave. NW, Ste. 308
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of June 2022, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
Alfred Guillaume III