UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD VALLEJO,<br>　　　　　　　*Defendant*. | No. 22-cr-15 (APM) |

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Edward Vallejo, through counsel, hereby moves to modify his conditions of release in two ways:

(i) to permit him to attend a dentist appointment on June 24, 2022; and

(ii) to use an electronic device with Internet access for the sole purposes of (1) attending court hearings; (2) communicating with his/her counsel and defense team; and (3) reviewing discovery materials with counsel and defense team.

The government consents to these modifications. The second modification, which has been successfully applied to and obeyed by other defendants released in this case, will greatly assist Mr. Vallejo in preparing his defense.

June 14, 2022　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Matthew J. Peed     .
　　　　　　　　　　　　　　　　　　　　Matthew J. Peed (D.C. Bar No. 503328)
　　　　　　　　　　　　　　　　　　　　CLINTON & PEED
　　　　　　　　　　　　　　　　　　　　1775 I St. NW, Suite 1150
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　(202) 919-9491 (tel)
　　　　　　　　　　　　　　　　　　　　(202) 587-5610 (fax)

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Edward Vallejo*