**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **EDWARD VALLEJO,** <br> *Defendant*. | No. 22-cr-15 (APM) |

**ORDER**

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release, it is hereby ORDERED that

(i) Mr. Vallejo may attend a dentist appointment, in coordination with pretrial services; and

(ii) Mr. Vallejo may use an electronic device with Internet access for the sole purposes of (1) attending court hearings; (2) communicating with his/her counsel and defense team; and (3) reviewing discovery materials with counsel and defense team. The defendant may not use electronic devices connected to the Internet for any other purposes.

Date: _____

_____
Hon. Amit P. Mehta
United States District Judge