# CERTIFICATE OF SERVICE

I, WILLIAM L. SHIPLEY, JR., hereby certify that I electronically filed **DEFENDANTS MINUTA, CALDWELL, HARRELSON, WATKINS, MOERSCHEL, AND MEGGS MOTION TO DISMISS THE SUPERSEDING INDICTMENT** with the United States District Court for the District of Columbia by using the CM/ECF system on **June 23, 2022**, and served the following Counsel on behalf of the Plaintiff UNITED STATES via CM/ECF case filing system:

**Ahmed Muktadir Baset**
U.S. ATTORNEY'S OFFICE
United States Attorney's Office for the District of Col
555 Fourth Street, N.W.
Room 4209
Washington, DC 20530
202-252-7097
Email: ahmed.baset@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alexandra Stalimene Hughes**
DOJ-Nsd
950 Pennsylvania Ave NW
Washington DC, DC 20004
202-353-0023
Email: Alexandra.Hughes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jeffrey S. Nestler**
U.S. ATTORNEY'S OFFICE
555 Fourth Street NW
Washington, DC 20530
202-252-7277
Email: jeffrey.nestler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Justin Todd Sher**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202-353-3909
Email: justin.sher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Kathryn Leigh Rakoczy**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-6928
Fax: (202) 305-8537
Email: kathryn.rakoczy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Louis J. Manzo**
DOJ-CRM
1400 New York Ave NW
Washington, DC 20002
202-616-2706
Email: louis.manzo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Troy A. Edwards , Jr.**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20001
(202) 258-1251
Email: troy.edwards@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

DATED: June 23, 2022, at Kailua, Hawaii.

/s/ William L. Shipley
William L. Shipley