IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KELLY MEGGS,<br><br>Defendant. | )<br>)<br>)  Criminal No. 1:22-cr-00015-APM<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF APPEARANCE</u>**

THE CLERK OF THE COURT will kindly note the Appearance of Julia Z. Haller, of the Law Offices of Julia Haller, as counsel for *Defendant, Kelly Meggs*, as co-counsel, with Stanley Woodward and his firm, Brand Woodward Law, LP, in the above-captioned case.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐  CJA          ☒  RETAINED          ☐  FEDERAL PUBLIC DEFENDER

KELLY MEGGS

Respectfully Submitted,

　　　*/s/ Juli Haller*
Juli Z. Haller, (DC 466921)
The Law Offices of Julia Haller
601 Pennsylvania Avenue, N.W., Suite 900
Washington, DC 20004
Telephone: (202) 352-2615
Email: HallerJulia@outlook.com

## CERTIFICATE OF SERVICE

On June 24, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

                                     */s/ Juli Haller*
                               Juli Z. Haller, (DC 466921)