**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **EDWARD VALLEJO,** <br>            *Defendant*. | No. 22-cr-15 (APM) |

**CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE**

Defendant Edward Vallejo hereby moves to modify his conditions of release in two ways:

(i) to permit him to attend a follow-up dentist appointment on July 1, 2022; and

(ii) to permit him to attend any additional medical and dental appointments with prior notice and consent by Pretrial Services without the need for an additional judicial order.

The government consents to these modifications. The first request implements the Court's prior approval of dental treatment for Mr. Vallejo by permitting his dentist to continue recommended treatment. The second request is intended to ease the burden on the Court of individually approving medical and dental treatment when such treatment has been discussed and approved in advance by Pretrial Services, consistent with its supervision of Mr. Vallejo's overall compliance obligations.

WHEREFORE, Mr. Vallejo respectfully requests these modifications to his conditions of release.

June 30, 2022

Respectfully submitted,

/s/ Matthew J. Peed
Matthew J. Peed (D.C. Bar No. 503328)
CLINTON & PEED
1775 I St. NW, Suite 1150
Washington, D.C. 20006
(202) 919-9491 (tel)

*Counsel for Defendant Edward Vallejo*