UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**EDWARD VALLEJO,**<br>                    *Defendant*. | No. 22-cr-15 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Defendant Edward Vallejo's unopposed motion to modify his conditions of release, and for good cause shown, the Court hereby modifies Defendant Vallejo's conditions of release in the following manner(s) indicated by check mark:

   \_\_\_   to permit him to attend a follow-up dentist appointment on July 1, 2022;

   \_\_\_   to permit him to attend any additional medical and dental appointments with prior notice and consent by Pretrial Services without the need for an additional judicial order.

It is **SO ORDERED**.

_____       _____
Date                                                                        Hon. Amit P. Mehta
                                                                                   United States District Judge