# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-cr-15-APM |
| THOMAS E. CALDWELL | |
| (U.S. v. Elmer Stewart Rhodes) | * |

\* \* \* \* \* \* \* \* \* \* \*

**Motion to Extend Deadline for Filing of 12(B) Motions**

COMES NOW the Defendant, Thomas E. Caldwell, by and through undersigned counsel, and respectfully requests that the Court extend the deadline for filing 12(b) motions in the instant matter, and in support thereof states:

1. The deadline for filing 12(b) motions in the instant case is currently set for July 8, 2022.

2. As a result of busy trial schedules, deadlines in other cases, and other commitments, counsel for the defendants in the instant case who plan on filing motions require additional time to prepare and file appropriate motions.

3. Accordingly, it is requested that the deadline for filing motions be extended until Monday, July 11, 2022.

4. Counsel for the Government, Kathryn Rakoczy, does not oppose this request.

WHEREFORE, it is respectfully requested that the Court extend the deadline for the filing of 12(b) motions to July 11, 2022.

Respectfully submitted:

     /s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 300
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of July, 2022, a copy of the foregoing Defendant Caldwell's Motion to Extend Deadline for Filing 12(b) Motions was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:        Office of the United States Attorney
                                              Kathryn Rakoczy, AUSA
                                              555 4th Street, NW
                                              Washington, DC 20001

                                                               */s/*
                                                          David W. Fischer, Esq.