## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| vs. | *   Case No.: 22-cr-15-APM |
| THOMAS E. CALDWELL<br>(U.S. v. Elmer Stewart Rhodes) | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ORDER**

Upon consideration of the Defendant's Motion to Extend Deadline for Filing Rule 12(b) Motions, which the Government does not oppose, it is hereby ORDERED by the United States District Court for the District of Columbia that said Motion is GRANTED and that all defendants in *United States v. Rhodes* shall file all pretrial motions pursuant to Federal Rule of Criminal Procedure 12(b) on or before July 11, 2022.

_____                    _____
Date                                             Honorable Amit P. Mehta
                                                  United States District Court