IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:22-cr-00015-APM** |
| v.   ) | |
| ) | |
| **ELMER STUART RHODES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant Kelly Meggs's Motion to Dismiss, it is, this ___ day of July, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the June 22, 2022, Superseding Indictment are dismissed as to Mr. Meggs.

**SO ORDERED.**

_____
The Honorable Amit Mehta
United States District Court Judge