# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No.   22-cr-15-APM |
| ) | |
| ) | |
| ) | |
| ) | |
| **THOMAS CALDWELL** ) | |
| **(US vs. Rhodes, III *et. al*)** ) | |

## ORDER

**AND NOW,** this _____ day of _____, 2022 upon consideration of the Defendants' Joint Motion to Transfer Venue and Continue Trial Date and the Government's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

_____
The Honorable Amit P. Mehta
United States District Court Judge