# EXHIBIT

# B



## Oath Keeper members brought explosives to DC area around January 6 and had a 'death list,' prosecutors say

By Hannah Rabinowitz and Holmes Lybrand, CNN

Updated 10:42 PM EDT, Fri July 08, 2022



(CNN) — The Justice Department released new details
Friday evening of the alleged extensive planning by the
Oath Keepers to prepare for violence in Washington, DC,
on January 6, 2021, including lessons to conduct "hasty



**CNN's blasts explosives allegation in Gov 404b motion**
https://amp.cnn.com/cnn/2022/07/08/politics/oath-keepers-explosives-death-list-january-6/index.html

**10:26** ⏴                                    ‖ 5G ▫



( Overview )    Leaders    News

## Videos



WATCH: Oath Keepers are a
'violent militia,' former...
YouTube · PBS NewsHour
19 hours ago



Watch: Why former Oath Keepers
spokesperson broke with the...
CNN
18 hours ago



Former Oath Keepers
Spokesman, January 6 Hearing...
YouTube · MSNBC
13 hours ago



Former Oath Keepers Leader:
Extremist Groups Pose 'Genuine...
YouTube · NBC News
17 hours ago

More videos  ⌄

CSIS  www.csis.org                              ⋮

## Examining Extremism: The Oath Keepers |
## Center for Strategic and International ...

Jun 17, 2021 — The Oath Keepers are an
anti-government, right-wing political
organization committed to supporting and
defending their interpretation of the ...



🔒 Q **oath keepers**

**10:26** ✈

.ıll 5G 🔋



Overview    Leaders    News

the group

18 hours ago

Sporting Band T-Shirt
During Jan. 6 Hearing

15 hours ago

## News about Jan. 6, Oath Keepers

**≋ FiveThirtyEight**

How Are The Proud Boys,
QAnon And The Oath
Keepers Connected?

19 hours ago

⊞ cbc**news**

Inspiration but no clear co
ordination between Trump
and Oath Keepers, Proud
Boys, Jan. 6 hearing...

1 hour ago

## Also in the news

wp  The Washington Post

Ex-Oath Keeper Jason Van
Tatenhove outlines dark
worldview behind Jan. 6

12 hours ago

**yahoo/news**

Ex-Oath Keepers
spokesman to Jan. 6
committee: 'I do fear for
this next election cycle'

18 hours ago

## About

Oath Keepers is an American far-right anti-government militia
whose members claim to be defending the Constitution of the
United States. It encourages its members to disobey orders
which they believe would violate the U.S. Constitution.
Wikipedia



AᴀA    🔒 Q **oath keepers**    🎤

<    >    ⬆️    📖    ⧉

10:25 ◁

●●|| 5G ■

# Google

oath keepers

All    News    Images    Videos    Maps    Shopping    Bo

## Oath Keepers

Overview    Leaders    News

### Former Oath Keepers spokesman Jason Van Tatenhove



**MSNBC News**

Former Oath Keepers member says leader asked to create deck of cards showing politicians group...

19 hours ago

**yahoo/news**

Former Oath Keeper reveals racist, antisemitic beliefs of white nationalist group – and their plans to

15 hours ago

### News about Jan. 6, Oath Keepers



**FiveThirtyEight**

**CBCnews**



AA    🔒 Q oath keepers    🎤

<    >    ⬆    📖    ⧉



**10:53**   **LTE**

www.nbcnews.com                                                    ⋮

## New evidence reveals coordination between Oath Keepers, Three Percenters on Jan. 6

May 28, 2022 — Evidence reviewed by NBC News shows a new connection between the Oath Keepers and a group of Three Percenters from California charged in ...



---

https://www.nbcnewyork.com › tag                                  ⋮

## Tag: oath keepers - NBC New York

New Evidence Reveals Coordination Between Oath Keepers, Three Percenters on Jan. 6. Evidence reviewed by NBC News shows a new connection between the Oath ...

---

https://www.nbcnewyork.com › news                                 ⋮

## Former Spokesman Says Oath Keepers Is a Dangerous Militia - NBC New York

16 hours ago — Jason Van Tatenhove, the former spokesman for the Oath Keepers, called the organization a dangerous...

---

https://www.nbcboston.com › tag                                   ⋮

## Tag: Oath Keepers - NBC Boston

Articles from the tag: Oath Keepers.

---

https://www.nbc.com › today › video                               ⋮

## Oath Keeper extremist pleads guilty for Jan. 6 riot involvement - NBC.com



🔒 Q **nbc oath keepers**

10:46 ⌁                                    .ıl 5G 🔋

 https://www.cnn.com › politics › oat...          ⋮

## Oath Keeper members brought explosives to DC area around January 6 and ... - CNN

5 days ago — A group of men, some of whom are wearing "Oath Keepers" insignia, gathers as rioters storm the US Capitol in Washington on January 6, 2021.

 www.cnn.com                              ⋮

## The January 6 hearings are showing how powerful Trump made extremist groups feel

13 hours ago — Why former Oath Keepers spokesperson broke with the group. A version of this story appears in CNN's What Matters newsletter.



 https://www.cnn.com › politics › oat...          ⋮

## Top Oath Keepers member says he overheard extremist group's leader trying ...

May 4, 2022 — (CNN) A top member of the Oath Keepers said in court on Wednesday that he overheard the leader of the group, Stewart Rhodes, ...

 www.cnn.com                              ⋮

## Assault on Democracy: Paths to Insurrection

This project is best experienced with media enabled. ... This story contains disturbing language. From beloved coach to Capitol rioter, Marine veteran Donovan ...



🔒 Q cnn oath keepers



**10:47**                     .ıl LTE 🔋

## Oath Keepers leader and 10 others charged with 'seditious conspiracy' - CNN

Jan 13, 2022 — (CNN) The Justice Department escalated its January 6 investigation by bringing seditious conspiracy charges against 11 defendants, ...

CNN  www.cnn.com                                    ⋮

## Tuesday's January 6 hearing is focusing on extremist groups. Here are some names ...

1 day ago — CNN —. The House select committee investigating the January 6, ... Meggs allegedly led the infamous first "stack" of Oath Keepers up the ...



### People also search for                         ⋮

🔍   Jason Van Tatenhove wife

🔍   Promise Keepers

🔍   Cnn capitol invasion

🔍   Is jason van tatenhove married

🔍   CNN news

🔍   Jason van tatenhove queer

CNN  https://www.cnn.com › politics › oat...           ⋮

## Oath Keepers founder directed rioters on January 6, Justice Department says - CNN

🔒 🔍 **cnn oath keepers**