# EXHIBIT C

# The Washington Post
*Democracy Dies in Darkness*

# Ex-Oath Keeper outlines dark worldview behind U.S. Capitol attack

The select committee testimony underscored how Donald Trump's rhetoric about 'fighting' political opponents was received as an order to mobilize

By Hannah Allam
July 12, 2022 at 7:45 p.m. EDT

With his face tattoos and rocker-style denim jacket, Jason Van Tatenhove stood out among the buttoned-up Capitol Hill crowd at Tuesday's select committee hearing examining the Jan. 6 attack on the U.S. Capitol.

Van Tatenhove spent years as the senior spokesman and a close aide to Oath Keepers founder Stewart Rhodes, who faces seditious conspiracy charges in connection with the violence. The ex-insider was perhaps a risky witness choice, having left the group around 2018 and apparently possessing no unique insights into its actions in the run-up to the assault.

Instead, Van Tatenhove's role was to lay out the apocalyptic worldview that underpins far-right movements such as the Oath Keepers, which he said dreamed of and trained for the kind of high-profile uprising that unfolded in the waning days of Donald Trump's presidency. His grim warnings about the potential for future violence also underlined the House committee's central theme that Jan. 6 was not a single event, but part of an extremist agenda to weaken public trust in democratic institutions and make political violence more palatable.

"I think we've gotten exceedingly lucky that more bloodshed did not happen because the potential has been there from the start," Van Tatenhove told lawmakers.

Tuesday's hearing revealed little new intelligence about the key extremist movements involved in the Capitol attack, but it did underscore how Trump's rhetoric about "fighting" political opponents on a "wild" day instantly was received as an order to mobilize. Van Tatenhove spoke alongside another witness, Jan. 6 rioter Stephen Ayres, who testified that he and other Trump supporters acted directly in response to the president's tweets. Members of the committee described Trump's posts as a call to action for his millions of followers, even "a call to arms."

Rep. Jamie B. Raskin's (D-Md.) opening statement portrayed extremist organizing as one of three rings of attack that day, along with political maneuvering inside the White House and the "large and angry" crowd assembled outside. The middle ring, Raskin said, was where "members of domestic violent extremist groups created an alliance both online and in person to coordinate a massive effort to storm, invade and occupy the Capitol."

Sam Jackson, an assistant professor at the University of Albany who wrote a 2020 book about the Oath Keepers, called the committee's presentation "compelling," but said he's eager to hear more details about the planning extremist groups engaged in beforehand, particularly about coordination among rival extremist groups and any potential links to members of the Trump administration.

Bringing down the Oath Keepers, Jackson said, is "not a silver bullet that fixes the problem of domestic extremism." While some violent actors might be spooked by the federal government's prosecution of those who participated in the Capitol siege, the risk for more unrest remains high because state and local politicians are openly parroting far-right talking points, and demonizing democratic institutions and political opponents, he said.

"We shouldn't fixate on Oath Keepers as an organization," Jackson said. "We should recognize them as a concrete example of a broader phenomenon. So even if Oath Keepers is Stewart Rhodes, and even if Stewart Rhodes is convicted of seditious conspiracy and spends 20 years in jail, there are other actors out there who aren't going to be deterred by that."

Van Tatenhove told the committee he first connected with the Oath Keepers during high-profile standoffs with the federal government. He spent around three years promoting the group before growing concerned as he witnessed an embrace of white nationalists and other "straight-up racists." Van Tatenhove said he finally broke with Rhodes after hearing senior Oath Keepers denying the Holocaust.

The vilification of "the other side" that's now common in this polarized political environment was ingrained in the Oath Keepers long ago, Van Tatenhove said. He testified that he once refused a request by Rhodes to create a deck of playing cards of Democratic enemies like the ones the Pentagon issued showing high-value targets in the U.S.-led invasion of Iraq. Rhodes wanted Hillary Clinton to be the queen of hearts, Van Tatenhove said.

Van Tatenhove summed up the group as a vanity project for Rhodes, whom he said envisions himself as a powerful paramilitary leader, a description that jibes with other former members who say that, for all his bravado, Rhodes commanded few actual forces.

Still, Van Tatenhove stressed, the group should be considered dangerous because of its ability to widely disseminate violent messaging and radicalize followers. And he said that thinly veiled tweets like Trump's essentially "gave the nod" to Rhodes and his ilk that it was time for action.

**The Washington Post**

*Democracy Dies in Darkness*

# Opinion  Dramatic moments from deprogrammed right-wingers indict the whole GOP

By Greg Sargent and Paul Waldman

July 12, 2022 at 6:43 p.m. EDT

Amid the parade of awful revelations unearthed by the House select committee examining the Jan. 6 insurrection, one area of immense culpability still needs further fleshing out.

It turns on this question: How is it possible so many Americans became convinced that a reversal of Donald Trump's 2020 election loss was even possible in the first place? What's been missing from this story has been the role of the Republican Party writ large in helping create the conditions for that belief to take hold.

Dramatic testimony from two former right-wing extremists at Tuesday's hearing helps illustrate the point in a new way, one that implicates large swaths of the GOP in creating those conditions. What they said resembled the sort of introspection you sometimes hear from previously brainwashed, deprogrammed victims who escaped cults.

Stephen Ayres, who was among the rioters who entered the Capitol, offered powerful direct testimony on this score. He said he had fallen under the spell of Trump's lies about the election.

Ayres said he came to Washington from Ohio precisely because he had been convinced that Trump's lies were true. And, crucially, when Ayres was asked whether he thought the election could be overturned, he answered in the affirmative.

"At that time I did, because everybody was kind of, like, in the hope that, you know, Vice President Pence was not going to certify the election," Ayres said.

What's more, Ayres testified, had he known the president was being told by his own advisers that there was no evidence for his claim, he might not have showed up at all. "I may not have come down here," Ayres said.

You know who else could have told Ayres — and countless others similarly deceived into following this doomed crusade — that there was no evidence for Trump's claim? The vast bulk of mainstream Republicans who remained largely silent.

Another example came from Jason Van Tatenhove, a former high-level official in the extremist Oath Keepers who said he left the group in 2016. Some of its members are facing prosecution for seditious conspiracy.

Van Tatenhove was asked by Rep. Jamie B. Raskin (D-Md.) why Stewart Rhodes, the leader of the Oath Keepers, kept calling on Trump to invoke the Insurrection Act. Van Tatenhove responded that Rhodes was looking for the trigger to carry out a violent insurrection, and said Trump himself kept Rhodes fully in the game by claiming the outcome could be reversed.

"The president was communicating, whether directly or indirectly, messaging that gave him the nod," Van Tatenhove said.

Here again, a forceful and sustained declaration from most mainstream Republicans that the election was over and would not ever be reversed could have made a difference.

"I do fear for this election cycle," Van Tatenhove also testified. And for good reason: Many continue to believe Trump's lies, which again is partly the fault of Republicans who won't unequivocally break with Trump and declare what happened disqualifying in a party leader.

A full accounting must include the role of many mainstream Republicans in feeding the belief among countless Americans that the election *actually could* be procedurally reversed. This no doubt helped fuel rage when Trump's procedural efforts failed, helping spark the violence.

This dereliction included the studied silence of countless elected Republicans. But it also included the noise made by GOP politicians such as Sens. Josh Hawley (Mo.) and Ted Cruz (Tex.), who led an effort to object to Biden's electors on Jan. 6.

Hawley and Cruz have tended to claim they only did this to speak to their constituents' concerns that the election's outcome was dubious. In reality, they actively fed those concerns, and through the very process of objecting to Biden's electors based on known lies that had been litigated for months, also fed the belief that a reversal was possible.

This failure by mainstream Republicans was very neatly captured by one other moment at Tuesday's hearing. The committee played a recording of Rep. Debbie Lesko (R-Ariz.) telling other GOP members on a Jan. 5 call that she was concerned about security the next day.

"We have, quite honestly, Trump supporters who *actually believe* that we are going to overturn the election," Lesko said. "And when that doesn't happen, most likely will not happen, they are going to go nuts."

Yet the next day, *Lesko herself* voted along with around 140 other House Republicans to object to Biden's electors, further reinforcing this false belief.

There you have it: The violence was at least in part enabled by the deranged, futile and ultimately dashed hope that the election would be reversed.

Republicans were responsible for encouraging those hopes. And if you ask yourself why we're now stuck in a situation where overwhelming majorities of GOP voters continue to believe that the 2020 election was stolen from them and that Trump was merely exercising his legal options in response, well, that's part of the reason.

Without a full accounting of that extraordinarily degenerate conduct, as well, no investigation into this horror will be complete.

# The Washington Post

*Democracy Dies in Darkness*

# Meet the fans who follow the Jan. 6 hearings as must-see TV

We watched Tuesday's revealing episode with a Georgetown Democrat, Howard University students and a Trump documentarian to hear their reactions

By Travis M. Andrews, Roxanne Roberts and Jada Yuan
July 13, 2022 at 2:47 p.m. EDT

In most ways, the hearings of the Select Committee to Investigate the January 6th Attack on the United States Capitol are like any hot TV show of the moment: Loyal viewers dissect each episode, go to bed still thinking about it, bite their nails over its latest reveal, yell back at the screen, recap it breathlessly for one another (or let the Rachel Maddows of the world recap it for them), send around links to critical analyses, implore those who haven't been watching to get with it, catch up, join the program. In other ways, it's this inexorable, anxiety-producing drag — you know you should tune in, pay attention as democracy dangles off a cliff, but your heart just can't take it.

And so we turn to the superfans: How do they watch? Where do they watch? Why do they watch? We sent three reporters to hang out with a few of these viewers as they absorbed Tuesday's episode, which focused on President Donald Trump's role in galvanizing and encouraging his followers to gather in Washington on Jan. 6, 2021, and prevent Congress from affirming President Biden's victory in the 2020 election.

## In Georgetown, with poodles

Ellen Charles is watching Tuesday's hearing surrounded by an audience of four: Hazel, a toy poodle and the alpha dog; Harry, a champion standard poodle; Porter, another standard poodle; and Cashew, a toy poodle and Hazel's son. They're all in the living room of her Georgetown home, an oasis of understated good taste, comfy chairs and family photos befitting a doyenne of Washington's social and charitable worlds. There's iced tea and root beer and snacks served on very fine china.

Harry is nuzzling for attention. Chairman Bennie G. Thompson calls the hearing to order.

"He's a wonderful man," Charles says. "Both he and Liz Cheney are so even-tempered. They always have something interesting to say."

Charles, 85, hasn't missed a minute of these hearings and believes it's her civic obligation to stay informed. "As a citizen, I feel I have duty to help our country," she explains. "I call myself a moderate Democrat. I have one son who thinks I'm very liberal. The other two think I'm perfectly normal."

She watched all the Watergate hearings, too, and thought they were fascinating if somewhat procedural and filled with legalese.

On Jan. 6, 2021, she was having lunch at a friend's house when they got a call to turn on the television and saw the Capitol being breached: "I couldn't even put my arms around it. It was something I never thought would happen."

The experience of these hearings is more like diving in a well-written mystery: You might think you know the basic plot, but the telling details suddenly put everything in a new light. "You lived through it, but now you're really seeing," as Charles puts it.

So the extent of the conspiracy and planning around the "big lie" surprises her. The profane screaming match in the Oval Office on Dec. 18, 2020, disgusts her. The violent rhetoric from right-wing groups in the weeks before the Jan. 6 riot shocks her. "It still gives you goose bumps, doesn't it?" she says. "We're awfully lucky that they didn't get away with it. It could have been a bloodbath."

The highlight of the hearings so far? Cassidy Hutchinson. "It was exciting to watch a young woman be that brave."

The usual suspects pop up on the screen, and she has thoughts: Roger Stone is "such a dreadful person," and so is Stephen Miller and Mark Meadows. Former White House counsel Pat Cipollone testifies that Sidney Powell should have never been appointed to any position; Charles nods in agreement. "She's crazy," says Charles as Trump's former attorney gulps Diet Dr Pepper.

The former president is a minor character in this hearing, but he violates all the moral codes drummed into Charles growing up.

"Win or lose, you're a good sport – and you don't cheat," she explains. "Trump cheats at golf. This is a man who cheats all the time and has gotten away with it."

Charles met him a few times at Mar-a-Lago, the Palm Beach mansion once owned by her grandmother, heiress Marjorie Merriweather Post. "I have to say he's a good steward of the property. His taste may not be mine, but things are well-maintained." Does that influence how she watches these hearings? "No."

Porter tries to crawl on her lap; Hazel growls at him. Harry takes a swipe at the chocolate chip cookie on the table before the dish is whisked away. The poodles don't share their opinion of Trump — but would they trust a president who doesn't like dogs?

Repentant rioter Stephen Ayres is testifying, saying that he lost his job and his home after breaching the Capitol because he believed the election had been stolen. Charles watches intently as he warns that this could happen again. She shakes her head: "This is so scary."

By the end of the hearing, she's unsettled.

"This was much heavier going," she says. "I felt more comfortable after the other ones. I'm concerned again — and rightly so." — *Roxanne Roberts*

# At Howard, with student activists

Channing Hill bought an HDMI cable just for this occasion; that's how juicy the Jan. 6 hearings have been.

Like any 21-year-old, Hill, who's prelaw and a rising senior at Howard University, has been watching the drama play out on YouTube rather than her dorm's common room TV. But for Tuesday's seventh session, she's gathered with five other politically minded seniors, plus several who are beaming in on Zoom, on an array of couches abutting a pingpong table so they can debate the Capitol riot that took place just two miles from their school's campus.

That is, if she can get this dumb cable to connect her laptop to the TV. "Ugh, I accidentally shut off the Zoom!" she groans, sending out a flurry of apologetic texts.

Hill, who's wearing a T-shirt that reads "All We Ever Did Was Be Black" and "Black By Popular Demand," may not be a tech expert, but she is a campus legend. In November, she led a 34-day sit-in to protest Howard's housing conditions, which earned her a 2022 NAACP Image Award for Youth Activist of the Year. (She's also president of the group's Howard chapter.) The hearings have her riveted out of perverse curiosity, mixed with a dash of hope. Could Trump actually face consequences? Probably not. Stay tuned!

"It's like watching 'Dateline'! Fact, fact, fact!" Hill says. That's both a compliment of the fast-paced reality-TV-style editing of the hearings, and a bit of an eye roll. "I like it and I don't like it. Why is it so dramatic?," she says. "What happened is very simple."

Trump broke the law "in front of our faces," she says.

"These are the same people who were calling peaceful [Black Lives Matter] protesters, who were peaceful protesters, criminals, thugs, rioters," says Dream Bryant, 21, a political science major who's also vice president of DC College Democrats. "They literally looted the Capitol! You broke in and assaulted public service workers!"

"Yo, people died," Hill says.

Getting Hill's crew of busy, powerhouse Howard women together in the middle of a Tuesday afternoon is about as easy as, well, scheduling a congressional hearing. Some arrive still dressed in slacks and flats for their internships at political consultancy or public interest firms. Bryant, 21, is gearing up to start an internship for Sen. Dianne Feinstein (D-Calif.). Jada Bourne, 20, who's from suburban Dallas and majoring in legal communications, is juggling two internships. Isis Alexander, 21, went from interning for Rep. Ayanna Pressley (D-Mass.) right after the Jan 6. insurrection to interning for Sen. Elizabeth Warren (D-Mass.) when *Roe v. Wade* was overturned.

None of them watched the entirety of Hutchinson's bombshell testimony. Who has time? Besides, none of them think Hutchinson, a top aide to Trump's chief of staff Mark Meadows, deserves the praise that's been heaped on her.

"I don't think they should be considered heroes …" says Alexander, a political science major and a charter member of Howard's chapter of Black Girls Vote.

" … for doing what they're supposed to do …" says Kierstyn Heaven, a pre-dental student from North Carolina.

" … and they should have done earlier," says Hill, finishing up.

"It's kind of like you tell someone over and over again, 'Don't do this. Don't touch that.' And they keep doing it. And then one time they don't touch that hot stove, then you're like, 'Good job!' " Bryant says.

"Yeah, my dad used to say you don't get rewarded for doing what you're supposed to do," says Hill.

"That's such a Black people phrase!" says Bourne, laughing.

The mood is jovial, like a debate that might happen over bowls of free cereal in a college cafeteria, or like the ones Hill says always break out at night clubs if too many Howard students wind up in the bathroom. They throw out theories about who the hearings are trying to reach: Trump supporters who need video evidence? Reluctant witnesses the committee is trying to convince to testify? There are sidebars over what color Telfar bag to buy (Hill and Bourne are carrying the tan and cream versions) and the NBA draft. They laugh recalling Hutchinson's testimony about Trump being so angry after his attorney general, William P. Barr, publicly denied there was widespread voter fraud that he threw a plate, leaving the wall streaked with ketchup. "I wasn't even surprised by that," says Bryant. "I pictured him eating McDonald's."

There's also a heaviness, a feeling of being witnesses to history and not in a good way. Is this their generation's Watergate, or maybe their Monica Lewinsky hearing? For these Howard seniors, their entire adult lives, so far, have been dominated by Trump. They were sophomores in high school when he was elected, had their college lives brought to a halt by the pandemic he sometimes downplayed, watched police throw tear gas at Black Lives Matter protesters so Trump could pose with a Bible in front of a D.C. church, and later watched him encourage a mob to descend on the Capitol, who were bearing a noose and Confederate flags.

As the Oath Keepers' ex-spokesman Jason Van Tatenhove testifies about the way that the group legitimized their actions by calling themselves an "educational outreach group" or "veteran support" instead of a militia, Hill shakes her head in awe. "I'm not gonna lie … that's some great twisting. That's some good spin."

"Olivia Pope couldn't even," Bryant says, referring to the D.C. fixer from the TV drama "Scandal."

"Olivia Pope could never!" Hill says.

The committee ends with a teaser of former White House counsel Pat Cipollone's testimony that's so much like a TV serial, everyone bursts out laughing. "Stay tuned for next week!" Bryant says. And she will. She really wants to see the witness who Cheney (R-Wyo.), the vice chairwoman of the panel, says Trump attempted to contact.

As for Hill, she could host another hearing party, but she's more excited about using that HDMI cable for a future movie night. "I feel like my eyes got opened to a whole new world." — *Jada Yuan*

# In New York, with promotional buzz

Alex Holder does not watch the hearings of the Jan. 6 committee the way you do.

Really, why would he? He's one of the few viewers actually involved with them. The 33-year-old British documentarian captured important scenes of the insurrection, and he just released "Unprecedented" on Discovery Plus, a three-part film about the former president's reelection campaign and what happened after he lost. It's edited and produced by Marcos Azevedo.

"Unprecedented" — which focuses on the lead-up and aftermath of Jan. 6, 2021, with a particular spotlight on (and interviews with) the Trump family — premiered Sunday on the streaming network, availing itself of its opportune role in the episodic drama provided by this summer's hearings. "If you have to describe what the committee is doing, it's almost a synopsis of our film," Holder says.

The network has him in sell mode. Days consist of interview after interview. "Face the Nation," Jake Tapper, Stephanie Ruhle. None match his closed-door interview before the House committee in late June, after it subpoenaed the eight-ish hours of footage that would be edited into "Unprecedented."

When asked whether he sleeps lately, he praises the makeup that accompanies those TV appearances. Knowing now what it's like to be both in front and behind the camera, he's dressed sharp but casually, down to a pair of John Lennon sunglasses. He walks with the aura of someone having a moment.

Fittingly, he and Azevedo watch Tuesday's hearing (well, part of it) from a luxury suite sofa at the Conrad Hotel in Lower Manhattan, where he isn't staying, while a reporter and photographer watch them watching. As the House committee members make their case that Trump knowingly ordered an assault on the Capitol, the two men pick at the complimentary fruit plate left there earlier in the day.

In some sense, they have skin in the game. They view the proceedings with admiration, maybe a tinge of jealousy, utterly enraptured — at least for the first hour or so.

"It's almost like it's our competition," says Azevedo, who repeatedly points out the slick splicing of the live hearing to archival footage and interview clips. "As an editor, I find it to be quite striking, because they are building a narrative. Literally, it's a film. … Like a really, really great TV show. … They have cliffhangers!" he adds. "They wrote a script. That's the genius."

The proof is in the laughter. A grainy clip of a masked Jason Miller, a Trump strategist, produces chuckles, because he looks "creepy, all pixelated." He "looks like Bane," Azevedo jokes.

But the Diet Dr Pepper. That's the moment. The committee presents a clip of Trump's former lawyer Powell offering testimony while visibly holding the calorie-free soda. After she finishes speaking, the camera lingers as she takes a huge swig from the can. Everyone in the suite — and probably anyone, anywhere who is watching it — erupts in laughter. It feels so incongruous in such a historic piece of television, the kind of awkward, human moment that happens during a casual Zoom meeting.

"Product placement," Azevedo says.

"Yeah, at least we didn't have that," Holder replies.

The only moment that may produce more laughter — for a similar reason — is when Rudy Giuliani, another of Trump's endless parade of former lawyers, says a crude word associated with felines but synonymous with "coward," and not suitable to publish here. "It's remarkable [the cable news networks] allow swearing," Holder says.

He lights up when people who appear in his docuseries show up on-screen. (Ivanka Trump? "I saw her three days earlier!" Katrina Pierson? "She's in the film!") But his tone is one of almost disbelief when he sees the very room in which he gave his own closed-door testimony, an experience he describes as "totally surreal," "totally mad."

"When would you imagine you're going to hand your footage to Congress?" asks Azevedo.

Eventually, the pair's interest begins to wane. Power outlets need to be found, phones need charging. Holder receives a transcript of an interview he recently gave to the legendary documentary filmmaker Errol Morris, and he's struck by just how surreal his life has become. "The Washington Post interviewing me as we're watching this, and I'm getting emails from Errol Morris is just mad," he says, delighted.

It's all so totally mad, but it's only natural that the pair begins to lose focus on the hearings. They've spent years living in this world — and still are. When asked if he's heard from anyone in the Trump family in the days following his documentary's release, Holder smiles and murmurs demurely. The answer is probably yes, but he won't talk about it.

Their brains are saturated with Jan. 6. It's exhausting — for them, for America. Holder thinks its important to distinguish the intent of his project from the goals of the committee. "I wasn't going to do a hatchet job or a hit piece on Donald Trump. I wanted to understand who these people were," he says. If they were going to be buried by it, he wanted to "allow them to take themselves down."

By 3 p.m., no one in the suite is really watching intently — and Holder and Azevedo need the room to themselves. They are still in promotional mode, and have a hard out. Holder needs a smoke before his next interview. — *Travis M. Andrews*

1:17

(The Washington Post)

**Up next in Politics**


5:05

Panel reveals how Trump summoned extremist groups to D.C.

Yesterday


3:58

U.S. is confronting 'domestic threat' in Trump, Cheney says

2 weeks ago


2:57

The bombshell sixth Jan. 6 hearing in 3 minutes

2 weeks ago


1:02

Raskin: 'Witness tampering is a federal crime'

2 weeks ago


1:09

Hutchinson says Meadows and Giuliani asked for Jan. 6 pardon

2 weeks ago

2:53

Hutchinson: Trump said Pence 'deserved' to be hanged

2 weeks ago


2:33

Hutchinson describes Trump throwing food at wall

2 weeks ago

2:40

Hutchinson says Trump lunged at Secret Service

2 weeks ago


2:04

Hutchinson


5:05

Cipollone


1:38

Hutchinson


0:40

Hutchinson:

## Politics
# Former Oath Keeper says Jan. 6 could have been more violent

July 12, 2022 | 4:50 PM EDT

During Tuesday's Jan. 6 hearing, former Oath Keeper spokesman Jason Van Tatenhove said it was "lucky" the Capitol attack didn't result in more bloodshed.